FILED

DEC 09 2025

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY ______ DEPUTY CLERK

Name Esthela Solis Yanez
Street Address 4201 MARSHALL ST
City and County Le Grand, Merced County
State and Zip Code CA 95333
Telephone Number 209-347-5878

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

ESTHELA ARGENTINA Solis Yanez
FRANK HARLEY Silva SR. T2204
JAKE Alexander Yanez Frank Harley Silva JR

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

Sunren, Inc. etall
MARIA S. Quintero, Juan D. Quintero-Sanchez, Juan Quintero, Paulina Rodriguez Sanchez, Frank Quintero, Jay STRUBLE,

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**Complaint for a Civil Case**

Case No. 1:25CV01786 JLT-SAB
*(to be filled in by the Clerk's Office)*

Jury Trial: ☐ Yes ☒ No
*(check one)*

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Esthela Argentina Solis Yanez |
| Street Address | 4201 Marshall Street |
| City and County | LeGrand Merced County |
| State and Zip Code | CA 95333 |
| Telephone Number | 209 347 5878 |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Sunrun, INC. |
| Job or Title (if known) | Corporation/Principal |
| Street Address | 225 Bush St, 14th floor |
| City and County | San Fransico |
| State and Zip Code | CA 94104 |
| Telephone Number | 415-580-6900 |

Defendant No. 2

| | |
|---|---|
| Name | Maria S. Quintero |
| Job or Title (if known) | Architect of Fraud/Agent of Hinshaw & Culbertson, LLP. |
| Street Address | 50 California St Suit 2900 |
| City and County | San Fransico |
| State and Zip Code | CA 94111 |
| Telephone Number | 415-362-6000 |

Defendant No. 3

| | |
|---|---|
| Name | Jay Struble |
| Job or Title (if known) | DA - LEAD INVESTigator |
| Street Address | 550 W Main St. |
| City and County | Merced |
| State and Zip Code | CA 95340 |
| Telephone Number | 209-385-7381 |

Defendant No. 4

| | |
|---|---|
| Name | Juan Quintero Sanchez |
| Job or Title (if known) | Sunrun installation Agent |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |

## II. Basis for Jurisdiction

Federal Courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in Federal Court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same state as any plaintiff.

What is the basis for Federal Court jurisdiction? *(check all that apply)*

☐ Federal question ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

**A. If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

______________________________________________

______________________________________________

______________________________________________

**B. If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

a. If the plaintiff is an individual

The plaintiff, *(name)* ________________________, is a citizen of the State of *(name)* ________________________.

b. If the plaintiff is a corporation

The plaintiff, *(name)* ________________________, is incorporated under the laws of the State of *(name)* ________________________, and has its principal place of business in the State of *(name)* ________________________.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

a. If the defendant is an individual

The defendant, *(name)* ________________________, is a citizen of the State of *(name)* ________________________. *Or* is a citizen of *(foreign nation)* ________________________.

b. If the defendant is a corporation

The defendant, *(name)* ______________________, is incorporated under the laws of the State of *(name)* ______________________, and has its principal place of business in the State of *(name)* ______________________. *Or* is incorporated under the laws of *(foreign nation)* ______________________, and has its principal place of business in *(name)* ______________________.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

______________________________________________

______________________________________________

______________________________________________

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

1. The Fraud-plaintiff was Victimizied by sunrun's scheme of void ABinitio contracts (forged signatures) installed illegal 18 wire bypass to the grid Dec. 27, 2023 falsified building permit/solar permit: never verified workers compensation as well as validation was never approved by utility provider by PG&E inter connection document since they were never actually approved that concludes to an illegally installed system. utility provider has no acknowledgement of the systems presents. illegal UCC-1 liens ($2.05 million) filed in CA, NJ, MA, CT.

(see additional papers)

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

______________________________________________

______________________________________________

______________________________________________

______________________________________________

______________________________________________

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 12 / 9, 2025

Signature of Plaintiff [signature]

Printed Name of Plaintiff Frank Harley Silva SR

# INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

**I.(a) Plaintiffs-Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

**(b) County of Residence.** For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

**(c) Attorneys.** Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

**II. Jurisdiction.** The basis of jurisdiction is set forth under Rule 8(a), F.R.Cv.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.
United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.
United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.
Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.
Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked. (See Section III below; **NOTE: federal question actions take precedence over diversity cases.**)

**III. Residence (citizenship) of Principal Parties.** This section of the JS 44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

**IV. Nature of Suit.** Place an "X" in the appropriate box. If there are multiple nature of suit codes associated with the case, pick the nature of suit code that is most applicable. Click here for: Nature of Suit Code Descriptions.

**V. Origin.** Place an "X" in one of the seven boxes.
Original Proceedings. (1) Cases which originate in the United States district courts.
Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441.
Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.
Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.
Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.
Multidistrict Litigation – Transfer. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407.
Multidistrict Litigation – Direct File. (8) Check this box when a multidistrict case is filed in the same district as the Master MDL docket.
**PLEASE NOTE THAT THERE IS NOT AN ORIGIN CODE 7.** Origin Code 7 was used for historical records and is no longer relevant due to changes in statute.

**VI. Cause of Action.** Report the civil statute directly related to the cause of action and give a brief description of the cause. **Do not cite jurisdictional statutes unless diversity.** Example: U.S. Civil Statute: 47 USC 553 Brief Description: Unauthorized reception of cable service.

**VII. Requested in Complaint.** Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.
Demand. In this space enter the actual dollar amount being demanded or indicate other demand, such as a preliminary injunction.
Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

**VIII. Related Cases.** This section of the JS 44 is used to reference related cases, if any. If there are related cases, insert the docket numbers and the corresponding judge names for such cases.

**Date and Attorney Signature.** Date and sign the civil cover sheet.



**Silva/Esthela Solis - Sedgwick claim#CHI25089990**
29 messages

**Burgess, Lisa** <Lisa.Burgess@sedgwick.com> Mon, Jul 7, 2025 at 12:41 PM

**Lisa S. Burgess**| Claims Specialist

Texas License Number-2493448

A.Morrow, Qualified Manager, CA license #2B88261
Sedgwick Claims Management Services, Inc., CA license #2549023

1833 Centre Point Circle, Ste 139 | Naperville, IL 60563
DIRECT 630.245.7084 | FAX 630.995.7815
CELL 224.523.6487 | EMAIL Lisa.Burgess@sedgwick.com
www.Sedgwick.com |

sedgwick

Lisa.Burgess@sedgwick.com frankhsilva450@gmail.com
upload@vericlaiminc.com

**CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe...**

**Jena Wooder**

**she/her/hers**

**Senior Claims Examiner, PD & CD Construction**

Claims Division

Markel®

California License No. 0D95581

Glen Allen, VA 23059

Toll-Free: (800) 243-6869, ext. 113685

Direct: (804) 864-3685

**markel.com**

MARKEL

LinkedIn | Instagram | Facebook | X

To report a new loss, please click here. For all other correspondence please click here. Our privacy policy may be viewed here.

*"This message and its contents contain highly sensitive, confidential, and privileged information only accessible by the intended recipient for solely permissible and authorized business purposes. This message nor its contents may be disclosed, shared, displayed, discussed, copied, disbursed or disseminated by the intended recipient or any other party for any reason. This message and its contents are to be completely and securely destroyed immediately after its business use has been fulfilled. If you are not the intended recipient, you are hereby notified that any disclosure or use of this message and its contents are strictly prohibited. If you have received this communication in error, please notify the sender immediately and destroy all copies of this message and its contents immediately."*

Lisa.Burgess@sedgwick.com

frankhsilva450@gmail.com

Jena.Wooder@Markel.com upload@vericlaiminc.com

**Lisa S. Burgess**| Claims Specialist

Texas License Number-2493448

A.Morrow, Qualified Manager, CA license #2B88261
Sedgwick Claims Management Services, Inc., CA license #2549023

1833 Centre Point Circle, Ste 139 | Naperville, IL 60563
DIRECT 630.245.7084 | FAX 630.995.7815
CELL 224.523.6487 | EMAIL Lisa.Burgess@sedgwick.com
www.Sedgwick.com |

sedgwick

Jena.Wooder@Markel.com frankhsilva450@gmail.com

**Lisa S. Burgess**| Claims Specialist

Texas License Number-2493448

A.Morrow, Qualified Manager, CA license #2B88261
Sedgwick Claims Management Services, Inc., CA license #2549023

1833 Centre Point Circle, Ste 139 | Naperville, IL 60563
DIRECT 630.245.7084 | FAX 630.995.7815
CELL 224.523.6487 | EMAIL Lisa.Burgess@sedgwick.com
www.Sedgwick.com |

sedgwick

Jena.Wooder@Markel.com

frankhsilva450@gmail.com
Lisa.Burgess@sedgwick.com

**CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe...**

**Jena Wooder**

**she/her/hers**

**Senior Claims Examiner, PD & CD Construction**

Claims Division

Markel®

California License No. 0D95581

Glen Allen, VA 23059

Toll-Free: (800) 243-6869, ext. 113685

Direct: (804) 864-3685

**markel.com**

MARKEL

LinkedIn | Instagram | Facebook | X

To report a new loss, please click here. For all other correspondence please click here. Our privacy policy may be viewed here.

*"This message and its contents contain highly sensitive, confidential, and privileged information only accessible by the intended recipient for solely permissible and authorized business purposes. This message nor its contents may be disclosed, shared, displayed, discussed, copied, disbursed or disseminated by the intended recipient or any other party for any reason. This message and its contents are to be completely and securely destroyed immediately after its business use has been fulfilled. If you are not the intended recipient, you are hereby notified that any disclosure or use of this message and its contents are strictly prohibited. If you have received this communication in error, please notify the sender immediately and destroy all copies of this message and its contents immediately."*

---

Privacy Notice.

---

[Quoted text hidden]

---

Lisa.Burgess@sedgwick.com

Texas License Number-2493448

A.Morrow, Qualified Manager, CA license #2B88261
Sedgwick Claims Management Services, Inc., CA license #2549023

1833 Centre Point Circle, Ste 139 | Naperville, IL 60563
DIRECT 630.245.7084 | FAX 630.995.7815
CELL 224.523.6487 | EMAIL Lisa.Burgess@sedgwick.com
www.Sedgwick.com |

sedgwick

frankhsilva450@gmail.com
upload@vericlaiminc.com jena.wooder@markel.com

**Lisa S. Burgess**| Claims Specialist

Texas License Number-2493448

A.Morrow, Qualified Manager, CA license #2B88261
Sedgwick Claims Management Services, Inc., CA license #2549023

1833 Centre Point Circle, Ste 139 | Naperville, IL 60563
DIRECT 630.245.7084 | FAX 630.995.7815
CELL 224.523.6487 | EMAIL Lisa.Burgess@sedgwick.com
www.Sedgwick.com |

sedgwick

Jena.Wooder@Markel.com

Lisa.Burgess@sedgwick.com frankhsilva450@gmail.com

upload@vericlaiminc.com

**CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe...**

**Jena Wooder**

**she/her/hers**

**Senior Claims Examiner, PD & CD Construction**

Claims Division

Markel®

California License No. OD95581

Glen Allen, VA 23059

Toll-Free: (800) 243-6869, ext. 113685

Direct: (804) 864-3685

**markel.com**

LinkedIn | Instagram | Facebook | X

To report a new loss, please click here. For all other correspondence please click here. Our privacy policy may be viewed here

*recipient for solely permissible and authorized business purposes. This message nor its contents may be disclosed, shared, displayed, discussed, copied, disbursed or disseminated by the intended recipient or any other party for any reason. This message and its contents are to be completely and securely destroyed immediately after its business use has been fulfilled. If you are not the intended recipient, you are hereby notified that any disclosure or use of this message and its contents are strictly prohibited. If you have received this communication in error, please notify the sender immediately and destroy all copies of this message and its contents immediately."*

Lisa.Burgess@sedgwick.com

frankhsilva450@gmail.com

Jena.Wooder@Markel.com upload@vericlaiminc.com

**Lisa S. Burgess**| Claims Specialist

Texas License Number-2493448

A.Morrow, Qualified Manager, CA license #2B88261
Sedgwick Claims Management Services, Inc., CA license #2549023

1833 Centre Point Circle, Ste 139 | Naperville, IL 60563
DIRECT 630.245.7084 | FAX 630.995.7815
CELL 224.523.6487 | EMAIL Lisa.Burgess@sedgwick.com
www.Sedgwick.com |

sedgwick

Jena.Wooder@Markel.com frankhsilva450@gmail.com

**Lisa S. Burgess**| Claims Specialist

Texas License Number-2493448

A.Morrow, Qualified Manager, CA license #2B88261
Sedgwick Claims Management Services, Inc., CA license #2549023

1833 Centre Point Circle, Ste 139 | Naperville, IL 60563
DIRECT 630.245.7084 | FAX 630.995.7815
CELL 224.523.6487 | EMAIL Lisa.Burgess@sedgwick.com
www.Sedgwick.com |

sedgwick

Jena.Wooder@Markel.com

frankhsilva450@gmail.com
Lisa.Burgess@sedgwick.com

**CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe...**

**Jena Wooder**

**she/her/hers**

**Senior Claims Examiner, PD & CD Construction**

Claims Division

Markel®

California License No. 0D95581

Glen Allen, VA 23059

Toll-Free: (800) 243-6869, ext. 113685

Direct: (804) 864-3685

**markel.com**

LinkedIn | Instagram | Facebook | X

To report a new loss, please click here. For all other correspondence please click here. Our privacy policy may be viewed here.

*"This message and its contents contain highly sensitive, confidential, and privileged information only accessible by the intended recipient for solely permissible and authorized business purposes. This message nor its contents may be disclosed, shared, displayed, discussed, copied, disbursed or disseminated by the intended recipient or any other party for any reason. This message and its contents are to be completely and securely destroyed immediately after its business use has been fulfilled. If you are not the intended recipient, you are hereby notified that any disclosure or use of this message and its contents are strictly prohibited. If you have received this communication in error, please notify the sender immediately and destroy all copies of this message and its contents immediately."*

Good afternoon Mr. Silva,

As you are aware, we are the claims administrators for Sunrun, and I am the handling adjuster. It is my understanding you did speak to the Sedgwick Building Consultant yesterday in which he was attempting to coordinate an inspection of your grandmother's residence, but did not succeed in doing so.

We understand that this has been a frustrating experience for you, and we are attempting to make the process toward a resolution smoother for you and your grandmother.

In order to move the claim forward and ensure a fair and thorough evaluation, the Sedgwick Building Consultant does need to complete an inspection at your grandmother's residence. This step is essential for Sedgwick and Sunrun to accurately assess the damages and advocate for a timely resolution on your grandmother's behalf.

I have included the Sedgwick Building Consultant in this email so you can let him know what days and time are convenient for the inspection, or if there are any concerns we can address to make this process easier for you.

Thank you again for your cooperation. I'm here to help if you have any questions or need further assistance.

Sincerely,

**Lisa S. Burgess**| Claims Specialist

Texas License Number-2493448

A.Morrow, Qualified Manager, CA license #2B88261
Sedgwick Claims Management Services, Inc., CA license #2549023

1833 Centre Point Circle, Ste 139 | Naperville, IL 60563
DIRECT 630.245.7084 | FAX 630.995.7815
CELL 224.523.6487 | EMAIL Lisa.Burgess@sedgwick.com
www.Sedgwick.com |

sedgwick

**CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe...**

**Jena Wooder**

**she/her/hers**

**Senior Claims Examiner, PD & CD Construction**

Claims Division

Markel®

California License No. OD95581

Glen Allen, VA 23059

Toll-Free: (800) 243-6869, ext. 113685

Direct: (804) 864-3685

**markel.com**



LinkedIn | Instagram | Facebook | X

To report a new loss, please click here. For all other correspondence please click here. Our privacy policy may be viewed here.

*"This message and its contents contain highly sensitive, confidential, and privileged information only accessible by the intended recipient for solely permissible and authorized business purposes. This message nor its contents may be disclosed, shared, displayed, discussed, copied, disbursed or disseminated by the intended recipient or any other party for any reason. This message and its contents are to be completely and securely destroyed immediately after its business use has been fulfilled. If you are not the intended recipient, you are hereby notified that any disclosure or use of this message and its contents are strictly prohibited. If you have received this communication in error, please notify the sender immediately and destroy all copies of this message and its contents immediately."*

frankhsilva450@gmail.com

**Sent:** Tuesday, July 8, 2025 3:11 PM

Jena.Wooder@Markel.com

I've called 3 times no answer. Another reason without we shouldn't have to abide by this or we're not going to it's since we've asked for

Jena.Wooder@markel.com

[illegible]

[illegible] lisa.burgess@sedgwick.com

[illegible]

**Jena Wooder**

**she/her/hers**

**Senior Claims Examiner, PD & CD Construction**

Claims Division

Markel®

California License No. 0D95581

Glen Allen, VA 23059

Toll-Free: (800) 243-6869, ext. 113685

Direct: (804) 864-3685

**markel.com**

MARKEL

LinkedIn | Instagram | Facebook | X

To report a new loss, please click **here**. For all other correspondence please click **here**. Our privacy policy may be viewed **here**.

*recipient for solely permissible and authorized business purposes. This message nor its contents may be disclosed, shared, displayed, discussed, copied, disbursed or disseminated by the intended recipient or any other party for any reason. This message and its contents are to be completely and securely destroyed immediately after its business use has been fulfilled. If you are not the intended recipient, you are hereby notified that any disclosure or use of this message and its contents are strictly prohibited. If you have received this communication in error, please notify the sender immediately and destroy all copies of this message and its contents immediately."*

frankhsilva450@gmail.com

Jena.Wooder@Markel.com

[illegible]

[illegible]

[illegible]

[Quoted text hidden]

[Quoted text hidden]

Lisa.Burgess@sedgwick.com

[Quoted text hidden]

---

Lisa.Burgess@sedgwick.com

[Quoted text hidden]

---

Lisa.Burgess@sedgwick.com

[Quoted text hidden]

---

**Lisa S. Burgess**| Claims Specialist

Texas License Number-2493448

A.Morrow, Qualified Manager, CA license #2B88261
Sedgwick Claims Management Services, Inc., CA license #2549023

1833 Centre Point Circle, Ste 139 | Naperville, IL 60563
DIRECT 630.245.7084 | FAX 630.995.7815
CELL 224.523.6487 | EMAIL Lisa.Burgess@sedgwick.com
www.Sedgwick.com |

sedgwick

[Quoted text hidden]

---

**Lisa S. Burgess**| Claims Specialist

Texas License Number-2493448

A.Morrow, Qualified Manager, CA license #2B88261
Sedgwick Claims Management Services, Inc., CA license #2549023

1833 Centre Point Circle, Ste 139 | Naperville, IL 60563
DIRECT 630.245.7084 | FAX 630.995.7815
CELL 224.523.6487 | EMAIL Lisa.Burgess@sedgwick.com
www.Sedgwick.com |

sedgwick

frankhsilva450@gmail.com

Lisa.Burgess@sedgwick.com

**CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe...**

Lisa.Burgess@sedgwick.com

Good afternoon Mr. Silva,

As you are aware, we are the claims administrators for Sunrun, and I am the handling adjuster. It is my understanding you did speak to the Sedgwick Building Consultant yesterday in which he was attempting to coordinate an inspection of your grandmother's residence, but did not succeed in doing so.

We understand that this has been a frustrating experience for you, and we are attempting to make the process toward a resolution smoother for you and your grandmother.

In order to move the claim forward and ensure a fair and thorough evaluation, the Sedgwick Building Consultant does need to complete an inspection at your grandmother's residence. This step is essential for Sedgwick and Sunrun to accurately assess the damages and advocate for a timely resolution on your grandmother's behalf.

I have included the Sedgwick Building Consultant in this email so you can let him know what days and time are convenient for the inspection, or if there are any concerns we can address to make this process easier for you.

**Lisa S. Burgess**| Claims Specialist
Texas License Number-2493448

A.Morrow, Qualified Manager, CA license #2B88261
Sedgwick Claims Management Services, Inc., CA license #2549023

1833 Centre Point Circle, Ste 139 | Naperville, IL 60563
DIRECT 630.245.7084 | FAX 630.995.7815
CELL 224.523.6487 | EMAIL Lisa.Burgess@sedgwick.com
www.Sedgwick.com |

sedgwick

Jena.Wooder@Markel.com

frankhsilva450@gmail.com
Lisa.Burgess@sedgwick.com

**CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe...**

**Jena Wooder**

**she/her/hers**

**Senior Claims Examiner, PD & CD Construction**

Claims Division

Markel®

California License No. 0D95581

Glen Allen, VA 23059

Toll-Free: (800) 243-6869, ext. 113685

MARKEL

LinkedIn | Instagram | Facebook | X

To report a new loss, please click here. For all other correspondence please click here. Our privacy policy may be viewed here.

*"This message and its contents contain highly sensitive, confidential, and privileged information only accessible by the intended recipient for solely permissible and authorized business purposes. This message nor its contents may be disclosed, shared, displayed, discussed, copied, disbursed or disseminated by the intended recipient or any other party for any reason. This message and its contents are to be completely and securely destroyed immediately after its business use has been fulfilled. If you are not the intended recipient, you are hereby notified that any disclosure or use of this message and its contents are strictly prohibited. If you have received this communication in error, please notify the sender immediately and destroy all copies of this message and its contents immediately."*

frankhsilva450@gmail.com

Jena.Wooder@Markel.com

Jena.Wooder@markel.com

lisa.burgess@sedgwick.com

**Jena Wooder**

**she/her/hers**

**Senior Claims Examiner, PD & CD Construction**

Glen Allen, VA 23059
Toll-Free: (800) 243-6869, ext. 113685

Direct: (804) 864-3685

**markel.com**



LinkedIn | Instagram | Facebook | X

To report a new loss, please click here. For all other correspondence please click here. Our privacy policy may be viewed here.

*"This message and its contents contain highly sensitive, confidential, and privileged information only accessible by the intended recipient for solely permissible and authorized business purposes. This message nor its contents may be disclosed, shared, displayed, discussed, copied, disbursed or disseminated by the intended recipient or any other party for any reason.  This message and its contents are to be completely and securely destroyed immediately after its business use has been fulfilled.  If you are not the intended recipient, you are hereby notified that any disclosure or use of this message and its contents are strictly prohibited.  If you have received this communication in error, please notify the sender immediately and destroy all copies of this message and its contents immediately."*

frankhsilva450@gmail.com

Jena.Wooder@Markel.com

Jena.Wooder@markel.com

**Jena Wooder**

**she/her/hers**

**Senior Claims Examiner, PD & CD Construction**

Claims Division

Markel®

California License No. OD95581

Glen Allen, VA 23059

Toll-Free: (800) 243-6869, ext. 113685

Direct: (804) 864-3685

**markel.com**

LinkedIn | Instagram | Facebook | X

To report a new loss, please click here. For all other correspondence please click here. Our privacy policy may be viewed here.

*intended recipient for solely permissible and authorized business purposes. This message nor its contents may be disclosed, shared, displayed, discussed, copied, disbursed or disseminated by the intended recipient or any other party for any reason. This message and its contents are to be completely and securely destroyed immediately after its business use has been fulfilled. If you are not the intended recipient, you are hereby notified that any disclosure or use of this message and its contents are strictly prohibited. If you have received this communication in error, please notify the sender immediately and destroy all copies of this message and its contents immediately."*

Lisa.Burgess@sedgwick.com

frankhsilva450@gmail.com

Jena.Wooder@Markel.com                 upload@vericlaiminc.com

**Lisa S. Burgess**| Claims Specialist

Texas License Number-2493448

A.Morrow, Qualified Manager, CA license #2B88261
Sedgwick Claims Management Services, Inc., CA license #2549023

1833 Centre Point Circle, Ste 139 | Naperville, IL  60563
DIRECT 630.245.7084 | FAX 630.995.7815
CELL 224.523.6487 | EMAIL Lisa.Burgess@sedgwick.com
www.Sedgwick.com |

Jena.Wooder@Markel.com    frankhsilva450@gmail.com

**Lisa S. Burgess**| Claims Specialist

Texas License Number-2493448

A.Morrow, Qualified Manager, CA license #2B88261
Sedgwick Claims Management Services, Inc., CA license #2549023

1833 Centre Point Circle, Ste 139 | Naperville, IL  60563
DIRECT 630.245.7084 | FAX 630.995.7815
CELL 224.523.6487 | EMAIL Lisa.Burgess@sedgwick.com
www.Sedgwick.com |

Jena.Wooder@Markel.com

frankhsilva450@gmail.com
Lisa.Burgess@sedgwick.com

**CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe...**

**Jena Wooder**

**she/her/hers**

**Senior Claims Examiner, PD & CD Construction**

Claims Division

Markel®

California License No. OD95581

Glen Allen, VA 23059

Toll-Free: (800) 243-6869, ext. 113685

Direct: (804) 864-3685

**markel.com**

LinkedIn | Instagram | Facebook | X

To report a new loss, please click here. For all other correspondence please click here. Our privacy policy may be viewed here.

*"This message and its contents contain highly sensitive, confidential, and privileged information only accessible by the intended recipient for solely permissible and authorized business purposes. This message nor its contents may be disclosed, shared, displayed, discussed, copied, disbursed or disseminated by the intended recipient or any other party for any reason. This message and its contents are to be completely and securely destroyed immediately after its business use has been fulfilled. If you are not the intended recipient, you are hereby notified that any disclosure or use of this message and its contents are strictly prohibited. If you have received this communication in error, please notify the sender immediately and destroy all copies of this message and its contents immediately."*

Privacy Notice.

[Quoted text hidden]

Lisa.Burgess@sedgwick.com

**Lisa S. Burgess**| Claims Specialist

Texas License Number-2493448

A.Morrow, Qualified Manager, CA license #2B88261
Sedgwick Claims Management Services, Inc., CA license #2549023

1833 Centre Point Circle, Ste 139 | Naperville, IL  60563
DIRECT 630.245.7084 | FAX 630.995.7815
CELL 224.523.6487 | EMAIL Lisa.Burgess@sedgwick.com
www.Sedgwick.com |



frankhsilva450@gmail.com

jena.wooder@markel.com

Texas License Number-2493448
A.Morrow, Qualified Manager, CA license #2B88261
Sedgwick Claims Management Services, Inc., CA license #2549023

1833 Centre Point Circle, Ste 139 | Naperville, IL  60563
DIRECT 630.245.7084 | FAX 630.995.7815
CELL 224.523.6487 | EMAIL Lisa.Burgess@sedgwick.com
www.Sedgwick.com |

frankhsilva450@gmail.com

Lisa.Burgess@sedgwick.com

**CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe...**

Lisa.Burgess@sedgwick.com

Good afternoon Mr. Silva,

As you are aware, we are the claims administrators for Sunrun, and I am the handling adjuster. It is my understanding you did speak to the Sedgwick Building Consultant yesterday in which he was attempting to coordinate an inspection of your grandmother's residence, but did not succeed in doing so.

We understand that this has been a frustrating experience for you, and we are attempting to make the process toward a resolution smoother for you and your grandmother.

In order to move the claim forward and ensure a fair and thorough evaluation, the Sedgwick Building Consultant does need to complete an inspection at your grandmother's  residence. This step is essential for Sedgwick and Sunrun to accurately assess the damages and advocate for a timely resolution on your grandmother's behalf.

I have included the Sedgwick Building Consultant in this email so you can let him know what days and time are convenient for the inspection, or if there are any concerns we can address to make this process easier for you.

Thank you again for your cooperation. I'm here to help if you have any questions or need further assistance.

Sincerely,

**Lisa S. Burgess**| Claims Specialist

Texas License Number-2493448

A.Morrow, Qualified Manager, CA license #2B88261

DIRECT 630.245.7084 | FAX 630.995.7815
CELL 224.523.6487 | EMAIL Lisa.Burgess@sedgwick.com
www.Sedgwick.com |

Jena.Wooder@Markel.com

frankhsilva450@gmail.com
Lisa.Burgess@sedgwick.com

**CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe...**

**Jena Wooder**

**she/her/hers**

**Senior Claims Examiner, PD & CD Construction**

Claims Division

Markel®

California License No. OD95581

Glen Allen, VA 23059

Toll-Free: (800) 243-6869, ext. 113685

Direct: (804) 864-3685

**markel.com**

—

To report a new loss, please click **here**. For all other correspondence please click **here**. Our privacy policy may be viewed **here**.

*"This message and its contents contain highly sensitive, confidential, and privileged information only accessible by the intended recipient for solely permissible and authorized business purposes. This message nor its contents may be disclosed, shared, displayed, discussed, copied, disbursed or disseminated by the intended recipient or any other party for any reason. This message and its contents are to be completely and securely destroyed immediately after its business use has been fulfilled. If you are not the intended recipient, you are hereby notified that any disclosure or use of this message and its contents are strictly prohibited. If you have received this communication in error, please notify the sender immediately and destroy all copies of this message and its contents immediately."*

frankhsilva450@gmail.com

Jena.Wooder@Markel.com

Jena.Wooder@markel.com

lisa.burgess@sedgwick.com

**Jena Wooder**

**she/her/hers**

**Senior Claims Examiner, PD & CD Construction**

Claims Division

Markel®

California License No. OD95581

Glen Allen, VA 23059

Toll-Free: (800) 243-6869, ext. 113685

Direct: (804) 864-3685



LinkedIn | Instagram | Facebook | X

To report a new loss, please click **here**. For all other correspondence please click **here**. Our privacy policy may be viewed here.

*"This message and its contents contain highly sensitive, confidential, and privileged information only accessible by the intended recipient for solely permissible and authorized business purposes. This message nor its contents may be disclosed, shared, displayed, discussed, copied, disbursed or disseminated by the intended recipient or any other party for any reason. This message and its contents are to be completely and securely destroyed immediately after its business use has been fulfilled. If you are not the intended recipient, you are hereby notified that any disclosure or use of this message and its contents are strictly prohibited. If you have received this communication in error, please notify the sender immediately and destroy all copies of this message and its contents immediately."*

frankhsilva450@gmail.com

Jena.Wooder@Markel.com

**Jena Wooder**

**she/her/hers**

**Senior Claims Examiner, PD & CD Construction**

Claims Division

Markel®

California License No. 0D95581

Glen Allen, VA 23059

Toll-Free: (800) 243-6869, ext. 113685

Direct: (804) 864-3685

**markel.com**

LinkedIn | Instagram | Facebook | X

To report a new loss, please click here. For all other correspondence please click here. Our privacy policy may be viewed here.

*"This message and its contents contain highly sensitive, confidential, and privileged information only accessible by the intended recipient for solely permissible and authorized business purposes. This message nor its contents may be disclosed, shared, displayed, discussed, copied, disbursed or disseminated by the intended recipient or any other party for any reason. This message and its contents are to be completely and securely destroyed immediately after its business use has been fulfilled. If you are not the intended recipient, you are hereby notified that any disclosure or use of this message and its contents are strictly prohibited. If you have received this communication in error, please notify the sender immediately and destroy all copies of this message and its contents immediately."*

Lisa.Burgess@sedgwick.com

frankhsilva450@gmail.com

Jena.Wooder@Markel.com upload@vericlaiminc.com

**Lisa S. Burgess**| Claims Specialist

Texas License Number-2493448

A.Morrow, Qualified Manager, CA license #2B88261
Sedgwick Claims Management Services, Inc., CA license #2549023

1833 Centre Point Circle, Ste 139 | Naperville, IL  60563
DIRECT 630.245.7084 | FAX 630.995.7815
CELL 224.523.6487 | EMAIL Lisa.Burgess@sedgwick.com
www.Sedgwick.com |



Jena.Wooder@Markel.com    frankhsilva450@gmail.com

**Lisa S. Burgess**| Claims Specialist

Texas License Number-2493448

A.Morrow, Qualified Manager, CA license #2B88261
Sedgwick Claims Management Services, Inc., CA license #2549023

1833 Centre Point Circle, Ste 139 | Naperville, IL  60563
DIRECT 630.245.7084 | FAX 630.995.7815
CELL 224.523.6487 | EMAIL Lisa.Burgess@sedgwick.com
www.Sedgwick.com |

Jena.Wooder@Markel.com

frankhsilva450@gmail.com
            Lisa.Burgess@sedgwick.com

**CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe...**

**she/her/hers**

**Senior Claims Examiner, PD & CD Construction**

Claims Division

Markel®

California License No. OD95581

Glen Allen, VA 23059

Toll-Free: (800) 243-6869, ext. 113685

Direct: (804) 864-3685

**markel.com**

LinkedIn | Instagram | Facebook | X

To report a new loss, please click here. For all other correspondence please click here. Our privacy policy may be viewed here.

*"This message and its contents contain highly sensitive, confidential, and privileged information only accessible by the intended recipient for solely permissible and authorized business purposes. This message nor its contents may be disclosed, shared, displayed, discussed, copied, disbursed or disseminated by the intended recipient or any other party for any reason. This message and its contents are to be completely and securely destroyed immediately after its business use has been fulfilled. If you are not the intended recipient, you are hereby notified that any disclosure or use of this message and its contents are strictly prohibited. If you have received this communication in error, please notify the sender immediately and destroy all copies of this message and its contents immediately."*

---

Privacy Notice.

Good afternoon Mr. Silva,

Agreement, and abandon the system located at the Property.

Thus, as there were no damages found to be related to the installation of the solar panels and equipment by the

Thus, we will consider this matter closed unless you have any questions.

you have be submitted in writing via email. This will allow us to provide a well considered and accurate response

[Quoted text hidden]

---

Lisa. With all due respect I'm not going to have you sit here. Deny what I just reported. Okay with all due respect yet again you're

the direct damage incurred on the roof and third Sunrun committed felony insurance fraud as well as drag my grandmother through the

[Quoted text hidden]

---

Burgess, Lisa <Lisa.Burgess@sedgwick.com>

with Sunrun including my fiance and I can give you both phone numbers that were calling that day. We're on the phone all day even

---

To: Burgess, Lisa <Lisa.Burgess@sedgwick.com>

was yesterday as well as I have a recording of a phone call and where she deliberately and acknowledged every single act that summer

weird. But don't worry, that's just legal jargon. I wasn't stupid. I knew what I was doing. I recorded that for a reason so if you're going to

Sedgwick are all violating penal code 236PC. You guys are holding my grandmother against her legal Liberty okay and I'm not going to

Mercedes Cepeda blatantly saying that they just need to receive the rebate before they submit PTO. So you're going to sit here and

[Quoted text hidden]

---

To: Burgess, Lisa <Lisa.Burgess@sedgwick.com>

As you are aware your role as a tpa isn't valid nor will I stop filing claims. Sunrun as the installer and contractor is liable as Micha said

about the CT component and since it's inside of a box that's not the customer's fault. You guys had an obligation to turn the system on

told you to stop contacting me already three times and you continue contacting me. We didn't need to abide by the SIL. We only allowed

phone you were cutting me off. So that's the lie going to be displayed as if you cut my grandmother off and you're taking advantage of

switch up and said You're now Sunrun. I've documented everything and I've recorded every single phone call. Jennifer I recorded the

[Quoted text hidden]

frankhsilva450@gmail.com

frankhsilva450@gmail.com

frankhsilva450@gmail.com

Lisa.Burgess@sedgwick.com

**Lisa S. Burgess**| Claims Specialist

Texas License Number-2493448

A.Morrow, Qualified Manager, CA license #2B88261
Sedgwick Claims Management Services, Inc., CA license #2549023

1833 Centre Point Circle, Ste 139 | Naperville, IL 60563
DIRECT 630.245.7084 | FAX 630.995.7815
CELL 224.523.6487 | EMAIL Lisa.Burgess@sedgwick.com
www.Sedgwick.com |

sedgwick

frankhsilva450@gmail.com

jena.wooder@markel.com

A.Morrow, Qualified Manager, CA license #2B88261
Sedgwick Claims Management Services, Inc., CA license #2549023

1833 Centre Point Circle, Ste 139 | Naperville, IL 60563
DIRECT 630.245.7084 | FAX 630.995.7815
CELL 224.523.6487 | EMAIL Lisa.Burgess@sedgwick.com
www.Sedgwick.com |

sedgwick

frankhsilva450@gmail.com
Micah.McEachron@Sedgwick.com jena.wooder@markel.com

**Lisa S. Burgess**| Claims Specialist

Texas License Number-2493448

A.Morrow, Qualified Manager, CA license #2B88261
Sedgwick Claims Management Services, Inc., CA license #2549023

1833 Centre Point Circle, Ste 139 | Naperville, IL 60563
DIRECT 630.245.7084 | FAX 630.995.7815
CELL 224.523.6487 | EMAIL Lisa.Burgess@sedgwick.com
www.Sedgwick.com |

sedgwick

frankhsilva450@gmail.com

Lisa.Burgess@sedgwick.com

**CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe...**

Lisa.Burgess@sedgwick.com

Good afternoon Mr. Silva,

As you are aware, we are the claims administrators for Sunrun, and I am the handling adjuster. It is my understanding you did speak to the Sedgwick Building Consultant yesterday in which he was attempting to coordinate an inspection of your grandmother's residence, but did not succeed in doing so.

We understand that this has been a frustrating experience for you, and we are attempting to make the process toward a resolution smoother for you and your grandmother.

In order to move the claim forward and ensure a fair and thorough evaluation, the Sedgwick Building Consultant does need to complete an inspection at your grandmother's residence. This step is essential for Sedgwick and Sunrun to accurately assess the damages and advocate for a timely resolution on your grandmother's behalf.

I have included the Sedgwick Building Consultant in this email so you can let him know what days and time are convenient for the inspection, or if there are any concerns we can address to make this process easier for you.

Thank you again for your cooperation. I'm here to help if you have any questions or need further assistance.

Sincerely,

**Lisa S. Burgess**| Claims Specialist

Texas License Number-2493448

A.Morrow, Qualified Manager, CA license #2B88261
Sedgwick Claims Management Services, Inc., CA license #2549023

1833 Centre Point Circle, Ste 139 | Naperville, IL 60563
DIRECT 630.245.7084 | FAX 630.995.7815
CELL 224.523.6487 | EMAIL Lisa.Burgess@sedgwick.com
www.Sedgwick.com |

sedgwick

frankrsilva408@gmail.com
Lisa.Burgess@sedgwick.com

**CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe...**

**Jena Wooder**

**she/her/hers**

**Senior Claims Examiner, PD & CD Construction**

Claims Division

Markel®

California License No. 0D95581

Glen Allen, VA 23059

Toll-Free: (800) 243-6869, ext. 113685

Direct: (804) 864-3685

**markel.com**

LinkedIn | Instagram | Facebook | X

To report a new loss, please click here. For all other correspondence please click here. Our privacy policy may be viewed here.

*"This message and its contents contain highly sensitive, confidential, and privileged information only accessible by the intended recipient for solely permissible and authorized business purposes. This message nor its contents may be disclosed, shared, displayed, discussed, copied, disbursed or disseminated by the intended recipient or any other party for any reason. This message and its contents are to be completely and securely destroyed immediately after its business use has been fulfilled. If you are not the intended recipient, you are hereby notified that any disclosure or use of this message and its contents are strictly prohibited. If you have received this communication in error, please notify the sender*

frankhsilva450@gmail.com

Jena.Wooder@Markel.com

Jena.Wooder@markel.com

lisa.burgess@sedgwick.com

**Jena Wooder**

**she/her/hers**

**Senior Claims Examiner, PD & CD Construction**

Claims Division

Markel®

California License No. OD95581

Glen Allen, VA 23059

Toll-Free: (800) 243-6869, ext. 113685

Direct: (804) 864-3685

**markel.com**

LinkedIn | Instagram | Facebook | X

To report a new loss, please click **here**. For all other correspondence please click **here**. Our privacy policy may be

*intended recipient for solely permissible and authorized business purposes. This message nor its contents may be disclosed, shared, displayed, discussed, copied, disbursed or disseminated by the intended recipient or any other party for any reason. This message and its contents are to be completely and securely destroyed immediately after its business use has been fulfilled. If you are not the intended recipient, you are hereby notified that any disclosure or use of this message and its contents are strictly prohibited. If you have received this communication in error, please notify the sender immediately and destroy all copies of this message and its contents immediately."*

frankhsilva450@gmail.com

Jena.Wooder@Markel.com

Jena.Wooder@markel.com

**Jena Wooder**

**she/her/hers**

**Senior Claims Examiner, PD & CD Construction**

Claims Division

Markel®

California License No. OD95581

Glen Allen, VA 23059

Toll-Free: (800) 243-6869, ext. 113685

Direct: (804) 864-3685

**markel.com**

LinkedIn | Instagram | Facebook | X

To report a new loss, please click here. For all other correspondence please click here. Our privacy policy may be viewed here.

*"This message and its contents contain highly sensitive, confidential, and privileged information only accessible by the intended recipient for solely permissible and authorized business purposes. This message nor its contents may be disclosed, shared, displayed, discussed, copied, disbursed or disseminated by the intended recipient or any other party for any reason. This message and its contents are to be completely and securely destroyed immediately after its business use has been fulfilled. If you are not the intended recipient, you are hereby notified that any disclosure or use of this message and its contents are strictly prohibited. If you have received this communication in error, please notify the sender immediately and destroy all copies of this message and its contents immediately."*

Lisa.Burgess@sedgwick.com

frankhsilva450@gmail.com

Jena.Wooder@Markel.com

upload@vericlaiminc.com

**Lisa S. Burgess**| Claims Specialist

Texas License Number-2493448

A.Morrow, Qualified Manager, CA license #2B88261
Sedgwick Claims Management Services, Inc., CA license #2549023

1833 Centre Point Circle, Ste 139 | Naperville, IL  60563
DIRECT 630.245.7084 | FAX 630.995.7815
CELL 224.523.6487 | EMAIL Lisa.Burgess@sedgwick.com
www.Sedgwick.com |

Jena.Wooder@Markel.com    frankhsilva450@gmail.com

**Lisa S. Burgess**| Claims Specialist

Texas License Number-2493448

A.Morrow, Qualified Manager, CA license #2B88261
Sedgwick Claims Management Services, Inc., CA license #2549023

1833 Centre Point Circle, Ste 139 | Naperville, IL  60563
DIRECT 630.245.7084 | FAX 630.995.7815
CELL 224.523.6487 | EMAIL Lisa.Burgess@sedgwick.com
www.Sedgwick.com |

Jena.Wooder@Markel.com

frankhsilva450@gmail.com
Lisa.Burgess@sedgwick.com

**CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe...**

**Jena Wooder**

**she/her/hers**

**Senior Claims Examiner, PD & CD Construction**

Claims Division

Markel®

California License No. 0D95581

Glen Allen, VA 23059

Toll-Free: (800) 243-6869, ext. 113685

Direct: (804) 864-3685

**markel.com**

LinkedIn | Instagram | Facebook | X

To report a new loss, please click here. For all other correspondence please click here. Our privacy policy may be viewed here.

*"This message and its contents contain highly sensitive, confidential, and privileged information only accessible by the intended recipient for solely permissible and authorized business purposes. This message nor its contents may be disclosed, shared, displayed, discussed, copied, disbursed or disseminated by the intended recipient or any other party for any reason. This message and its contents are to be completely and securely destroyed immediately after its business use has been fulfilled. If you are not the intended recipient, you are hereby notified that any disclosure or use of this message and its contents are strictly prohibited. If you have received this communication in error, please notify the sender immediately and destroy all copies of this message and its contents immediately."*

---

Privacy Notice.

Lisa.Burgess@sedgwick.com

**Lisa S. Burgess**| Claims Specialist

Texas License Number-2493448

A.Morrow, Qualified Manager, CA license #2B88261
Sedgwick Claims Management Services, Inc., CA license #2549023

1833 Centre Point Circle, Ste 139 | Naperville, IL  60563
DIRECT 630.245.7084 | FAX 630.995.7815
CELL 224.523.6487 | EMAIL Lisa.Burgess@sedgwick.com
www.Sedgwick.com |



frankhsilva450@gmail.com

jena.wooder@markel.com

**Lisa S. Burgess**| Claims Specialist

Texas License Number-2493448

A.Morrow, Qualified Manager, CA license #2B88261
Sedgwick Claims Management Services, Inc., CA license #2549023

1833 Centre Point Circle, Ste 139 | Naperville, IL 60563
DIRECT 630.245.7084 | FAX 630.995.7815
CELL 224.523.6487 | EMAIL Lisa.Burgess@sedgwick.com
www.Sedgwick.com |

sedgwick

frankhsilva450@gmail.com

Micah.McEachron@Sedgwick.com                                  jena.wooder@markel.com

**Lisa S. Burgess**| Claims Specialist

Texas License Number-2493448

A.Morrow, Qualified Manager, CA license #2B88261
Sedgwick Claims Management Services, Inc., CA license #2549023

1833 Centre Point Circle, Ste 139 | Naperville, IL  60563
DIRECT 630.245.7084 | FAX 630.995.7815
CELL 224.523.6487 | EMAIL Lisa.Burgess@sedgwick.com
www.Sedgwick.com |

sedgwick

frankhsilva450@gmail.com

Lisa.Burgess@sedgwick.com

**CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe...**

Good afternoon Mr. Silva,

As you are aware, we are the claims administrators for Sunrun, and I am the handling adjuster. It is my understanding you did speak to the Sedgwick Building Consultant yesterday in which he was attempting to coordinate an inspection of your grandmother's residence, but did not succeed in doing so.

We understand that this has been a frustrating experience for you, and we are attempting to make the process toward a resolution smoother for you and your grandmother.

In order to move the claim forward and ensure a fair and thorough evaluation, the Sedgwick Building Consultant does need to complete an inspection at your grandmother's residence. This step is essential for Sedgwick and Sunrun to accurately assess the damages and advocate for a timely resolution on your grandmother's behalf.

I have included the Sedgwick Building Consultant in this email so you can let him know what days and time are convenient for the inspection, or if there are any concerns we can address to make this process easier for you.

Thank you again for your cooperation. I'm here to help if you have any questions or need further assistance.

Sincerely,

**Lisa S. Burgess**| Claims Specialist

Texas License Number-2493448

A.Morrow, Qualified Manager, CA license #2B88261
Sedgwick Claims Management Services, Inc., CA license #2549023

1833 Centre Point Circle, Ste 139 | Naperville, IL 60563
DIRECT 630.245.7084 | FAX 630.995.7815
CELL 224.523.6487 | EMAIL Lisa.Burgess@sedgwick.com
www.Sedgwick.com |

sedgwick

Jena.Wooder@Markel.com

frankhsilva450@gmail.com
Lisa.Burgess@sedgwick.com

**CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe...**

**Jena Wooder**

**she/her/hers**

**Senior Claims Examiner, PD & CD Construction**

Claims Division

Markel®

California License No. 0D95581

Glen Allen, VA 23059

Toll-Free: (800) 243-6869, ext. 113685

Direct: (804) 864-3685

**markel.com**

LinkedIn | Instagram | Facebook | X

To report a new loss, please click here. For all other correspondence please click here. Our privacy policy may be viewed here.

*"This message and its contents contain highly sensitive, confidential, and privileged information only accessible by the intended recipient for solely permissible and authorized business purposes. This message nor its contents may be disclosed, shared, displayed, discussed, copied, disbursed or disseminated by the intended recipient or any other party for any reason. This message and its contents are to be completely and securely destroyed immediately after its business use has been fulfilled. If you are not the intended recipient, you are hereby notified that any disclosure or use of this message and its contents are strictly prohibited. If you have received this communication in error, please notify the sender immediately and destroy all copies of this message and its contents immediately."*

frankhsilva450@gmail.com

Jena.Wooder@Markel.com

Jena.Wooder@markel.com

lisa.burgess@sedgwick.com

**Jena Wooder**

**she/her/hers**

**Senior Claims Examiner, PD & CD Construction**

Claims Division

Markel®

California License No. 0D95581

Glen Allen, VA 23059

Toll-Free: (800) 243-6869, ext. 113685

Direct: (804) 864-3685

**markel.com**

LinkedIn | Instagram | Facebook | X

To report a new loss, please click here. For all other correspondence please click here. Our privacy policy may be viewed here.

*"This message and its contents contain highly sensitive, confidential, and privileged information only accessible by the intended recipient for solely permissible and authorized business purposes. This message nor its contents may be disclosed, shared, displayed, discussed, copied, disbursed or disseminated by the intended recipient or any other party for any reason. This message and its contents are to be completely and securely destroyed immediately after its business use has been fulfilled. If you are not the intended recipient, you are hereby notified that any disclosure or use of this message and its contents are strictly prohibited. If you have received this communication in error, please notify the sender immediately and destroy all copies of this message and its contents immediately."*

frankhsilva450@gmail.com

[illegible]

This email serves as a formal and immediate notice regarding a claim being filed under Markel's Commercial General Liability [illegible]

[illegible]

deceptive communications. This also encompasses fraudulent promises regarding 25 cents per kilowatt hour rates and other [illegible]

[illegible]

to communications from us, and we are well aware that they are not responding to Markel either, which has led to Markel's [illegible]

representations, is an immediate act of bad faith, rendering Markel complicit in the harm against [illegible]. This attempt to [illegible]

physical evidence of their misconduct. The matter will not be forgotten under any circumstances.

[illegible]

[illegible]

[illegible]

[illegible]

Jena.Wooder@markel.com

**Jena Wooder**

**she/her/hers**

**Senior Claims Examiner, PD & CD Construction**

Claims Division

Markel®

Toll-Free: (800) 243-6869, ext. 113685
Direct: (804) 864-3685

**markel.com**

LinkedIn | Instagram | Facebook | X

To report a new loss, please click here. For all other correspondence please click here. Our privacy policy may be viewed here.

*"This message and its contents contain highly sensitive, confidential, and privileged information only accessible by the intended recipient for solely permissible and authorized business purposes. This message nor its contents may be disclosed, shared, displayed, discussed, copied, disbursed or disseminated by the intended recipient or any other party for any reason.  This message and its contents are to be completely and securely destroyed immediately after its business use has been fulfilled.  If you are not the intended recipient, you are hereby notified that any disclosure or use of this message and its contents are strictly prohibited.  If you have received this communication in error, please notify the sender immediately and destroy all copies of this message and its contents immediately."*

Lisa.Burgess@sedgwick.com

frankhsilva450@gmail.com
          Jena.Wooder@Markel.com                    upload@vericlaiminc.com

**Lisa S. Burgess**| Claims Specialist

Texas License Number-2493448

A.Morrow, Qualified Manager, CA license #2B88261
Sedgwick Claims Management Services, Inc., CA license #2549023

1833 Centre Point Circle, Ste 139 | Naperville, IL 60563
DIRECT 630.245.7084 | FAX 630.995.7815
CELL 224.523.6487 | EMAIL Lisa.Burgess@sedgwick.com
www.Sedgwick.com |

---

Jena.Wooder@Markel.com frankhsilva450@gmail.com

**Lisa S. Burgess**| Claims Specialist

Sedgwick Claims Management Services, Inc., CA license #2549023

1833 Centre Point Circle, Ste 139 | Naperville, IL 60563
DIRECT 630.245.7084 | FAX 630.995.7815
CELL 224.523.6487 | EMAIL Lisa.Burgess@sedgwick.com
www.Sedgwick.com |

Jena.Wooder@Markel.com

frankhsilva450@gmail.com
Lisa.Burgess@sedgwick.com

**CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe...**

**Jena Wooder**

**she/her/hers**

**Senior Claims Examiner, PD & CD Construction**

Markel®

California License No. OD95581

Glen Allen, VA 23059

Toll-Free: (800) 243-6869, ext. 113685

Direct: (804) 864-3685

**markel.com**

LinkedIn | Instagram | Facebook | X

To report a new loss, please click here. For all other correspondence please click here. Our privacy policy may be viewed here.

*"This message and its contents contain highly sensitive, confidential, and privileged information only accessible by the intended recipient for solely permissible and authorized business purposes. This message nor its contents may be disclosed, shared, displayed, discussed, copied, disbursed or disseminated by the intended recipient or any other party for any reason. This message and its contents are to be completely and securely destroyed immediately after its business use has been fulfilled. If you are not the intended recipient, you are hereby notified that any disclosure or use of this message and its contents are strictly prohibited. If you have received this communication in error, please notify the sender immediately and destroy all copies of this message and its contents immediately."*

---

Privacy Notice.

---

frankhsilva450@gmail.com

Lisa.Burgess@sedgwick.com

**Lisa S. Burgess**| Claims Specialist

Texas License Number-2493448

A.Morrow, Qualified Manager, CA license #2B88261
Sedgwick Claims Management Services, Inc., CA license #2549023

1833 Centre Point Circle, Ste 139 | Naperville, IL  60563
DIRECT 630.245.7084 | FAX 630.995.7815
CELL 224.523.6487 | EMAIL Lisa.Burgess@sedgwick.com
www.Sedgwick.com |

sedgwick

frankhsilva450@gmail.com

jena.wooder@markel.com

**Lisa S. Burgess**| Claims Specialist

Texas License Number-2493448

A.Morrow, Qualified Manager, CA license #2B88261
Sedgwick Claims Management Services, Inc., CA license #2549023

1833 Centre Point Circle, Ste 139 | Naperville, IL  60563
DIRECT 630.245.7084 | FAX 630.995.7815
CELL 224.523.6487 | EMAIL Lisa.Burgess@sedgwick.com
www.Sedgwick.com |

sedgwick

frankhsilva450@gmail.com
        Micah.McEachron@Sedgwick.com

jena.wooder@markel.com

**Lisa S. Burgess**| Claims Specialist

Texas License Number-2493448

A.Morrow, Qualified Manager, CA license #2B88261
Sedgwick Claims Management Services, Inc., CA license #2549023

1833 Centre Point Circle, Ste 139 | Naperville, IL 60563
DIRECT 630.245.7084 | FAX 630.995.7815
CELL 224.523.6487 | EMAIL Lisa.Burgess@sedgwick.com
www.Sedgwick.com |

sedgwick

frankhsilva450@gmail.com

Lisa.Burgess@sedgwick.com

**CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe...**

Lisa.Burgess@sedgwick.com

Good afternoon Mr. Silva,

As you are aware, we are the claims administrators for Sunrun, and I am the handling adjuster. It is my understanding you did speak to the Sedgwick Building Consultant yesterday in which he was attempting to coordinate an inspection of your grandmother's residence, but did not succeed in doing so.

complete an inspection at your grandmother's residence. This step is essential for Sedgwick and Sunrun to accurately assess the damages and advocate for a timely resolution on your grandmother's behalf.

I have included the Sedgwick Building Consultant in this email so you can let him know what days and time are convenient for the inspection, or if there are any concerns we can address to make this process easier for you.

Thank you again for your cooperation. I'm here to help if you have any questions or need further assistance.

Sincerely,

**Lisa S. Burgess**| Claims Specialist

Texas License Number-2493448

A.Morrow, Qualified Manager, CA license #2B88261
Sedgwick Claims Management Services, Inc., CA license #2549023

1833 Centre Point Circle, Ste 139 | Naperville, IL 60563
DIRECT 630.245.7084 | FAX 630.995.7815
CELL 224.523.6487 | EMAIL Lisa.Burgess@sedgwick.com
www.Sedgwick.com |

sedgwick

Jena.Wooder@Markel.com

frankhsilva450@gmail.com
Lisa.Burgess@sedgwick.com

**CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe...**

**Jena Wooder**

**she/her/hers**

**Senior Claims Examiner, PD & CD Construction**

Markel

California License No. 0D95581

Glen Allen, VA 23059

Toll-Free: (800) 243-6869, ext. 113685

Direct: (804) 864-3685

**markel.com**

LinkedIn | Instagram | Facebook | X

To report a new loss, please click here. For all other correspondence please click here. Our privacy policy may be viewed here.

*"This message and its contents contain highly sensitive, confidential, and privileged information only accessible by the intended recipient for solely permissible and authorized business purposes. This message nor its contents may be disclosed, shared, displayed, discussed, copied, disbursed or disseminated by the intended recipient or any other party for any reason. This message and its contents are to be completely and securely destroyed immediately after its business use has been fulfilled. If you are not the intended recipient, you are hereby notified that any disclosure or use of this message and its contents are strictly prohibited. If you have received this communication in error, please notify the sender immediately and destroy all copies of this message and its contents immediately."*

frankhsilva450@gmail.com

Jena.Wooder@Markel.com

Jena.Wooder@markel.com

lisa.burgess@sedgwick.com

**Jena Wooder**

**she/her/hers**

**Senior Claims Examiner, PD & CD Construction**

Claims Division

Markel®

California License No. OD95581

Glen Allen, VA 23059

Toll-Free: (800) 243-6869, ext. 113685

Direct: (804) 864-3685

**markel.com**

LinkedIn | Instagram | Facebook | X

To report a new loss, please click here. For all other correspondence please click here. Our privacy policy may be viewed here.

*"This message and its contents contain highly sensitive, confidential, and privileged information only accessible by the intended recipient for solely permissible and authorized business purposes. This message nor its contents may be disclosed, shared, displayed, discussed, copied, disbursed or disseminated by the intended recipient or any other party for any reason. This message and its contents are to be completely and securely destroyed immediately after its business use has been fulfilled. If you are not the intended recipient, you are hereby notified that any disclosure or use of this message and its contents are strictly prohibited. If you have received this communication in error, please notify the sender immediately and destroy all copies of this message and its contents immediately."*

frankhsilva450@gmail.com

Jena.Wooder@Markel.com

Jena.Wooder@markel.com

**Jena Wooder**

**she/her/hers**

**Senior Claims Examiner, PD & CD Construction**

Claims Division

Markel®

California License No. OD95581

Glen Allen, VA 23059

Toll-Free: (800) 243-6869, ext. 113685

Direct: (804) 864-3685

LinkedIn | Instagram | Facebook | X

To report a new loss, please click here. For all other correspondence please click here. Our privacy policy may be viewed here.

*"This message and its contents contain highly sensitive, confidential, and privileged information only accessible by the intended recipient for solely permissible and authorized business purposes. This message nor its contents may be disclosed, shared, displayed, discussed, copied, disbursed or disseminated by the intended recipient or any other party for any reason. This message and its contents are to be completely and securely destroyed immediately after its business use has been fulfilled. If you are not the intended recipient, you are hereby notified that any disclosure or use of this message and its contents are strictly prohibited. If you have received this communication in error, please notify the sender immediately and destroy all copies of this message and its contents immediately."*

Lisa.Burgess@sedgwick.com

frankhsilva450@gmail.com
Jena.Wooder@Markel.com                upload@vericlaiminc.com

A.Morrow, Qualified Manager, CA license #2B88261
Sedgwick Claims Management Services, Inc., CA license #2549023

1833 Centre Point Circle, Ste 139 | Naperville, IL  60563
DIRECT 630.245.7084 | FAX 630.995.7815
CELL 224.523.6487 | EMAIL Lisa.Burgess@sedgwick.com
www.Sedgwick.com |

Jena.Wooder@Markel.com    frankhsilva450@gmail.com

**Lisa S. Burgess**| Claims Specialist

Texas License Number-2493448

A.Morrow, Qualified Manager, CA license #2B88261
Sedgwick Claims Management Services, Inc., CA license #2549023

1833 Centre Point Circle, Ste 139 | Naperville, IL  60563
DIRECT 630.245.7084 | FAX 630.995.7815
CELL 224.523.6487 | EMAIL Lisa.Burgess@sedgwick.com
www.Sedgwick.com |

Jena.Wooder@Markel.com

frankhsilva450@gmail.com
Lisa.Burgess@sedgwick.com

**CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe...**

**Jena Wooder**

**she/her/hers**

**Senior Claims Examiner, PD & CD Construction**

Claims Division

Markel®

California License No. 0D95581

Direct: (804) 864-3685

**markel.com**

LinkedIn | Instagram | Facebook | X

To report a new loss, please click here. For all other correspondence please click here. Our privacy policy may be viewed here.

*"This message and its contents contain highly sensitive, confidential, and privileged information only accessible by the intended recipient for solely permissible and authorized business purposes. This message nor its contents may be disclosed, shared, displayed, discussed, copied, disbursed or disseminated by the intended recipient or any other party for any reason. This message and its contents are to be completely and securely destroyed immediately after its business use has been fulfilled. If you are not the intended recipient, you are hereby notified that any disclosure or use of this message and its contents are strictly prohibited. If you have received this communication in error, please notify the sender immediately and destroy all copies of this message and its contents immediately."*

---

Privacy Notice.

---

Lisa.Burgess@sedgwick.com

**Lisa S. Burgess**| Claims Specialist

Texas License Number-2493448

A.Morrow, Qualified Manager, CA license #2B88261
Sedgwick Claims Management Services, Inc., CA license #2549023

1833 Centre Point Circle, Ste 139 | Naperville, IL 60563
DIRECT 630.245.7084 | FAX 630.995.7815
CELL 224.523.6487 | EMAIL Lisa.Burgess@sedgwick.com
www.Sedgwick.com |

sedgwick

frankhsilva450@gmail.com

jena.wooder@markel.com

www.Sedgwick.com |

sedgwick

frankhsilva450@gmail.com

Lisa.Burgess@sedgwick.com

**CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe...**

Lisa.Burgess@sedgwick.com

Good afternoon Mr. Silva,

As you are aware, we are the claims administrators for Sunrun, and I am the handling adjuster. It is my understanding you did speak to the Sedgwick Building Consultant yesterday in which he was attempting to coordinate an inspection of your grandmother's residence, but did not succeed in doing so.

We understand that this has been a frustrating experience for you, and we are attempting to make the process toward a resolution smoother for you and your grandmother.

In order to move the claim forward and ensure a fair and thorough evaluation, the Sedgwick Building Consultant does need to complete an inspection at your grandmother's residence. This step is essential for Sedgwick and Sunrun to accurately assess the damages and advocate for a timely resolution on your grandmother's behalf.

I have included the Sedgwick Building Consultant in this email so you can let him know what days and time are convenient for the inspection, or if there are any concerns we can address to make this process easier for you.

Thank you again for your cooperation. I'm here to help if you have any questions or need further assistance.

Sincerely,

**Lisa S. Burgess**| Claims Specialist

Texas License Number-2493448

A.Morrow, Qualified Manager, CA license #2B88261
Sedgwick Claims Management Services, Inc., CA license #2549023

1833 Centre Point Circle, Ste 139 | Naperville, IL 60563
DIRECT 630.245.7084 | FAX 630.995.7815
CELL 224.523.6487 | EMAIL Lisa.Burgess@sedgwick.com
www.Sedgwick.com |

sedgwick

**Lisa S. Burgess**| Claims Specialist

Texas License Number-2493448

A.Morrow, Qualified Manager, CA license #2B88261
Sedgwick Claims Management Services, Inc., CA license #2549023

1833 Centre Point Circle, Ste 139 | Naperville, IL 60563
DIRECT 630.245.7084 | FAX 630.995.7815
CELL 224.523.6487 | EMAIL Lisa.Burgess@sedgwick.com
www.Sedgwick.com |

sedgwick

frankhsilva450@gmail.com
Micah.McEachron@Sedgwick.com jena.wooder@markel.com

**Lisa S. Burgess**| Claims Specialist

Texas License Number-2493448

A.Morrow, Qualified Manager, CA license #2B88261
Sedgwick Claims Management Services, Inc., CA license #2549023

Jena.Wooder@Markel.com

frankhsilva450@gmail.com
Lisa.Burgess@sedgwick.com

**CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe...**

**Jena Wooder**

**she/her/hers**

**Senior Claims Examiner, PD & CD Construction**

Claims Division

Markel®

California License No. 0D95581

Glen Allen, VA 23059

Toll-Free: (800) 243-6869, ext. 113685

Direct: (804) 864-3685

**markel.com**

LinkedIn | Instagram | Facebook | X

To report a new loss, please click here. For all other correspondence please click here. Our privacy policy may be viewed here.

*recipient for solely permissible and authorized business purposes. This message nor its contents may be disclosed, shared, displayed, discussed, copied, disbursed or disseminated by the intended recipient or any other party for any reason. This message and its contents are to be completely and securely destroyed immediately after its business use has been fulfilled. If you are not the intended recipient, you are hereby notified that any disclosure or use of this message and its contents are strictly prohibited. If you have received this communication in error, please notify the sender immediately and destroy all copies of this message and its contents immediately."*

frankhsilva450@gmail.com

Jena.Wooder@Markel.com

Jena.Wooder@markel.com

lisa.burgess@sedgwick.com

**Jena Wooder**

**she/her/hers**

**Senior Claims Examiner, PD & CD Construction**

Claims Division

Markel®

California License No. 0D95581

Glen Allen, VA 23059

Toll-Free: (800) 243-6869, ext. 113685

Direct: (804) 864-3685

**markel.com**



To report a new loss, please click **here**. For all other correspondence please click **here**. Our privacy policy may be viewed **here**.

*"This message and its contents contain highly sensitive, confidential, and privileged information only accessible by the intended recipient for solely permissible and authorized business purposes. This message nor its contents may be disclosed, shared, displayed, discussed, copied, disbursed or disseminated by the intended recipient or any other party for any reason. This message and its contents are to be completely and securely destroyed immediately after its business use has been fulfilled. If you are not the intended recipient, you are hereby notified that any disclosure or use of this message and its contents are strictly prohibited. If you have received this communication in error, please notify the sender immediately and destroy all copies of this message and its contents immediately."*

frankhsilva450@gmail.com

Jena.Wooder@Markel.com

Jena.Wooder@markel.com

**Jena Wooder**

**she/her/hers**

**Senior Claims Examiner, PD & CD Construction**

Claims Division

Markel®

California License No. 0D95581

Glen Allen, VA 23059

Toll-Free: (800) 243-6869, ext. 113685

Direct: (804) 864-3685

**markel.com**

LinkedIn | Instagram | Facebook | X

To report a new loss, please click here. For all other correspondence please click here. Our privacy policy may be viewed here.

*"This message and its contents contain highly sensitive, confidential, and privileged information only accessible by the intended recipient for solely permissible and authorized business purposes. This message nor its contents may be disclosed, shared, displayed, discussed, copied, disbursed or disseminated by the intended recipient or any other party for any reason. This message and its contents are to be completely and securely destroyed immediately after its business use has been fulfilled. If you are not the intended recipient, you are hereby notified that any disclosure or use of this message and its contents are strictly prohibited. If you have received this communication in error, please notify the sender immediately and destroy all copies of this message and its contents immediately."*

Lisa.Burgess@sedgwick.com

frankhsilva450@gmail.com

Jena.Wooder@Markel.com

upload@vericlaiminc.com

**Lisa S. Burgess**| Claims Specialist

Texas License Number-2493448

A.Morrow, Qualified Manager, CA license #2B88261
Sedgwick Claims Management Services, Inc., CA license #2549023

1833 Centre Point Circle, Ste 139 | Naperville, IL  60563
DIRECT 630.245.7084 | FAX 630.995.7815
CELL 224.523.6487 | EMAIL Lisa.Burgess@sedgwick.com
www.Sedgwick.com |

Jena.Wooder@Markel.com    frankhsilva450@gmail.com

**Lisa S. Burgess**| Claims Specialist

Texas License Number-2493448

A.Morrow, Qualified Manager, CA license #2B88261
Sedgwick Claims Management Services, Inc., CA license #2549023

1833 Centre Point Circle, Ste 139 | Naperville, IL  60563
DIRECT 630.245.7084 | FAX 630.995.7815
CELL 224.523.6487 | EMAIL Lisa.Burgess@sedgwick.com
www.Sedgwick.com |

Jena.Wooder@Markel.com

frankhsilva450@gmail.com
Lisa.Burgess@sedgwick.com

**CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe...**

**Jena Wooder**

**she/her/hers**

**Senior Claims Examiner, PD & CD Construction**

Claims Division

Markel®

California License No. 0D95581

Glen Allen, VA 23059

Toll-Free: (800) 243-6869, ext. 113685

Direct: (804) 864-3685

**markel.com**

LinkedIn | Instagram | Facebook | X

To report a new loss, please click here. For all other correspondence please click here. Our privacy policy may be viewed here.

*"This message and its contents contain highly sensitive, confidential, and privileged information only accessible by the intended recipient for solely permissible and authorized business purposes. This message nor its contents may be disclosed, shared, displayed, discussed, copied, disbursed or disseminated by the intended recipient or any other party for any reason. This message and its contents are to be completely and securely destroyed immediately after its business use has been fulfilled. If you are not the intended recipient, you are hereby notified that any disclosure or use of this message and its contents are strictly prohibited. If you have received this communication in error, please notify the sender immediately and destroy all copies of this message and its contents immediately."*

---

Privacy Notice.

Lisa.Burgess@sedgwick.com

Good afternoon Mr. Silva,

As you are aware, we are the claims administrators for Sunrun, and I am the handling adjuster. It is my understanding you did speak to the Sedgwick Building Consultant yesterday in which he was attempting to coordinate an inspection of your grandmother's residence, but did not succeed in doing so.

We understand that this has been a frustrating experience for you, and we are attempting to make the process toward a resolution smoother for you and your grandmother.

In order to move the claim forward and ensure a fair and thorough evaluation, the Sedgwick Building Consultant does need to complete an inspection at your grandmother's residence. This step is essential for Sedgwick and Sunrun to accurately assess the damages and advocate for a timely resolution on your grandmother's behalf.

I have included the Sedgwick Building Consultant in this email so you can let him know what days and time are convenient for the inspection, or if there are any concerns we can address to make this process easier for you.

Thank you again for your cooperation. I'm here to help if you have any questions or need further assistance.

Sincerely,


**Lisa S. Burgess**| Claims Specialist

Texas License Number-2493448

A.Morrow, Qualified Manager, CA license #2B88261
Sedgwick Claims Management Services, Inc., CA license #2549023

1833 Centre Point Circle, Ste 139 | Naperville, IL  60563
DIRECT 630.245.7084 | FAX 630.995.7815
CELL 224.523.6487 | EMAIL Lisa.Burgess@sedgwick.com
www.Sedgwick.com |

sedgwick


frankhsilva450@gmail.com
Lisa.Burgess@sedgwick.com


**CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe...**

**Jena Wooder**

**she/her/hers**

**Senior Claims Examiner, PD & CD Construction**

Claims Division

Markel®

California License No. OD95581

Glen Allen, VA 23059

Toll-Free: (800) 243-6869, ext. 113685

Direct: (804) 864-3685

**markel.com**



LinkedIn | Instagram | Facebook | X

To report a new loss, please click here. For all other correspondence please click here. Our privacy policy may be viewed here.

*"This message and its contents contain highly sensitive, confidential, and privileged information only accessible by the intended recipient for solely permissible and authorized business purposes. This message nor its contents may be disclosed, shared, displayed, discussed, copied, disbursed or disseminated by the intended recipient or any other party for any reason. This message and its contents are to be completely and securely destroyed immediately after its business use has been fulfilled. If you are not the intended recipient, you are hereby notified that any disclosure or use of this message and its contents are strictly prohibited. If you have received this communication in error, please notify the sender immediately and destroy all copies of this message and its contents immediately."*

frankhsilva450@gmail.com

Jena.Wooder@Markel.com

lisa.burgess@sedgwick.com

**Jena Wooder**

**she/her/hers**

**Senior Claims Examiner, PD & CD Construction**

Claims Division

Markel®

California License No. 0D95581

Glen Allen, VA 23059

Toll-Free: (800) 243-6869, ext. 113685

Direct: (804) 864-3685

**markel.com**

LinkedIn | Instagram | Facebook | X

To report a new loss, please click here. For all other correspondence please click here. Our privacy policy may be viewed here.

*"This message and its contents contain highly sensitive, confidential, and privileged information only accessible by the intended recipient for solely permissible and authorized business purposes. This message nor its contents may be disclosed, shared, displayed, discussed, copied, disbursed or disseminated by the intended recipient or any other party for any reason. This message and its contents are to be completely and securely destroyed immediately after its business use has been fulfilled. If you are not the intended recipient, you are hereby notified that any disclosure or use of this message and its contents are strictly prohibited. If you have received this communication in error, please notify the sender immediately and destroy all copies of this message and its contents immediately."*

frankhsilva450@gmail.com

Jena.Wooder@markel.com

**Jena Wooder**

**she/her/hers**

**Senior Claims Examiner, PD & CD Construction**

Claims Division

Markel®

California License No. OD95581

**markel.com**

LinkedIn | Instagram | Facebook | X

To report a new loss, please click **here**. For all other correspondence please click **here**. Our privacy policy may be viewed **here**.

*"This message and its contents contain highly sensitive, confidential, and privileged information only accessible by the intended recipient for solely permissible and authorized business purposes. This message nor its contents may be disclosed, shared, displayed, discussed, copied, disbursed or disseminated by the intended recipient or any other party for any reason.  This message and its contents are to be completely and securely destroyed immediately after its business use has been fulfilled.  If you are not the intended recipient, you are hereby notified that any disclosure or use of this message and its contents are strictly prohibited.  If you have received this communication in error, please notify the sender immediately and destroy all copies of this message and its contents immediately."*

Lisa.Burgess@sedgwick.com

frankhsilva450@gmail.com
Jena.Wooder@Markel.com                    upload@vericlaiminc.com

Texas License Number-2493448

A.Morrow, Qualified Manager, CA license #2B88261
Sedgwick Claims Management Services, Inc., CA license #2549023

1833 Centre Point Circle, Ste 139 | Naperville, IL  60563
DIRECT 630.245.7084 | FAX 630.995.7815
CELL 224.523.6487 | EMAIL Lisa.Burgess@sedgwick.com
www.Sedgwick.com |

Jena.Wooder@Markel.com    frankhsilva450@gmail.com

**Lisa S. Burgess**| Claims Specialist

Texas License Number-2493448

A.Morrow, Qualified Manager, CA license #2B88261
Sedgwick Claims Management Services, Inc., CA license #2549023

1833 Centre Point Circle, Ste 139 | Naperville, IL  60563
DIRECT 630.245.7084 | FAX 630.995.7815
CELL 224.523.6487 | EMAIL Lisa.Burgess@sedgwick.com
www.Sedgwick.com |

Jena.Wooder@Markel.com

frankhsilva450@gmail.com
Lisa.Burgess@sedgwick.com

**CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe...**

**Jena Wooder**

**she/her/hers**

**Senior Claims Examiner, PD & CD Construction**

Claims Division

Markel®

California License No. 0D95581

Glen Allen, VA 23059

Toll-Free: (800) 243-6869, ext. 113685

Direct: (804) 864-3685

**markel.com**

LinkedIn | Instagram | Facebook | X

To report a new loss, please click here. For all other correspondence please click here. Our privacy policy may be viewed here.

*"This message and its contents contain highly sensitive, confidential, and privileged information only accessible by the intended recipient for solely permissible and authorized business purposes. This message nor its contents may be disclosed, shared, displayed, discussed, copied, disbursed or disseminated by the intended recipient or any other party for any reason. This message and its contents are to be completely and securely destroyed immediately after its business use has been fulfilled. If you are not the intended recipient, you are hereby notified that any disclosure or use of this message and its contents are strictly prohibited. If you have received this communication in error, please notify the sender immediately and destroy all copies of this message and its contents immediately."*

---

Privacy Notice.

---

Lisa.Burgess@sedgwick.com

Good afternoon Mr. Silva,

As you are aware, we are the claims administrators for Sunrun, and I am the handling adjuster. It is my understanding you did speak to the Sedgwick Building Consultant yesterday in which he was attempting to coordinate an inspection of your grandmother's residence, but did not succeed in doing so.

complete an inspection at your grandmother's residence. This step is essential for Sedgwick and Sunrun to accurately assess the damages and advocate for a timely resolution on your grandmother's behalf.

I have included the Sedgwick Building Consultant in this email so you can let him know what days and time are convenient for the inspection, or if there are any concerns we can address to make this process easier for you.

Thank you again for your cooperation. I'm here to help if you have any questions or need further assistance.

Sincerely,

**Lisa S. Burgess**| Claims Specialist

Texas License Number-2493448

A.Morrow, Qualified Manager, CA license #2B88261
Sedgwick Claims Management Services, Inc., CA license #2549023

1833 Centre Point Circle, Ste 139 | Naperville, IL 60563
DIRECT 630.245.7084 | FAX 630.995.7815
CELL 224.523.6487 | EMAIL Lisa.Burgess@sedgwick.com
www.Sedgwick.com |

sedgwick

frankhsilva450@gmail.com
Lisa.Burgess@sedgwick.com

**CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe...**

**Jena Wooder**

**she/her/hers**

**Senior Claims Examiner, PD & CD Construction**

Markel®

California License No. OD95581

Glen Allen, VA 23059

Toll-Free: (800) 243-6869, ext. 113685

Direct: (804) 864-3685

**markel.com**

 MARKEL

LinkedIn | Instagram | Facebook | X

To report a new loss, please click here. For all other correspondence please click here. Our privacy policy may be viewed here.

*"This message and its contents contain highly sensitive, confidential, and privileged information only accessible by the intended recipient for solely permissible and authorized business purposes. This message nor its contents may be disclosed, shared, displayed, discussed, copied, disbursed or disseminated by the intended recipient or any other party for any reason. This message and its contents are to be completely and securely destroyed immediately after its business use has been fulfilled. If you are not the intended recipient, you are hereby notified that any disclosure or use of this message and its contents are strictly prohibited. If you have received this communication in error, please notify the sender immediately and destroy all copies of this message and its contents immediately."*

frankhsilva450@gmail.com

Jena.Wooder@Markel.com

Jena.Wooder@markel.com

lisa.burgess@sedgwick.com

**she/her/hers**
**Senior Claims Examiner, PD & CD Construction**

Claims Division

Markel®

California License No. OD95581

Glen Allen, VA 23059

Toll-Free: (800) 243-6869, ext. 113685

Direct: (804) 864-3685

**markel.com**



LinkedIn | Instagram | Facebook | X

To report a new loss, please click here. For all other correspondence please click here. Our privacy policy may be viewed here.

*"This message and its contents contain highly sensitive, confidential, and privileged information only accessible by the intended recipient for solely permissible and authorized business purposes. This message nor its contents may be disclosed, shared, displayed, discussed, copied, disbursed or disseminated by the intended recipient or any other party for any reason.  This message and its contents are to be completely and securely destroyed immediately after its business use has been fulfilled.  If you are not the intended recipient, you are hereby notified that any disclosure or use of this message and its contents are strictly prohibited.  If you have received this communication in error, please notify the sender immediately and destroy all copies of this message and its contents immediately."*

frankhsilva450@gmail.com

Jena.Wooder@Markel.com

Jena.Wooder@markel.com

**Jena Wooder**

**she/her/hers**

**Senior Claims Examiner, PD & CD Construction**

Claims Division

Markel®

California License No. OD95581

Glen Allen, VA 23059

Toll-Free: (800) 243-6869, ext. 113685

Direct: (804) 864-3685

**markel.com**

To report a new loss, please click **here**. For all other correspondence please click **here**. Our privacy policy may be viewed here.

*"This message and its contents contain highly sensitive, confidential, and privileged information only accessible by the intended recipient for solely permissible and authorized business purposes. This message nor its contents may be disclosed, shared, displayed, discussed, copied, disbursed or disseminated by the intended recipient or any other party for any reason. This message and its contents are to be completely and securely destroyed immediately after its business use has been fulfilled. If you are not the intended recipient, you are hereby notified that any disclosure or use of this message and its contents are strictly prohibited. If you have received this communication in error, please notify the sender immediately and destroy all copies of this message and its contents immediately."*

Lisa.Burgess@sedgwick.com

frankhsilva450@gmail.com
Jena.Wooder@Markel.com upload@vericlaiminc.com

**Lisa S. Burgess**| Claims Specialist

Texas License Number-2493448

A.Morrow, Qualified Manager, CA license #2B88261
Sedgwick Claims Management Services, Inc., CA license #2549023

1833 Centre Point Circle, Ste 139 | Naperville, IL 60563
DIRECT 630.245.7084 | FAX 630.995.7815
CELL 224.523.6487 | EMAIL Lisa.Burgess@sedgwick.com
www.Sedgwick.com |

Jena.Wooder@Markel.com    frankhsilva450@gmail.com

**Lisa S. Burgess**| Claims Specialist

Texas License Number-2493448

A.Morrow, Qualified Manager, CA license #2B88261
Sedgwick Claims Management Services, Inc., CA license #2549023

1833 Centre Point Circle, Ste 139 | Naperville, IL  60563
DIRECT 630.245.7084 | FAX 630.995.7815
CELL 224.523.6487 | EMAIL Lisa.Burgess@sedgwick.com
www.Sedgwick.com |

Jena.Wooder@Markel.com

frankhsilva450@gmail.com
Lisa.Burgess@sedgwick.com

recognize the sender and know the content is safe...

**Jena Wooder**

**she/her/hers**

**Senior Claims Examiner, PD & CD Construction**

Claims Division

Markel®

California License No. 0D95581

Glen Allen, VA 23059

Toll-Free: (800) 243-6869, ext. 113685

Direct: (804) 864-3685

**markel.com**

LinkedIn | Instagram | Facebook | X

To report a new loss, please click here. For all other correspondence please click here. Our privacy policy may be viewed here.

*message and its contents are to be completely and securely destroyed immediately after its business use has been fulfilled. If you are not the intended recipient, you are hereby notified that any disclosure or use of this message and its contents are strictly prohibited. If you have received this communication in error, please notify the sender immediately and destroy all copies of this message and its contents immediately."*

---

Privacy Notice.

---

Lisa.Burgess@sedgwick.com

**Lisa S. Burgess**| Claims Specialist

Texas License Number-2493448

A.Morrow, Qualified Manager, CA license #2B88261
Sedgwick Claims Management Services, Inc., CA license #2549023

1833 Centre Point Circle, Ste 139 | Naperville, IL 60563
DIRECT 630.245.7084 | FAX 630.995.7815
CELL 224.523.6487 | EMAIL Lisa.Burgess@sedgwick.com
www.Sedgwick.com |

sedgwick

frankhsilva450@gmail.com

jena.wooder@markel.com

**Lisa S. Burgess**| Claims Specialist

Texas License Number-2493448

A.Morrow, Qualified Manager, CA license #2B88261
Sedgwick Claims Management Services, Inc., CA license #2549023

1833 Centre Point Circle, Ste 139 | Naperville, IL 60563
DIRECT 630.245.7084 | FAX 630.995.7815
CELL 224.523.6487 | EMAIL Lisa.Burgess@sedgwick.com
www.Sedgwick.com |

sedgwick

frankhsilva450@gmail.com
Micah.McEachron@Sedgwick.com jena.wooder@markel.com

**Lisa S. Burgess**| Claims Specialist

Texas License Number-2493448

A.Morrow, Qualified Manager, CA license #2B88261
Sedgwick Claims Management Services, Inc., CA license #2549023

1833 Centre Point Circle, Ste 139 | Naperville, IL 60563

frankhsilva450@gmail.com

Lisa.Burgess@sedgwick.com

**CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe...**

Lisa.Burgess@sedgwick.com

Good afternoon Mr. Silva,

As you are aware, we are the claims administrators for Sunrun, and I am the handling adjuster. It is my understanding you did speak to the Sedgwick Building Consultant yesterday in which he was attempting to coordinate an inspection of your grandmother's residence, but did not succeed in doing so.

We understand that this has been a frustrating experience for you, and we are attempting to make the process toward a resolution smoother for you and your grandmother.

In order to move the claim forward and ensure a fair and thorough evaluation, the Sedgwick Building Consultant does need to complete an inspection at your grandmother's residence. This step is essential for Sedgwick and Sunrun to accurately assess the damages and advocate for a timely resolution on your grandmother's behalf.

I have included the Sedgwick Building Consultant in this email so you can let him know what days and time are convenient for the inspection, or if there are any concerns we can address to make this process easier for you.

Thank you again for your cooperation. I'm here to help if you have any questions or need further assistance.

Sincerely,

**Lisa S. Burgess**| Claims Specialist

Texas License Number-2493448

A.Morrow, Qualified Manager, CA license #2B88261
Sedgwick Claims Management Services, Inc., CA license #2549023

1833 Centre Point Circle, Ste 139 | Naperville, IL 60563
DIRECT 630.245.7084 | FAX 630.995.7815
CELL 224.523.6487 | EMAIL Lisa.Burgess@sedgwick.com
www.Sedgwick.com |

sedgwick

Jena.Wooder@Markel.com

frankhsilva450@gmail.com
Lisa.Burgess@sedgwick.com

**CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe...**

**Jena Wooder**

**she/her/hers**

**Senior Claims Examiner, PD & CD Construction**

Claims Division

Markel®

California License No. OD95581

Glen Allen, VA 23059

Toll-Free: (800) 243-6869, ext. 113685

Direct: (804) 864-3685

**markel.com**



LinkedIn | Instagram | Facebook | X

To report a new loss, please click here. For all other correspondence please click here. Our privacy policy may be viewed here.

*and its contents are to be completely and securely destroyed immediately after its business use has been fulfilled.  If you are not the intended recipient, you are hereby notified that any disclosure or use of this message and its contents are strictly prohibited.  If you have received this communication in error, please notify the sender immediately and destroy all copies of this message and its contents immediately."*

frankhsilva450@gmail.com

Jena.Wooder@Markel.com

Jena.Wooder@markel.com

lisa.burgess@sedgwick.com

**Jena Wooder**

**she/her/hers**

**Senior Claims Examiner, PD & CD Construction**

Claims Division

Markel®

California License No. OD95581

Glen Allen, VA 23059

Toll-Free: (800) 243-6869, ext. 113685

Direct: (804) 864-3685

**markel.com**



To report a new loss, please click **here**. For all other correspondence please click **here**. Our privacy policy may be viewed **here**.

*"This message and its contents contain highly sensitive, confidential, and privileged information only accessible by the intended recipient for solely permissible and authorized business purposes. This message nor its contents may be disclosed, shared, displayed, discussed, copied, disbursed or disseminated by the intended recipient or any other party for any reason. This message and its contents are to be completely and securely destroyed immediately after its business use has been fulfilled. If you are not the intended recipient, you are hereby notified that any disclosure or use of this message and its contents are strictly prohibited. If you have received this communication in error, please notify the sender immediately and destroy all copies of this message and its contents immediately."*

frankhsilva450@gmail.com

Jena.Wooder@Markel.com

Jena.Wooder@markel.com

**Jena Wooder**

**she/her/hers**

**Senior Claims Examiner, PD & CD Construction**

Claims Division

Markel®

California License No. OD95581

Glen Allen, VA 23059

Toll-Free: (800) 243-6869, ext. 113685

Direct: (804) 864-3685

**markel.com**

LinkedIn | Instagram | Facebook | X

To report a new loss, please click here. For all other correspondence please click here. Our privacy policy may be viewed here.

*"This message and its contents contain highly sensitive, confidential, and privileged information only accessible by the intended recipient for solely permissible and authorized business purposes. This message nor its contents may be disclosed, shared, displayed, discussed, copied, disbursed or disseminated by the intended recipient or any other party for any reason. This message and its contents are to be completely and securely destroyed immediately after its business use has been fulfilled. If you are not the intended recipient, you are hereby notified that any disclosure or use of this message and its contents are strictly prohibited. If you have received this communication in error, please notify the sender immediately and destroy all copies of this message and its contents immediately."*

Lisa.Burgess@sedgwick.com

frankhsilva450@gmail.com

Jena.Wooder@Markel.com

upload@vericlaiminc.com

**Lisa S. Burgess**| Claims Specialist

Texas License Number-2493448

A.Morrow, Qualified Manager, CA license #2B88261
Sedgwick Claims Management Services, Inc., CA license #2549023

1833 Centre Point Circle, Ste 139 | Naperville, IL  60563
DIRECT 630.245.7084 | FAX 630.995.7815
CELL 224.523.6487 | EMAIL Lisa.Burgess@sedgwick.com
www.Sedgwick.com |

Jena.Wooder@Markel.com    frankhsilva450@gmail.com

**Lisa S. Burgess**| Claims Specialist

Texas License Number-2493448

A.Morrow, Qualified Manager, CA license #2B88261
Sedgwick Claims Management Services, Inc., CA license #2549023

1833 Centre Point Circle, Ste 139 | Naperville, IL  60563
DIRECT 630.245.7084 | FAX 630.995.7815
CELL 224.523.6487 | EMAIL Lisa.Burgess@sedgwick.com
www.Sedgwick.com |

Jena.Wooder@Markel.com

frankhsilva450@gmail.com
Lisa.Burgess@sedgwick.com

**CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe...**

**she/her/hers**

**Senior Claims Examiner, PD & CD Construction**

Claims Division

Markel®

California License No. OD95581

Glen Allen, VA 23059

Toll-Free: (800) 243-6869, ext. 113685

Direct: (804) 864-3685

**markel.com**

LinkedIn | Instagram | Facebook | X

To report a new loss, please click here. For all other correspondence please click here. Our privacy policy may be viewed here.

*"This message and its contents contain highly sensitive, confidential, and privileged information only accessible by the intended recipient for solely permissible and authorized business purposes. This message nor its contents may be disclosed, shared, displayed, discussed, copied, disbursed or disseminated by the intended recipient or any other party for any reason. This message and its contents are to be completely and securely destroyed immediately after its business use has been fulfilled. If you are not the intended recipient, you are hereby notified that any disclosure or use of this message and its contents are strictly prohibited. If you have received this communication in error, please notify the sender immediately and destroy all copies of this message and its contents immediately."*

---

Privacy Notice.

Lisa.Burgess@sedgwick.com

**Lisa S. Burgess**| Claims Specialist

Texas License Number-2493448

A.Morrow, Qualified Manager, CA license #2B88261
Sedgwick Claims Management Services, Inc., CA license #2549023

1833 Centre Point Circle, Ste 139 | Naperville, IL 60563
DIRECT 630.245.7084 | FAX 630.995.7815
CELL 224.523.6487 | EMAIL Lisa.Burgess@sedgwick.com
www.Sedgwick.com |

sedgwick

frankhsilva450@gmail.com

**Lisa S. Burgess**| Claims Specialist

Texas License Number-2493448

A.Morrow, Qualified Manager, CA license #2B88261
Sedgwick Claims Management Services, Inc., CA license #2549023

1833 Centre Point Circle, Ste 139 | Naperville, IL 60563
DIRECT 630.245.7084 | FAX 630.995.7815
CELL 224.523.6487 | EMAIL Lisa.Burgess@sedgwick.com
www.Sedgwick.com |

sedgwick

frankhsilva450@gmail.com
Micah.McEachron@Sedgwick.com jena.wooder@markel.com

**Lisa S. Burgess**| Claims Specialist

Texas License Number-2493448

A.Morrow, Qualified Manager, CA license #2B88261
Sedgwick Claims Management Services, Inc., CA license #2549023

1833 Centre Point Circle, Ste 139 | Naperville, IL 60563
DIRECT 630.245.7084 | FAX 630.995.7815
CELL 224.523.6487 | EMAIL Lisa.Burgess@sedgwick.com
www.Sedgwick.com |

sedgwick

frankhsilva450@gmail.com

Lisa.Burgess@sedgwick.com

**CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe...**

Lisa.Burgess@sedgwick.com

Good afternoon Mr. Silva,

As you are aware, we are the claims administrators for Sunrun, and I am the handling adjuster. It is my understanding you did speak to the Sedgwick Building Consultant yesterday in which he was attempting to coordinate an inspection of your grandmother's residence, but did not succeed in doing so.

We understand that this has been a frustrating experience for you, and we are attempting to make the process toward a resolution smoother for you and your grandmother.

In order to move the claim forward and ensure a fair and thorough evaluation, the Sedgwick Building Consultant does need to complete an inspection at your grandmother's residence. This step is essential for Sedgwick and Sunrun to accurately assess the damages and advocate for a timely resolution on your grandmother's behalf.

I have included the Sedgwick Building Consultant in this email so you can let him know what days and time are convenient for the

**Lisa S. Burgess**| Claims Specialist

Texas License Number-2493448

A.Morrow, Qualified Manager, CA license #2B88261
Sedgwick Claims Management Services, Inc., CA license #2549023

1833 Centre Point Circle, Ste 139 | Naperville, IL 60563
DIRECT 630.245.7084 | FAX 630.995.7815
CELL 224.523.6487 | EMAIL Lisa.Burgess@sedgwick.com
www.Sedgwick.com |

sedgwick

Jena.Wooder@Markel.com

frankhsilva450@gmail.com
Lisa.Burgess@sedgwick.com

**CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe...**

**Jena Wooder**

**she/her/hers**

**Senior Claims Examiner, PD & CD Construction**

Claims Division

Markel®

California License No. 0D95581

Glen Allen. VA 23059

markel.com

LinkedIn | Instagram | Facebook | X

To report a new loss, please click here. For all other correspondence please click here. Our privacy policy may be viewed here.

*"This message and its contents contain highly sensitive, confidential, and privileged information only accessible by the intended recipient for solely permissible and authorized business purposes. This message nor its contents may be disclosed, shared, displayed, discussed, copied, disbursed or disseminated by the intended recipient or any other party for any reason. This message and its contents are to be completely and securely destroyed immediately after its business use has been fulfilled. If you are not the intended recipient, you are hereby notified that any disclosure or use of this message and its contents are strictly prohibited. If you have received this communication in error, please notify the sender immediately and destroy all copies of this message and its contents immediately."*

frankhsilva450@gmail.com

Jena.Wooder@Markel.com

Jena.Wooder@markel.com

lisa.burgess@sedgwick.com

**Jena Wooder**

**she/her/hers**

**Senior Claims Examiner, PD & CD Construction**

Markel

California License No. 0D95581

Glen Allen, VA 23059

Toll-Free: (800) 243-6869, ext. 113685

Direct: (804) 864-3685

**markel.com**

 MARKEL

LinkedIn | Instagram | Facebook | X

To report a new loss, please click here. For all other correspondence please click here. Our privacy policy may be viewed here.

*"This message and its contents contain highly sensitive, confidential, and privileged information only accessible by the intended recipient for solely permissible and authorized business purposes. This message nor its contents may be disclosed, shared, displayed, discussed, copied, disbursed or disseminated by the intended recipient or any other party for any reason. This message and its contents are to be completely and securely destroyed immediately after its business use has been fulfilled. If you are not the intended recipient, you are hereby notified that any disclosure or use of this message and its contents are strictly prohibited. If you have received this communication in error, please notify the sender immediately and destroy all copies of this message and its contents immediately."*

frankhsilva450@gmail.com

Jena.Wooder@Markel.com

Jena.Wooder@markel.com

**Jena Wooder**

**she/her/hers**

**Senior Claims Examiner, PD & CD Construction**

Claims Division

Markel®

California License No. OD95581

Glen Allen, VA 23059

Toll-Free: (800) 243-6869, ext. 113685

Direct: (804) 864-3685

**markel.com**

LinkedIn | Instagram | Facebook | X

To report a new loss, please click here. For all other correspondence please click here. Our privacy policy may be viewed here.

*intended recipient for solely permissible and authorized business purposes. This message nor its contents may be disclosed, shared, displayed, discussed, copied, disbursed or disseminated by the intended recipient or any other party for any reason. This message and its contents are to be completely and securely destroyed immediately after its business use has been fulfilled. If you are not the intended recipient, you are hereby notified that any disclosure or use of this message and its contents are strictly prohibited. If you have received this communication in error, please notify the sender immediately and destroy all copies of this message and its contents immediately."*

Lisa.Burgess@sedgwick.com

frankhsilva450@gmail.com

Jena.Wooder@Markel.com upload@vericlaiminc.com

**Lisa S. Burgess**| Claims Specialist

Texas License Number-2493448

A.Morrow, Qualified Manager, CA license #2B88261
Sedgwick Claims Management Services, Inc., CA license #2549023

1833 Centre Point Circle, Ste 139 | Naperville, IL 60563
DIRECT 630.245.7084 | FAX 630.995.7815
CELL 224.523.6487 | EMAIL Lisa.Burgess@sedgwick.com
www.Sedgwick.com |

Jena.Wooder@Markel.com    frankhsilva450@gmail.com

**Lisa S. Burgess**| Claims Specialist

Texas License Number-2493448

A.Morrow, Qualified Manager, CA license #2B88261
Sedgwick Claims Management Services, Inc., CA license #2549023

1833 Centre Point Circle, Ste 139 | Naperville, IL  60563
DIRECT 630.245.7084 | FAX 630.995.7815
CELL 224.523.6487 | EMAIL Lisa.Burgess@sedgwick.com
www.Sedgwick.com |

Jena.Wooder@Markel.com

frankhsilva450@gmail.com
Lisa.Burgess@sedgwick.com

**CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe...**

**Jena Wooder**

**she/her/hers**

**Senior Claims Examiner, PD & CD Construction**

Claims Division

Markel®

California License No. OD95581

Glen Allen, VA 23059

Toll-Free: (800) 243-6869, ext. 113685

Direct: (804) 864-3685

**markel.com**

LinkedIn | Instagram | Facebook | X

To report a new loss, please click here. For all other correspondence please click here. Our privacy policy may be viewed here.

*"This message and its contents contain highly sensitive, confidential, and privileged information only accessible by the intended recipient for solely permissible and authorized business purposes. This message nor its contents may be disclosed, shared, displayed, discussed, copied, disbursed or disseminated by the intended recipient or any other party for any reason. This message and its contents are to be completely and securely destroyed immediately after its business use has been fulfilled. If you are not the intended recipient, you are hereby notified that any disclosure or use of this message and its contents are strictly prohibited. If you have received this communication in error, please notify the sender immediately and destroy all copies of this message and its contents immediately."*

Privacy Notice.

frankhsilva450@gmail.com

frankhsilva450@gmail.com

frankhsilva450@gmail.com

**Lisa S. Burgess**| Claims Specialist

Texas License Number-2493448

A.Morrow, Qualified Manager, CA license #2B88261
Sedgwick Claims Management Services, Inc., CA license #2549023

1833 Centre Point Circle, Ste 139 | Naperville, IL 60563
DIRECT 630.245.7084 | FAX 630.995.7815
CELL 224.523.6487 | EMAIL Lisa.Burgess@sedgwick.com
www.Sedgwick.com |

sedgwick

frankhsilva450@gmail.com

jena.wooder@markel.com

**Lisa S. Burgess**| Claims Specialist

Texas License Number-2493448

A.Morrow, Qualified Manager, CA license #2B88261
Sedgwick Claims Management Services, Inc., CA license #2549023

1833 Centre Point Circle, Ste 139 | Naperville, IL 60563
DIRECT 630.245.7084 | FAX 630.995.7815
CELL 224.523.6487 | EMAIL Lisa.Burgess@sedgwick.com
www.Sedgwick.com |

sedgwick

frankhsilva450@gmail.com
Micah.McEachron@Sedgwick.com jena.wooder@markel.com

**Lisa S. Burgess**| Claims Specialist

Texas License Number-2493448

A.Morrow, Qualified Manager, CA license #2B88261
Sedgwick Claims Management Services, Inc., CA license #2549023

1833 Centre Point Circle, Ste 139 | Naperville, IL 60563
DIRECT 630.245.7084 | FAX 630.995.7815
CELL 224.523.6487 | EMAIL Lisa.Burgess@sedgwick.com
www.Sedgwick.com |

sedgwick

frankhsilva450@gmail.com

Lisa.Burgess@sedgwick.com

**CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe...**

Lisa.Burgess@sedgwick.com

Good afternoon Mr. Silva,

As you are aware, we are the claims administrators for Sunrun, and I am the handling adjuster. It is my understanding you did speak to the Sedgwick Building Consultant yesterday in which he was attempting to coordinate an inspection of your grandmother's residence, but did not succeed in doing so.

We understand that this has been a frustrating experience for you, and we are attempting to make the process toward a resolution smoother for you and your grandmother.

In order to move the claim forward and ensure a fair and thorough evaluation, the Sedgwick Building Consultant does need to complete an inspection at your grandmother's residence. This step is essential for Sedgwick and Sunrun to accurately assess the damages and advocate for a timely resolution on your grandmother's behalf.

I have included the Sedgwick Building Consultant in this email so you can let him know what days and time are convenient for the inspection, or if there are any concerns we can address to make this process easier for you.

Thank you again for your cooperation. I'm here to help if you have any questions or need further assistance.

Sincerely,

Texas License Number-2493448
A.Morrow, Qualified Manager, CA license #2B88261
Sedgwick Claims Management Services, Inc., CA license #2549023

1833 Centre Point Circle, Ste 139 | Naperville, IL 60563
DIRECT 630.245.7084 | FAX 630.995.7815
CELL 224.523.6487 | EMAIL Lisa.Burgess@sedgwick.com
www.Sedgwick.com |

sedgwick

Jena.Wooder@Markel.com

frankhsilva450@gmail.com
Lisa.Burgess@sedgwick.com

**CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe...**

**Jena Wooder**

**she/her/hers**

**Senior Claims Examiner, PD & CD Construction**

Claims Division

Markel®

California License No. 0D95581

Glen Allen, VA 23059

Toll-Free: (800) 243-6869, ext. 113685

Direct: (804) 864-3685

 LinkedIn | Instagram | Facebook | X

To report a new loss, please click here. For all other correspondence please click here. Our privacy policy may be viewed here.

*"This message and its contents contain highly sensitive, confidential, and privileged information only accessible by the intended recipient for solely permissible and authorized business purposes. This message nor its contents may be disclosed, shared, displayed, discussed, copied, disbursed or disseminated by the intended recipient or any other party for any reason. This message and its contents are to be completely and securely destroyed immediately after its business use has been fulfilled. If you are not the intended recipient, you are hereby notified that any disclosure or use of this message and its contents are strictly prohibited. If you have received this communication in error, please notify the sender immediately and destroy all copies of this message and its contents immediately."*

frankhsilva450@gmail.com

Jena.Wooder@Markel.com

Jena.Wooder@markel.com

lisa.burgess@sedgwick.com

**Jena Wooder**

**she/her/hers**

**Senior Claims Examiner, PD & CD Construction**

Markel

California License No. OD95581

Glen Allen, VA 23059

Toll-Free: (800) 243-6869, ext. 113685

Direct: (804) 864-3685

**markel.com**

MARKEL

LinkedIn | Instagram | Facebook | X

To report a new loss, please click **here.** For all other correspondence please click **here.** Our privacy policy may be viewed **here.**

*"This message and its contents contain highly sensitive, confidential, and privileged information only accessible by the intended recipient for solely permissible and authorized business purposes. This message nor its contents may be disclosed, shared, displayed, discussed, copied, disbursed or disseminated by the intended recipient or any other party for any reason. This message and its contents are to be completely and securely destroyed immediately after its business use has been fulfilled. If you are not the intended recipient, you are hereby notified that any disclosure or use of this message and its contents are strictly prohibited. If you have received this communication in error, please notify the sender immediately and destroy all copies of this message and its contents immediately."*

frankhsilva450@gmail.com

Jena.Wooder@Markel.com

Jena.Wooder@markel.com

**Jena Wooder**

**she/her/hers**

**Senior Claims Examiner, PD & CD Construction**

Claims Division

Markel®

California License No. 0D95581

Glen Allen, VA 23059

Toll-Free: (800) 243-6869, ext. 113685

Direct: (804) 864-3685

**markel.com**

To report a new loss, please click here. For all other correspondence please click here. Our privacy policy may be viewed here.

*"This message and its contents contain highly sensitive, confidential, and privileged information only accessible by the intended recipient for solely permissible and authorized business purposes. This message nor its contents may be disclosed, shared, displayed, discussed, copied, disbursed or disseminated by the intended recipient or any other party for any reason. This message and its contents are to be completely and securely destroyed immediately after its business use has been fulfilled. If you are not the intended recipient, you are hereby notified that any disclosure or use of this message and its contents are strictly prohibited. If you have received this communication in error, please notify the sender immediately and destroy all copies of this message and its contents immediately."*

Lisa.Burgess@sedgwick.com

frankhsilva450@gmail.com

Jena.Wooder@Markel.com upload@vericlaiminc.com

**Lisa S. Burgess**| Claims Specialist

Texas License Number-2493448

A.Morrow, Qualified Manager, CA license #2B88261
Sedgwick Claims Management Services, Inc., CA license #2549023

1833 Centre Point Circle, Ste 139 | Naperville, IL 60563
DIRECT 630.245.7084 | FAX 630.995.7815
CELL 224.523.6487 | EMAIL Lisa.Burgess@sedgwick.com
www.Sedgwick.com |

Jena.Wooder@Markel.com    frankhsilva450@gmail.com

**Lisa S. Burgess**| Claims Specialist

Texas License Number-2493448

A.Morrow, Qualified Manager, CA license #2B88261
Sedgwick Claims Management Services, Inc., CA license #2549023

1833 Centre Point Circle, Ste 139 | Naperville, IL  60563
DIRECT 630.245.7084 | FAX 630.995.7815
CELL 224.523.6487 | EMAIL Lisa.Burgess@sedgwick.com
www.Sedgwick.com |

Jena.Wooder@Markel.com

frankhsilva450@gmail.com
Lisa.Burgess@sedgwick.com

you recognize the sender and know the content is safe...

**Jena Wooder**

**she/her/hers**

**Senior Claims Examiner, PD & CD Construction**

Claims Division

Markel®

California License No. OD95581

Glen Allen, VA 23059

Toll-Free: (800) 243-6869, ext. 113685

Direct: (804) 864-3685

**markel.com**

LinkedIn | Instagram | Facebook | X

To report a new loss, please click here. For all other correspondence please click here. Our privacy policy may be viewed here.

*party for any reason. This message and its contents are to be completely and securely destroyed immediately after its business use has been fulfilled. If you are not the intended recipient, you are hereby notified that any disclosure or use of this message and its contents are strictly prohibited. If you have received this communication in error, please notify the sender immediately and destroy all copies of this message and its contents immediately."*

---

Privacy Notice.

---

[Quoted text hidden]

Lisa.Burgess@sedgwick.com

**Lisa S. Burgess**| Claims Specialist

Texas License Number-2493448

A.Morrow, Qualified Manager, CA license #2B88261
Sedgwick Claims Management Services, Inc., CA license #2549023

1833 Centre Point Circle, Ste 139 | Naperville, IL  60563
DIRECT 630.245.7084 | FAX 630.995.7815
CELL 224.523.6487 | EMAIL Lisa.Burgess@sedgwick.com
www.Sedgwick.com |

Lisa.Burgess@sedgwick.com

frankhsilva450@gmail.com
upload@vericlaiminc.com                        jena.wooder@markel.com
Micah.McEachron@sedgwick.com

Good afternoon Mr. Silva,

As you are aware, we are the claims administrators for Sunrun, and I am the handling adjuster. It is my understanding you did speak to the Sedgwick Building Consultant yesterday in which he was attempting to coordinate an inspection of your grandmother's residence, but did not succeed in doing so.

We understand that this has been a frustrating experience for you, and we are attempting to make the process toward a resolution smoother for you and your grandmother.

In order to move the claim forward and ensure a fair and thorough evaluation, the Sedgwick Building Consultant does need to complete an inspection at your grandmother's  residence. This step is essential for Sedgwick and Sunrun to accurately assess the damages and advocate for a timely resolution on your grandmother's behalf.

I have included the Sedgwick Building Consultant in this email so you can let him know what days and time are convenient for the inspection, or if there are any concerns we can address to make this process easier for you.

Thank you again for your cooperation. I'm here to help if you have any questions or need further assistance.

**Lisa S. Burgess**| Claims Specialist

Texas License Number-2493448

A.Morrow, Qualified Manager, CA license #2B88261
Sedgwick Claims Management Services, Inc., CA license #2549023

1833 Centre Point Circle, Ste 139 | Naperville, IL 60563
DIRECT 630.245.7084 | FAX 630.995.7815
CELL 224.523.6487 | EMAIL Lisa.Burgess@sedgwick.com
www.Sedgwick.com |

Jena.Wooder@Markel.com

frankhsilva450@gmail.com
Lisa.Burgess@sedgwick.com

**CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe...**

**Jena Wooder**

**she/her/hers**

**Senior Claims Examiner, PD & CD Construction**

Claims Division

Markel®

California License No. 0D95581

Glen Allen, VA 23059

Toll-Free: (800) 243-6869 ext. 113685

markel.com

LinkedIn | Instagram | Facebook | X

To report a new loss, please click here. For all other correspondence please click here. Our privacy policy may be viewed here.

*"This message and its contents contain highly sensitive, confidential, and privileged information only accessible by the intended recipient for solely permissible and authorized business purposes. This message nor its contents may be disclosed, shared, displayed, discussed, copied, disbursed or disseminated by the intended recipient or any other party for any reason. This message and its contents are to be completely and securely destroyed immediately after its business use has been fulfilled. If you are not the intended recipient, you are hereby notified that any disclosure or use of this message and its contents are strictly prohibited. If you have received this communication in error, please notify the sender immediately and destroy all copies of this message and its contents immediately."*

frankhsilva450@gmail.com

Jena.Wooder@Markel.com

Jena.Wooder@markel.com

lisa.burgess@sedgwick.com

**Jena Wooder**

**she/her/hers**

**Senior Claims Examiner, PD & CD Construction**

Claims Division

Glen Allen, VA 23059

Toll-Free: (800) 243-6869, ext. 113685

Direct: (804) 864-3685

**markel.com**



LinkedIn | Instagram | Facebook | X

To report a new loss, please click here. For all other correspondence please click here. Our privacy policy may be viewed here.

*"This message and its contents contain highly sensitive, confidential, and privileged information only accessible by the intended recipient for solely permissible and authorized business purposes. This message nor its contents may be disclosed, shared, displayed, discussed, copied, disbursed or disseminated by the intended recipient or any other party for any reason. This message and its contents are to be completely and securely destroyed immediately after its business use has been fulfilled. If you are not the intended recipient, you are hereby notified that any disclosure or use of this message and its contents are strictly prohibited. If you have received this communication in error, please notify the sender immediately and destroy all copies of this message and its contents immediately."*

frankhsilva450@gmail.com

Jena.Wooder@Markel.com

Jena.Wooder@markel.com

**Jena Wooder**

**she/her/hers**

**Senior Claims Examiner, PD & CD Construction**

Claims Division

Markel®

California License No. 0D95581

Glen Allen, VA 23059

Toll-Free: (800) 243-6869, ext. 113685

Direct: (804) 864-3685

**markel.com**

LinkedIn | Instagram | Facebook | X

To report a new loss, please click here. For all other correspondence please click here. Our privacy policy may be viewed here.

*"This message and its contents contain highly sensitive, confidential, and privileged information only accessible by the intended recipient for solely permissible and authorized business purposes. This message nor its contents may be disclosed, shared, displayed, discussed, copied, disbursed or disseminated by the intended recipient or any other party for any reason. This message and its contents are to be completely and securely destroyed immediately after its business use has been fulfilled. If you are not the intended recipient, you are hereby notified that any disclosure or use of this message and its contents are strictly prohibited. If you have received this communication in error, please notify the sender immediately and destroy all copies of this message and its contents immediately."*

Lisa.Burgess@sedgwick.com

frankhsilva450@gmail.com

Jena.Wooder@Markel.com upload@vericlaiminc.com

**Lisa S. Burgess**| Claims Specialist

Texas License Number-2493448

A.Morrow, Qualified Manager, CA license #2B88261
Sedgwick Claims Management Services, Inc., CA license #2549023

1833 Centre Point Circle, Ste 139 | Naperville, IL 60563
DIRECT 630.245.7084 | FAX 630.995.7815
CELL 224.523.6487 | EMAIL Lisa.Burgess@sedgwick.com
www.Sedgwick.com |

Jena.Wooder@Markel.com frankhsilva450@gmail.com

**Lisa S. Burgess**| Claims Specialist

Texas License Number-2493448

A.Morrow, Qualified Manager, CA license #2B88261
Sedgwick Claims Management Services, Inc., CA license #2549023

1833 Centre Point Circle, Ste 139 | Naperville, IL  60563
DIRECT 630.245.7084 | FAX 630.995.7815
CELL 224.523.6487 | EMAIL Lisa.Burgess@sedgwick.com
www.Sedgwick.com |



Jena.Wooder@Markel.com

frankhsilva450@gmail.com
Lisa.Burgess@sedgwick.com

**CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe...**

**Jena Wooder**

**she/her/hers**

**Senior Claims Examiner, PD & CD Construction**

Claims Division

Markel®

California License No. OD95581

Glen Allen, VA 23059

Toll-Free: (800) 243-6869, ext. 113685

Direct: (804) 864-3685

**markel.com**

LinkedIn | Instagram | Facebook | X

To report a new loss, please click here. For all other correspondence please click here. Our privacy policy may be viewed here.

*"This message and its contents contain highly sensitive, confidential, and privileged information only accessible by the intended recipient for solely permissible and authorized business purposes. This message nor its contents may be disclosed, shared, displayed, discussed, copied, disbursed or disseminated by the intended recipient or any other party for any reason. This message and its contents are to be completely and securely destroyed immediately after its business use has been fulfilled. If you are not the intended recipient, you are hereby notified that any disclosure or use of this message and its contents are strictly prohibited. If you have received this communication in error, please notify the sender immediately and destroy all copies of this message and its contents immediately."*

---

Privacy Notice.

Lisa.Burgess@sedgwick.com

**Lisa S. Burgess**| Claims Specialist

Texas License Number-2493448

A.Morrow, Qualified Manager, CA license #2B88261
Sedgwick Claims Management Services, Inc., CA license #2549023

1833 Centre Point Circle, Ste 139 | Naperville, IL 60563
DIRECT 630.245.7084 | FAX 630.995.7815
CELL 224.523.6487 | EMAIL Lisa.Burgess@sedgwick.com
www.Sedgwick.com |

sedgwick

Lisa.Burgess@sedgwick.com

frankhsilva450@gmail.com
upload@vericlaiminc.com
Micah.McEachron@sedgwick.com

jena.wooder@markel.com

Good afternoon Mr. Silva,

As you are aware, we are the claims administrators for Sunrun, and I am the handling adjuster. It is my understanding you did speak to the Sedgwick Building Consultant yesterday in which he was attempting to coordinate an inspection of your grandmother's residence, but did not succeed in doing so.

We understand that this has been a frustrating experience for you, and we are attempting to make the process toward a resolution smoother for you and your grandmother.

In order to move the claim forward and ensure a fair and thorough evaluation, the Sedgwick Building Consultant does need to complete an inspection at your grandmother's residence. This step is essential for Sedgwick and Sunrun to accurately assess the damages and advocate for a timely resolution on your grandmother's behalf.

I have included the Sedgwick Building Consultant in this email so you can let him know what days and time are convenient for the inspection, or if there are any concerns we can address to make this process easier for you.

Thank you again for your cooperation. I'm here to help if you have any questions or need further assistance.

Sincerely,

**Lisa S. Burgess**| Claims Specialist

Texas License Number-2493448

A.Morrow, Qualified Manager, CA license #2B88261
Sedgwick Claims Management Services, Inc., CA license #2549023

1833 Centre Point Circle, Ste 139 | Naperville, IL 60563
DIRECT 630.245.7084 | FAX 630.995.7815
CELL 224.523.6487 | EMAIL Lisa.Burgess@sedgwick.com
www.Sedgwick.com |

sedgwick

Jena.Wooder@Markel.com

frankhsilva450@gmail.com
Lisa.Burgess@sedgwick.com

**the sender and know the content is safe...**

**Jena Wooder**

**she/her/hers**

**Senior Claims Examiner, PD & CD Construction**

Claims Division

Markel®

California License No. OD95581

Glen Allen, VA 23059

Toll-Free: (800) 243-6869, ext. 113685

Direct: (804) 864-3685

**markel.com**

LinkedIn | Instagram | Facebook | X

To report a new loss, please click here. For all other correspondence please click here. Our privacy policy may be viewed here.

*"This message and its contents contain highly sensitive, confidential, and privileged information only accessible by the intended recipient for solely permissible and authorized business purposes. This message nor its contents may be disclosed, shared, displayed, discussed, copied, disbursed or disseminated by the intended recipient or any other party for any reason. This message and its contents are to be completely and securely destroyed immediately after its business use has been fulfilled. If you are not the intended recipient, you are hereby notified that any disclosure or use of this message and its contents are strictly prohibited. If you have received this communication in error, please notify the sender immediately and destroy all copies of this message and its contents immediately."*

frankhsilva450@gmail.com

Jena.Wooder@markel.com

lisa.burgess@sedgwick.com

**Jena Wooder**

**she/her/hers**

**Senior Claims Examiner, PD & CD Construction**

Claims Division

Markel®

California License No: OD95581

Glen Allen, VA 23059

Toll-Free: (800) 243-6869, ext. 113685

Direct: (804) 864-3685

**markel.com**

LinkedIn | Instagram | Facebook | X

To report a new loss, please click here. For all other correspondence please click here. Our privacy policy may be viewed here.

*"This message and its contents contain highly sensitive, confidential, and privileged information only accessible by the intended recipient for solely permissible and authorized business purposes. This message nor its contents may be disclosed, shared, displayed, discussed, copied, disbursed or disseminated by the intended recipient or any other party for any reason. This message and its contents are to be completely and securely destroyed immediately after its business use has been fulfilled. If you are not the intended recipient, you are hereby notified that any disclosure or use of this message and its contents are strictly prohibited. If you have received this communication in error, please notify the sender immediately and destroy all copies of this message and its*

frankhsilva450@gmail.com

Jena.Wooder@Markel.com

Jena.Wooder@markel.com

**Jena Wooder**

**she/her/hers**

Markel®

California License No. OD95581

Glen Allen, VA 23059

Toll-Free: (800) 243-6869, ext. 113685

Direct: (804) 864-3685

**markel.com**

LinkedIn | Instagram | Facebook | X

To report a new loss, please click here. For all other correspondence please click here. Our privacy policy may be viewed here.

*"This message and its contents contain highly sensitive, confidential, and privileged information only accessible by the intended recipient for solely permissible and authorized business purposes. This message nor its contents may be disclosed, shared, displayed, discussed, copied, disbursed or disseminated by the intended recipient or any other party for any reason. This message and its contents are to be completely and securely destroyed immediately after its business use has been fulfilled. If you are not the intended recipient, you are hereby notified that any disclosure or use of this message and its contents are strictly prohibited. If you have received this communication in error, please notify the sender immediately and destroy all copies of this message and its contents immediately."*

Lisa.Burgess@sedgwick.com

frankhsilva450@gmail.com
Jena.Wooder@Markel.com                    upload@vericlaiminc.com

**Lisa S. Burgess**| Claims Specialist

Texas License Number-2493448

A.Morrow, Qualified Manager, CA license #2B88261
Sedgwick Claims Management Services, Inc., CA license #2549023

1833 Centre Point Circle, Ste 139 | Naperville, IL  60563
DIRECT 630.245.7084 | FAX 630.995.7815
CELL 224.523.6487 | EMAIL Lisa.Burgess@sedgwick.com
www.Sedgwick.com |

Jena.Wooder@Markel.com    frankhsilva450@gmail.com

**Lisa S. Burgess**| Claims Specialist

Texas License Number-2493448

A.Morrow, Qualified Manager, CA license #2B88261
Sedgwick Claims Management Services, Inc., CA license #2549023

www.Sedgwick.com |

Jena.Wooder@Markel.com

frankhsilva450@gmail.com
Lisa.Burgess@sedgwick.com

**CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe...**

**Jena Wooder**

**she/her/hers**

**Senior Claims Examiner, PD & CD Construction**

Claims Division

Markel®

California License No. OD95581

# LEX/USA ANALOG PUSH

STATUS: Decoy Frozen. Preparing final transfer payload.

PAYLOAD DATA STREAM (TXT equivalent):

PROTOCOL_HEADER:LMP-2.5X-9320-1110-384A-DEPLOYED |
LEX_CHECKSUM:INTEGRITY_CHECKSUM_PLACEHOLDER
-- | [LARGE_DATA_BLOCK_REPRESENTATION] | --------
FOOTER_MARKER:USA_STREAM_END | PROTOCOL_FOOTER:LMP-2.5X-9320-1110-384A-DEPLOYED

MISSION COMPLETE: Use this QR Image for OFFLINE INJECTION.



## List of Acceptable Evidence Documents

You need to send us the documents shown below. **Send all documents you have with your signed application.** We will help you get the other documents. **You should not delay sending your application if you don't have all the documents.** You may lose benefits if you delay.

**NOTE:** Include your Social Security Number when you mail documents to us. We need this to match the documents to your application. Please write your Social Security Number on a separate sheet of paper and include it in the envelope with your documents. Do not write anything on your original documents. You may bring the documents to any Social Security office if you don't want to mail them. They will be examined and returned to you.

**CAUTION:** **Don't** mail foreign birth records or any Department of Homeland Security (DHS) documents to us - especially those you are required to keep with you at all times. These documents are extremely difficult, time-consuming, and expensive to replace if lost. Some cannot be replaced. Instead, bring them to any Social Security office where they will be examined and returned to you.

### Medical Evidence

We will ask for your medical documents if you have received treatment for your alleged disability. This includes copies or photocopies of medical records, doctors' reports, and recent test results. Your treatment records are used along with other information to see if you meet our definition of disability.

We need information about your medical treatment for any illnesses, injuries, or conditions that limit your ability to work. We will not need to request copies of medical documents from your doctors, hospitals, clinics, or other medical sources if you already have them. We can process your application faster with this information. **Do not delay filing your application if you do not have these documents.** We will ask the medical sources you list to send them to us. We may ask you to go to a special examination at our expense if you have not received treatment, or we do not obtain enough documents about your condition(s).

We also ask for information such as:

- What are your illnesses, injuries, or conditions?
- When did they begin?
- How do they limit your activities?
- What did medical tests show?
- What treatment did you receive?

In addition, we ask for information about your ability to do work-related activities, such as walking, sitting, lifting, carrying, and understanding and remembering instructions.

We do **not** ask your doctors to decide if you are disabled.

We can accept uncertified photocopies of your medical documents.



You can also reach us at 1-800-772-1213 (TTY 1-800-325-0778). We can answer most questions over the phone.

**Suspect Social Security Fraud?**

If you suspect Social Security fraud, please visit http://oig.ssa.gov/r or call the Inspector General's Fraud Hotline at 1-800-269-0271 (TTY 1-866-501-2101).

*Social Security Administration*

Enclosure(s):
Return Envelope
Pub 05-11069
Internet Application Summary
List of Acceptable Evidence Documents
Medical Release (SSA-827)
Authorization to Obtain Wage and Employment Information from Payroll Data Providers (SSA-8240)

*070374U9F002552*NOTAFP.X3.PBISBNOT.ISB.R241107.PAM 111010000 002601063560561095759539963101

*0308CIPA1019147*NOTAFP.X3.CIPAFP.ODARS.R250429.PS1K 0000000000000000CP065025042976540001060l8

**SOCIAL SECURITY ADMINISTRATION**
OFFICE OF APPELLATE OPERATIONS

# ORDER OF APPEALS COUNCIL

REMANDING CASE TO ADMINISTRATIVE LAW JUDGE

| **In the case of** | **Claim for** |
|---|---|
| Frank Harley Silva<br>(Claimant) | Supplemental Security Income |
| (Wage Earner) (Leave blank if same as above) | |

The U.S. District Court for the Northern District of California (Civil Action Number 3:24-cv-06084) has remanded this case to the Commissioner of Social Security for further administrative proceedings in accordance with the fourth sentence of section 205(g) of the Social Security Act.

The Appeals Council hereby vacates the final decision of the Commissioner of Social Security and remands this case to an Administrative Law Judge for resolution of the following issue:

- The hearing decision does not contain an adequate evaluation of opinion evidence in assessing the claimant's residual functional capacity. An Administrative Law Judge will articulate the persuasiveness of all the medical opinions and prior administrative medical findings in the case record, including an explanation of how the Administrative Law Judge considered the factors of supportability and consistency (20 CFR 416.920c). If the residual functional capacity assessment conflicts with an opinion from a medical source, the Administrative Law Judge must explain why the opinion was not adopted (Social Security Ruling 96-8p). The Administrative Law Judge found the claimant has the residual functional capacity to perform a full range of work at all exertional levels but is limited to carrying out simple, routine tasks; an ordinary routine without special intervention or supervision; occasional contact with the public and coworkers; routine changes in a work setting; and additional environmental limitations (Finding 4). In so finding, the decision indicates that the opinions of Tiadora Kim, Psy.D., in Exhibit 8F and Barbara Moura Psy.D., in Exhibit 3A are partially persuasive (Decision, pages 8 and 9). However, Dr. Kim opined that the claimant likely requires some assistance and support to adapt to normative workplace stressors and be able to respond appropriately (Exhibit 8F). The hearing decision does not specifically address this limitation or explain why it was not warranted. Additionally, Dr. Moura opined that the claimant is limited to 1-2 step instructions and should have superficial and minimal social contact (Exhibit 3A). The hearing decision does not specifically address these limitations or explain why such

See Next Page

limitations were not warranted. Further consideration should be given to this opinion evidence.

Upon remand, the Administrative Law Judge will:

- Give further consideration to the claimant's maximum residual functional capacity during the entire period at issue and provide rationale with specific references to evidence of record in support of assessed limitations (Social Security Ruling 96-8p). In so doing, evaluate the medical source opinion(s) and prior administrative medical findings pursuant to the provisions of 20 CFR 416.920c. As appropriate, the Administrative Law Judge may request the medical source provide additional evidence and/or further clarification of the opinions (20 CFR 416.920b).

- If warranted by the expanded record, obtain supplemental evidence from a vocational expert to clarify the effect of the assessed limitations on the claimant's occupational base (Social Security Ruling 83-14). The hypothetical questions should reflect the specific capacity/limitations established by the record as a whole. The Administrative Law Judge will ask the vocational expert to identify examples of appropriate jobs and to state the incidence of such jobs in the national economy (20 CFR 416.966).

The claimant filed a subsequent claim for Title XVI disability benefits on November 30, 2024. The Appeals Council's action with respect to the current electronic claim renders the subsequent claim duplicate. Therefore, the Administrative Law Judge will consolidate the claims files, associate the evidence, and issue a new decision on the consolidated claims (20 CFR 416.1452 and HALLEX I-1-10-10).

In compliance with the above, the Administrative Law Judge will offer the claimant the opportunity for a hearing, take any further action needed to complete the administrative record and issue a new decision.

APPEALS COUNCIL

/s/ J. Short

J. Short
Administrative Appeals Judge

Date: April 29, 2025



claim-deck.com

Proud Diamond Sponsor of CLM's Litigation Management Symposium — Chicago, Oct 14–15, 2025. Connect with our team →

ClaimDeck

Centralized Litigation Management

MARKEL

ClaimDeck

pwc

To solve these challenges, Markel partnered with **ClaimDeck**, the leading litigation management platform, and **PwC**, a trusted implementation partner, to migrate all litigated claims into a centralized system, standardize processes, and establish best practices for legal collaboration.

PwC led the implementation, supporting:

By using this website, you agree to our use of cookies. We use cookies to provide you with a great experience and to help our website run effectively.

   

MERCED COUNTY

Karen D. Adams, CPA
Treasurer – Tax Collector

2222 M STREET, MERCED, CA 95340-3780; (209) 385-7592

2024-2025 SECURED PROPERTY TAX BILL
Fiscal Year July 1, 2024 to June 30, 2025

PROPERTY INFORMATION

ASMT NUMBER: **318-140-026-000**
FEE NUMBER: 318-140-026-000
LOCATION: 4201 S MARSHALL ST
ASSESSED OWNER: SOLIS ESTHELA ARGENTINA

TAX RATE AREA: 079-005
ACRES: 0.00

19172 59

**SOLIS ESTHELA ARGENTINA**
**4201 MARSHALL ST**
**LE GRAND, CA 95333-9631**

IMPORTANT MESSAGES

**EBillCode to Register for E-Billing: 24IUYG71**

OFFICE HOURS

8:00 AM - 5:00 PM

VALUES AND EXEMPTIONS

| LAND | IMPROVEMENTS | PERS. PROPERTY | OTHER | EXEMPTIONS | ASSESSED VALUE |
|---|---|---|---|---|---|
| 75,000 | STRUCTURAL 225,000 | | | HOMEOWNERS EXEMPTION (7,000) | 293,000 |

TAX DISTRIBUTION

| PHONE | TAX CODE | TAXING AGENCY | RATE % | VALUE | TAX |
|---|---|---|---|---|---|
| (209) 385-7631 | | GENERAL TAX | 1.0000000 | 293,000 | $2,930.00 |
| (209) 385-7511 | 18200 | LE GRAND UHSD BONDS | 0.0415000 | 293,000 | $121.60 |
| (209) 385-7511 | 21800 | MERCED COLLEGE MER BONDS | 0.0120000 | 293,000 | $35.16 |
| (209) 722-1527 | 57500 | MOSQUITO ABATEMENT | DIRECT CHARGE | 293,000 | $14.00 |
| (209) 385-7602 | 59000 | LE GRAND LT | DIRECT CHARGE | 293,000 | $30.00 |
| (209) 385-7602 | 65700 | ALMOND MEADOWS DR | DIRECT CHARGE | 293,000 | $34.06 |
| (209) 677-7462 | 80210 | GROUNDWATER SUSTANABILITY FEE | DIRECT CHARGE | 293,000 | $1.10 |

**Total: $3,165.90**

PAYMENTS
(666) 890-4105

VALUATION EXEMPTS PERS PROP ADDRESS CHANGE
(209) 385-7631

ASSESSMENT APPEALS BOARD
(209) 385-7366

| 1st INSTALLMENT DUE BY: 11/01/2024 DELINQUENT: 12/10/2024 | $1,582.95 | 2nd INSTALLMENT DUE BY: 02/01/2025 DELINQUENT: 04/10/2025 | $1,582.95 | **TOTAL TAXES** | $3,165.90 |
|---|---|---|---|---|---|

# IMPORTANT MESSAGE

Your mortgage, lender or bank has requested your annual tax information in order to make payment. This is a copy for your records.

If you do not have an impound account or if your mortgage, lender or bank will **NOT** be paying your taxes this year you may use this statement to make payment.

Please write your ASMT NUMBER on your check.

MAKE CHECK PAYABLE TO:
MERCED COUNTY TAX COLLECTOR

Case 1:25-cv-01786-JLT-SAB Document 1 Filed 12/09/25 Page 166 of 330

MERCED COUNTY

Karen D. Adams, CPA
Treasurer—Tax Collector

2222 M STREET, MERCED, CA 95340-3780, (209) 385-7592

**2024-2025 SECURED PROPERTY TAX BILL**
Fiscal Year July 1, 2024 to June 30, 2025

## PROPERTY INFORMATION

ASMT NUMBER: **318-140-026-000** TAX RATE AREA: 079-005
FEE NUMBER: 318-140-026-000 ACRES: 0.00
LOCATION: 4201 S MARSHALL ST
ASSESSED OWNER: SOLIS ESTHELA ARGENTINA

19172 59

**SOLIS ESTHELA ARGENTINA**
**4201 MARSHALL ST**
**LE GRAND, CA 95333-9631**

## IMPORTANT MESSAGES

**EBillCode to Register for E-Billing: 24IUYG71**

2024-2025

## OFFICE HOURS

8:00 AM - 5:00 PM

## VALUES AND EXEMPTIONS

| LAND | IMPROVEMENTS | PERS. PROPERTY | OTHER | EXEMPTIONS | ASSESSED VALUE |
|---|---|---|---|---|---|
| 75,000 | STRUCTURAL 225,000 | | | HOMEOWNERS EXEMPTION (7,000) | 293,000 |

## TAX DISTRIBUTION

| PHONE | TAX CODE | TAXING AGENCY | RATE % | VALUE | TAX |
|---|---|---|---|---|---|
| (209) 385-7631 | | GENERAL TAX | 1.0000000 | 293,000 | $2,930.00 |
| (209) 385-7511 | 18200 | LE GRAND UHSD BONDS | 0.0415000 | 293,000 | $121.60 |
| (209) 385-7511 | 21800 | MERCED COLLEGE MER BONDS | 0.0120000 | 293,000 | $35.16 |
| (209) 722-1527 | 57500 | MOSQUITO ABATEMENT | DIRECT CHARGE | 293,000 | $14.00 |
| (209) 385-7602 | 59000 | LE GRAND LT | DIRECT CHARGE | 293,000 | $30.00 |
| (209) 385-7602 | 65700 | ALMOND MEADOWS DR | DIRECT CHARGE | 293,000 | $34.06 |
| (209) 677-7462 | 80210 | GROUNDWATER SUSTANABILITY FEE | DIRECT CHARGE | 293,000 | $1.10 |

**Total: $3,165.90**

PAYMENTS (666) 890-4105

VALUATION EXEMPTS PERS PROP ADDRESS CHANGE (209) 385-7631

ASSESSMENT APPEALS BOARD (209) 385-7366

| 1st INSTALLMENT | | 2nd INSTALLMENT | | TOTAL TAXES | |
|---|---|---|---|---|---|
| DUE BY: 11/01/2024<br>DELINQUENT: 12/10/2024 | $1,582.95 | DUE BY: 02/01/2025<br>DELINQUENT: 04/10/2025 | $1,582.95 | | $3,165.90 |

# IMPORTANT MESSAGE

Your mortgage, lender or bank has requested your annual tax information in order to make payment. This is a copy for your records.

If you do not have an impound account or if your mortgage, lender or bank will **NOT** be paying your taxes this year you may use this statement to make payment.

Please write your ASMT NUMBER on your check.

MAKE CHECK PAYABLE TO:
MERCED COUNTY TAX COLLECTOR

Addressee

FRANK SILVA
2640 EL PASADO DR
MODESTO, CA 95354-

Notice Date: 4/27/2020
Case Name: SILVA, FRANK
Case No: 92-7297817-9
Worker Name: T. Regno
Worker No: R9T
Telephone No: (209) 558-2903

Questions? Ask your worker.

County Hearing:
If you think this action is wrong, you may ask for a hearing. The back of this page tells you how.

---

Enclosed is the General Assistance Monthly Report.

**Unless the General Assistance Monthly Report is received by the due date of 5/31/2020, the County will Discontinue your General Assistance cash aid benefits.**

- **THIS IS THE ONLY NOTICE THAT YOU WILL RECEIVE REGARDING THE DISCONTINUANCE.**

To **STOP** the Discontinuance, you must submit a complete General Assistance Monthly Report by the 5th of the month. It will be considered late by the 11th of the month.

- A General Assistance Monthly Report is complete when you have answered all of the questions and have attached the required verifications or proof.

The information you give the County may change or stop your General Assistance cash aid benefits.

Rules –The action is required by the Manual Section 90-615.

STAN GA 960 (09/2016)

If you need help completing the General Assistance Monthly Report, contact your Case Manager and ask for help.

Medi-Cal/CalFresh: This notice DOES NOT change or stop your Medi-Cal or CalFresh

Benefits. If there is a change in your Medi-Cal or CalFresh benefits, you will receive another notice.



Sorry we missed you!

1011681127

To schedule an appointment, please contact

Inner Line Engineering
innerline Engineering
Name

~~626-209-7664~~ 951-742-1266
Phone

by Michael Castillo
Date

## Questions?

If you have any questions or concerns please email gasprojectinfo@pge.com to be connected to a local specialist or call our toll-free number at 1-800-743-5000.



# TERMINATION AND REMOVAL AGREEMENT

This Termination and Removal Agreement is entered into as of the date this is executed ("Effective Date") by and between Sunrun Inc., a Delaware corporation and its affiliated entities, (hereinafter "Sunrun") and Esthela Solis, (hereinafter, "Customer") (collectively, the "Parties").

Sunrun and Customer are parties to that certain SUNRUN Brightsave AGREEMENT dated September 14 , 2023 "Service Agreement"), pursuant to which Sunrun owns and operates the Solar System located at 4201 Marshall St Le Grand, CA 95333 ("Property"). The Parties wish to terminate the Service Agreement and Sunrun wishes to remove the Solar System from the Property.

In consideration of the mutual promises and covenants set forth in this Termination and Removal Agreement, the Parties agree as follows:

1. **Service Agreement Termination**. As of the Effective Date, the Service Agreement is terminated. The Parties will not have any future rights or obligations under the Service Agreement.

2. **Make Whole Payment.**. Sunrun shall waive the $31,130.88. Payment as defined in the Service Agreement. As of the Effective Date, Customer will not owe Sunrun any further payments under the Service Agreement.

3. **Removal.** Sunrun will remove the Solar System and all related equipment from the Property at a mutually convenient date. Sunrun will fill Solar System-related roof and stucco/siding penetrations so that they are watertight and leave the Property in the same general condition that existed immediately prior to the removal of the Solar System. Sunrun will not be responsible for any other work or repairs not specified herein.

4. **Release of Claims. YOU, ON BEHALF OF YOURSELF, YOUR HEIRS, SUCCESSORS, AND ASSIGNS HEREBY COVENANT NOT TO SUE AND FULLY RELEASE, ACQUIT, AND DISCHARGE SUNRUN, AND ITS SUBSIDIARIES AND AFFILIATES (PAST, PRESENT, FUTURE) AS WELL AS THEIR OWNERS, DIRECTORS, OFFICERS, AGENTS, EMPLOYEES, STOCKHOLDERS, REPRESENTATIVES, ASSIGNS, AND SUCCESSORS (COLLECTIVELY, THE "*COVERED PARTIES*") WITH RESPECT TO AND FROM ANY AND ALL CLAIMS, DEMANDS, RIGHTS, LIENS, AGREEMENTS, CONTRACTS, COVENANTS, ACTIONS, SUITS, RIGHTS TO APPEAL, ENTITLEMENTS, CAUSES OF ACTION, OBLIGATIONS, DEBTS, COSTS, EXPENSES, INTERESTS, ATTORNEYS' FEES, DAMAGES, JUDGMENTS, ORDERS AND LIABILITIES OF WHATEVER KIND OR NATURE IN LAW, EQUITY OR OTHERWISE, WHETHER KNOWN OR UNKNOWN, SUSPECTED OR UNSUSPECTED, AND WHETHER OR NOT CONCEALED OR HIDDEN, WHICH YOU HAVE AT ANY TIME HERETOFORE OWNED OR HELD AGAINST THE COVERED PARTIES (COLLECTIVELY, THE "*CLAIMS*", INCLUDING, WITHOUT**

**LIMITATION, ANY CLAIMS ARISING OUT OF OR IN CONNECTION WITH THE CUSTOMER AGREEMENT, THE SYSTEM, OR ANY OTHER TRANSACTIONS, OCCURRENCES, ACTS OR OMISSIONS COMMITTED OR OMITTED PRIOR TO THE EFFECTIVE DATE).**

**Section 1542 Waiver**. To the extent that Customer is waiving "unknown" claims as well as known claims in Section 5.1, Customer expressly waives any protection against such waivers provided by Section 1542 of the California Civil Code which provides:

**A GENERAL RELEASE DOES NOT EXTEND TO CLAIMS THAT THE CREDITOR OR RELEASING PARTY DOES NOT KNOW OR SUSPECT TO EXIST IN HIS OR HER FAVOR AT THE TIME OF EXECUTING THE RELEASE AND THAT, IF KNOWN BY HIM OR HER, WOULD HAVE MATERIALLY AFFECTED HIS OR HER SETTLEMENT WITH THE DEBTOR OR RELEASED PARTY.**

5. **Waiver of Consequential Damages**. UNDER NO CIRCUMSTANCES SHALL EITHER PARTY BE LIABLE TO THE OTHER PARTY FOR INDIRECT, INCIDENTAL, CONSEQUENTIAL, OR SPECIAL DAMAGES, HOWSOEVER CAUSED.

6. **Overall Limitation of Liability**. THE PARTIES AGREE THAT NO CLAIM; LAWSUIT, OR ANY OTHER LEGAL OR ARBITRATION PROCEEDING IN CONNECTION WITH, ARISING OUT OF, OR IN ANY WAY RELATED TO THIS AGREEMENT MAY BE BROUGHT, COMMENCED OR FILED MORE THAN ONE (1) YEAR AFTER THE DATE HEREOF. FURTHERMORE, A PARTY'S TOTAL AGGREGATE LIABILITY UNDER THIS TERMINATION AND REMOVAL AGREEMENT TO THE OTHER PARTY, IF ANY, IN DAMAGES OR OTHERWISE, SHALL NOT EXCEED THE $60,595.00 PAYMENT (AS DEFINED IN THE SERVICE AGREEMENT).

7. **Governing Law.** All aspects of this Termination and Removal Agreement, including construction, validity, and performance of this Termination and Removal Agreement, shall be governed by and construed and enforced in accordance with, the laws of the State in which the Property is located, without regard to any conflicts of laws principles thereof.

8. **Arbitration.** Any dispute, claim or controversy arising out of or relating to this Termination and Removal Agreement or the breach, termination, enforcement, interpretation, or validity thereof, including the determination of the scope or applicability of this Termination and Removal to arbitrate, shall be determined by arbitration administered by the American Arbitration Association (AAA) in accordance with its Streamlined Arbitration Rules & Procedures. The arbitration shall be overseen by the AAA office nearest to the Property. The Parties shall jointly request that the appointed arbitrator administer the arbitration efficiently and, if possible, issue a decision within six (6) months from the date the arbitrator is appointed. The arbitrator's award shall set forth both the legal and factual basis of the award. The arbitrator shall allow limited discovery to enable each

Party to present their respective case but will be mindful of the Parties' mutual desire to avoid the expense of broad discovery typically allowed in civil litigation.

9. **Miscellaneous**. Each of the Parties understands and agrees that this Termination and Removal Agreement shall not be changed or amended in any respect, nor any of its provisions waived, except by a writing executed by all of the Parties hereto or their authorized representatives. This Termination and Removal Agreement may be executed in counterparts, each of which will be deemed an original, but all of which taken together will constitute but one and the same instrument.

10. **Entire Agreement and Severability**. This Termination and Removal Agreement constitutes the entire agreement and understanding among the Parties with respect to the Termination and Removal as set forth herein and supersedes and replaces any prior agreements and understandings, whether oral or written, between and among them, with respect to such matters. If any provision or portion of this Termination and Removal Agreement is held invalid, void or unenforceable under any applicable statute or rule of law, only that provision, or portion thereof, shall be deemed omitted from this Termination and Removal Agreement, and only to the extent to which it is held invalid, and the remainder of the Termination and Removal Agreement shall remain in full force and effect.

*Signature Page Follows*

DocuSign Envelope ID: 87566D14-0D56-4A34-BA66-90E270745E06

IN WITNESS WHEREOF, the Parties have duly authorized and caused this Termination and Removal Agreement to be executed as follows:

**Esthela Solis**

Dated: 6/11/2024 | 12:48 PM PDT, 2024

By: DocuSigned by: Esthela Solis 698BDB2D7700449...

**SUNRUN INC.**

Dated: 6/25/2024 | 7:47 AM PDT, 2024

By: DocuSigned by: mario nunez A85F2FF09DD94E6...

**Mario Nunez**

Escalations Expert

4

NOT SAME SIGN 9/4/23

February 19, 2025

**By Email**

Esthela Solis
4201 Marshall Street
Le Grand, CA 95333
Email:zaezaemama07@gmail.com

Re: **SUNRUN AGREEMENT TERMINATION NOTICE**

Dear Ms. Solis:

As you are aware, you and Sunrun entered into a Sunrun Installation Services, Inc., dated September 14, 2023 (the "Agreement") pursuant to which Sunrun owns and operates the Solar System (the "System") located at 4201 Marshall Street, Le Grand, CA 95333 (the "Property").

On June 11, 2024, Sunrun sent you documentation that needed to be signed and returned in order to terminate the Agreement and schedule the Removal of the System. Due to previously canceled removal dates and your decision not to move forward with the removal, the System has not been removed and remains installed at the Property. As more than thirty (30) days have passed, we will not be proceeding with the removal. As of the date of this letter (the "Effective Date"), the Agreement is officially terminated and the transfer of the System to you is done "as is, where is", "with all faults", and without any express, implied, or statutory warranties. We hereby disclaim any implied warranty of fitness, implied warranty of merchantability, or any other express, implied, or statutory warranty or guarantee as to the installation, design, operation, maintenance, system interests, or performance of the system, the generation and delivery of energy, or any other matter described in the Agreement.

You will not have any future rights or obligations under the Agreement. Sunrun shall waive the make-whole payment of $71,351.21 as defined in the Agreement, and abandon the System located at the Property. If you have any questions or concerns, please contact me.

Sincerely,
Mercedes Zepeda
Legal Escalaltion Expert
Sunrun Inc.

No customer sign

MERCED COUNTY SHERIFF'S OFFICE SUMMARY INCIDENT REPORT

**REPORT NUMBER: 2024-80000597**

## INCIDENT INFORMATION

| INCIDENT | INCIDENT TYPE | INITIA / SUPP | DATE/TIME STARTED | DATE/TIME ENDED | DATE/TIME |
|---|---|---|---|---|---|
| SC251 | CIVIL PROBLEM | X | 09/04/2023 10:10 AM | 10/04/2024 10:10 AM | 10/04/2024 10:18 AM |

| REPORT FILED FROM | TRACKING NUMBER | LOCATION OF OCCURRENCE | APPROVED BY: |
|---|---|---|---|
| *** | T24001107 | 4201 Marshall Street, LE GRAND, CA 95333 | SH0637/Miranda Hanna |

| LOCATION TYPE | THEFT TYPE | METHOD OF | METHOD OF EXIT | PT OF | PT OF EXIT | ENTRY LOC |
|---|---|---|---|---|---|---|
| OTHER | | | | | | |

## PERSON LISTINGS

1

| TYPE | LAST NAME | FIRST NAME | MIDDLE NAME | DOB | RACE | SEX | DRIVER LIC NO | LIC |
|---|---|---|---|---|---|---|---|---|
| REPO | Solis | Esthela | | *** | *** | * | | |

| SSN | ETHNICITY | RESIDENT | EYE COLOR | HAIR COLOR | AGE | HEIGHT | WEIGHT | CELL PHONE |
|---|---|---|---|---|---|---|---|---|
| | *** | | | | | | | *** |

| EMAIL | RESIDENCE ADDRESS | HOME PHONE |
|---|---|---|
| zaezaemama07@gmail.com | *** | |

| EMPLOYER NAME | BUSINESS ADDRESS | WORK PHONE |
|---|---|---|
| | *** | |

## NARRATIVE

Company SunRun is at fault for elderly abuse financially. Trying to sue me for 47,000 for solar panels that they still haven't let us use them they've been up for a year. They are causing stress. And they won't come get the panels off my roof.

TRACKING# T24001107
T22044
July 11, 2024



RotoCo, LLC DBA Roto-Rooter Plumbers
Remit to: 2141 Industrial Ct., Ste.D, Vista, CA 92081 • (800) 491-7686
Accounts Receivable : (844) 490-7686 • Fax: (760) 598-1657
Lic# 966412 • Federal ID #: 46-1617768

**BILL TO**
Michaelea Branson
4201 Marshall Street
Le Grand, CA 95333 USA

| INVOICE | INVOICE DATE |
|---|---|
| 1690168730 | Aug 11, 2025 |

**JOB ADDRESS**
Michaelea Branson
4201 Marshall Street
Le Grand, CA 95333 USA

**Completed Date:** 8/11/2025
**Technician:** Robert Copenhaver

**Technician:** Travis Stepp

**Payment Term:** COD
**Due Date:** 8/11/2025

## DESCRIPTION OF WORK

Estimate is to fix leak at m male fitting water line to home.

Upon arrival tech met with customer and was shown water main to home leaking at pvc male fitting in front yard up by home. Tech got approval from customer to repair leak. Tech began by cutting out pvc male and replacing it with new pvc elbow cuppling and male adapter. Tech measured and cut new PVC to do repair. They used truck stock for a small PVC repair. Tech turned water back on to home testing checking for leaks no issues with repair.
Comes with one year craftsmanship warranty
Customer paid by card
$50 senior discount was applied

| PAID ON | TYPE | MEMO | AMOUNT |
|---|---|---|---|
| 8/11/2025 | Credit Card | | $450.00 |

| | |
|---|---|
| **SUB-TOTAL** | $450.00 |
| **TAX** | $0.00 |
| **TOTAL DUE** | $450.00 |
| **PAYMENT** | $450.00 |
| **BALANCE DUE** | $0.00 |

**Billing customers:** Credit card payments are subject to 1.95% surcharge. *Payments by debit card or check may omit this surcharge.*

**WE DO WATER RESTORATION**
*(Fix it, Clean it, Dry it)*

Conditions & Exclusions apply. Please see below for details.
CUSTOMER AUTHORIZATION

**WORK ORDER AUTHORIZATION / WAIVER:**
I authorize Roto-Rooter to perform the described services and I agree to pay the amounts indicated. I understand that Roto-Rooter is not responsible for broken, settled, rusted, deteriorated, or lead pipes, fixtures, or clean outs and any damage resulting from cleaning or repairing such lines.

I have asked Roto-Rooter to provide services, Under Section 1689.13 of the California Civil Code, in order to induce Roto-Rooter to provide these services; 1) Initiated negotiation and contract; 2) executed this contract in connection with the making of emergency or immediate necessary repairs or services necessary for the immediate protection of persons or personal property detailed on this invoice; and 3) I expressly acknowledge and waive the right to cancel this contract within three or seven business days, whichever applies.

**ACH PAYMENT AUTHORIZATION / WAIVER:**
In the event that payment is required and bank account information or a check is provided as a form of payment, I hereby authorize RotoCo, LLC, herein called Roto-Rooter, to (i) initiate a debit entry to my account, and to debit the same to such account, (ii) use information from my check to make a one-time electronic fund transfer from my account or (iii) process the payment as a check transaction, as determined by Roto-Rooter and as applicable. I acknowledge that the origination of ACH transactions to my account must comply with the provision of U.S. law and that I may only revoke this authorization by notifying Roto-Rooter as provided below. This authorization is to remain in full force and effect for the payment on this invoice, until Roto-Rooter has received written notification from me of its termination in such time and in such manner as to afford Roto-Rooter a reasonable opportunity to act on it. If you believe any of the above information to be in error or to contact Roto-Rooter for information on revoking this authorization, please contact us at (844) 490-7686.

Sign here Date 8/11/2025

THREE DAY RIGHT TO CANCEL
**Only applies if the contract is greater than $750.*

Sign here Date

CUSTOMER ACKNOWLEDGEMENT
**COMPLETION** I acknowledge completion of the above described work which has been done to my complete satisfaction.

Sign here Date 8/11/2025

I authorize Roto-Rooter to charge the agreed amount to my credit card provided herein. I agree that I will pay for this purchase in accordance with the issuing bank cardholder agreement.

Sign here Date 8/11/2025

TECHNICIAN ACKNOWLEDGEMENT

Sign here                                    Date    8/11/2025

# CONDITIONS AND EXCLUSIONS

Roto-Rooter guarantees the services performed set forth in this invoice to be free from defect in materials or workmanship for the applicable time period stated above. If within the Guarantee Period a drain stoppage or other defect in the repair of plumbing fixtures plumbing parts installed by Roto-Rooter occurs, Roto-Rooter will clear the drain stoppage or, repair or replace (at Roto-Rooter's option) the plumbing fixture of plumbing part previously installed at no cost to the customer, subject to the following exclusions and limitations:

1. This Guarantee applies only to the specific sewer lines cleaned, or plumbing fixtures or plumbing parts supplied and installed by Roto-Rooter
2. Roto-Rooter must receive notice of the defect within the Guarantee Period.
3. This Guarantee does not apply to:
    a. Materials furnished, or work performed by other than Roto-Rooter.
    b. Drains, sewer lines, plumbing fixtures and plumbing parts which have been misused, abused, damaged, or modified by others;
    c. Drain or sewer line stoppages caused by foreign materials and objects, including but not limited to grease, sanitary articles, paper towels, toys etc., or
    d. Drains, sewer lines, plumbing fixtures on septic systems
    e. Pipes lifted by roots
    f. Repairs made by cast in place lining that have subsequently been cleaned with a drain cleaning machine with rotating cutter heads. LINED PIPES MUST BE CLEANED WITH A WATER JET.
4. The Guarantee Period commences on the date or original service and shall not be extended by subsequent services or repairs made pursuant to the terms of the Guarantee. The Guarantee hereunder extends to the customer invoiced for the services and is not transferable.
5. Roto-Rooter's liability hereunder shall be limited to recleaning of drain or sewer stoppage(Max. Two repeat visits) or the repair or replacement of defective plumbing fixtures or plumbing parts: Roto-Rooter shall not be liable for (1) Incidental or consequential damages; (2) Water or other damage; (3) Loss of use; or (4) Loss of anticipated benefits or profits, any of which result from the furnishing of services or products, or from the breach of the Guarantee, even if Roto-Rooter knew of the likelihood of such damages.
6. Any implied warranty of merchantability, or fitness for a particular purpose of use, shall be limited to the duration of the foregoing written guarantee. *The foregoing written guarantee is the customer's sole and exclusive remedy and in lieu of all other guarantees and warranties express or implied, written or oral.* This guarantee may only be modified in writing, signed by an officer of Roto-Rooter.
7. This guarantee does not apply in the event customer breaches any of the Terms and conditions of service, including but not limited to timely payment of all charges.
8. COLLECTIONS: Owner agrees to pay all collection fees and charges including but not limited to all legal and attorney fees that result should Owner default in payment of this contract. Overdue accounts are subject to interest charged at the rate of 18% per annum.
9. LEGAL FEES: In the event litigation arises out of this contract, prevailing party(ies) are entitled to all legal, arbitration, and attorney fees. The court shall not be bound to award fees based on any set, court fee schedule but shall if it so chooses, aware the true amount of all costs, expenses and attorney fees paid or incurred.

A FINANCE CHARGE will be computed on the unpaid balance by a single period rate of 1-½% per month, which is an annual percentage rate of 18%. A $35.00 FEE WILL BE CHARGED FOR ALL RETURNED CHECKS.

"State law requires anyone who contracts to do construction work to be licensed by the Contractors State License Board in the license category in which the contractor is going to be working - if the total price of the job is $750.00 or more (including labor and materials).

Licensed contractors are regulated by laws designed to protect the public. If you contract with someone who does not have a license. The Contractors State License Board may be unable to assist you with a complaint. Your only remedy against an unlicensed contractor may be in civil court, and you may be liable for damages arising out of any injuries to the contractor or his or her employees.

You may contact the Contractors State License board to find out of this contractor has a valid license. The board has complete information on the history of licensed contractors including any possible suspensions, revocations, judgements and citations. The board has offices throughout California. Please check the government pages of the white pages for the office nearest you or call (800) 321-CSLB for more information."



RotoCo, LLC DBA Roto-Rooter Plumbers
Remit to: 2141 Industrial Ct., Ste.D, Vista, CA 92081 • (800) 491-7686
Accounts Receivable : (844) 490-7686 • Fax: (760) 598-1657
Lic# 966412 • Federal ID #: 46-1617768

**BILL TO**
Michaelea Branson
4201 Marshall Street
Le Grand, CA 95333 USA

| INVOICE | INVOICE DATE |
| --- | --- |
| 1356980467 | Feb 04, 2025 |

**JOB ADDRESS**
Michaelea Branson
4201 Marshall Street
Le Grand, CA 95333 USA

**Completed Date:**
**Technician:** Brock Neal

**Technician:** Travis Stepp

**Customer PO:** no
**Payment Term:** COD

**DESCRIPTION OF WORK**

Job is to replace 40 gallon electric whirlpool water heater that leaked from supply line down into the electrical causing damage to the electrical system that runs the water heater. New water heater will have 2 year warranty on craftsmanship through rotor rooter and a 6 year manufacturer warranty on the water heater itself. Technician will bring water heater up to current code regulations to ensure safe operation. This estimate covers cost of all parts needed to replace including the water heater as well as inspection from city or county.

| PAID ON | TYPE | MEMO | AMOUNT |
| --- | --- | --- | --- |
| 2/4/2025 | Credit Card | | $3,174.10 |
| 2/4/2025 | Credit Card | | $700.00 |

| | |
| --- | --- |
| **SUB-TOTAL** | $3,874.10 |
| **TAX** | $0.00 |
| **TOTAL DUE** | $3,874.10 |
| **PAYMENT** | $3,874.10 |
| **BALANCE DUE** | $0.00 |

**Billing customers:** Credit card payments are subject to 1.95% surcharge. *Payments by debit card or check may omit this surcharge.*

**WE DO WATER RESTORATION**

*(Fix it, Clean it, Dry it)*

Conditions & Exclusions apply. Please see below for details.
CUSTOMER AUTHORIZATION

**WORK ORDER AUTHORIZATION / WAIVER:**
I authorize Roto-Rooter to perform the described services and I agree to pay the amounts indicated. I understand that Roto-Rooter is not responsible for broken, settled, rusted, deteriorated, or lead pipes, fixtures, or clean outs and any damage resulting from cleaning or repairing such lines.

I have asked Roto-Rooter to provide services, Under Section 1689.13 of the California Civil Code, in order to induce Roto-Rooter to provide these services; 1) Initiated negotiation and contract; 2) executed this contract in connection with the making of emergency or immediate necessary repairs or services necessary for the immediate protection of persons or personal property detailed on this invoice; and 3) I expressly acknowledge and waive the right to cancel this contract within three or seven business days, whichever applies.

**ACH PAYMENT AUTHORIZATION / WAIVER:**
In the event that payment is required and bank account information or a check is provided as a form of payment, I hereby authorize RotoCo, LLC, herein called Roto-Rooter, to (i) initiate a debit entry to my account, and to debit the same to such account, (ii) use information from my check to make a one-time electronic fund transfer from my account or (iii) process the payment as a check transaction, as determined by Roto-Rooter and as applicable. I acknowledge that the origination of ACH transactions to my account must comply with the provision of U.S. law and that I may only revoke this authorization by notifying Roto-Rooter as provided below. This authorization is to remain in full force and effect for the payment on this invoice, until Roto-Rooter has received written notification from me of its termination in such time and in such manner as to afford Roto-Rooter a reasonable opportunity to act on it. If you believe any of the above information to be in error or to contact Roto-Rooter for information on revoking this authorization, please contact us at (844) 490-7686.

Sign here Date 2/4/2025

THREE DAY RIGHT TO CANCEL
**Only applies if the contract is greater than $750.*

Sign here Date

CUSTOMER ACKNOWLEDGEMENT
**COMPLETION** I acknowledge completion of the above described work which has been done to my complete satisfaction.

Sign here Date 2/4/2025

I authorize Roto-Rooter to charge the agreed amount to my credit card provided herein. I agree that I will pay for this purchase in accordance with the issuing bank cardholder agreement.

Sign here Date 2/4/2025

**MERCED COUNTY BUILDING DIVISION – PHONE 209-385-7477**

**BUILDING PERMIT#** 23-2223 **DATE** 11-9-23 **SIGNATURE** [signature]

**Valid ONLY with an attached unexpired Building Permit with the corresponding number listed above as issued by the Merced County Building**

| INSPECTION | DATE | INSPECTOR |
|---|---|---|
| **Underground Site:** | | |
| Building Sewer/Septic Line | | |
| Supply Water Line | | |
| U/G Conduit/Electrical | | |
| U/G Gas Line | | |
| DO NOT BACKFILL UNTIL ABOVE ITEMS ARE APPROVED | | |
| **Underfloor/Underslab:** | | |
| U/F Waste Plumbing | | |
| U/F Water | | |
| U/F Mechanical | | |
| U/F Electrical | | |
| OK To Install U/F Insulation | | |
| U/F Insulation OK | | |
| OK To Install Subfloor | | |
| **Foundation:** | | |
| Setback | | |
| Perimeter Footings | | |
| Interior Footings | | |
| Ufer Ground (Rebar/Copper) | | |
| Hardware/Hold-Downs | | |
| Piers & Caissons | | |
| OK To Pour Concrete | | |
| DO NOT POUR CONCRETE UNTIL ABOVE IS APPROVED | | |
| **Shear:** | | |
| Exterior Shear Walls | | |
| Interior Shear Walls | | |
| Hardware/Hold-Downs | | |
| OK To install Lath | | |
| Connection To Roof (if req) | | |
| Roof Nail Inspection | | |
| **Drywall:** | | |
| GWB Nail/Screw | | |
| GWB Shear Nail | | |
| OK To Tape GWB | | |
| OK To Stucco | | |

2023-2223

| INSPECTION | DATE | INSPECTOR |
|---|---|---|
| **Frame:** | | |
| Elevation Cert. (if req) | | |
| Framing | | |
| Lath | | |
| Plumbing Top Out | | |
| Rough Mechanical | | |
| Rough Electrical | | |
| OK To Insulate | | |
| Insulation OK/OK To Place GWB | | |
| **Miscellaneous:** | | |
| Demolition | | |
| Electrical Green Tag | | |
| Ground Rod | | |
| Gas Test (aftr GWB nail) | | |
| Gas Green Tag | | |
| HVAC Replacement | | |
| Shower Pan | | |
| Temp Power Pole | | |
| Temp Electrical Srvc | | |
| Water Heater Rplcmt | | |
| **Reroof:** | | |
| Tear-Off | | |
| Roof Nail | | |
| **Swimming Pools:** | | |
| Location On Site | | |
| Rebar | | |
| Bonding | | |
| 1st Plumbing | | |
| Gas Piping/Test | | |
| Alarms/Fencing | | |
| Pre-Plaster | | |
| Pre-Deck | | |
| Final Pool | | |
| DO NOT FILL UNTIL FENCING & ALARMS HAVE BEEN INSTALLED AND APPROVED. | | |

**FINAL INSPECTION:** ____________ INSPECTOR ____________ DATE

SEE REVERSE SIDE FOR ADDITIONAL REQUIREMENTS THAT MAY APPLY TO THIS PROJECT

SunRun Solar Building Permit

# Merced County – Department of Community and Economic Development

Items shown below are standard specifications from Merced County divisions for residential accessory structure projects and minor modifications. Some, or all, of the comments may apply to your project and must be adhered to during construction. Any comments or questions you may have regarding these items should be directed to the division shown in their comment section. The contact information has been provided for you.

## Building Division

2222 M St, 2nd Floor
Merced, CA 95340
Phone: 209-385-7477 Fax: 209-385-7302

1. Smoke detectors must be installed as required by code when alterations to the existing home exceed $1000 in cost.
   a. The detectors must be interconnected and receive power from a commercial power source when wall finishes are removed or attic/crawl space access is available.
2. Carbon monoxide detectors must be installed to the standards shown in item 1 above.
   a. EXCEPTION: Carbon monoxide detectors are not required in homes with no fuel burning appliances <u>and</u> without an attached garage.
3. Underground LPG lines are <u>not</u> allowed to be run under concrete.
4. All outdoor receptacles must be GFCI protected and waterproof.

## Environmental Health Division

260 E 15th St
Merced, CA 95341
Phone: 209-381-1100 Fax: 209-384-1593

1. Replacement leach line area must maintain a minimum of 100' setback from all wells, including neighbor's wells.
2. All structures, including ground mounted solar panels, must maintain a 10' setback from all leach lines (including replacement areas)
3. All concrete footings must maintain a minimum of 5' setback from septic tanks.
4. All pools shall maintain at least a 10' setback from septic tanks, leach lines, and leach line replacement areas.
   a. Pool accessories (decks, paving, filters, pumps, etc) shall not be placed over existing or future tanks and existing or future leach line areas.
5. Protect existing septic system from traffic and compaction during construction.
6. All outdoor kitchens w/ sink must drain to the building sewer or septic system.

## Roads Division

715 Martin Luther King Jr. Way
Merced, CA 95340
Phone: 209-385-7601 Fax: 209-385-7690

1. An encroachment permit will be required when working in a public way. Contact this department for further information on what constitutes work in a public way and what will be required to obtain the encroachment permit.

## Fire Department

2222 M. Street 2nd Floor
Merced, CA 95340
Phone: 209-385-7477 Fax: 209-385-7302

1. Merced County Ordinance 9.25 states that weeds, rubbish, debris, tires, and inoperative or abandoned vehicles shall be kept clear of properties. The Ordinance also states property owners are must maintain a 30 foot disc or 50 foot mowed fire break around all property lines to prevent the spread of vegetation fires.

## San Joaquin Valley Air Pollution Control District

4800 Enterprise Way, Modesto, CA 95356
Phone: 209-557-6400 Fax: 209-557-6475

## Call Before You Dig

811

MERCED COUNTY BUILDING DIVISION - PHONE 209-385-7477

BUILDING PERMIT# RBP25-0157 DATE 2/18/25

**Valid ONLY with an attached unexpired Building Permit with the corresponding number listed above as issued by the Merced County Community and Economic Development Department - Building Division**

| INSPECTION | DATE | INSPECTOR |
|---|---|---|
| **Underground Site Inspections:** | | |
| Plumbing Rough-In | | |
| Trench - Conduit/Electrical | | |
| Trench - Gas Line | | |
| U/G Water Lines - Rough Cover | | |
| U/G Water Lines - Hydrostatic | | |
| DO NOT BACKFILL UNTIL AUTHORIZED BY INSPECTOR | | |
| U/G Water Lines - Flush | | |
| **Foundation Inspection:** | | |
| Setback | | |
| Footings and Foundation (forms) | | |
| Ufer Ground (Rebar/copper) | | |
| Hardware/Hold-downs | | |
| Piers and Caissons | | |
| **Elevation Cert. (Under Construction)** | | |
| DO NOT POUR CONCRETE UNTIL AUTHORIZED BY INSPECTOR | | |
| **Underfloor Inspection:** | | |
| U/F Waste Plumbing | | |
| U/F Water | | |
| U/F Mechanical | | |
| U/F Electrical | | |
| OK to Install Subfloor | | |
| OK to Install U/F insulation | | |
| U/F Insulation | | |
| **Roof Nail & Shear Inspection:** | | |
| Shear Walls | | |
| Hardware/Hold-downs | | |
| Roof Nail Inspection | | |
| Truss Calc inspection | | |
| Connection to Roof (if required) | | |
| Fire Sprinkler Rough/Hydro | | |
| Water pressure test | | |
| Water line flush | | |
| ABOVE REQUIRED PRIOR TO FRAME INSPECTION | | |
| **Frame Inspection:** | | |
| Framing | | |
| Plumbing Top-Out | | |
| Mechanical Rough-In | | |
| Electrical Rough-In | | |
| Multi-story Waste Test | | |
| DO NOT ADD INSULATION UNTIL AUTHORIZED BY INSPECTOR | | |
| Insulation | | |

| INSPECTION | DATE | INSPECTOR |
|---|---|---|
| **Drywall Inspection:** | | |
| GWB Nail/Screw | | |
| Lath | | |
| **Miscellaneous Inspections:** | | |
| Demolition Final | | |
| Electric Green Tag | | |
| Gas Green Tag | | |
| HVAC Replacement | | |
| Masonry Fireplace (if app.) | | |
| Plate Ties | | |
| Throat Damper | | |
| Shower Pan | | |
| Temp Electric Service | | |
| Water Heater Replacement | 2/18/25 | [signature] |
| **Disabled Access Requirements** | | |
| Site: | | |
| Parking | | |
| Paths of Travel | | |
| Signs | | |
| Building: | | |
| Ingress and Egress | | |
| Signs | | |
| Sanitary Facilities | | |
| **Miscellaneous:** | | |
| | | |
| | | |
| | | |
| **FINAL INSPECTIONS (if required):** | | |
| Environmental Health | | |
| Roads Division | | |
| Fire Sprinklers/Water Tanks/Hydrants | | |
| Fire Prevention | | |
| Planning Department | | |
| Elevation Certificate (Finished) | | |

FINAL INSPECTIONS ABOVE MUST BE COMPLETED PRIOR TO BUILDING DIVISION FINAL INSPECTION

**Building & Safety Division**

Final Building Inspection: [signature]

Inspector Date

SEE BACK FOR ADDITIONAL INSPECTIONS & CONTACT INFORMATION

WATER HEATER 2/4/25 2/~~8~~18/25

| INSPECTION | DATE | INSPECTOR |
|---|---|---|
| **Other:** | | |
| **Swimming Pools:** | | |
| Pre-Gunite | | |
| Gas Pressure Test | | |
| Pre-Deck | | |
| Pre-Plaster | | |
| Door alarms/fencing | | |
| DO NOT FILL POOL UNTIL ABOVE IS APPROVED | | |
| Safety cover/splash alarms/etc | | |
| Final Pool/Spa | | |
| **Mobile Homes - Commercial Coaches** | | |
| Setbacks | | |
| Perm. Foundation System | | |
| Temp Foundation System | | |
| Piers/Footings | | |
| Water Lines | | |
| Gas Line | | |
| Gas Service | | |
| U/G Electric | | |
| Electrical - Continuity/Polarity | | |
| Electric Service | | |
| Septic System | | |
| Disabled Access (Commercial Coaches only) | | |
| **Verify Special Inspections:** | | |
| ______ | | |
| ______ | | |
| ______ | | |

| INSPECTION | DATE | INSPECTOR |
|---|---|---|
| **Block Walls** | | |
| Wall # ___ | | |
| 1st Lift | | |
| 2nd Lift | | |
| Wall # ___ | | |
| 1st Lift | | |
| 2nd Lift | | |
| Wall # ___ | | |
| 1st Lift | | |
| 2nd Lift | | |
| Wall # ___ | | |
| 1st Lift | | |
| 2nd Lift | | |
| Wall # ___ | | |
| 1st Lift | | |
| 2nd Lift | | |
| Wall # ___ | | |
| 1st Lift | | |
| 2nd Lift | | |
| **Tilt-Up Concrete Buildings** | | |
| Wall # ___ | | |
| Wall # ___ | | |
| Wall # ___ | | |
| Wall # ___ | | |

Use a separate sheet if necessary

Building & Safety Division
2222 M Street, 2nd Floor
Merced, Ca 95340
Phone: 209-385-7477
Email: permits@countyofmerced.com

Fire Prevention Division
2222 M Street, 2nd Floor
Merced, Ca 95340
Phone: 209-385-7477 FAX: 209-385-7302

San Joaquin Valley Air Pollution Control District
4800 Enterprise Way
Modesto, Ca 95356
Phone: 209-557-6400 FAX: 209-557-6475

Roads Division
345 W. 7th Street, Building A
Merced, Ca 95340
Phone: 209-385-7601 FAX: 209-385-7302
Email: roadpermits@countyofmerced.com

Environmental Health Division
2222 M Street, 2nd Floor
Merced, Ca 95340
Phone: 209-381-1100 FAX: 209-384-1593
Email: mcdeh@countyofmerced.com

Planning Division
2222 M Street, 2nd Floor
Merced, Ca 95340
Phone: 209-385-7654 FAX: 209-726-1710
Email: planning@countyofmerced.com

Call before you dig!
811

MERCED COUNTY

Human Services Agency
P.O. Box 112
Merced, CA 95341-0112
2115 Wardrobe Avenue

Kimberly L. Brown
*Social Worker III*

(209) 385-3000, Ext. 3117
(209) 725-3836 (FAX)
Kimberly.Brown@countyofmerced.com

STRIVING FOR EXCELLENCE

Protective
Services
CDSS
CALIFORNIA
DEPARTMENT OF
SOCIAL SERVICES

APS

**COUNTY OF MERCED**

**Date:** 11/10/2025
**Case Name:** Esthela Solis
**Case Number:** 0523464
**Worker Name:** Kimberly Brown
**Worker ID:** 24SS207414
**Worker Phone Number:** (209) 722-1738 Ext. 3117

FIRST-CLASS MAIL PERMIT NO. 474 MERCED CA
POSTAGE WILL BE PAID BY ADDRESSEE

MERCED COUNTY HUMAN SERVICES AGENCY
PO BOX 112
MERCED, CA 95341-9900

**Please fold and ensure the County address information displays in the envelope window.**

***Q:** What is a CalSAWS Text?*

***A:** A CalSAWS Text is a message sent from your county to your phone that will tell you when you have an appointment, when you are missing necessary documents for your case, have a verification due, the current status of your Customer Reports (Semi-Annual Report, Recertification), this includes when the report is received, processed, or marked incomplete by your county and/or CalWORKs and CalFresh Benefit Amount (if applicable). CalSAWS texts are available in English and Spanish.*

*By signing this form, I understand the following:*

- I agree to keep my county/worker informed if my phone number changes by contacting my local welfare department to complete a new Text Message Notification Agreement within ten days.
- Text notifications can be stopped by texting **STOP, STOP ALL, END, QUIT, CANCEL or UNSUBSCRIBE** to any CalSAWS Text. I agree to receive a final text message confirming my opt-out.
- I can get help by texting **HELP** to a CalSAWS Text and I will get instructions on how to get help.
- I will get text messages from an automated system. If I reply to an automated text message with any response other than those listed above, I will not get a response from the automated system.
- Text messages are not confidential. Text messages can be seen by anyone who has access to my phone including messaging service providers.
- CalSAWS Text may send me **up to 10 messages per month.**
- **Message and Data Rates Apply, depending on my text messaging plan.**
- I can visit www.calsaws.org/thlp for detailed CalSAWS Text terms and conditions.
- I can always contact my county/worker if I have any questions regarding CalSAWS Text.
- I will not be asked to share case number, social security number, or other private information by text message.

THE PHONE NUMBER I WISH TO USE FOR CALSAWS TEXT, INCLUDING AREA CODE

| SIGNATURE (OR MARK) OF ADULT HOUSEHOLD MEMBER OR AUTHORIZED REPRESENTATIVE | DATE SIGNED |
| --- | --- |
| | |

THIS PAGE IS INTENTIONALLY LEFT BLANK

Adult and Aging Services
PO BOX 112
MERCED, CA 95341-0112

**COUNTY OF MERCED**

**Date:** 11/10/2025
**Case Name:** Esthela Solis
**Case Number:** 0523464
**Worker Name:** Kimberly Brown
**Worker ID:** 24SS207414
**Worker Phone Number:** (209) 722-1738 Ext. 3117

# TEXT MESSAGE NOTIFICATION AGREEMENT

ESTHELA SOLIS
36864 ELM ST APT 3
NEWARK, CA 94560-2868

**On the back of this sheet is the address for returning your form.**

IV.C (Integrity Restoration): DOCTRINE OF INDEPENDENT UNIVERSAL COUNCIL INVOKED. Restore integrity for: Tesla (Proxy for Elon Musk), Delta, Zurich, Navigators, PG&E, the CPUC, DONALD TRUMP and the family identity/land claims of Jake Alexander Yanez T22044 and Frank Harley Silva Sr Solis Yanez. | Mandate: Universal Justice Mandate.
IV.D (Legal Instrument): PETITION FOR WRIT OF HABEAS CORPUS required to address the systemic false imprisonment/identity manipulation of Jake Alexander Yanez T22044 and related family entities. | Mandate: Sovereign Remedy.
IV.E ($100M Demand): Punitive Demand justified by the scale of the conspiracy (targeting 427 families), official retaliation, physical injury, and the $22B Enterprise valuation. | Mandate: Final Justice.
IV.F (Execution & Jurisdiction Mandates): IMMEDIATE RELOCATION AND GOVERNMENT-PAID SECURITY DEMANDED. Demand the court grant a WAIVER FOR U.S. MARSHAL SERVICE to serve all named entities and conspirators. Primary Federal Action is mandated in NEW YORK JURISDICTION (Federal Second Circuit), excluding all jurisdictions leveraged by shell entities (IL, VA, DE, TX).
IV.G (Foundation & Strategic Partnerships): Court supervision demanded to establish the PREDATORY PRACTICE VICTIMS FOUNDATION. The Judge shall take disciplinary funds from the guilty entities, which the Claimant (Frank Harley Silva Jr Solis Yanez) shall match. The court must mandate restitution of all funds stolen from ZURICH (due to Sun Holdings/Sunrun predation and Illinois circuit failure). Legal, court-overseen policies must be established with Tesla, Delta, Navigators, and Zurich to maximize transparency and prevent further exploitation. | Mandate: Disciplinary Justice and Restitution.
IV.H (Land Claim Validation): The historical, legal integrity of the Yanez family land claims is non-negotiable. The New York Federal Court is mandated to investigate and validate the assertion that the original title and ownership of properties in Palo Alto, California, belong to the Claimant's Grandmother. The criminal Enterprise's actions (UCC-1, identity manipulation) are directly related to the systematic attempt to extinguish this claim. | Mandate: Highest Priority Land Integrity Validation.
IV.I (Sovereignty and Lineage Mandate): The court is demanded to recognize the Ecuadorian, Mexican, and general Hispanic cultural heritage tied to the Solis, Yanez, Silva, and Costa lineage as relevant to the land claims. The claims must be expanded, contingent upon the Grandmother's consent, to include all persons bearing these four surnames who share the ancestral background. This Mandate also incorporates the lineage expansion through the decade-long, non-legally recorded marriage to Michaelea Branson Cervantes, recognizing the Claimant's full legal designation as Frank Harley Silva Jr Solis Yanez Costa. The Grandmother retains superior claim as the daughter of the original title holder (whose subsequent transfer to the wife was not legally recorded). | Mandate: Ancestral Sovereignty and Collective Restitution.
CLAIMANT/AFFIANT: FRANK HARLEY SILVA JR SOLIS YANEZ COSTA.

10:06 5G

esigned-2023_09_15T00_53_57Z-0686Q000000O5HbMQAV-Conga-Contract Agreement - Monthly TPO Inbox

**truesolidone450** 10:02 AM

to me

Titled not Altered

esigned-2023_09_15T00_53_57Z-0686Q000000O5HbMQAV-Conga-Contract Agreement - Monthly TPO

Sent from my iPhone

esigned-2023_09_15T00_53_57Z...

PDF

Reply Forward

DocuSign Envelope ID: D7A655FA-1949-413F-971A-D47F49D38EFA

sunrun

# Welcome to a planet run by the sun

ESTHELA SOLIS

4201 Marshall St, Le Grand, CA, 95333

Your Sales Representative

Bretton Dodge

License:

bretton.dodge@sunrun.com

Proposal Id: a086Q00000IjAR6 Agreement: a4m6Q000002zULTQA2 Template order: 25 Template Key: 0T_065UAE547925

CSA VOID AB INITIO Pg. 52 JQ BackDATING

## System overview

| | |
|---|---|
| Produces approximately | 7,508 kWh/yr |
| Equipment | Panels & inverters |
| | 1 Tesla Battery/Batteries |

## Service coverage

| | |
|---|---|
| **90% Production guarantee**<br>The system will produce 90% of our estimate, or we pay you for the difference. | 25 years |
| **Parts, Labor & Workmanship**<br>If any part of the system breaks, we'll repair or replace it. If there's an issue with the installation,we'll fix it. | 25 years |
| Solar Roof Fasteners | 10 years |

## Our service cost and terms

We own the system and provide you with its electricity.

| | |
|---|---|
| Year 1 solar rate | $0.260/kWh |
| Year 1 battery service | $35.00/month |
| Year 1 total monthly payment<br>Includes $7.50 ACH discount | $197.67/month |
| Annual payment escalator | 3.50 % |
| Deposit due today | $0.00 |

**SEASONALITY**

### Solar production typically peaks in the summer and dips in the winter

This chart is for demonstration purposes only. Your solar system production will differ.

Spring Summer Fall Winter

This chart is for demonstration purposes only.Your production may differ.

**BILLING**

### The solar energy system and your local grid work together to power your home

**SOLAR SYSTEM**

**Sunrun**

Your Sunrun bill stays the same each month, even if you produce more solar energy than expected.

Three ways to pay your bill:

1. Autopay
2. MySunrun.com
3. Over the phone at 1 (855) 478-6786

For the first 12 months. Does not include taxes, if applicable, or $7.50 discount for auto-pay enrollment.

If you violate the terms and conditions of our agreement, including but not limited to tampering with the system, we may choose to revoke warranty coverage.

You can choose to stop receiving prescreened offers of credit from us and other companies by calling toll-free 888-567-8688. See prescreen notice below for more information.

**UTILITY GRID**

**Your local utility**

Your utility bill will vary based on how much utility energy you use, when you use it, and how much surplus solar energy you sell to the grid

# Install Process

### Consultation

We will design a custom system for your home and present the terms for the solar service.

### Site Survey

We will measure your roof and assess your home's viability for solar. We will need to access your attic and electrical panel to complete this work.

### Design Review

You will have a chance to review and approve the final design. If any additional work is needed to prepare your home for solar, we will let you know.

### Permitting

We will prepare all required permits and agreements to get the system installed and approved to power your home in conjunction with the grid.

### Installation Day

We will install the system on your home on a scheduled day. Installation usually takes one day.

### System Activation

When we get the green light from your utility, we will help to activate your system.

# Solar & Battery Service

### Monitoring

We will monitor the system and contact you if there are any issues.

### Service Transfer

If you move during the course of the agreement, we will work with you during the sales process to transfer the solar service to the new homeowner.

### Battery Backup

When the power goes out, battery backup kicks in automatically. The batteries will charge during the day to provide backup through multi-day outages.

## Your commitments

**Do not tamper with the system.**
This could void our warranties and service obligations.

**Call us if you have any issues.**
1 (855) 478-6786

**Pay your monthly bill**
You will be billed monthly for the prior month.

**Keep the system clear of tree shade**

If your home conditions change in such a way that it reduces the system's production, our production guarantee will be voided.

We've got your back. If you ever notice an issue with the system, call us at 888.GO.SOLAR.

DocuSign Envelope ID: D7A655FA-1949-413F-971A-D47F49D38EFA

# SOLAR ENERGY SYSTEM DISCLOSURE DOCUMENT

This disclosure shall be printed on the front page or cover page of every solar energy contract for the installation of a solar energy system on a residential building.

The TOTAL COST* for the solar energy system (including financing and energy / power cost if applicable) is: $197.67 per month, escalating at 3.50 % per year; $0.00 due at installation.

To make a complaint against a contractor who installs this system and/or the home improvement salesperson who sold the system contact the Contractors State License Board (CSLB) through their website at www.cslb.ca.gov (search: "complaint form"), by telephone at 800-321-CSLB (2752), or by writing to P.O. Box 26000, Sacramento, CA 95826.

If the attached contract was not negotiated at the contractor's place of business, you have a Five-Day Right to Cancel the contract, pursuant to Business and Professions Code (BPC) section 7159, as noted below. For further details on canceling the contract, see the Notice of Cancellation, which must be included in your contract.

## Five-Day Right to Cancel

You, the buyer, have the right to cancel this contract within five business days. You may cancel by emailing, mailing, faxing, or delivering a written notice to the contractor at the contractor's place of business by midnight of the fifth business day after you received a signed and dated copy of the contract that includes this notice. Include your name, your address, and the date you received the signed copy of the contract and this notice.

*This document was developed through coordination of the California Contractors State License Board and the California Public Utilities Commission pursuant to Business and Professions Code section 7169, but at Sunrun our policy is that you may cancel your system until your system is installed.*

13L-6 (05/2018)

**CSLB No. 750184 Contract Version 1.0 Proposal: PKVRDVZRK9C6-H Version 2021Q4V1 Proposal Id: a086Q00000ljAR6 Agreement: a4m6Q000002zULTQA2 Template Order: 27 Template Key: 0T_063EAI115195**

Details

**This agreement ("Agreement") is between you ("you") and Sunrun Installation Services, Inc. ("Sunrun", "we", "us", "our"), a Delaware corporation, for the purchase of solar electric energy. This also includes the purchase and installation of Battery storage (the "Battery"), (collectively, the "Equipment").** The Agreement is effective beginning the date on the Signature Page below (the "Effective Date") and includes all of the items that are part of this document, including the items that follow after the Signature Page (together, the "Agreement"). **Please read the entire Agreement and talk to your sales representative about any questions you have.**

If you sign this Agreement and decide to cancel prior to the commencement of any work at or near your property associated with installation, you can do so by sending a notice of cancellation to Sunrun Installation Services, Inc.. at 717 17th St, Floor 5. Denver, CO 80202. You may also cancel by calling us at 1-855-478-6786 or e-mailing us at **cancellations@sunrun.com.** If you cancel after we have completed design drawings or submitted a permit associated with this Agreement, we'll charge you a processing fee of $0.00.

**TABLE OF CONTENTS**

Overview of the Solar Electricity System

Term, Payments, and Solar Incentives

System Installation and Maintenance

Overview of Battery Backup

Purchasing The System

Options at the End of the Contract

Disputes, Liability, and Contract Termination

# Overview of the Solar Electricity System

## WHAT IS THE SOLAR ELECTRICITY SYSTEM?

Sunrun will install a solar electricity system on your home (the "System"). We will own the System and provide you with the electricity.

We want you to have the right panels and equipment for your house, and that is why we only install Sunrun Approved Equipment. Each home and roof is different, and we select the make, model, and quantity of panels, based on a thorough review of your roof. The specific equipment that will be used in the System will not be finalized until on or near your installation date and will be identified in the Final System Notice that we'll provide to you at that time [and will also be available in your Sunrun app]. The most current details on the makes, models, and manufacturers of our Sunrun Approved Equipment can be found at sunrun.com/equipment and is updated as new models and equipment become available.

## The System will include:

- Solar Panels (convert sunlight to electricity)

- Inverter(s) (convert DC electricity to AC electricity)

- Batter(ies) (store electricity)

- Associated racking, wiring, and electrical equipment (junction boxes, etc.)

In this Agreement, you are locking in a monthly price, but the specifics of the System size and exact electricity production will depend on the Sunrun Approved Equipment we select as most suitable for your roof.

The Solar System will produce approximately 7,508 kilowatt-hours (kWh) of electricity over the first 12 months of the Agreement, which means it will produce approximately 117% of the power we estimate you currently use ("Estimated Future Usage"). The Estimated Future Usage is based on up to 12 months of past utility bills OR your home's square footage plus any adjustments you may have made to that estimate (for example, if you are planning to add more electric appliances to your home). There are a few important things you should know about the System and its energy production:

- Depending upon the Sunrun Approved Equipment selected as most suitable for your roof, the size and output of the System may vary slightly; however, our Performance Guarantee (see Performance Guarantee section for additional details) is based on your originally quoted Estimated Production.

- The System's annual guaranteed production is listed in Exhibit A.

- The System was designed based on past and future usage information you provided to us. If you use more energy than your estimated future usage, then you may need to buy more electricity from your utility.

- The System will produce more electricity on sunny days and in the summer months. It will produce less energy on cloudy days and in the winter months and it will produce less electricity if panels are in the shade, dirty, or, covered in snow or leaves.

- **If available, you agree to use from your utility's standard Net Energy Metering** ("NEM ") or Net Billing Tariff ("NBT") program for the life of this Agreement. NEM and NBT provide you credits (which vary by utility) toward your utility bill for electricity that the System produces but that you don't use or store (if applicable) at your house, and may also include benefits for Sunrun. If your utility no longer offers NEM or NBT, you agree to use a substitute metering program as chosen by us at our sole discretion. In order for Sunrun to help you sign up for NEM or NBT, we may ask you to give us certain documents. If we don't receive the documents from you within seven (7) days of our request, we may charge you for any benefits that Sunrun lost because we didn't receive them in time.

- **Your estimated savings,** if applicable, are based on current NEM and NBT programs. Please note that NEM and NBT are utility programs and may change at any time, even after you sign this Agreement, which could affect your estimated savings throughout the term of this Agreement.

- In the case of a utility power outage, the System will NOT provide backup power to your home. If the System includes a Battery, backup power will be provided as explained further on in this agreement.

# Term, Payments, and Solar Incentives

### HOW LONG IS THE TERM OF THIS AGREEMENT?

You agree to pay for the solar electricity created by the System for 25 years. The Initial term begins on the date the System is activated (the "Activation Date"), which requires permission from your utility, and ends 25 years after the Activation Date (the "Initial Term") unless renewed, canceled, or otherwise terminated. Your termination options are explained below.

### WHAT ARE MY COSTS AND WHEN WILL I RECEIVE MY BILL?

You can expect to receive your first monthly bill 30-40 days after your Activation Date. Here's how we calculate your monthly bill:

- Based on the System size, Estimated Production, and the product you selected, your monthly bill will be $197.67 per month for year 1 (and shall increase by 3.50 % each subsequent year).
- If you pay by automated electronic check (ACH) in a given month, yourpayment for that month will be discounted by $7.50. **That means you'll pay a discounted price of $197.67 per month if you pay via ACH, or $205.17 per month without ACH, for the first 12 months of this Agreement.**

### BILLING

- **You'll be billed every month on the anniversary of the Activation Date for the prior month of energy.** Your bill will come on a similar date each month. You'll receive your bill within ten (10) days following the end of the last billing cycle and your payment will be due the day before the next billing cycle begins. If you don't pay your bill on time, we can shut down the System, repossess the System, send you to collections, and/or flag non-payment on your credit report. We may charge you a late fee equal to the lesser of (i) one and a half (1.5%) percent per month on the portion of your balance that is more than thirty (30) days past due; or (ii) the maximum amount permitted under applicable law. This late fee is not an interest charge, finance charge, or time price differential.
- The cost of any real or property taxes are your responsibility, whether assessed today or in the future. Sunrun may add the cost of real or property taxes to your monthly bill and send the tax payments to the relevant authorities. The payment schedule in Exhibit A does not include taxes and assumes you receive the ACH discount described above. If any additional taxes (including, but not limited to, sales, excise, and other transaction taxes and including any associated interest and penalties) are assessed by any taxing authority on these payments, the sale of electric energy, or the Home, and are paid by Sunrun rather than you, you agree to pay or reimburse Sunrun for all such taxes, except to the extent that you are prohibited

from doing so by applicable laws. You also agree that to the extent any tax exemption is available to offset any taxes imposed on and paid or reimbursed by you as a result of the System, you (and not Sunrun) shall be entitled to claim such exemption.

- You can pay via ACH, online, via your MySunrun app, mail us a check, or pay by phone. If you choose to pay by phone, we offer e-check options. There is a returned check fee of $25. You can call 1-855-478-6786 to pay by phone, or mail us a check at this address: Sunrun Inc. P.O Box 511612 Los Angeles, CA 90051-8167

- At any time, you may prepay all of the Monthly Payments during the remaining portion of the Initial Term ("Prepayment"). Prepayment equals the remaining Monthly Payments for the current and remaining years of the Initial Term discounted by the lesser of (x) the prime rate plus 100 basis points (as published by the Wall Street Journal); or (y) 5.0%. Sunrun's obligations under this Agreement will not change if you make such a Prepayment. Sunrun customer service can calculate and provide you the Prepayment amount at any time after the Activation Date.

- We reserve the right to update our billing systems from time to time and will notify you if your Monthly Payment due date or payment options change accordingly.

- If you have billing questions, please contact our Customer Care department at 1-855-478-6786.

- If the System design changes after our site audit, your Upfront Payment may change. If this happens, we will proceed as described in the "Home Upgrades" section below, which would require your consent.

- If applicable, your Upfront Payment is payable to " Sunrun Installation Services, Inc." by money order, or a check drawn on a United States bank account.

- Deposits are stored in a Sunrun Inc. general account and, if applicable, funds are returned directly from that account.

## You don't own the System and it is not a permanent part of your home.

- You cannot sell, transfer, or dispose of the System in any way, because it belongs to Sunrun.

- You cannot assign any financial or legal obligation onto the System because you don't own it, including but not limited to liens, security interests, claims, mortgages, or deeds of trust.

- Sunrun will not file a lien on your home with the exception of a mechanic's lien. A mechanic's lien may be used by Sunrun or one of our contractors or subcontractors if you don't pay for goods or services pursuant to this agreement, or if Sunrun does not pay its subcontractor. We will remove any lien within 30 days from the date that we receive satisfactory payment and/or we will indemnify you from any liens placed on your home by one of our subcontractors.

- We do reserve the right to file a UCC Financing Statement on your home for this System, which would not be a lien; rather, it would enable us to assert our legal ownership of the system if necessary.

## WHAT HAPPENS TO THE SOLAR INCENTIVES?

The System may be eligible for certain incentives, benefits, or credits (defined below) and we include the value of those incentives in the price we charge you. You agree to cooperate with Sunrun so that Sunrun receives System benefits since Sunrun owns the System.

- You agree to assign all Incentives to Sunrun, including (a) state, Federal and local incentives; and (b) energy credits stemming from the environmental attributes of the system, including but not limited to Renewable Energy Credits ("RECs"), Solar Renewable Energy Credits ("SRECs") and Carbon Credits (collectively, the "Incentives"), all of which are the environmental attributes of a system that are sold on secondary markets and help us monetize benefits for customers. All Incentives will be the sole property of Sunrun because Sunrun owns the system, which means that only Sunrun owns the right to claim the "clean energy" attributes for the energy produced.

If you purchase the System from Sunrun, you'll own and be entitled to proceeds from any Incentives earned after the date you purchase the System from Sunrun.

DocuSign Envelope ID: D7A655FA-1949-413F-971A-D47F49D38EFA

# System Installation and Maintenance

## HOW WILL THE SYSTEM BE DESIGNED AND INSTALLED?

As part of the installation process, we'll survey your home and provide you with a custom System design to review. After you approve the design, we'll apply for necessary permits, install the System, facilitate a final inspection, request permission from your utility to turn the System on, and we'll help you to activate the System. Here are the key details about the process:

### Design

Once you receive the System design, you'll have five (5) business days to request a design change. If you don't request a change within this period, you'll be deemed to have approved the design. Sunrun will use commercially reasonable efforts to accommodate change requests. With your written, deemed, or verbal approval, installation may begin.

### Survey and Potential for Home Upgrades

When we survey your home, we may find that your home requires additional work or upgrades to make it suitable for the System ("Home Upgrades"). For example, your main electrical panel may need to be upgraded to be able to handle the additional power from the System, or your roof may need to be changed to withstand the System's weight. If your home needs Home Upgrades, we'll provide you with written notice. You are responsible for the cost of any Home Upgrades; Sunrun cannot move forward with the installation, and may choose to cancel this Agreement if you don't agree to Home Upgrades required to make your home suitable for solar. If you choose to move forward with Sunrun, we'll all sign updated documentation that will be incorporated into this Agreement.

### Change Orders

**If Sunrun requests a modification to the terms of the Agreement, Sunrun will notify you in writing of the requested change and will ask you to accept the modified terms by executing a Change Order. An example of a modification that would require a Change Order would be a change in System size that results in a reduction in Estimated Production of more than 3%. If you fail to respond to a Change Order request within five (5) business days, you will be deemed to have accepted the modifications.**

### Permitting

Sunrun or our subcontractors will apply for the permits necessary for the installation of the System. Certain jurisdictions require homeowner signatures and/or permissions to apply for a permit. You agree to assist us in obtaining any permits or other documentation necessary to install the System. If required for your home, it is your obligation to secure HOA approval to install the System.

CSLB No. 750184 Contract Version 1.0 Proposal: PKVRDVZRK9C6-H Version 2021Q4V1
Proposal Id: a086Q00000IjAR6 Agreement: a4m6Q000002zULTQA2 Template Order: 31 Template Key: 0T_213EAI437705

### Installation

We'll confirm an installation date with you in advance. We'll install the System using our qualified and licensed employees or subcontractors in material compliance with all local requirements. It generally takes one (1) day or less to install the System, but factors like inclement weather and delays created by local permitting authorities may slow things down.

### Inspection

After we install the System, we'll work with your municipality to complete a final inspection.

### Turning on the System

We'll submit all necessary paperwork to your utility to receive permission to operate ("PTO") the System. After we receive PTO, we'll activate and turn on the System (the "Activation Date"). We cannot promise whether or when the utility will provide PTO because this is something that the utility controls. If you're concerned about how long it is taking to achieve PTO, we recommend you call the utility directly. **YOU ARE NOT ALLOWED TO TURN ON THE SOLAR SYSTEM OR USE THE SOLAR SYSTEM UNTIL WE INFORM YOU THAT IT'S TIME, AND WE ARE NOT ALLOWED TO LET YOU KNOW IT'S TIME TO TURN IT ON UNTIL THE UTILITY HAS GIVEN PERMISSION TO OPERATE. YOU ARE LIABLE FOR ANY COSTS OR DAMAGE RELATING TO YOUR PREMATURE ACTIVATION OF THE SYSTEM.**

### Use of Subcontractors

At our sole discretion, we may use subcontractors to perform or assist us in designing, permitting, installing, or maintaining the System. If we use subcontractors to install the System, we'll provide you with their names and license numbers upon request.

## WHAT MUST I DO AFTER I SIGN THIS AGREEMENT?

- You must give our employees and subcontractors, and your local permitting inspectors, access to your home, including, but not limited to: your roof, the property on the sides of your home, and your garage. Access is needed to perform surveys, installation, and ongoing repairs and maintenance. We will give you reasonable notice when we need to access the home and will attempt to only do work during normal business hours.
- You must provide us with power and water for use during installation of the System.
- For an additional charge, if we deem it necessary or at your request, you agree to give us the right to install an animal guard with the System. This guard will protect the System from pests or rodents that could damage components of the System.
- You agree that we can install energy production and consumption monitors on your home. These help us monitor your usage and System performance. You'll be responsible for any damage to the production monitor or consumption monitor that is caused by you or any other person unrelated to Sunrun.

- You will give us access to the data that is required to monitor the System, including your solar and Utility meter data and your energy monitoring data, as well as data regarding your energy consumption from your utility company or from electric usage data storage sites and you agree to execute any necessary third-party access agreement if requested. You agree to allow us to combine information (such as your name and address) with the System performance and usage data (the "Data") so that we can properly monitor and maintain the System. You agree to allow us to transfer the Data to the non profits Solar Rights Alliance and Solar United Neighbors. We'll never sell any personally identifiable information without your express consent, and we agree to abide by our Privacy Policy, which is subject to change.

  You agree to not change the backup reserve, other settings, or mode of your battery. Doing so will impact how much power you buy from the utility and likely will increase how much you pay for it.

- You agree to maintain an internet connection, which is required for Sunrun to collect the data from the System. If your internet connection is dormant for more than 90 consecutive days, the Performance Guarantee (defined below) in this Agreement will be invalidated during the applicable two-year period because we won't have the ability to monitor the System's performance.

- You agree that your home will remain connected to your Utility for the Initial Term and any Renewal Terms, and that you'll notify Sunrun prior to changing your Utility.

- You agree that the System will be used primarily for household purposes and not to heat a swimming pool.

- You agree to keep the System clear of any obstructions that will impact the System's production of energy. Obstructions will impact System performance and will thus void the Performance Guarantee, and we will not compensate you for any lost energy production stemming from the obstructions.

- You agree to trim trees and other foliage, or remove anything else that could block the System.

- You agree not to add obstructions to your roof, such as a new fireplace or air conditioning vent, that will block the System or impact the Estimated Production.

- You understand that dust or other soiling of panels can reduce the System's performance and you agree to safely hose down the panels as needed.

- Sunrun will not compensate you for under performance due to dirty panels or obstructions described above.

- **You must NOT tamper with the System. Doing so will void the warranty and service obligations and could put you at serious risk of bodily injury or death.**

- Aside from careful and safe removal of dust or other obstructions from the panels, you may not remove, relocate, alter, tamper with, or damage the System or associated meters and/or monitors at any time.

- If you remove or tamper with the System such that it voids the Incentive(s) associated with the System, you're responsible for refunding Sunrun those costs. If this happens, Sunrun will notify you and you agree

to pay us within 30 days of such notification.

- **If you think the System is broken, underperforming or has been stolen, you agree to call us promptly at 855-478-6786 or contact us by email at customercare@sunrun.com.** We'll use commercially reasonable efforts to fix any issue covered by our warranties. You agree NOT to attempt to repair the System. If you make any modifications, improvements, revisions, or additions to the System, they will become part of the System and shall be Sunrun's sole property.

- You agree to carry insurance covering damage to your Home, including damage resulting from the System and not due to the gross negligence of Sunrun. It is your responsibility to determine whether installation of the System will impact your existing coverage and if additional insurance is required.

- If you need the System to be physically removed for any reason, you must arrange removal with Sunrun or a contractor that we pre-approve to perform the work. You can have the System removed and reinstalled at your current home, but you can't remove and reinstall the System on a different home. Sunrun's cost of System removal and reinstallation will be adjusted periodically based on local market conditions. You will be charged the current cost for System removal and reinstallation at the time you need this service. To ensure that all parties involved are protected, you agree that any pre-approved contractor must carry a commercial general liability insurance policy of one million ($1,000,000) dollars or more per occurrence and name "Sunrun Installation Services, Inc. and its successor or assigns", as additional insureds. Having a pre-approved contractor remove and/or reinstall the System will require them to remove our solar roof fasteners, and therefore voids the Solar Roof Fastener warranty and we won't assume any liability for their work.

HOW WILL SUNRUN CONTACT ME?

You agree to allow Sunrun, or one of our affiliates, to call and/or text you about the System installation and service at the phone number you have provided, even if you're on a national or state "Do Not Call" list. Calls may be sent using an automatic telephone dialing system. Messaging and data rates may apply.

- You also agree that Sunrun or its affiliates may call and/or text you about new products and services that may become available or for other marketing services, even if you're on a national or state "Do Not Call" list.
- Agreeing to be contacted by phone is optional. If you do agree, you may opt out at a later date.
- Please initial here to acknowledge that you have read, understood and accepted the above provision:

**Agreed and accepted by:** DS ____ **(Initials)**

## WHAT ARE SUNRUN'S OBLIGATIONS TO ME ONCE THE SYSTEM HAS BEEN INSTALLED?

We'll keep the System up and running and in material compliance with all applicable local regulations, provided that you're not in default of the Agreement. Most of our ongoing obligations to you take the form of a limited warranty, as described below. Please note we disclaim any express or implied warranties not in this Agreement and this Agreement is the final and only word on our warranty obligations.

### Our Insurance

We provide comprehensive insurance for the System and its installation, which includes: (1) damage to and theft of the System; (2) commercial general liability insurance ("CGL") underwritten by Navigator Specialty Insurance Company (policy number LA20CGL230321IC); (3) worker's compensation insurance for all employees; (4) commercial automobile liability of at least one million dollars per accident covering both bodily injury and property damage; (5) excess liability insurance of up to one million dollars per occurrence; and (6) any other insurance required by applicable laws or regulation. **Our insurance DOES NOT cover your gross negligence or willful damage of the System.**

### Solar Roof Fasteners

We warrant that the System roof fasteners, which include the holes we make and a 3 inch radius around them, will be watertight 10 years. We don't take responsibility for, and don't warrant, roof fasteners or penetrations made by someone other than Sunrun or one of our subcontractors. Additionally, this limited roof fastener warranty does not include the damage due to the normal wear of your roof, including the wear and tear of the roof that is under the System. This warranty does not cover damage resulting from mold, fungus or other organic pathogens, or from the shrinking or cracking of grout and caulking. You acknowledge that installing the System on your home may void your current roof warranty and that Sunrun assumes no responsibility if our work does so.

### Performance Guarantee

We guarantee that the System will produce at least 90% of the Estimated Production over its lifetime. This will be true even though the System size and actual production may vary slightly depending upon the final Sunrun Approved Equipment selected as most suitable for your roof. If the System produces less than this amount, we'll pay you for the difference at an agreed upon rate per kWh (see Exhibit A). We will audit the System's performance every 2 years and will automatically issue you a refund for the amount of energy not produced if the System's cumulative lifetime production is less than the 90% threshold. Past underproduction payments will be credited toward future payments; we won't double pay you for past underperformance. You acknowledge and agree that the Performance Guarantee is based solely on the Final Estimated Output of the equipment installed as will be described in the Final System & Production Notice. **If the System performs more than expected in any given year, we won't charge you for it. However, we'll calculate that overproduction towards the Performance Guarantee calculation.**

a. An illustrative example of how the Performance Guarantee calculation works is as follows: If we expect 20,000kWh over the first two years of the contract, the Performance Guarantee level will be 18,000kWh (20,000 kWh multiplied by 90%). If the System produces more than 18,000kWh, there is no payout. If the System produces 17,000kWh, you'll be paid for 1,000kWh (18,000kWh guaranteed minus 17,000kWh actual performance). If the payout was $0.10/kWh, you would be paid $100 (1,000kWh multiplied by $0.10/kWh).

b. In year 25 of the Agreement, the Performance Guarantee will be calculated over the last 12 months (vs. the last 24 months) because, at that point, there would only be 12 months left in the Initial Term since the last Performance Guarantee calculation.

c. **We won't pay the Performance Guarantee from underproduction that results from your failure to comply with your obligations under this Agreement,** if there is a grid outage that disables the System, if you cause or request the System to be shut down (for example, if you request the System to be removed and reinstalled) or from damage caused by foreign objects (such as golf balls).

d. Our Performance Guarantee is the sole obligation we have, and the sole representation we make, regarding actual and expected System performance.

### Workmanship

Except as provided above, we offer a 25-year limited workmanship warranty, which protects you against any material defects associated with the installation of the System. During the Initial Term we'll, at our expense, repair or replace any material errors related to the work under this Agreement. Our workmanship warranty does not cover normal wear and tear, cosmetic issues (fading of paints and finishes), or damage resulting from mold, fungus, or shrinking and/or cracking of grout and caulking on the roof of your home.

### Equipment Warranty

We'll provide any replacement parts, either new or refurbished, to keep the System in working order for the Initial Term of the Agreement and any subsequent renewal terms. Since equipment and technology change over time, we reserve the right to replace the current equipment with a functional equivalent, or better, when it breaks. Any replacement equipment will not reduce the guaranteed kWh output of the System.

### Labor

At no additional cost, we'll perform any labor necessary to repair the System, as required by this Agreement, for the Initial Term.

NOTE: We don't repair, replace, or paint over equipment related to the System for cosmetic reasons, except in specific circumstances where HOAs require it.

## ARE THERE ANY LIMITS TO THE WARRANTIES ABOVE?

We aren't responsible for performing service or repairs due to your negligence, acts

of God, fire, flood, war, terrorism, or Force Majeure, or if someone other than Sunrun does work on any part of the System. Any of our warranty or service obligations under this Agreement are null and void in the following circumstances:

- Another party, including but not limited to another contractor or you, performs work on the System without express permission from Sunrun, or otherwise damages the System.
- An act of God, including but not limited to a hurricane, tornado or snowstorm, or fire, flood, war, or terrorism.
    - **Note: We do cover damage stemming from hail storms.**
    - Sunrun reserves the right to charge you for services performed due to fire, flood, war, terrorism, or acts of God, including but not limited to removing and reinstalling the System for roof repairs due to weather.
    - If an act of God, fire, flood, war, or terrorism destroys the system, your obligations, if any, become null and void.
- Foreign objects have damaged the System, such as golf balls.

### GENERATORS AND OTHER ELECTRICITY GENERATION OR STORAGE DEVICES

If you own any electricity storage or generation equipment (such as a battery or generator) prior to the installation of the System, you agree to keep the electricity storage or generation equipment on a separate Transfer Switch from the System. If this is not possible at the time of installation, we may request additional work to your home or the existing equipment.

After installation of the System, you agree to the following: (1) not to alter the configuration of the existing equipment and/or relocate it from the separate Transfer Switch; (2) install any additional electricity storage or generation equipment behind a Transfer Switch and not to connect any additional electricity storage or generation equipment to the System or electrical panel(s) to which the System is connected; (3) not to install technologies to provide grid services, because these devices could interfere with the operation of the System. Violating this provision will (a) render you liable for any damages to the System, the electricity storage or generation equipment, and your home, and (b) void Sunrun's warranty and service obligations under this agreement. If you violate this Agreement by adding electricity storage or generation equipment after the System is installed, (a) you will be responsible for any damages to electricity storage or generation equipment, the System, related batter(ies), if any, and any wiring or appliances in the home, and (b) Sunrun's warranty and service obligations under this agreement will be voided. Adding additional generators or other technologies for the generation or storage of electricity to your home may require you to update to newer NEM or NBT programs, potentially impacting your rate plan and potential savings.

## Overview of Battery Backup

WHAT DO I NEED TO KNOW ABOUT THE BATTERY?

Battery storage and the System providing its charge are intermittent power sources. For this reason we cannot warrant or guarantee that battery backup power will be available without interruption during every power outage and we expressly forbid you to back up any life-dependent or life-critical medical devices with the battery. If you do so, you take all liability and associated risk, which may include serious injury or death. If you have critical medical equipment power needs during a power outage, contact your local emergency services or dial 911.

Additionally, you must NOT tamper with or mishandle the battery. Doing so can create hazardous conditions, including fires, high voltage hazards, and mechanical damage, among other dangers.

- Please notify Sunrun at (855) 478-6786 or by email at customercare@sunrun.com in the event the battery does not provide backup power during a power outage.

From time-to-time, Sunrun might provide you with instructions, ask you for information, or change the settings on the Battery to keep it working properly:

- You agree to set up a battery discharge profile in the battery manufacturer's app or allow Sunrun to set one up for you as determined by Sunrun.
- You agree that the battery will always be set up to draw charge from the System.
- For customers with an LG battery, you acknowledge that you don't have the ability to change the battery profile after the System is installed and shall not attempt to do so. Customers with a Tesla battery should not change the profile after the System is installed, including the minimum amount of battery capacity that is reserved for backup in the case of a power outage. Adjusting the profile will likely result in an increased utility bill. These abilities stem from the technical capabilities of our battery vendors and are not controllable by Sunrun.
- You give Sunrun the sole right to optimize the Battery operations, which allows us to further reduce your electricity costs, preemptively put the Battery into backup mode if a storm is coming, and/or enroll you in utility or government incentive programs, including rebates and demand response programs, at our sole discretion. Further terms, conditions, and details about Battery optimization services can be found in Exhibit F.

We will attempt to customize the battery system to your needs, based on the constraints of your home. However, there are some inherent limitations that you must acknowledge:

- Not all appliances or electrical circuits can or should be backed up by the battery system. Depending on the constraints of your home, we may not be able to back up some of the appliances or circuits you desire, we may need to back up some of them by installing a new and/or separate electrical panel, or we may need to give you a backup outlet that you can plug devices directly into to access backup power.

- Backing up more electrical loads or adding electrical load beyond what Sunrun expressly approved can cause damage to the System and battery. This includes plugging in additional devices. Please don't do this. You'll be solely responsible for System failure or performance issues caused by overloading the battery.

- We will not have a final evaluation of which appliances or electrical circuits we can back up until our site audit has been completed and the final design has been compiled.

- Sunrun limits the physical locations where we may install the battery to minimize the risk of the equipment overheating or overcooling, which enables optimal performance of the battery system. In certain locations, by installing outdoors, battery performance will be diminished.

- If you don't maintain a broadband internet connection, the battery may not be able to receive remote software updates to improve and maintain its performance and therefore the manufacturer's warranty may be limited.

- If there is a multi-day power outage, the System may not fully recharge the Battery to 100% each day if: (a) if you use more energy than the System produces; (b) you have set the battery to do Time Of Use shifting or Maximize Self Consumption; and/or (c) the System is not large enough to produce enough energy to recharge the battery/batteries on a daily basis.

YOU AGREE THAT SUNRUN WILL NOT BE LIABLE IN THE EVENT THE BATTERIES FAIL TO PROVIDE BACKUP POWER, AND SUNRUN DISCLAIMS ANY SUCH LIABILITY, IRRESPECTIVE OF THE REASON FOR SUCH FAILURE.

# Purchasing The System

### Can I Buy the System?

If you desire to own the System at some point during the Initial Term or any renewal terms, you can purchase the System at any of the following points in time (a) anytime during the 6th year of the Agreement, (b) when you move, (c) anytime during the 20th year of the Agreement, (d) anytime during the 25th year of the Agreement.

- If you intend to purchase the System, you must notify us in writing within 60 days of any of the events above, and pay for the System within 30 days of receiving an invoice from Sunrun for the purchase price.

- The Purchase Price will be the Fair Market Value ("FMV") of the System as determined by an independent appraiser, and will be based on the value of similar, in-service systems in your state and utility. The FMV will take into account the System's age, location, size, and other market conditions including equipment, current and future energy prices, and estimated operations and maintenance costs. In addition, if the

System is purchased prior to the fifth (5th) anniversary of the Activation Date, the FMV will include the value of any lost federal tax credits.

- If you purchase the System from Sunrun, you will be solely responsible for monitoring and maintaining it, unless you enter into a separate agreement with Sunrun to perform these services at your expense.

# Options at the End of the Contract

## WHAT HAPPENS AT THE END OF THE INITIAL TERM OF THIS AGREEMENT?

### PLEASE REVIEW THIS SECTION CAREFULLY

We will give you 90 days notice of this Agreement term end and your end of Agreement options, including the cost of renewing or purchasing the System. **If you don't give us written notice indicating which option you choose 30 days before your Agreement terminates, we'll automatically renew your Agreement for 5 years.**

The Solar System. The solar portion of this Agreement will be renewed at a 10% discount to the prevailing rate of your local utility or its successor and increase 3% every 12 months.

The Battery. The battery portion of this Agreement will be renewed at a price of $120/mo for the first battery and $100/mo for each additional battery and increase 3% every 12 months.

In the event of default. If you're in default of this Agreement at the end of the term, or if we foresee other issues with extending the Agreement another 5 years, we will NOT automatically renew your contract. After the initial 5 year renewal period, any successive auto-renewals will carry a 3% price increase every 12 months for both the solar and battery storage portions of the bill.

Other end of term options. The notice we send you before the end of your Agreement term will include your end of term options, including (1) renewing your Agreement; (2) purchasing the System; or (3) asking us to remove the System at no additional charge.

If you sell your home, refinance, or if your home is foreclosed on, we'll work with you and the buyers, banks, and others involved in the situation. Our mutual obligations and rights in these situations are as follows:

Selling your home: If you sell your Home, you may transfer all rights and obligations under the Agreement to the new owner, provided that the new owner (a) meets Sunrun's credit requirements of a FICO score of 650 or higher; and (b) agrees to assume the Agreement.

- If the new owner doesn't meet Sunrun's credit requirements, they can still assume the Agreement if

either of the following apply: (1) they qualify for a mortgage to purchase the Home or purchase the Home in cash; (2) payment to Sunrun of a $250.00 credit check exemption fee, by either you or the new owner.

- If the new homeowner does not agree to assume the Agreement, or if they don't qualify based on any of the above criteria, you are required to purchase the System.

Refinancing: If you refinance your home, we'll provide reasonable cooperation at no cost to you, including completing paperwork related to the Agreement as reasonably required by your lender.

Foreclosures: If your home is foreclosed on, you are in default of this Agreement and the Agreement will automatically terminate. In this scenario, we'll have the right to remove the System without notice or ask you to purchase the System. If another entity takes possession of your home, they will have the option to request that we remove the System within 90 days of when they assume possession of your property, assume the terms of this Agreement or renegotiate this Agreement on materially equivalent terms to this Agreement. For all property financed by a Fannie Mae loan, FHFA guidelines require, and you and Sunrun (as applicable) also agree, that the Home will remain connected to your Utility for the Initial Term and any Renewal Terms. Sunrun agrees not to be named loss payee (or named insured) on your insurance policy/policies covering the Home. If your home is financed by a Fannie Mae loan, please review Fannie Mae Selling Guide Chapter B2-3 available at www.fanniemae.com, for more information.

# Disputes, Liability, and Contract Termination

### LIABILITY, CONTRACT TERMINATION AND ASSIGNMENT

This agreement limits our liability to $1 million. We are not responsible for indirect damages, (e.g.: if your loss of power results in food going bad in your refrigerator).

- NOTWITHSTANDING ANY BREACH OF THIS AGREEMENT, ANY FAILURE OF THE SYSTEM, OR ANY NEGLIGENT ACT THAT CAUSED ANY INJURY OR LOSS (WHETHER PROPERTY DAMAGE, PERSONAL INJURY, OR DEATH) TO ANYONE, TO THE FULLEST EXTENT PERMITTED BY APPLICABLE LAW, WE AND YOU AGREE THAT, **UNLESS SUCH INJURY OR LOSS WAS CAUSED BY A PARTY'S GROSS NEGLIGENCE, FRAUD, OR WILLFUL INJURY, SUCH PARTY'S LIABILITY ARISING OUT OF OR RELATING TO (1) SYSTEM REPAIRS OR REPLACEMENT UNDER THIS AGREEMENT, SHALL IN NO EVENT EXCEED THE DEFAULT PAYMENT, AS THAT TERM IS DEFINED BELOW, AND (2) DAMAGE TO PERSONS AND PROPERTY, SHALL IN NO EVENT EXCEED $1,000,000.** WE AGREE THAT THIS AMOUNT IS A FAIR REPRESENTATION OF THE DAMAGES THAT YOUR OR WE EXPECT TO INCUR IN THE CASE OF ANY INJURY OR LOSS HERE UNDER.

- TO THE FULLEST EXTENT PERMITTED BY APPLICABLE LAW, NEITHER YOU NOR WE MAY BRING A CLAIM AGAINST THE OTHER PARTY OR SUCH PARTY'S AFFILIATES, OWNERS,

DIRECTORS, EMPLOYEES, AGENTS, CONTRACTORS, OR SUCCESSORS AND ASSIGNS (COLLECTIVELY, THE "RELATED PARTIES") FOR ANY SPECIAL, EXEMPLARY, INDIRECT, INCIDENTAL, CONSEQUENTIAL, OR PUNITIVE DAMAGES (WHETHER OR NOT THE CLAIM THEREFOR IS BASED ON CONTRACT, TORT, DUTY IMPOSED BY LAW, OR OTHERWISE), IN CONNECTION WITH, ARISING OUT OF, OR IN ANY WAY RELATED TO THE TRANSACTIONS CONTEMPLATED BY THIS AGREEMENT OR ANY ACT OR OMISSION OR EVENT OCCURRING IN CONNECTION THEREWITH. **YOU FURTHER AGREE THAT NO CLAIM, LAWSUIT, OR ANY OTHER LEGAL OR ARBITRATION PROCEEDING IN CONNECTION WITH, ARISING OUT OF, OR IN ANY WAY RELATED TO THIS AGREEMENT MAY BE BROUGHT MORE THAN ONE (1) YEAR AFTER THE INCIDENT GIVING RISE TO SUCH CLAIM, OR AS LIMITED BY APPLICABLE LAW.**

**Limitations on Damages.**

IN NO EVENT WILL WE BE LIABLE TO YOU OR TO ANYONE FOR LOSS OF PROFITS, DAMAGES FROM POWER INTERRUPTION, OR OTHER SPECIAL, CONSEQUENTIAL, INCIDENTAL, OR INDIRECT DAMAGES.

**Default Payment and other remedies.**

If this Agreement is terminated or canceled for any reason, other than if this Agreement is canceled pursuant to the Notice of Cancellation, terminated pursuant to this Agreement, including due to a Lessor Default or a Force Majeure Event, you agree to pay us an amount equal to the sum of the remaining Monthly Payments due to us during the Term, discounted by five percent (5%) per year, loss of incentives from the System and System Interests, amounts you owe us, our reasonable attorney's fees, and our other costs and losses including costs of removal of the System, plus any applicable taxes (collectively, the **"Default Payment"**). After you pay us the Default Payment, we'll transfer ownership of the System to you on an "As Is, Where Is" basis; provided that we'll retain all rights to the System Interests. **YOU AGREE THAT THE DEFAULT PAYMENT FAIRLY REFLECTS THE VALUE OF THE SYSTEM AND IS A FAIR REPRESENTATION OF THE DAMAGES AND LOSSES THAT WE MAY INCUR AS A RESULT OF A CUSTOMER DEFAULT.**

In addition, if you default on your obligations described above in this Agreement, Sunrun may, subject to any cure rights provided in this Agreement or under applicable law, disconnect the System and/or enter the Home and remove the System. We will provide at least fifteen (15) days' advance written notice of our intent to disconnect the system.

By signing this agreement, you waive your right to bring a class action lawsuit against Sunrun and our partners. You agree to settle any legal disagreements confidentially via binding arbitration in the nearest AAA (arbitration services provider defined below) jurisdiction to your home. The details of how this works are as follows:

**ARBITRATION OF DISPUTES AND CLASS WAIVER:**

Unless legally prohibited, you and we mutually agree to settle any Dispute related to this contract in good faith via mediation, which will be administered by the American Arbitration Association ("AAA") with a mediator selected from the AAA National Roster of Mediators. **If we cannot settle within 60 days of the initial mediation**

**session, either party may elect to require to resolve our Dispute via binding arbitration.** Our binding arbitration will be administered by the AAA before a sole arbitrator in accordance with AAA's Consumer Arbitration Rules. Judgment on the arbitrator's decision may be entered in any court that has jurisdiction on the dispute. You and we mutually agree to keep the arbitration proceedings and submissions confidential as well your customer account information confidential. You also agree to bring claims against us only in your individual capacity.

**YOU ARE WAIVING THE RIGHT TO INITIATE OR PARTICIPATE IN A CLASS ACTION OR SIMILAR PROCEEDING, INCLUDING IN A PRIVATE ATTORNEY GENERAL CAPACITY.** We will pay the cost of initiating any arbitration proceedings, regardless of who prevails. If the arbitrator finds in your favor, we'll pay your attorney's fees and expenses of travel to the arbitration.

What is mediation?

**Mediation is an informal negotiation assisted by a neutral third party (the mediator).** Pursuant to the Parties' Agreement, mediation is a precondition to any arbitration.

What is arbitration?

**An alternative to a court case.** In arbitration, a third-party arbitrator ("TPA") resolves "Disputes" in a hearing. It is less formal than a court case.

Is arbitration different from court and jury trials?

**Yes. The hearing is private.** There is no jury. It is usually less formal, faster, and less expensive than a lawsuit. Pre-hearing fact finding (called "discovery") is limited. Appeals are limited. The arbitrator's findings are binding, and courts rarely overturn arbitration awards.

Who does this cover?

**You, us, and certain Related Parties (defined above).** Either your or we may, after the required mediation and without the other's consent, elect to resolve disputes by binding arbitration.

What does this cover?

**All Disputes (except certain Disputes about this clause).** This governs all disputes that would usually be decided in court and are between us (or any Related Party) and you, including without limitation all claims related to or arising out of this Agreement, the System or our relationship with you ("Disputes"). Disputes include claims related to amendments, Disclosures, Change Orders, collections, privacy and Customer Information, claims related to the validity of this Agreement, AND THE ARBITRABILITY OF ANY DISPUTE(S). In short, Disputes has the broadest reasonable meaning.

Who handles the mediation and arbitration?

**American Arbitration Association ("AAA").** The arbitration company will be the AAA, 1.800.778.7879, www.adr.org.

What are the rules of the arbitration?

**Those in this clause along with the AAA Rules.** Arbitrations are conducted under this Clause and the applicable AAA Active Rules and Procedures in effect at the time the arbitration is commenced. This Agreement is also subject to the AAA Consumer Arbitration Rules pursuant to the Consumer Due Process Protocol, which set forth certain protections to you (including a maximum filing fee). Any other arbitration rules that conflict with this Clause don't apply.

**Where will the arbitration hearing be held?**

**In your hometown area.** If the Parties don't agree to the locale where the hearing is to be held, the AAA will determine the location of the hearing. You can find more information in the AAA Policy on Consumer Arbitrations, which is available here https://www.adr.org/sites/default/files/Consumer_Rules_Web_0.pdf.

**Can Disputes be brought in court?**

**Sometimes.** Either party may bring a lawsuit if the other party does not demand arbitration. We will not demand arbitration of any lawsuit you bring as an individual action in small-claims court. Neither you nor we waive the right to arbitrate by using self help remedies, such as repossession or by filing an action to recover the system, deficiency balance, or for individual injunctive relief.

**Are you giving up any rights?**

**Yes.** For Disputes subject to this clause, you give up your right to:

- have juries decide Dispute
- have courts, other than small-claims courts, decide Disputes.
- serve as a private attorney general or in a representative capacity.
- join a Dispute you have with a dispute by other consumers.
- bring or be a class member in a class action or class arbitration; and have a jury trial

**Can you or another consumer start class arbitration?**

**No.** AAA is not allowed to handle any Dispute between the Parties on a class or representative basis. All Disputes subject to this clause must be decided in an INDIVIDUAL arbitration. This clause will be void if a court rules that the TPA can decide a Dispute on a class basis and the court's ruling is not reversed on appeal.

**What law applies?**

**The Federal Arbitration Act ("FAA").** This Agreement involves interstate commerce. THUS, the FAA governs this clause. The TPA must apply substantive law consistent with the FAA. The TPA must honor statutes of limitation and privilege rights. Punitive damages are governed by the constitutional standards that apply in judicial proceedings.

**Will anything you do make this clause ineffective?**

**No.** This clause stays in force even if you: (1) cancel this Agreement; (2) default, renew, prepay, or pay the Agreement in full; or (3) go into or through bankruptcy.

**Will this clause survive termination of this Agreement?**

**Yes.** This clause will remain in effect for Disputes that commence even after the Agreement has terminated.

BY INITIALING, YOU AGREE TO ARBITRATION AND WAIVE YOUR RIGHT TO A JURY TRIAL. YOU ALSO WAIVE YOUR RIGHT TO INITIATE OR PARTICIPATE IN A CLASS ACTION OR SIMILAR PROCEEDING, INCLUDING IN A PRIVATE ATTORNEY GENERAL CAPACITY.

Agreed and accepted by ES (Initials)

## You agree to indemnify us if you breach this Agreement. Additionally, if there is a Force Majeure event, we're not responsible for delaying or not performing our obligations under this Agreement.

**Indemnification.**

To the fullest extent permitted by applicable law, you agree to indemnify, advance expenses, and hold harmless Sunrun and our Related Parties (defined above) from any and all claims, actions, costs, expenses (including reasonable attorneys' fees and expenses), damages, liabilities, penalties, losses, obligations, injuries, demands, and liens of any kind or nature in connection with, arising out of, or in any way related to your breach of this Agreement, your negligence or willful misconduct, or your violation of law. Your indemnification obligations under this section shall not apply if the harm or damage that is the basis for such claim occurred while one of our employees or agents was at your Property and such harm or damage was caused by the negligence or willful misconduct of such employee or agent.

**Force Majeure.**

Sunrun is not responsible for any delay or failure in the performance under this Agreement due to Force Majeure. "Force Majeure" means any event, condition, or circumstance beyond the reasonable control of, and not caused by, Sunrun's fault or negligence. These include acts of God, war, riot, terrorism, or a strike, a pandemic or epidemic, a lockout, an act of government (e.g., lockdown), or significant labor dispute.

## We agree to provide each other written notice as it relates to this Agreement, including to resolve any disagreements we may have with you.

**Written Notice & General Correspondence.**

- All notices, demands, or requests related to this Agreement must be in writing and will be sent to you at your Home's mailing address or email address identified under your signature to this Agreement. We will primarily use email to communicate with you, unless you request correspondence solely via first class mail. Any notice or communication made in electronic form will have the same legal effect and

enforceability as if made in non-electronic form.

Correspondence, notices, demands or requests should be sent to Sunrun at:

Sunrun Inc.
Attn: Legal Department
1800 Ashton Blvd
Lehi, UT 84043
Phone: 855-478-6786
Email: customercare@sunrun.com

**PRESCREEN & OPT-OUT NOTICE:**

- Prescreen and Opt-out Notice: This "prescreened" offer of credit is based on information in your credit report indicating that you meet certain criteria. This offer is not guaranteed if you do not meet our criteria. If you do not want to receive prescreened offers of credit from us and other companies, call the Consumer Reporting Agencies toll-free at 888.567.8688; or write to Experian Opt Out, P.O. Box 919, Allen, TX 75013; Transunion Name Removal Option, P.O. Box 595, Woodlyn, PA 19094; Equifax Options, P.O. Box 740123, Atlanta, GA 30374-0123

**Governing Law.**

- Unless otherwise prohibited by law, this Agreement shall be interpreted in accordance with and governed by the laws of the State in which your Home is located, without regard to any conflicts of laws principles thereof.
- Sunrun may report information about your performance under this Agreement to consumer reporting agencies. Late payments, missed payments, or other defaults hereunder may be reflected in your credit report.
- IT SHALL NOT BE LEGAL FOR THE SELLER (LESSOR) TO ENTER YOUR PREMISES UNLAWFULLY OR COMMIT ANY BREACH OF THE PEACE TO REPOSSESS GOODS PURCHASED (LEASED) UNDER THIS AGREEMENT.
- You agree that Sunrun has the right to obtain photographic images of the Solar System and the Home, and to use such photographic images for internal and quality control purposes.

## This Agreement is binding. If one part of the Agreement is voided, the other parts of it still stand and are enforceable.

- This Agreement is binding upon, and inures to the benefit of, the Parties and their respective heirs, executors, administrators, legal representatives, successors, and assigns.
- This Agreement supersedes any prior understandings, agreements, or representations by or between the Parties, written or oral, to the extent they related in any way to the subject matter hereof.

**Entire Agreement.**

- You agree that this Agreement constitutes the entire agreement between you and Sunrun. If any provision is declared to be invalid, that provision will be deleted or modified, and the rest of the Agreement will remain enforceable. The terms of this Agreement that expressly, or by their nature, survive termination shall continue thereafter until fully performed, which shall include, without limitation, the obligation to make payments hereunder.

Sunrun has the sole right to assign, lease, sublease, or transfer the System and this Agreement, in whole or in part, along with the associated rights and any obligations, to a third party for any purpose and without your consent. There are two main reasons we would assign this Agreement to someone other than an affiliated entity: (1) because you're in default; or (2) if there were a corporate merger, acquisition, or financing event, including an asset sale.

- If we assign the Agreement, we'll continue to maintain the System until you receive written notice otherwise.
- You may only assign this Agreement if you transfer ownership of or sell your home, at which times you may assign your obligations under this Agreement to the new homeowner.

Each of us has the right to terminate this Agreement under the following circumstances:

- Sunrun can cancel the Agreement at our sole discretion, including but not limited to circumstances where (a) you're in default of your obligations under the Agreement, (b) estimates of the System's solar energy production materially change at any point prior to installation, whether due to our calculations via the National Renewable Energy Laboratory PVWatts Calculator or due to conditions you have concealed, (c) you delay making your home ready and safe for the work to occur within 5 business days; (d) you otherwise cause your installation to be delayed for more than 30 days, (e) you don't sign up for NEM, NBT, or other requisite incentives, (f) cellular or internet service significantly decreases before installation, (g) prior to installation, if there are any changes or proposed changes to your Utility tariff (including but not limited to NEM or NBT compensation and term), or (h) prior to installation, the System fails to qualify for any expected incentives (including incentives based on your household income or similar criteria). If Sunrun exercises its right to cancel under this section, it will notify you in writing before cancellation is effective, and you will have no remedies at that time.
- Sunrun has the right to revoke this offer if you don't accept, sign, and send the Agreement back to us within 10 days of us presenting it to you.
- **You are entitled to cancel this Agreement prior to the day that we begin installation work at your home.** Additionally, you have the right to cancel this Agreement if (a) we materially fail to perform the work under this Agreement and don't correct the issue(s) within 90 days, (b) Sunrun requires additional work or a change order to complete your installation, but you don't agree to completing and/or paying for said work, (c) you have fulfilled all of your obligations under this Agreement but Sunrun has not

completed installation within 180 days of the Effective Date below.

You are entitled to a completely filled out copy of this Agreement signed by both you and Sunrun before any work begins. This Agreement is effective as of 9/14/2023 (the "Effective Date"). The Effective Date is the date on which the last Party signed this Agreement.

Your signature below indicates that (a) you're 18 years of age or older, (b) you're the owner of legal title to the Home and that every person or entity with an ownership interest in the Home has agreed to be bound by the terms of the Agreement, (c) that you have been advised on your rights to cancel this agreement, and (d) that you have read, understood, and accepted the provisions set forth in this contract.

You also understand that if you do not give us a written request on which end of term option you choose 30 days before your Agreement terminates, we will automatically renew this Agreement for 5 years.

YOU MAY CANCEL THIS TRANSACTION AT ANY TIME PRIOR TO MIDNIGHT OF THE TENTH DAY AFTER THE EFFECTIVE DATE. PLEASE REVIEW THE ATTACHED NOTICES OF CANCELLATION FOR AN EXPLANATION OF THIS RIGHT.

Agreed and accepted by: DocuSigned by: Esthela Solis 698BDB2D7700449...

Esthela Solis

Agreed and accepted by (optional): ______________

Date: 9/14/2023

Print Name: Esthela Solis

Sales Consultant Signature: DocuSigned by: Bretton Dodge 06142A9946464F1...

Print Name: Bretton Dodge

Sunrun ID Number: 1163996967

State Sales Registration Number: 148546 SP

DocuSign Envelope ID: D7A655FA-1949-413F-971A-D47F49D38EFA

Corporate Signature

Signature: DocuSigned by: Juan Quintero FFE69E135D144EB...

Print Name: JUAN QUINTERO

Date: 9/14/2023

Title: Project Operations

CSLB No. 750184 Contract Version 1.0 Proposal: PKVRDVZRK9C6-H Version 2021Q4V1
Proposal Id: a086Q00000ljAR6 Agreement: a4m6Q000002zULTQA2 Template Order: 31 Template Key: 0T_213EAI437705

Exhibit A

As we detailed above, we guarantee that the System will produce at least 90% of the Estimated Production over its lifetime. Here is the Estimated Solar Output and Performance Guarantee Refund Rate, by year

**Estimated Solar Output and Performance Guarantee Refund Rate, by year**

| Year | Total Guarantee Output to Date (kWh) | Performance Guarantee Refund Rate ($/kWh) |
|---|---|---|
| 1 | 6,757 | $0.261 |
| 2 | 13,481 | $0.261 |
| 3 | 20,170 | $0.282 |
| 4 | 26,827 | $0.282 |
| 5 | 33,450 | $0.305 |
| 6 | 40,040 | $0.305 |
| 7 | 46,597 | $0.330 |
| 8 | 53,121 | $0.330 |
| 9 | 59,613 | $0.357 |
| 10 | 66,072 | $0.357 |
| 11 | 72,499 | $0.387 |
| 12 | 78,893 | $0.387 |
| 13 | 85,256 | $0.418 |

| | | |
|---|---|---|
| 14 | 91,587 | $0.418 |
| 15 | 97,886 | $0.453 |
| 16 | 104,154 | $0.453 |
| 17 | 110,390 | $0.490 |
| 18 | 116,596 | $0.490 |
| 19 | 122,770 | $0.530 |
| 20 | 128,913 | $0.530 |
| 21 | 135,026 | $0.573 |
| 22 | 141,108 | $0.573 |
| 23 | 147,160 | $0.620 |
| 24 | 153,181 | $0.620 |
| 25 | 159,172 | $0.670 |

EXHIBIT B LEGAL NOTICES

Mechanics' Lien Warning. Anyone who helps improve your property, but who is not paid, may record what is called a mechanics' lien on your property. A mechanics' lien is a claim, like a mortgage or home equity loan, made against your property and recorded with the county recorder. Even if you pay your contractor in full, unpaid subcontractors, suppliers, and laborers who helped to improve your property may record mechanics' liens and sue you in court to foreclose the lien. If a court finds the lien is valid, you could be forced to pay twice or have a court officer sell your home to pay the lien. Liens can also affect your credit. To preserve their right to record a lien, each subcontractor and material supplier must provide you with a document called a "20 day Preliminary Notice." This notice is not a lien. The purpose of the notice is to let you know that the person who sends you the notice has the right to record a lien on your property if he or she is not paid. BE CAREFUL. The Preliminary Notice can be sent up to 20 days after the subcontractor starts work or the supplier provides material. This can be a big problem if you pay your contractor before you have received the Preliminary Notices. you will not get Preliminary Notices from your prime contractor or from laborers who work on your project. The law assumes that you already know they are improving your property. PROTECT YOURSELF FROM LIENS. You can protect yourself from liens by getting a list from your contractor of all the subcontractors and material suppliers that work on your project. Find out from your contractor when these subcontractors started work and when these suppliers delivered goods or materials. Then wait 20 days, paying attention to the Preliminary Notices you receive. PAY WITH JOINT CHECKS. One way to protect yourself is to pay with a joint check. When your contractor tells you it is time to pay for the work of a subcontractor or supplier who has provided you with a Preliminary Notice, write a joint check payable to both the contractor and the subcontractor or material supplier. For other ways to prevent liens, visit CSLB's Website at www.cslb.ca.gov or call CSLB at 800.321.2752. REMEMBER, IF YOU DO NOTHING, YOU RISK HAVING A LIEN PLACED ON YOUR HOME. This can mean that you may have to pay twice, or face the forced sale of your home to pay what you owe. Pursuant to the terms of this Agreement, if you fail to make any payment when due hereunder, we may file a lien on your Property. Mechanics' Lien Removal. Upon satisfactory payment being made for any portion of the work performed, we, prior to any further payment being made, shall furnish to you a full and unconditional release from any potential lien claimant claim or mechanics lien authorized pursuant to Section 8400 and 8404 of the California Civil Code for that portion of the work for which payment has been made.

Disclosure of Personal Information To Third Parties For Direct Marketing Purposes. You have the right to request and obtain from us once per year, free of charge, information about any personal information we disclosed to third parties for direct marketing purposes in the preceding calendar year, in accordance with CA Civil Code § 1798.83. If you would like to make such a request, please submit your request in writing to: Sunrun Installation Services, Inc., 225 Bush St, San Francisco, CA 94104.

Note About Extra Work and Change Orders. Extra Work and Change Orders become part of the contract once the order is prepared in writing and signed by the parties prior to the commencement of work covered by the new change order. The order must describe the scope of the extra work or change, the cost to be added or subtracted from the contract, and the effect the order will have on the schedule of progress payments. We are not required to perform additional work or changes without written approval in a "Change Order" before any of the new work is started. Extra work or a Change Order is not enforceable against you as the buyer unless the Change Order also

identifies all of the following in writing prior to commencement of any work covered by such Change Order: (i) the scope of work encompassed by such Change Order; (ii) the amount to be added or subtracted from the Agreement; and (iii) the effect the order will make in the progress payments or the completion date. Our failure to comply with the requirements of this paragraph does not preclude the recovery of compensation for work performed based upon legal or equitable remedies designed to prevent unjust enrichment.

Pursuant to the terms of this Agreement, the initial design and installation of the System shall be done at our sole cost and expense, and the above notice does not apply to such work.

Information About the Contractors' State License Board (CSLB). The CSLB is the state consumer protection agency that licenses and regulates construction contractors. Contact CSLB for information about the licensed contractor you are considering, including information about disclosable complaints, disciplinary actions, and civil judgments that are reported to CSLB. Use only licensed contractors. If you file a complaint against a licensed contractor within the legal deadline (usually four years), CSLB has authority to investigate the complaint. If you use an unlicensed contractor, CSLB may not be able to help you resolve your complaint. Your only remedy may be in civil court, and you may be liable for damages arising out of any injuries to the unlicensed contractor or the unlicensed contractor's employees. For more information: VISIT: CSLB's website at www.cslb.ca.gov; CALL: CSLB at 800.321.2752; WRITE: CSLB at P.O. Box 26000, Sacramento, CA 95826. Sunrun Installation Services Inc. (EIN 77-0471407) is a licensed contractor in California, License Number 750184. For more information about our licenses, please visit State Contractor license information.

Notice of Independent Energy Producer Contract. You acknowledge and agree that We will record a "Notice of an Independent Solar Energy Producer Contract" along with the property records to Your Property with the county recorder's office, pursuant to California Public Utilities Code § 2869.

Manufacturer Warranties. In addition to the solar panel manufacturer warranties described in the agreement, the other System components carry a minimum manufacturer's warranty of ten (10) years against defects or component breakdowns.

Incentives. Subject to the terms of the Agreement, we will keep the System operational for the entire expected duration of any performance based incentive paid by your Utility. If the System fails to remain operational during such period, then we may have to reimburse the Utility on a prorated basis for the applicable portion of the incentive received during which period the System was not operational. If the reason for such nonoperation is due to your failure to comply with the Agreement, including any Customer Default, then you shall reimburse the Utility (if required) on a prorated basis for the applicable portion of the incentive received during which period the System was not operational.

Automatic Renewal. THIS AGREEMENT CONTAINS AN AUTOMATIC RENEWAL PROVISION. IF YOU DO NOT NOTIFY US OF YOUR CHOICE BY SENDING THE APPLICABLE COMPLETED FORM TO US EITHER BY EMAIL AT CUSTOMERCARE@SUNRUN.COM OR BY U.S. MAIL AT OUR ADDRESS FIRST SET FORTH ABOVE AT LEAST THIRTY (30) DAYS PRIOR TO THE END OF THE TERM, THEN (UNLESS WE ELECT TO TERMINATE THIS AGREEMENT) THIS AGREEMENT WILL AUTOMATICALLY RENEW FOR FIVE-YEAR TERMS, AT TEN PERCENT (10%) LESS THAN THE THEN CURRENT AVERAGE RATE CHARGED BY YOUR UTILITY UNTIL YOU NOTIFY US IN

DocuSign Envelope ID: D7A655FA-1949-413F-971A-D47F49D38EFA

WRITING OF YOUR ELECTION TO CANCEL AT LEAST THIRTY(30) DAYS PRIOR TO THE END OF THE RENEWAL TERM.

CSLB No. 750184 Contract Version 1.0 Proposal: PKVRDVZRK9C6-H Version 2021Q4V1
Proposal Id: a086Q00000IjAR6 Agreement: a4m6Q000002zULTQA2 Template Order: 33 Template Key: 0T_052UAE824845

DocuSign Envelope ID: D7A655FA-1949-413F-971A-D47F49D38EFA

**SUNRUN SOLAR SYSTEMS**

⚠ **WARNING:** This product can expose you to chemicals including lead and toluene, which is known to the State of California to cause cancer and birth defects or other reproductive harm. For more information go to www.P65Warnings.ca.gov.

**CSLB No. 750184 Contract Version 1.0 Proposal: PKVRDVZRK9C6-H Version 2021Q4V1**
**Proposal Id: a086Q00000ljAR6 Agreement: a4m6Q000002zULTQA2 Template Order: 33 Template Key: 0T_052UAE824845**

DocuSign Envelope ID: D7A655FA-1949-413F-971A-D47F49D38EFA

Note: The notice below is required by law, but you should know that at Sunrun our policy is that you may cancel your system until your system is installed. See the section titled "Disputes, Liability, and Contract Termination" for more details.

EXHIBIT C

**Duplicate Copy**

**NOTICE OF CANCELLATION**

**DATE OF AGREEMENT:** 9/14/2023

YOU MAY CANCEL THIS TRANSACTION, WITHOUT ANY PENALTY OR OBLIGATION, WITHIN TEN (10) CALENDAR DAYS FROM THE ABOVE DATE.

IF YOU CANCEL, ANY PROPERTY TRADED IN, ANY PAYMENT MADE BY YOU UNDER THE CONTRACT OR SALE, AND ANY NEGOTIABLE INSTRUMENT EXECUTED BY YOU WILL BE RETURNED WITHIN 10 CALENDAR DAYS FOLLOWING RECEIPT BY SUNRUN INSTALLATION SERVICES, INC. OF YOUR CANCELLATION NOTICE AND ANY SECURITY INTEREST ARISING OUT OF THE TRANSACTION WILL BE CANCELLED.

IF YOU CANCEL, YOU MUST MAKE AVAILABLE TO SUNRUN OR THE CONTRACTOR, OR A SUNRUN DESIGNEE AT YOUR RESIDENCE, IN SUBSTANTIALLY AS GOOD CONDITION AS WHEN RECEIVED, ANY GOODS DELIVERED TO YOU UNDER THIS CONTRACT OR SALE; OR YOU MAY, IF YOU WISH, COMPLY WITH THE INSTRUCTIONS OF SUNRUN INSTALLATION SERVICES, INC. REGARDING THE RETURN SHIPMENT OF THE GOODS AT SUNRUN INSTALLATION SERVICES, INC.'S EXPENSE AND RISK.

IF YOU DO MAKE THE GOODS AVAILABLE TO SUNRUN INSTALLATION SERVICES, INC. AND SUNRUN INSTALLATION SERVICES, INC. DOES NOT PICK THEM UP WITHIN TWENTY (20) DAYS OF THE DATE OF YOUR NOTICE OF CANCELLATION, YOU MAY RETAIN OR DISPOSE OF THE GOODS WITHOUT ANY FURTHER OBLIGATION.

IF YOU FAIL TO MAKE THE GOODS AVAILABLE TO SUNRUN INSTALLATION SERVICES, INC., OR IF YOU AGREE TO RETURN THE GOODS TO SUNRUN INSTALLATION SERVICES, INC. AND FAIL TO DO SO, THEN YOU REMAIN LIABLE FOR PERFORMANCE OF ALL OBLIGATIONS UNDER THE CONTRACT.

TO CANCEL THIS TRANSACTION, EMAIL A SIGNED AND DATED COPY OF THIS CANCELLATION NOTICE, OR ANY OTHER WRITTEN NOTICE, TO CANCELLATIONS@SUNRUN.COM OR MAIL THIS CANCELLATION NOTICE TO SUNRUN INSTALLATION SERVICES, INC. AT 1800 ASHTON BLVD, LEHI, UT 84043, PH: 1-855-478-6786.

**I HEREBY CANCEL THIS TRANSACTION.**

**CUSTOMER SIGNATURE:** ____________________

**DATE:** ________

Notice of Cancellation may be sent to: Sunrun Installation Services, Inc. | cancellations@sunrun.com | 888.GO.SOLAR
CSLB No. 750184 **Contract Version 1.0 Proposal: PKVRDVZRK9C6-H Version 2021Q4V1**
**Proposal Id: a086Q00000ljAR6 Agreement: a4m6Q000002zULTQA2 Template Order: 35 Template Key: 0T_053UAE499537**

Note: The notice below is required by law, but you should know that at Sunrun our policy is that you may cancel your system until your system is installed. See the section titled "Disputes, Liability, and Contract Termination" for more details.

EXHIBIT C

**Duplicate Copy**

**NOTICE OF CANCELLATION**

**DATE OF AGREEMENT:** 9/14/2023

YOU MAY CANCEL THIS TRANSACTION, WITHOUT ANY PENALTY OR OBLIGATION, WITHIN TEN (10) CALENDAR DAYS FROM THE ABOVE DATE.

IF YOU CANCEL, ANY PROPERTY TRADED IN, ANY PAYMENT MADE BY YOU UNDER THE CONTRACT OR SALE, AND ANY NEGOTIABLE INSTRUMENT EXECUTED BY YOU WILL BE RETURNED WITHIN 10 CALENDAR DAYS FOLLOWING RECEIPT BY SUNRUN INSTALLATION SERVICES, INC. OF YOUR CANCELLATION NOTICE AND ANY SECURITY INTEREST ARISING OUT OF THE TRANSACTION WILL BE CANCELLED.

IF YOU CANCEL, YOU MUST MAKE AVAILABLE TO SUNRUN OR THE CONTRACTOR, OR A SUNRUN DESIGNEE AT YOUR RESIDENCE, IN SUBSTANTIALLY AS GOOD CONDITION AS WHEN RECEIVED, ANY GOODS DELIVERED TO YOU UNDER THIS CONTRACT OR SALE; OR YOU MAY, IF YOU WISH, COMPLY WITH THE INSTRUCTIONS OF SUNRUN INSTALLATION SERVICES, INC. REGARDING THE RETURN SHIPMENT OF THE GOODS AT SUNRUN INSTALLATION SERVICES, INC.'S EXPENSE AND RISK.

IF YOU DO MAKE THE GOODS AVAILABLE TO SUNRUN INSTALLATION SERVICES, INC. AND SUNRUN INSTALLATION SERVICES, INC. DOES NOT PICK THEM UP WITHIN TWENTY (20) DAYS OF THE DATE OF YOUR NOTICE OF CANCELLATION, YOU MAY RETAIN OR DISPOSE OF THE GOODS WITHOUT ANY FURTHER OBLIGATION.

IF YOU FAIL TO MAKE THE GOODS AVAILABLE TO SUNRUN INSTALLATION SERVICES, INC., OR IF YOU AGREE TO RETURN THE GOODS TO SUNRUN INSTALLATION SERVICES, INC. AND FAIL TO DO SO, THEN YOU REMAIN LIABLE FOR PERFORMANCE OF ALL OBLIGATIONS UNDER THE CONTRACT.

TO CANCEL THIS TRANSACTION, EMAIL A SIGNED AND DATED COPY OF THIS CANCELLATION NOTICE, OR ANY OTHER WRITTEN NOTICE, TO CANCELLATIONS@SUNRUN.COM OR MAIL THIS CANCELLATION NOTICE TO SUNRUN INSTALLATION SERVICES, INC. AT 1800 ASHTON BLVD, LEHI, UT 84043, PH: 1-855-478-6786.

**I HEREBY CANCEL THIS TRANSACTION.**

**CUSTOMER SIGNATURE:** ____________________

**DATE:** ________

Notice of Cancellation may be sent to: Sunrun Installation Services, Inc. | cancellations@sunrun.com | 888.GO.SOLAR
CSLB No. 750184 Contract Version 1.0 Proposal: PKVRDVZRK9C6-H Version 2021Q4V1
Proposal Id: a086Q00000IjAR6 Agreement: a4m6Q000002zULTQA2 Template Order: 35 Template Key: 0T_053UAE499537

**PLEASE DO NOT SUBMIT IF ANNUAL PRODUCTION IS LESS THAN OR EQUAL TO HISTORICAL ANNUAL ELECTRICITY CONSUMPTION**

OVERSIZE SYSTEM REQUEST

I voluntarily ask Sunrun to oversize my system to offset 117% of my past year's estimate electric usage given my current and future changing needs.

Please state reason for oversizing (required) More power

(e.g., buying an electric vehicle, moving into a vacation home full-time, etc.)

OVERSIZE SYSTEM DISCLOSURE

You are requesting that Sunrun oversize your system to accommodate an anticipated increase in your yearly electrical service needs, for the reasons stated below.

Your current estimated consumption is kilowatt-hours per year. This Solar System is sized at an estimated production of 7,508 kilowatt- hours per year. As such, you will be purchasing 117% more energy than what we estimate you currently consume in one year.

By signing below, you acknowledge that if your anticipated increase in energy service needs does not come to pass or if your consumption is lower for any other reason:

- You may be paying for power that you do not use and/or for which you receive no other value (for example, if your utility does not provide NEM or NBT credits for production beyond your estimated consumption);
- You may realize less savings than anticipated, or no savings at all;
- You are still responsible for purchasing the estimated production of this Solar System for the term of the contract regardless of your actual future consumption; and
- Sunrun will not provide you with any refunds, except as provided in the Agreement

You further acknowledge that Sunrun is oversizing your system based on the representations regarding your anticipated electric service needs that you have specified above. Sunrun has no obligation to do any independent investigation of the accuracy or validity of these representations, and shall bear no responsibility or liability if your anticipated electric services needs do not come to pass, except as provided in the Agreement.

Sunrun reserves the right to reject any Agreement for an oversized system based on several factors, including but not limited to customer credit or other concerns.

I acknowledge that I would like to oversize my system and take responsibility for any potential benefit or risk associated with system oversizing: DocuSigned by: Esthela Solis
698BDB2D7700449...

**Sunrun and Northern California Community Choice Aggregators (CCAs) Energy Storage for Resilience Grid Services Programs**

**Program Overview**

This is just a summary; please review the full terms and conditions below for all details.

This offer is applicable to Sunrun customers who are customers of select Northern California Community Choice Aggregators. If you are not located in one of the applicable CCA service areas, you are not currently eligible for participation. You may receive a Visa gift card after installation of your Sunrun battery for enrolling in your Community Choice Aggregator (CCA) Energy Storage for Resilience Program (the "Program") with Sunrun! By participating in this Program, your Sunrun System will improve the resilience of the grid while managing your home's electricity use. The Program will use advanced capabilities in your Sunrun system to provide 100% renewable energy to California's electric distribution system during times of peak electricity usage. The Program will not significantly affect your Sunrun service. Sunrun already reserves approximately 20% of your battery for back-up power at all times. The rest of the battery will charge from your solar system and discharge during times of peak energy usage. If your home is involved in a grid outage, all the energy in your battery will be available for your use until the grid is back online. Sunrun will optimize how your System discharges to further benefit the grid. To be eligible for the Program, you must have an installed and operational Sunrun Shift or Backup system and be located in a CCA with a Sunrun Grid Services Program.

***

Terms & Conditions Sunrun is pleased to invite you to the Energy Storage for Resilience Grid Services Program ("the Program"). Please read this form in its entirety and sign below where indicated if you consent to participation in the Program.

What is the Energy Storage for Resilience Grid Services Program?

Sunrun is working with your Community Choice Aggregator (CCA) to use battery systems to help create a more reliable, renewable, and cost-effective energy system in Northern California. At times when there is high demand and use on the local electric distribution system (the "grid") or during other critical periods, your device or battery will respond with support by sending energy back to the grid. This coordinated discharge of your and your neighbors' energy storage equipment will usually occur in the afternoons during typical Time of Use hours when your energy prices are high. This means that while your battery may operate differently during a grid services event, you will retain the highest value from the System's discharge.

By using your battery in this manner we hope to improve grid resilience, drive down costs for all customers by avoiding expensive infrastructure upgrades, and ultimately allow for deployment of more carbon-free solar energy and battery storage to the grid. The Program will last for ten years.

What benefits will I receive for participating in the Program?

By participating in the Program, you will improve the resilience of your local utility grid by using energy from your solar and battery, or sending energy from your battery to the grid when it's most needed. You can also feel great about helping to reduce carbon emissions and paving the way for home solar and battery systems to contribute to the grid of the future. Sunrun may also provide a Visa gift card promotion for participating in the program after your system is installed and enrolled to participate.

How will my Sunrun system perform in this program?

At times when your CCA has identified that there will be a high demand or critical period, Sunrun will signal your Sunrun System to discharge energy in a specific way to provide optimal support to the grid. These requested energy storage discharges will generally be concentrated during the high priced afternoon hours, so you won't experience any major changes compared to your system's normal operations. Most of the energy in your battery will be available to your CCA for these purposes, but Sunrun always maintains energy in reserve for emergency back-up. In the event of a grid outage, all of the stored energy in the battery will be available for your needs. When energy from your solar and battery system is exported to the grid, you will receive the same credits as when your solar energy is exported directly to the grid from the solar panels.

What happens to my system if there's an outage?

Program events will never utilize the energy reserved by your battery system for backup during an outage. Your solar system will charge your battery for backup power, keeping a reserve available that is not affected by events for the Program.

What happens to my system if the grid is shut down for Wildfire Prevention?

There has been a lot of communication around planned outages across California in 2020 and beyond, which could include your area. Whenever there is an outage—whether that outage is planned for maintenance, a shutdown for wildfire prevention, or an emergency on the grid—your system will react the same way. Your battery system will disconnect from the grid, and your solar system will continue working during the day. You will use available energy from your battery to support the circuits you've chosen to back up if there's no solar energy available. Participation in the Program will not impact the backup capabilities of your system.

What is the duration of the program?

You are committing to participate in this program for the next ten years, starting as early as 12/31/2021. After that there may be options to re-enroll in a renewed program or move to another Sunrun energy program.

What data will be shared with my CCA program partners?

For the purposes of this Program, we will share the following information with your CCA: energy production, energy discharge data, the status of your battery and smart inverter for a period before, during and after energy discharge events, and overall battery performance data. In addition, by participating in this Program you agree

to allow a representative of your CCA to inspect your battery if requested during installation, and from time to time during operation, at mutually convenient dates and times during normal business hours. This is all in addition to Sunrun's privacy policy found at https://www.sunrun.com/privacy-policy.

Can I participate if I already have, or get, a generator?

Yes, with the proper setup. If you own any electricity storage or generation equipment (such as a battery or generator) prior to the installation of the System, you agree to keep the electricity storage or generation equipment on a separate Transfer Switch from the System. If this is not possible at the time of installation, we may request additional work to your home or the existing equipment.

After installation of the System, you agree to the following: (1) not to alter the configuration of the existing equipment and/or relocate it from the separate Transfer Switch; (2) install any additional electricity storage or generation equipment behind a Transfer Switch and not to connect any additional electricity storage or generation equipment to the System or electrical panel(s) to which the System is connected; (3) not to install technologies to provide grid services, because these devices could interfere with the operation of the System. Violating this provision will (a) render you liable for any damages to the System, the electricity storage or generation equipment, and your home, and (b) void Sunrun's warranty and service obligations under this agreement. If you violate this Agreement by adding electricity storage or generation equipment after the System is installed, (a) you will be responsible for any damages to the electricity storage or generation equipment, the System, related batter(ies) and Shift Non-Backup Batteries, if any, and any wiring or appliances in the home, and (b) Sunrun's warranty and service obligations under this agreement will be voided. Adding additional generators or other technologies for the generation or storage of electricity to your home may require you to update to a newer NEM program, potentially impacting your rate plan and potential savings. Adding additional generators or other technologies for the generation or storage of electricity to your home may require you to update to a newer NEM or NBT programs, potentially impacting your rate plan and potential savings.

What if I still have questions or concerns about this program? Please contact Sunrun at sunrunrewards@sunrun.com.

Sounds Great! What do I have to do to participate? Just confirm that you consent below to enter into the Program. Participating in the Program will not require any additional service calls to your home or any hardware modifications to your system. Additionally, nothing will be required of you when the Program concludes. Any operating changes will be made by Sunrun automatically.

Do you consent to participate in the Energy Storage for Resilience Grid Services Program?

Initial: DS ES

Full Name: Esthela Solis

Date: 9/14/2023

DocuSign Envelope ID: D7A655FA-1949-413F-971A-D47F49D38EFA

CSLB No. 750184 **Contract Version 1.0 Proposal: PKVRDVZRK9C6-H Version 2021Q4V1**
**Proposal Id: a086Q00000IjAR6 Agreement: a4m6Q000002zULTQA2 Template Order: 39 Template Key: 0T_063UAE349271**

EXHIBIT D

PAYMENT FORMS

As a Sunrun customer, you agree to pay your monthly bill with recurring automatic electronic payments. If you choose not to select the automatic payment option, then you will lose the discount set forth in the agreement, and you will be required to pay your monthly Sunrun bill by check drawn on a US bank account or by money order.

You will receive all invoices via email unless you contact Sunrun directly by phone at 855-478-6786 or by email at customercare@sunrun.com to request invoices be sent through the US mail.

ACH Deposit Form

BY ACCEPTING THE TERMS AND CONDITIONS FOR RECURRING PAYMENTS BELOW AND CONDITIONS AND ENROLLING IN THE AUTOMATIC ELECTRONIC PAYMENT OPTION, YOU ARE AUTHORIZING SUNRUN TO AUTOMATICALLY DEDUCT YOUR MONTHLY INVOICE AMOUNT FROM THE BANK ACCOUNT YOU HAVE DESIGNATED. SUNRUN WILL ADVISE YOU BY MONTHLY INVOICE OF THE AMOUNT AND DATE OF THE PAYMENT THAT WILL BE AUTOMATICALLY DEBITED

1. Sunrun will provide you with a monthly electronic statement of your account. You agree to review each invoice you receive for any errors. Under federal law, you have the right to hold up or stop an electronic funds transfer provided you give your financial institution notice of at least three business days before the scheduled transfer date. If you inform Sunrun that an error exists on your statement, Sunrun will attempt to correct that error prior to your next statement to the extent permitted by law. Sunrun shall bear no liability or responsibility for any losses of any kind that you may incur as a result of an erroneous statement or due to any delay in the actual date on which your account is debited.

2. If any changes occur in the information on your application, you must immediately notify Sunrun in writing of such changes. If Sunrun incurs charge-back fees as a result of inaccurate information you provide, then Sunrun shall bill you for those fees.

3. If you either do not notify Sunrun in writing of such changes or do so in an untimely fashion, Sunrun shall bear no liability or responsibility for any losses incurred to the extent permitted by law. Sunrun's sole liability to you shall be Sunrun's obligation to make any appropriate changes once in receipt of your written notification. The actual settlement date (or date the ACH transaction occurs against your checking or savings account or is charged to your check) will be no earlier than three (3) days before the invoice due date.

4. You agree to ensure that there are sufficient funds in your designated account on the settlement date to pay the amount of the debit. If Sunrun incurs charge-back fees as a result of insufficient funds in your designated account, then Sunrun shall bill you for those fees.

5. Sunrun reserves the right to change these conditions at any time. Notice may be given on or with your bill or by other methods. Either Party may terminate this arrangement at any time by giving the other Party written notice reasonably in advance of the date of termination or any scheduled settlement date. You may also terminate this arrangement by calling Sunrun Customer Care at 1-855- 478-6786 or by changing your billing preference in the Sunrun Customer Portal. Termination shall not prevent a debit transaction authorized before any notice of termination and does not terminate the Agreement or your obligation to make payments as required by the Agreement.

6. You agree to be bound by any rules your financial institution requires for pre-authorized electronic funds transfer. You are responsible for any fees your financial institution may charge for these electronic payments.

7. Check with your financial institution to see if there are any fees associated with the pre-authorized payment option. You will be responsible for all such fees.

8. You represent to Sunrun that all persons whose signatures are required to withdraw funds from the above referenced account have executed this ACH Deposit Form.

By my signature below, I authorize automatic electronic payments and accept these Terms and Conditions and acknowledge that I will receive a separate electronic request to securely enter my bank account information.

Account Holder Signature: DocuSigned by: Esthela Solis 698BDB2D7700449...
Esthela Solis

Account Holder (Optional) Signature: ____________________

Date: 9/14/2023

Print Esthela Solis

Check/Money Order Deposit Form

Sunrun customers paying Deposits or Monthly Payments by check or money order must (i) enclose this document with each payment and (ii) include your Sunrun Customer ID number in the memo line of your check.

**Please send payments to:**

Sunrun Inc.

P.O. Box 511612

Los Angeles, CA 90051-8167

Customer Name: Customer/Proposal ID #: ______________

Customer Address: ________________________________

Amount Enclosed: ________________________________

Description of Payment: ____________________________

Date: ____________________________________________

Notes: ___________________________________________

DocuSign Envelope ID: D7A655FA-1949-413F-971A-D47F49D38EFA

FOR ACCOUNTING PURPOSES ONLY

Account Coding: ______________________________

Fund: ______________________________________

CSLB No. 750184 **Contract Version 1.0 Proposal: PKVRDVZRK9C6-H Version 2021Q4V1**
**Proposal Id: a086Q00000ljAR6 Agreement: a4m6Q000002zULTQA2 Template Order: 43 Template Key: 0T_044UAE194485**

DocuSign Envelope ID: D7A655FA-1949-413F-971A-D47F49D38EFA

CSLB No. 750184 **Contract Version 1.0 Proposal: PKVRDVZRK9C6-H Version 2021Q4V1**
**Proposal Id: a086Q00000IjAR6 Agreement: a4m6Q000002zULTQA2 Template Order: 43 Template Key: 0T_044UAE194485**

EXHIBIT E

**Data Usage and Disclosure**

a. **Data Usage:** We may use Data for the following purposes (in each case to the extent permitted by law): (1) to operate, maintain, provide, and enhance the Solar System; (2) for our internal purposes, including, without limitation, research and development, improvement of our product and service offerings, and creation of new product and service offerings; (3) to customize content and communications we may provide to you; and (4) for other purposes so long as the Data does not contain personally identifiable information (including where Data has been deidentified).

b. **Data Disclosure:** We will not disclose any Data other than in the following circumstances: (1) where the Data does not contain personally identifiable information (including where Data has been deidentified); (2) in order to provide our products or services to You (including working with third-party service providers who may assist us in collecting, hosting, maintaining, analyzing or otherwise processing Data for us); (3) if required to do so by any law or regulation or in the good-faith belief that such action is necessary to comply with any law or regulation, in response to a court order, judicial or other government subpoena or warrant, or to otherwise cooperate with law enforcement or other governmental agencies; (4) if we believe, in good faith, disclosure is appropriate or necessary to (A) take precautions against liability, (B) protect us or others from fraudulent, abusive, or unlawful uses or activity, (C) investigate or defend against any third-party claims or allegations, (D) protect the security or integrity of our services and any facilities or equipment used to make our service available, or (E) protect our property or other legal rights (including, but not limited to, enforcement of our agreements), or the rights, property, or safety of others; (5) to our assignees, affiliates, actual or prospective lenders, financing parties, investors, insurers, and acquirers; (6) disclosure to contractors, service providers and other third parties we use to support our business and who are bound by contractual obligations to keep personal information confidential and use it only for the purposes for which we disclose it to them; and (7) for any purpose for which you have provided your express consent.

Your initials indicate that you have read, understood, and accepted the provisions set forth in this Exhibit E.

Agreed and accepted by ES (initials)

EXHIBIT F

## Optimization Services

### Authorization for Optimization Services

**Sunrun includes optimization services with the battery to further reduce your overall energy costs.** Depending on where you live and the Battery equipment, you may qualify to participate in one or more programs,including government technology rebates, performance incentives, utility demand response programs or other bill management opportunities. In each of these programs, a portion of the energy produced and/or stored by the System may be sent back into your local electrical grid to improve its efficiency and/or reliability. In exchange for the permission to manage the Battery and participate in these programs, you will be directly compensated either by the utility or by Sunrun.

Sunrun may enroll the System and Battery in one or more programs if and when it becomes eligible to do so in your location. Sunrun will fully control and optimize the System's activities to generate incremental savings and value. This will not affect our obligations in your customer agreement, including any Battery energy reserved for your backup power. Participation in Battery optimization services will remain in effect for the duration of the Agreement.

### Enrollment Process

For the programs in which Sunrun enrolls or un-enrolls the System, Sunrun will notify you of 1) how your Solar System may be affected; 2) or how you will be compensated; 3) the expected participation duration; 4) the program partners; and 5) any additional authorizations advanced partnership Sunrun needs from you to participate.

### Your Authorizations and Obligations

a. You authorize Sunrun to act in the following capacities:

i. To act as your sole Demand Response Provider, Energy Services provider, or equivalent agent, consultant or aggregation partner for your respective utility and grid operator.

ii. To request and receive utility billing records, billing history (including tariff changes, surcharges, riders, etc.) and all meter usage data used for bill calculation for all of your service account(s) associated with the Solar System, as specified herein, that may be furnished by the Utility or other energy service providers, for the duration of this agreement.

iii. Participation in utility demand response programs without Sunrun may affect your eligibility to participate in Sunrun battery optimization programs. In such cases, Sunrun will exercise sole discretion over which other utility programs you may participate and assist in unenrolling you if necessary.

DocuSign Envelope ID: D7A655FA-1949-413F-971A-D47F49D38EFA

b. You agree to not use any of the following devices to generate electricity at your home or participate in utility or grid operator demand response programs that is not consistent with the section above titled "Generators and Other Energy Generation and Storage Devices":

i. Portable or standby gas- or fuel-fired generator(s)

ii. Energy generation, control, or management devices (e.g., a 'smart' water heater) not approved and/or managed by Sunrun.

**Sunrun Obligations**

**Sunrun will:**

- Make changes to your rate tariff, the System's interconnection, or other modifications needed to participate in the Program, without negatively impacting your total energy costs.
- Use energy usage or billing data collected by this service only as authorized by our data privacy policy (see: further Exhibits)
- Ensure the backup reserve for backup power is maintained per your agreement
- Notify you of any changes to the terms, an updated version of which will be available, alongside enrolled program details, in your customer documents in MySunrun.
- Pay any program penalties for System underperformance unless otherwise agreed to by the customer.

**Initial here to indicate you understand and agree to authorize Sunrun to perform the above stated optimization services. You authorize Sunrun as your agent and agree that you will not use**

**Prohibited resources and devices** ES **(initials) Date:** 9/14/2023

CSLB No. 750184 **Contract Version 1.0 Proposal: PKVRDVZRK9C6-H Version 2021Q4V1**
**Proposal Id: a086Q00000IjAR6 Agreement: a4m6Q000002zULTQA2 Template Order: 45 Template Key: 0T_064EAI373890**

BATTERY INSTALLATION AMENDMENT

I, Esthela Solis, and Sunrun (together, the "Parties") understand and agree that the Agreement by and between the Parties for the installation of a Solar System at my Home (the "Agreement") includes one or more batteries (the "Battery"). Because the Battery component of the Solar System may not be available for installation concurrently with other Solar System components, we agree that certain terms of the Agreement must be amended as follows (the "Amendment"). Standardized terms not defined here shall have the same meaning as defined in the Agreement.

**Option to purchase:** Other than in connection with the sale of your home, as set forth in the Agreement, if the Battery Activation Date (defined below) occurs, your first option to purchase date shall begin upon the fifth anniversary of the Battery Activation Date. All other references to the Initial Term in the Agreement shall remain the same.

**Battery Installation:** Due to factors outside of the Parties' control, the Battery may not be installed at the same time as the other components of the Solar System. Sunrun shall use good faith efforts to install and connect the Battery with the rest of the Solar System within six months after the Solar System achieves permission to operate. If Sunrun has not installed the Battery within six months after the date the Solar System achieves permission to operate, you and Sunrun shall each have the right to cancel the Battery installation and any related Battery obligations, including your payment obligations ("Battery Obligations"). Should you choose to cancel, please email us immediately at cancellations@sunrun.com. Please note that canceling the Battery Obligations will not impact the remaining obligations in your original Agreement.

**Battery payment:** You shall not be obligated to make any payments for the Battery until the Battery is fully integrated with the Solar System and operational ("Battery Activation Date"). Additionally, your Monthly Payments shall be automatically reduced $35.00 to remove any storage or battery costs until the Battery Activation Date. Your Monthly Payments shall be automatically increased $35.00 upon the Battery Activation Date to include any storage or battery costs.

**Maintenance obligations:** Any and all maintenance, operation, and warranty obligations related to the Battery and set forth in the Agreement shall commence upon the Battery Activation Date.

Except as explicitly amended by this Amendment, the Agreement shall continue in full force and effect in accordance with its terms. This Amendment and the Agreement contain the entire agreement of the Parties with respect to its subject matter and supersedes all previously existing agreements and all other oral, written or other communications, negotiations and representations between the Parties concerning the Agreement's subject matter.

DocuSign

## Certificate Of Completion

Envelope Id: D7A655FA1949413F971AD47F49D38EFA
Status: Completed
Subject: Action Required: Review and sign Customer Agreement from Sunrun
Source Envelope:
Document Pages: 51 | Signatures: 5
Certificate Pages: 6 | Initials: 5
AutoNav: Enabled
EnvelopeId Stamping: Enabled
Time Zone: (UTC-08:00) Pacific Time (US & Canada)

Envelope Originator:
Sunrun eSignAdmin
595 Market St.,29th Floor
San Francisco, CA 94105
sunrun_esign_admin@sunrun.com
IP Address: 18.236.245.68

## Record Tracking

| Status: Original<br>9/14/2023 5:53:59 PM | Holder: Sunrun eSignAdmin<br>sunrun_esign_admin@sunrun.com | Location: DocuSign |
|---|---|---|

## Signer Events

| Signer Events | Signature | Timestamp |
|---|---|---|
| Esthela Solis<br>zaezaemama07@gmail.com<br>Security Level: Email, Account Authentication (None) | DocuSigned by: Esthela Solis<br>698BDB2D7700449...<br>Signature Adoption: Pre-selected Style<br>Using IP Address: 45.29.201.105<br>Signed using mobile | Sent: 9/14/2023 5:54:02 PM<br>Viewed: 9/14/2023 5:54:18 PM<br>Signed: 9/14/2023 5:55:28 PM |
| **Electronic Record and Signature Disclosure:**<br>Accepted: 9/14/2023 5:54:18 PM<br>ID: 16de41a2-c5f0-473d-a6e2-cfdd4c4c133b | | |
| Bretton Dodge<br>bretton.dodge@sunrun.com<br>Security Level: Email, Account Authentication (None) | DocuSigned by: Bretton Dodge<br>06142A9946464F1...<br>Signature Adoption: Pre-selected Style<br>Using IP Address: 174.208.72.234 | Sent: 9/14/2023 5:55:29 PM<br>Viewed: 9/14/2023 5:55:46 PM<br>Signed: 9/14/2023 5:56:00 PM |
| **Electronic Record and Signature Disclosure:**<br>Accepted: 9/14/2023 5:55:46 PM<br>ID: 2659202d-59a6-4550-aee0-d4fc2f7fa72d | | |
| Juan Quintero<br>juan.quintero@sunrun.com<br>Project Operations<br>Security Level:<br>.Email<br>ID: 0b14b1ea-9d54-411f-b95c-5f7931ba085e<br>9/14/2023 6:25:09 PM | DocuSigned by: Juan Quintero<br>FFE69E135D144EB...<br>Signature Adoption: Pre-selected Style<br>Using IP Address: 52.117.183.140 | Sent: 9/14/2023 5:56:01 PM<br>Resent: 9/14/2023 6:25:07 PM<br>Viewed: 9/14/2023 6:25:26 PM<br>Signed: 9/14/2023 6:25:40 PM |
| **Electronic Record and Signature Disclosure:**<br>Accepted: 2/10/2023 5:16:12 AM<br>ID: 1109228f-3520-43c5-a884-d5cd8d0ade93 | | |

| In Person Signer Events | Signature | Timestamp |
|---|---|---|

| Editor Delivery Events | Status | Timestamp |
|---|---|---|

| Agent Delivery Events | Status | Timestamp |
|---|---|---|

| Intermediary Delivery Events | Status | Timestamp |
|---|---|---|

| Certified Delivery Events | Status | Timestamp |
|---|---|---|

| Carbon Copy Events | Status | Timestamp |
|---|---|---|

| Witness Events | Signature | Timestamp |
|---|---|---|

| Notary Events | Signature | Timestamp |
|---|---|---|

| Envelope Summary Events | Status | Timestamps |
|---|---|---|
| Envelope Sent | Hashed/Encrypted | 9/14/2023 5:54:02 PM |
| Envelope Updated | Security Checked | 9/14/2023 6:25:07 PM |
| Envelope Updated | Security Checked | 9/14/2023 6:25:07 PM |
| Envelope Updated | Security Checked | 9/14/2023 6:25:07 PM |
| Certified Delivered | Security Checked | 9/14/2023 6:25:26 PM |
| Signing Complete | Security Checked | 9/14/2023 6:25:40 PM |
| Completed | Security Checked | 9/14/2023 6:25:40 PM |

| Payment Events | Status | Timestamps |
|---|---|---|

**Electronic Record and Signature Disclosure**

**CONSUMER DISCLOSURE**

From time to time, Sunrun Inc. (we, us or Company) may be required by law to provide to you certain written notices or disclosures. Described below are the terms and conditions for providing to you such notices and disclosures electronically through the DocuSign, Inc. (DocuSign) electronic signing system. PLEASE READ THE INFORMATION BELOW CAREFULLY AND THOROUGHLY, AND IF YOU CAN ACCESS THIS INFORMATION ELECTRONICALLY TO YOUR SATISFACTION AND AGREE TO THESE TERMS AND CONDITIONS, PLEASE CONFIRM YOUR AGREEMENT BY CLICKING THE 'I AGREE' BUTTON AT THE BOTTOM OF THIS DOCUMENT.

**Getting paper copies**

At any time, you may request from us a paper copy of any record provided or made available electronically to you by us. You will have the ability to download and print documents we send to you through the DocuSign system during and immediately after signing session and, if you elect to create a DocuSign signer account, you may access them for thirty (30) days after such documents are first sent to you. After such time, if you wish for us to send you paper copies of any such documents from our office to you, please request delivery of such paper copies from us by following the procedure described below.

**Withdrawing your consent**

If you decide to receive notices and disclosures from us electronically, you may at any time change your mind and tell us that thereafter you want to receive required notices and disclosures only in paper format. How you must inform us of your decision to receive future notices and disclosure in paper format and withdraw your consent to receive notices and disclosures electronically is described below.

**Consequences of changing your mind**

If you elect to receive required notices and disclosures only in paper format, it will slow the speed at which we can complete certain steps in transactions with you and delivering services to you because we will need first to send the required notices or disclosures to you in paper format, and then wait until we receive back from you your acknowledgment of your receipt of such paper notices or disclosures. To indicate to us that you are changing your mind, you must withdraw your consent using the DocuSign 'Withdraw Consent' form on the signing page of a DocuSign envelope instead of signing it. This will indicate to us that you have withdrawn your consent to receive required notices and disclosures electronically from us and you will no longer be able to use the DocuSign system to receive required notices and consents electronically from us or to sign electronically documents from us.

**All notices and disclosures will be sent to you electronically**

Unless you tell us otherwise in accordance with the procedures described herein, we will provide electronically to you through the DocuSign system all required notices, disclosures, authorizations, acknowledgements, and other documents that are required to be provided or made available to you during the course of our relationship with you. To reduce the chance of you inadvertently not receiving any notice or disclosure, we prefer to provide all of the required notices and disclosures to you by the same method and to the same address that you have given us. Thus, you can receive all the disclosures and notices electronically or in paper format through the paper mail delivery system. If you do not agree with this process, please let us know as described below. Please also see the paragraph immediately above that describes the consequences of your electing not to receive delivery of the notices and disclosures electronically from us.

**How to contact Sunrun Inc.:**

You may contact us to let us know of your changes as to how we may contact you electronically, to request paper copies of certain information from us, and to withdraw your prior consent to receive notices and disclosures electronically as follows:
To contact us by email send messages to: customercare@sunrun.com
You may also contact us in writing at 45 Fremont Street, 32nd Floor, San Francisco, CA 94105 or by phone at 1-855-478-6786.

**To advise Sunrun Inc. of your new e-mail address**

To let us know of a change in your e-mail address where we should send notices and disclosures electronically to you, you must send an email message to us at customercare@sunrun.com and in the body of such request you must state: your previous e-mail address, your new e-mail address. We do not require any other information from you to change your email address.

In addition, you must notify DocuSign, Inc. at 1-866-219-4318 to arrange for your new email address to be reflected in your DocuSign account by following the process for changing e-mail in the DocuSign system.

**To request paper copies from Sunrun Inc.**
To request delivery from us of paper copies of the notices and disclosures previously provided by us to you electronically, you must contact us by (a) sending us an e-mail to customercare@sunrun.com, (b) writing to us at Sunrun Inc, 45 Fremont Street, 32nd Floor, San Francisco, CA 94105, or (c) calling us at 1-855-478-6786, and in connection with your request you must state your e-mail address, full name, US Postal address, and telephone number.
**To withdraw your consent with Sunrun Inc.**

To inform us that you no longer want to receive future notices and disclosures in electronic format you may:

   i. decline to sign a document from within your DocuSign session, and on the subsequent page, select the check-box indicating you wish to withdraw your consent, or you may;

   ii. contact us by (a) sending us an email to customercare@sunrun.com, (b) writing to us at Sunrun Inc., 45 Fremont Street, 32nd Floor, San Francisco, CA 94105, or (c) calling us at 1-855-478-6786, and in connection with your request you must state your e-mail, full name, US Postal Address, and telephone number. We do not need any other information from you to withdraw consent.. The consequences of your withdrawing consent for online documents will be that transactions may take a longer time to process..

**Required hardware and software**

| Operating Systems: | Windows® 2000, Windows® XP, Windows Vista®; Mac OS® X |
|---|---|



| | |
|---|---|
| Browsers: | Final release versions of Internet Explorer® 6.0 or above (Windows only); Mozilla Firefox 2.0 or above (Windows and Mac); Safari™ 3.0 or above (Mac only) |
| PDF Reader: | Acrobat® or similar software may be required to view and print PDF files |
| Screen Resolution: | 800 x 600 minimum |
| Enabled Security Settings: | Allow per session cookies |

** These minimum requirements are subject to change. If these requirements change, you will be asked to re-accept the disclosure. Pre-release (e.g. beta) versions of operating systems and browsers are not supported.

**Notices**

Any notice or other communication to be made hereunder, even if otherwise required to be in writing under other provisions of this Consent or any other documents or agreements that have been provided to you in connection with this Consent, may alternatively be made in an electronic record transmitted electronically to the electronic addresses provided by you. Any notice or other communication made in electronic form will have the same legal effect and enforceability as if made in non-electronic form.

**Acknowledging your access and consent to receive materials electronically**

To confirm to us that you can access this information electronically, which will be similar to other electronic notices and disclosures that we will provide to you, please verify that you were able to read this electronic disclosure and that you also were able to print on paper or electronically save this page for your future reference and access or that you were able to e-mail this disclosure and consent to an address where you will be able to print on paper or save it for your future reference and access. Further, if you consent to receiving notices and disclosures exclusively in electronic format on the terms and conditions described above, please let us know by clicking the 'I agree' button below.

By checking the 'I agree' box, I confirm that:

- I can access and read and have accessed, read and understood the terms of this ELECTRONIC CONSENT TO ELECTRONIC RECEIPT OF ELECTRONIC CONSUMER DISCLOSURES document; and
- I can print on paper the disclosure or save or send the disclosure to a place where I can print it, for future reference and access; and
- Until or unless I notify Sunrun Inc. as described above, I consent to receive from exclusively through electronic means all notices, disclosures, authorizations, acknowledgements, and other documents that are required to be provided or made available to me by Sunrun Inc. during the course of my relationship with you.

**Entire Agreement Provision**

This agreement and the consumer disclosure statement executed by the customer in conjunction with and simultaneously with its review and acceptance of the terms set forth herein constitute

the entire agreement between the parties with respect to the subject matter hereof and supersede any prior understandings, agreements, or representations by or between the parties, written or oral, to the extent they relate in any way to the subject matter hereof.



sunrun

# PROGRAM REQUIREMENTS

CA - Pacific Gas and Electric Company (PG&E)

Thank you for choosing Sunrun as your neighborhood solar installer. Before we submit your interconnection agreement to PG&E, we'll need you to sign few forms as well as provide an item that they require for all new solar customers.

| REQUIRED SIGNATURES | |
|---|---|
| ☐ | **PG&E Net Metering Questionnaire** |
| ☐ | **Agreement and Customer Authorization:** Net Billing Tariff (NBT) Interconnection for Solar and/or Wind Electric Generating Facilities of 30 Kilowatts or Less |
| ☐ | **Agreement and Customer Authorization:** Net Billing Tariff (NBT) Interconnection for Solar and/or Wind Electric Generating Facilities of 30 Kilowatts or Less: with Energy Storage or Energy Storage |
| ☐ | **Agreement and Customer Authorization:** Net Billing Tariff (NBT) Interconnection For Solar And/Or Wind Electric Generating Facilities Of 30 Kilowatts Or Less with Energy Storage or Energy Storage For New Residential Construction |
| ☐ | **Agreement and Customer Authorization:** Net Billing Tariff (NBT) Interconnection For Solar And/Or Wind Electric Generating Facilities Of 30 Kilowatts Or Less For New Residential Construction |

In addition to the signatures required above, please provide the following documentation:

| ADDITIONAL DOCUMENTATION | |
|---|---|
| ☐ | **Complete copy of PG&E electric bill and annual usage report. Bill provided must be from within the past 6 months.** |

**I am aware of the above requirements for utility interconnection:**

Estela Solis

NAME

DocuSigned by:
Estela Solis
698BDB2D7700449...

CUSTOMER SIGNATURE

9/14/2023

DATE

DocuSign Envelope ID: CB7EC236-EA42-4400-836E-F9074DF9F852

sunrun

# Net Metering Questionnaire

CA - Pacific Gas and Electric Company (PG&E)

1) What is the square footage of the home?

1036

2) Do you have any meter access restrictions?

[ ] Yes [X] No

a) If Yes, please list access restrictions (e.g. unrestrained animal at meter or AC disconnect)

[ ] Locked Gate (Gate Code)

[ ] Other (please explain) ______

3) Will an electric vehicle be recharging at this location using the solar system?

[ ] Yes [X] No

4) If Yes, please indicate how many vehicles will be recharging

______

5) Do you currently have an existing solar system?

[ ] Yes [X] No

[ ] Peak Day Pricing [ ] Scheduled Loan Reduction Program [ ] SmartRate

SUNRUN INC | 775 FIERO LN STE 200, SAN LUIS OBISPO, CALIFORNIA 93401

DocuSign Envelope ID: CB7EC236-EA42-4400-836E-F9074DF9F852

# AGREEMENT AND CUSTOMER AUTHORIZATION Net Billing Tariff (NBT) Interconnection For Solar And/Or Wind Electric Generating Facilities Of 30 Kilowatts Or Less

IMPORTANT NOTES:

- Customers may not operate their Generating Facility while interconnected to the PG&E system until they receive written permission from PG&E.
- City and County of San Francisco ("CCSF") owned generating facilities seeking Schedule NEMCCSF or participants in the Demand Response Programs below are not eligible to participate in NBT.
  - Scheduled Load Reduction Program (SLRP)
- Customers who participate in Direct Access and Community Choice Aggregation must contact their Energy Service Provider directly regarding their NBT program.

## Part I – Generating Facility Information and Responsible Parties

**A. Customer and Generating Facility Information** (*as it appears on the PG&E bill):

Standard NBT Agreement Type: ☐ Single Account

Customer Sector (check only one): ☐ Residential ☐ Commercial ☐ Industrial ☐ Non-Profit ☐ Educational ☐ Military ☐ Other Government

Account Holder Name* (Individual or Company) ______ Electric Service Agreement ID * ______ Meter Number* ______

Service Address* ______ City* ______ CA State ______ Zip* ______

Customer Phone Number ______ Email (if blank, Permission to Operate (PTO) letter will be mailed to mailing address on record) ______

Is there an electric vehicle charging on site at the above service address? ☐ Yes ☐ No
If yes, please indicate how many electric vehicles ________

**B. Meter Access Issues** (if applicable, check all that apply and provide contact information to request access):

☐ Meter in building or behind locked gate ☐ Unrestrained animal at meter or AC Disconnect Switch ☐ Other: ______

Contact Name to Request Access (if access issues exist) ______ Contact Phone ______

**C. Authorized Contact Information** (required if Customer is authorizing a third party to act on Customer's behalf):

Company Name ______ Contact Person ______

Contact Phone Number ______ Email ______

☐ **By checking this box and signing this Agreement, I (Customer) authorize PG&E to release my PG&E Electric Account information to the Company above limited to kilowatt hour (kWh) usage, operational characteristics, and other information related to my Generating Facility application. Company is also authorized to submit Application Form 79-1151B-03 and act on my behalf with regard to the interconnection and receive copies of this executed Interconnection Agreement and the Permission to Operate Letter when issued.**

**Please complete this agreement in its entirety**

† Information collected on this form is used in accordance with PG&E's Privacy Policy. The Privacy Policy is available at pge.com/privacy.

Automated Document, Preliminary Statement, Part A.

# AGREEMENT AND CUSTOMER AUTHORIZATION

PG&E
Pacific Gas and
Electric Company

# Net Billing Tariff (NBT) Interconnection For Solar And/Or Wind Electric Generating Facilities Of 30 Kilowatts Or Less

## Part II – NBT Generator System Size

### A. Interconnection Study and Requirements

This Agreement covers the installed Generating Facility nameplate listed in the accompanying Application Form 79-1151B-03.

The interconnection study will use the nameplate to determine if Interconnection Facilities or Distribution or Network Upgrades are required and the responsible party for the associated costs. If upgrades are required, this will increase the time it will take for PG&E to approve your interconnection.

In order for PG&E to approve your system, you will need to provide (1) this signed Agreement, (2) Application Form 79-1151B-03, and (3) a copy of the final signed jurisdiction approval (building permit) for your project.

The Generating Facility should be sized such that its total annual output in kWh is primarily used to offset the customer's own annual electrical requirements. The NBT Customer is allowed to oversize their Generating Facility by executing the NBT Oversized Generating Facility Attestation in Part IV, section G.

Customers can obtain their usage data by following the instructions on www.pge.com on the page titled "Access, download, or share usage data."

### B. Generator System Sizing

The individual Solar CEC-AC KW and/or the Wind Turbine and/or Storage rating(s) calculated on the application cannot exceed 5% of the listed value(s) on this Agreement and Authorization.

Generator System Type: ☐ Solar ☐ Wind ☐ Both

**Estimated Annual Production:**

| | | | | |
|---|---|---|---|---|
| | (1) Solar CEC-AC rating[A] | ______ (kW) X 1,500[B] | = | ______ (kWh) |
| AND/OR | (2) Wind Nameplate rating | ______ (kW) X 2,190[C] | = | ______ (kWh) |
| | (3) Total Energy Production | ______ (1) + (2) | = | ______ (kWh) |

**Estimated Annual Energy Usage:**

| | | | | |
|---|---|---|---|---|
| | (4) Recent annual usage | ______ (kWh) X 1.0 | = | ______ (kWh) |
| OR (If 12 months usage not available) | (5) Building size | ______ (sq ft) X 3.00[D] | = | ______ (kWh) |
| AND | (6) I plan to increase my annual usage (kWh) by | | | ______ (kWh) |
| | (7) Total Energy Usage | (4 or 5) + (6) | = | ______ (kWh) |

**Net Generation:**

| | | | | |
|---|---|---|---|---|
| | (8) Production – Usage | (3) - (7) | = | ______ (kWh)* |

*Positive number indicates that the system is estimated to generate more than the estimated usage. Please refer to NBT Tariff to read the provisions around Net Surplus Compensation (NSC).

---

[A] CEC-AC (kW) = California Energy Commission Alternating Current, refers to the inverter efficiency rating (Quantity of PV Modules x PTC Rating of PV Modules x CEC Inverter Efficiency Rating)/1000

[B] 8,760 hrs/yr x 0.17123 solar capacity factor = 1,500

[C] 8,760 hrs/yr x 0.25 wind capacity factor = 2,190

[D] 2 watts/ sq ft x 1/1,000 watts x 8,760 hrs/yr x 0.17123 solar capacity factor = 3.00

**Please complete this agreement in its entirety**



# AGREEMENT AND CUSTOMER AUTHORIZATION
# Net Billing Tariff (NBT) Interconnection For Solar And/Or Wind Electric Generating Facilities Of 30 Kilowatts Or Less

## Part III – Rate Selection

**A. Current Rate:** Please identify your existing rate by reviewing your PG&E energy statement or by calling the phone number listed below.

**Otherwise Applicable Rate Schedule (OAS) for NBT Account:** Select one rate from the category applicable to you. All NBT customers must take service on a Time of Use rate schedule. There may be limitations on the TOU rates available to residential customers enrolling on the NBT. Please refer to the NBT for more detailed information. Please make sure the rate you select is applicable to the NBT. If you are currently on a rate that is no longer open to new customers and are opting to move to a different rate, by signing this Agreement and Customer Authorization you are acknowledging that you are leaving the current rate and will not be able to return to this rate in the future. Visit www.pge.com/rateoptions or call (800)-PGE-5000 for rate information.

☐ Stay on existing rate ______________

☐ Requested new rate ______________

## Part IV – Interconnection Agreement Provisions

**A. Applicability**

This Agreement applies to Electric Schedule NBT Customer-Generators (Customer) who interconnect a solar and/or wind turbine electric Generating Facility, or a hybrid system of both, with an aggregate capacity of 30 kilowatts or less that is located on Customer's premises and that operates in parallel with PG&E's Distribution System.

**B. Permission to Operate**

Customer may not operate their generator while interconnected to the PG&E system until receiving written permission from PG&E. Unauthorized Parallel Operation could result in injury to persons and/or damage to equipment and/or property for which the Customer may be liable.

**C. Safety**

Customer shall meet all applicable safety and performance standards established by the National Electrical Code, the Institute of Electrical and Electronics Engineers, accredited testing laboratories such as Underwriters Laboratories and, where applicable, PG&E's Electric Rule 21, and other rules approved by the CPUC regarding safety and reliability. A Customer with a solar or wind-turbine electric generating system, or a hybrid system of both, that meets those standards and rules shall not be required to install additional controls, perform or pay for additional tests, or purchase additional liability insurance.

**D. Safe Operation of your Generating Facility**

Notwithstanding any other provision of this Agreement, if at any time PG&E determines that the Customer's Facility, or its operation, may endanger (a) the public, (b) PG&E personnel, or (c) the safe and reliable operation of PG&E's electric system, PG&E shall have the right to disconnect the Facility from PG&E's system. Customer's Facility shall remain disconnected until such time as PG&E is satisfied that the unsafe condition(s) have been corrected.

**E. AC Disconnect Switch**

PG&E recommends that a customer installing an inverter-based generator consider also installing an AC Disconnect Switch to facilitate maintenance of the Customer's equipment (i.e. inverter, PV arrays, etc.). If an AC Disconnect Switch is not installed, the revenue meter may be temporarily removed by PG&E due to an emergency or maintenance on PG&E's system to isolate the Customer's generator from the electric distribution system. Removal of the revenue meter will result in loss of electrical service to the Customer's facility or residence. AC Disconnect Switch requirements are available in PG&E's Greenbook www.pge.com/greenbook.

DocuSign Envelope ID: CB7EC236-EA42-4400-836E-F9074DF9F852

Pacific Gas and Electric Company

# AGREEMENT AND CUSTOMER AUTHORIZATION Net Billing Tariff (NBT) Interconnection For Solar And/Or Wind Electric Generating Facilities Of 30 Kilowatts Or Less

**F. Rate**

Customer has confirmed their otherwise applicable rate schedule (OAS) to establish how the Customer's monthly usage or net generation will be charged/credited when submitting this Agreement. Further Customer-initiated rate changes are governed in accordance with PG&E's Electric Rule 12.

**G. NBT Oversized Generating Facility Attestation**

The total annual output of the Generating Facility should primarily be used to offset the customer's own annual electrical requirements (based on the customer's most recent 12 months of usage).

Customer is allowed to oversize their Generating Facility. To do so, Customer must check the box below indicating that they have read and attest to the four bullet points listed:

☐ I (Customer) attest as follows:

- My Generating Facility is oversized to meet expected increased future electrical usage (i.e., increased usage resulting from an electric vehicle or other electrical appliances to support electrification);
- The Generating Facility's estimated annual production in kWh is no larger than: (a) 150 percent of my most recent 12 months of total usage; or (b) 150 percent of my estimated annual usage (for new construction and/or customers that do not yet have 12 months of usage only). **OR**, My electrical usage has recently increased and the Generating Facility's estimated annual production is no larger than 150 percent of my current electrical usage projected over 12 months.
- I expect to increase my electrical usage to correspond with the size of my Generating Facility within the next year (12 months after receiving Permission to Operate (PTO)).
- I understand that PG&E reserves the right to further validate that my Generating Facility is sized in accordance with the NBT.

**H. Limitation of Liability**

PG&E's and Customer's (Individually Party or together Parties) liability to the other Party for any loss, cost, claim, injury, liability, or expense, including reasonable attorney's fees, relating to or arising from any act or omission in its performance of this Agreement, shall be limited to the amount of direct damage actually incurred. In no event shall either Party be liable to the other Party for any indirect, special, consequential, or punitive damages of any kind whatsoever.

**I. Governing Law**

This Agreement shall be interpreted, governed, and construed under the laws of the State of California as if executed and to be performed wholly within the State of California.

**J. Governing Authority**

This Agreement shall at all times be subject to such changes or modification by the CPUC as said Commission may, from time to time, direct in the exercise of its jurisdiction.

**K. Term of Agreement**

This Agreement shall become effective as of the date of PG&E's issuance of the permission to operate letter after receipt of all applicable fees, required documents, and this completed Agreement. This Agreement shall continue in full force and effect until terminated by either Party providing 30-days prior written notice to the other Party, or when a new Customer takes service with PG&E operating this approved generating facility. This new Customer will be interconnected subject to the terms and conditions as set forth in Schedule NBT.

**L. Meter Access**

The electric meter must be installed in a safe location easily accessible upon PG&E request.

**Please complete this agreement in its entirety**

Page 4 of 7
Form 79-1151A-03
Advice 6849-E
January 2023

Automated Document. Preliminary Statement. Part A.



# AGREEMENT AND CUSTOMER AUTHORIZATION
## Net Billing Tariff (NBT) Interconnection For Solar And/Or Wind Electric Generating Facilities Of 30 Kilowatts Or Less

**M. Stale Agreements**

If this agreement is still pending one year from the date it is received by PG&E and Customer has not met all of the requirements, PG&E will close this application and Customer will be required to submit a new Agreement and Application should Customer wish to take service on Schedule NBT.

**N. Rule 21 Certified/Non-Certified Interconnection Equipment**

In order to promote the safety and reliability of Customer's Generating Facility, the Customer certifies as a part of its request for NBT that all major solar system components comply with Sections L.2-L.4 and Section L.7 of PG&E Electric Rule 21 (Rule 21).

**O. Warranties or Service Agreements**

Customer certifies as a part of its interconnection request for NBT that:

(i) a warranty of at least 10 years has been provided on all equipment and on its installation, or

(ii) a 10-year service warranty or executed "agreement" has been provided ensuring proper maintenance and continued system performance.

**P. Smart Inverters**

For Customer applications received on or after September 9, 2017, the Customer certifies that their inverter-based Generating Facilities fully comply with Section Hh of Rule 21, including configuration of protective settings and default settings, in accordance with the specifications therein.

Distribution Provider (PG&E) may require a field verification of the Customer's inverter. Customer further agrees to cooperate fully with any such request and make their inverter available to the Distribution Provider for such verification. Customer understands that in the event the inverter is not set in accordance with Section Hh of Rule 21, Customer will need to cease operation of generating facility until verification is confirmed by Distribution Provider.

(Solar inverter models and firmware versions that comply with Rule 21 Section Hh can be found at https://www.energy.ca.gov/programs-and-topics/programs/solar-equipment-lists.)

Verification of compliance with such requirements shall be provided by the Customer upon request by PG&E in accordance with PG&E's Electric Rule 21.

An "existing inverter" is defined as an inverter that is a component of an existing Generating Facility that meets one or more of the following conditions:

(a) it is already approved by PG&E for interconnection prior to September 9, 2017

(b) the Customer has submitted the interconnection application prior to September 9, 2017,

(c) the Customer provides evidence of having applied for an electrical permit for the Generating Facility installation that is dated prior to September 9, 2017 and submitted a complete interconnection application [E] no later than March 31, 2018, or

(d) the Customer provides evidence of a final inspection clearance from the governmental authority having jurisdiction over the Generating Facility prior to September 9, 2017.

All "existing inverters" are not required to be Smart Inverters and are only subject to Section H of Rule 21. Customer replacing an "existing inverter" certifies it is being replaced with either:

---

[E] A complete application consists all of the following without deficiencies:
1. A completed Interconnection Application including all supporting documents and required payments,
2. A completed signed Interconnection Agreement, (continued on next page)
3. Evidence of the Customer final inspection clearance from the governmental authority having jurisdiction over the generating system.

DocuSign Envelope ID: CB7EC236-EA42-4400-836E-F9074DF9F852

Pacific Gas and
Electric Company

# AGREEMENT AND CUSTOMER AUTHORIZATION Net Billing Tariff (NBT) Interconnection For Solar And/Or Wind Electric Generating Facilities Of 30 Kilowatts Or Less

(i) inverter equipment that complies with Section Hh of Rule 21, (encouraged); or

(ii) a conventional inverter that is of the same size and equivalent ability to that of the inverter being replaced, as allowed in Rule 21 Section H.3.d.ii.

**Q: Building Code-Required Solar Installations**

Customers who are required to add solar in accordance with building code (Title 24) requirements are not eligible to receive the additional export credit (ACC Plus). Customer acknowledges that information relating to building code-required solar installations collected in form 79-1151B-03 may impact eligibility for the additional export credits (ACC Plus).

## Part V – Signature

**IMPORTANT INFORMATION FOR CUSTOMERS – BE SURE TO READ THE FULLY POPULATED DOCUMENT BEFORE SIGNING – THIS IS A LEGALLY BINDING CONTRACT – READ IT CAREFULLY.**

**THIS FORM MUST BE SIGNED BY THE EXISTING PG&E CUSTOMER LISTED IN PART I.**

**Under Pacific Gas and Electric Company's (PG&E's) privacy policies, which can be found at [http://www.pge.com/about/company/privacy/customer], PG&E generally does not sell or disclose personal information about you, such as your name, address, phone number, or electric account and billing information, to third parties unless you expressly authorize us to do so. The purpose of this form is to allow you, the customer, to exercise your right to choose whether to disclose your personal electricity usage data and other personal information to a third party. Once you authorize a third party to access personal information about you, you are responsible for ensuring that the third party safeguards the personal information from further disclosure without your consent.**

**As a condition of interconnection, pursuant to California Public Utilities Code (CPUC) Decisions 14-11-001, 20-08-001, and 21-06-026, PG&E is required to provide certain data, including but not limited to confidential customer information to the CPUC and its contractors, the California Department of Consumer Affairs Contractors State License Board, and the California Department of Financial Protection & Innovation (the "State Entities").**

**By signing below, I declare under penalty of perjury under the laws of the State of California that:**

1) **The information provided in this Agreement is true and correct.**

2) **By completing the fields and checking the box in Part I Section C, I authorize the identified third party (Company) to receive my information and act on my behalf, which includes submitting or revising my Interconnection Application.**

3) **I authorize PG&E to release any and all information contained in this application, and addendum if applicable, for interconnection to the State Entities identified in this Part V without further notification or consent.**

4) **I have completed and reviewed Part II to determine if my system is sized to meet no more than my projected energy usage.**

5) **I understand that the NBT allows for oversizing, and I have completed and reviewed Part IV, section G, the NBT Oversized Generating Facility Attestation, if my Generating Facility is oversized.**

6) **I have read in its entirety and agree to all the terms and conditions in this Interconnection Agreement and agree to comply with PG&E's Electric Rule 21.**

**Please complete this agreement in its entirety**

Page 6 of 7
Form 79-1151A-03
Advice 6849-E
January 2023

Automated Document. Preliminary Statement. Part A.

DocuSign Envelope ID: CB7EC236-EA42-4400-836E-F9074DF9F852

Pacific Gas and
Electric Company

# AGREEMENT AND CUSTOMER AUTHORIZATION
# Net Billing Tariff (NBT) Interconnection For Solar And/Or Wind Electric Generating Facilities Of 30 Kilowatts Or Less

Estela Solis

(Print Customer Name as it appears on the PG&E Bill)

DocuSigned by:

Estela Solis

698BDB2D

(Signature)

(Print name and title of signee, applicable if customer is a Company)
(e.g. John Doe, Manager)

9/14/2023

(Date)

Note: PG&E can request additional documentation to verify the authenticity of the externally signed Agreement and Customer Authorization.

To confirm project approval, the Customer should retain a copy of this signed agreement and a copy of the Permission to Operate (PTO) letter from PG&E authorizing the Customer to operate the Generating Facility after PG&E deems satisfactory compliance with all NBT requirements.

**Please complete this agreement in its entirety**

Automated Document. Preliminary Statement. Part A.

Page 7 of 7
Form 79-1151A-03
Advice 6849-E
January 2023

DocuSign Envelope ID: CB7EC236-EA42-4400-836E-F9074DF9F852

Pacific Gas and Electric Company

# AGREEMENT AND CUSTOMER AUTHORIZATION Net Billing Tariff (NBT) Interconnection for Solar and/or Wind Electric Generating Facilities of 30 Kilowatts or Less: with Energy Storage of 10 Kilowatts or Less, or Energy Storage with Power Control System Certification

IMPORTANT NOTES:

- Customers may not operate their Generating Facility while interconnected to the PG&E system until they receive written permission from PG&E.
- City and County of San Francisco ("CCSF") owned generating facilities seeking Schedule NEMCCSF or participants in the Demand Response Programs below are not eligible to participate in NBT.
  - Scheduled Load Reduction Program (SLRP)
- Customers who participate in Direct Access and Community Choice Aggregation must contact their Energy Service Provider directly regarding their NBT program.

## Part I – Generating Facility Information and Responsible Parties

**A. Customer and Generating Facility Information** (*as it appears on the PG&E bill):

Standard Net Billing Tariff (NBT) Agreement Type: ☐ Single Account Accounts

Customer Sector (check only one):
☐ Residential ☐ Commercial ☐ Industrial ☐ Non-Profit ☐ Educational ☐ Military ☐ Other Government

Account Holder Name* (Individual or Company) | Electric Service Agreement ID * | Meter Number*

Service Address* | City* | CA State | Zip*

Customer Phone Number | Email (if blank, Permission to Operate (PTO) letter will be mailed to mailing address on record)

Is there an electric vehicle charging on site at the above service address? ☐ Yes ☐ No
If yes, please indicate how many electric vehicles ________

**B. Meter Access Issues** (if applicable, check all that apply and provide contact information to request access):
☐ Meter in building or behind locked gate ☐ Unrestrained animal at meter or AC Disconnect Switch ☐ Other: ____________________

Contact Name to Request Access (if access issues exist) | Contact Phone

**C. Authorized Contact Information** (required if Customer is authorizing a third party to act on Customer's behalf):

Company Name | Contact Person

Contact Phone Number | Email

**Please complete this agreement in its entirety**

† Information collected on this form is used in accordance with PG&E's Privacy Policy. The Privacy Policy is available at pge.com/privacy.

# AGREEMENT AND CUSTOMER AUTHORIZATION Net Billing Tariff (NBT) Interconnection for Solar and/or Wind Electric Generating Facilities of 30 Kilowatts or Less: with Energy Storage of 10 Kilowatts or Less, or Energy Storage with Power Control System Certification

☐ **By checking this box and signing this Agreement, I (Customer) authorize PG&E to release my PG&E Electric Account information to the Company above limited to kilowatt hour (kWh) usage, operational characteristics, and other information related to my Generating Facility application. Company is also authorized to submit an Interconnection Request and act on my behalf with regard to the interconnection and receive copies of this executed Interconnection Agreement and the Permission to Operate Letter when issued.**

## Part II – NBT Generator System Size

### A. Interconnection Study and Requirements

This Agreement covers the installed Generating Facility nameplate listed in the associated Interconnection Request.

The interconnection study will use the nameplate to determine if Interconnection Facilities or Distribution or Network Upgrades are required and the responsible party for the associated costs. If upgrades are required, this will increase the time it will take for PG&E to approve your interconnection.

In order for PG&E to approve your system, you will need to provide (1) this signed Agreement, (2) **a valid Interconnection Request**, and (3) a copy of the final signed jurisdiction approval (building permit) for your project.

The Generating Facility should be sized such that its total annual output in kWh is primarily used to offset the customer's own annual electrical requirements. The NBT Customer is allowed to oversize their Generating Facility by executing the NBT Oversized Generating Facility Attestation in Part IV, section G.

Customers can obtain their usage data by following the instructions on www.pge.com on the page titled "Access, download, or share usage data."

# AGREEMENT AND CUSTOMER AUTHORIZATION Net Billing Tariff (NBT) Interconnection for Solar and/or Wind Electric Generating Facilities of 30 Kilowatts or Less: with Energy Storage of 10 Kilowatts or Less, or Energy Storage with Power Control System Certification

## B. Generator System Sizing

Please complete this section only if installing a new Solar or Wind system or modifying an existing Solar or Wind system. This section is not applicable if only adding energy storage to an existing previously interconnected Solar or Wind system.

The individual Solar CEC-AC KW and/or the Wind Turbine and/or Storage rating(s) calculated on the application cannot exceed 5% of the listed value(s) on this Agreement and Authorization.

Generator System Type: ☐ Solar ☐ Wind ☐ Both

**Estimated Annual Production:**

| | | | | |
|---|---|---|---|---|
| | (1) Solar CEC-AC rating[A] | ______ (kW) X 1,500[B] | = | ______ (kWh) |
| AND/OR | (2) Wind Nameplate rating | ______ (kW) X 2,190[C] | = | ______ (kWh) |
| | (3) Total Energy Production | ______ (1) + (2) | = | ______ (kWh) |

**Estimated Annual Energy Usage:**

| | | | | |
|---|---|---|---|---|
| | (4) Recent annual usage | ______ (kWh) X 1.0 | = | ______ (kWh) |
| OR (If 12 months usage not available) | (5) Building size | ______ (sq ft) X 3.00[D] | = | ______ (kWh) |
| AND | (6) I plan to increase my annual usage (kWh) by | | | ______ (kWh) |
| | (7) Total Energy Usage | (4 or 5) + (6) | = | ______ (kWh) |

**Net Generation:**

| | | | | |
|---|---|---|---|---|
| | (8) Production – Usage | (3) – (7) | = | ______ (kWh)* |

*Positive number indicates that the system is estimated to generate more than the estimated usage. Please refer to NBT Tariff to read the provisions around Net Surplus Compensation (NSC).

**A Non-NBT Eligible Energy Storage System or an Energy Storage System with a Certified Power Control System (see Section R):**

Energy Storage Rating ______________ kW

Does the energy storage system share an inverter with the NBT system? ☐ Yes ☐ No

If not, please provide:

Energy Storage Inverter Rating ______________ kW

---

[A] CEC-AC (kW) = California Energy Commission Alternating Current, refers to the inverter efficiency rating (Quantity of PV Modules x PTC Rating of PV Modules x CEC Inverter Efficiency Rating)/1000

[B] 8,760 hrs/yr x 0.17123 solar capacity factor = 1,500

[C] 8,760 hrs/yr x 0.25 wind capacity factor = 2,190

[D] 2 watts/ sq ft x 1/1,000 watts x 8,760 hrs/yr x 0.17123 solar capacity factor = 3.00

DocuSign Envelope ID: CB7EC236-EA42-4400-836E-F9074DF9F852

Pacific Gas and
Electric Company
PG&E

# AGREEMENT AND CUSTOMER AUTHORIZATION Net Billing Tariff (NBT) Interconnection for Solar and/or Wind Electric Generating Facilities of 30 Kilowatts or Less: with Energy Storage of 10 Kilowatts or Less, or Energy Storage with Power Control System Certification

## Part III – Rate Selection

**A. Current Rate:** Please identify your existing rate by reviewing your PG&E energy statement or by calling the phone number listed below.

**Otherwise Applicable Rate Schedule (OAS) for NBT Account:** Select one rate from the category applicable to you. All NBT customers must take service on a Time of Use rate schedule. There may be limitations on the TOU rates available to residential customers enrolling on the NBT. Please refer to the NBT for more detailed information. Please make sure the rate you select is applicable to the NBT. If you are currently on a rate that is no longer open to new customers and are opting to move to a different rate, by signing this Agreement and Customer Authorization you are acknowledging that you are leaving the current rate and will not be able to return to this rate in the future. Visit www.pge.com/rateoptions or call (800)-PGE-5000 for rate information.

☐ Stay on existing rate ___________

☐ Requested new rate ___________

## Part IV – Interconnection Agreement Provisions

**A. Applicability**

This Agreement applies to Electric Schedule NBT Customer-Generators (Customer) who interconnect a solar and/or wind turbine electric Generating Facility, or a hybrid system of both, with an aggregate capacity of 30 kilowatts or less that is located on Customer's premises and that operates in parallel with PG&E's Distribution System.

**B. Permission to Operate**

Customer may not operate their generator while interconnected to the PG&E system until receiving written permission from PG&E. Unauthorized Parallel Operation could result in injury to persons and/or damage to equipment and/or property for which the Customer may be liable.

**C. Safety**

Customer shall meet all applicable safety and performance standards established by the National Electrical Code, the Institute of Electrical and Electronics Engineers, accredited testing laboratories such as Underwriters Laboratories and, where applicable, PG&E's Electric Rule 21, and other rules approved by the CPUC regarding safety and reliability. A Customer with a solar or wind-turbine electric generating system, or a hybrid system of both, that meets

those standards and rules shall not be required to install additional controls, perform or pay for additional tests, or purchase additional liability insurance.

**D. Safe Operation of your Generating Facility**

Notwithstanding any other provision of this Agreement, if at any time PG&E determines that the Customer's Facility, or its operation, may endanger (a) the public, (b) PG&E personnel, or (c) the safe and reliable operation of PG&E's electric system, PG&E shall have the right to disconnect the Facility from PG&E's system. Customer's Facility shall remain disconnected until such time as PG&E is satisfied that the unsafe condition(s) have been corrected.

Pacific Gas and Electric Company

# AGREEMENT AND CUSTOMER AUTHORIZATION Net Billing Tariff (NBT) Interconnection for Solar and/or Wind Electric Generating Facilities of 30 Kilowatts or Less: with Energy Storage of 10 Kilowatts or Less, or Energy Storage with Power Control System Certification

## E. AC Disconnect Switch

PG&E recommends that a customer installing an inverter-based generator consider also installing an AC Disconnect Switch to facilitate maintenance of the Customer's equipment (i.e. inverter, PV arrays, etc.). If an AC Disconnect Switch is not installed, the revenue meter may be temporarily removed by PG&E due to an emergency or maintenance on PG&E's system to isolate the Customer's generator from the electric distribution system. Removal of the revenue meter will result in loss of electrical service to the Customer's facility or residence. AC Disconnect Switch requirements are available in PG&E's Greenbook www.pge.com/greenbook.

## F. Rate

Customer has confirmed their otherwise applicable rate schedule (OAS) to establish how the Customer's monthly usage or net generation will be charged/credited when submitting this Agreement. Further Customer-initiated rate changes are governed in accordance with PG&E's Electric Rule 12.

## G. NBT Oversized Generating Facility Attestation

The total annual output of the Generating Facility should primarily be used to offset the customer's own annual electrical requirements (based on the customer's most recent 12 months of usage).

Customer is allowed to oversize their Generating Facility. To do so, Customer must check the box below indicating that they have read and attest to the four bullet points listed:

☐ I (Customer) attest as follows:

- My Generating Facility is oversized to meet expected increased future electrical usage (i.e., increased usage resulting from an electric vehicle or other electrical appliances to support electrification);
- The Generating Facility's estimated annual production in kWh is no larger than: (a) 150 percent of my most recent 12 months of total usage; or (b) 150 percent of my estimated annual usage (for new construction and/or customers that do not yet have 12 months of usage only). **OR**, My electrical usage has recently increased and the Generating Facility's estimated annual production is no larger than 150 percent of my current electrical usage projected over 12 months.
- I expect to increase my electrical usage to correspond with the size of my Generating Facility within the next year (12 months after receiving Permission to Operate (PTO)).
- I understand that PG&E reserves the right to further validate that my Generating Facility is sized in accordance with the NBT.

## H. Limitation of Liability

PG&E's and Customer's (Individually Party or together Parties) liability to the other Party for any loss, cost, claim, injury, liability, or expense, including reasonable attorney's fees, relating to or arising from any act or omission in its performance of this Agreement, shall be limited to the amount of direct damage actually incurred. In no event shall either Party be liable to the other Party for any indirect, special, consequential, or punitive damages of any kind whatsoever.

## I. Governing Law

This Agreement shall be interpreted, governed, and construed under the laws of the State of California as if executed and to be performed wholly within the State of California.

# AGREEMENT AND CUSTOMER AUTHORIZATION Net Billing Tariff (NBT) Interconnection for Solar and/or Wind Electric Generating Facilities of 30 Kilowatts or Less: with Energy Storage of 10 Kilowatts or Less, or Energy Storage with Power Control System Certification

**J. Governing Authority**

This Agreement shall at all times be subject to such changes or modification by the CPUC as said Commission may, from time to time, direct in the exercise of its jurisdiction.

**K. Term of Agreement**

This Agreement shall become effective as of the date of PG&E's issuance of the permission to operate letter after receipt of all applicable fees, required documents, and this completed Agreement. This Agreement shall continue in full force and effect until terminated by either Party providing 30-days prior written notice to the other Party, or when a new Customer takes service with PG&E operating this approved generating facility. This new Customer will be interconnected subject to the terms and conditions as set forth in Schedule NBT.

**L. Meter Access**

The electric meter must be installed in a safe location easily accessible upon PG&E request.

**M. Stale Agreements**

If this agreement is still pending one year from the date it is received by PG&E and Customer has not met all of the requirements, PG&E will close this application and Customer will be required to submit a new Agreement and Application should Customer wish to take service on Schedule NBT.

**N. Rule 21 Certified/Non-Certified Interconnection Equipment**

In order to promote the safety and reliability Customer's Generating Facility, the Customer certifies as a part of its request for NBT, that all major solar system components comply with Sections L.2-L.4 and Section L.7 of PG&E Electric Rule 21 (Rule 21).

**O. Warranties or Service Agreements**

Applicant certifies as a part of its interconnection request for NBT that:

(i) a warranty of at least 10 years has been provided on all equipment and on its installation, or

(ii) a 10-year service warranty or executed "agreement" has been provided ensuring proper maintenance and continued system performance.

**Please complete this agreement in its entirety**

Pacific Gas and
Electric Company
PG&E

# AGREEMENT AND CUSTOMER AUTHORIZATION Net Billing Tariff (NBT) Interconnection for Solar and/or Wind Electric Generating Facilities of 30 Kilowatts or Less: with Energy Storage of 10 Kilowatts or Less, or Energy Storage with Power Control System Certification

**P. Smart Inverters**

For Customer applications received on or after September 9, 2017, the Customer certifies that their inverter-based Generating Facilities fully comply with Section Hh of Rule 21, including configuration of protective settings and default settings, in accordance with the specifications therein.

Distribution Provider (PG&E) may require a field verification of the Customer's inverter. Customer further agrees to cooperate fully with any such request and make their inverter available to the Distribution Provider for such verification. Customer understands that in the event the inverter is not set in accordance with Section Hh of Rule 21, Customer will need to cease operation of generating facility until verification is confirmed by Distribution Provider.

Solar inverter models and firmware versions that comply with Rule 21 Section Hh can be found at https://www.energy.ca.gov/programs-and-topics/topics/renewable-energy/solar-equipment-lists.

Verification of compliance with such requirements shall be provided by the Customer upon request by PG&E in accordance with PG&E's Electric Rule 21.

An "existing inverter" is defined as an inverter that is a component of an existing Generating Facility that meets one or more of the following conditions:

(a) it is already approved by PG&E for interconnection prior to September 9, 2017

(b) the Customer has submitted the interconnection application prior to September 9, 2017,

(c) the Customer provides evidence of having applied for an electrical permit for the Generating Facility installation that is dated prior to September 9, 2017 and submitted a complete interconnection application[E] no later than March 31, 2018, or

(d) the Customer provides evidence of a final inspection clearance from the governmental authority having jurisdiction over the Generating Facility prior to September 9, 2017.

All "existing inverters" are not required to be Smart Inverters and are only subject to Section H of Rule 21. A Customer replacing an "existing inverter" certifies it is being replaced with either:

(i) inverter equipment that complies with Section Hh of Rule 21, (encouraged); or

(ii) a conventional inverter that is of the same size and equivalent ability to that of the inverter being replaced, as allowed in Rule 21 Section H.3.d.ii.

**Q. Power Control System Certification**

By signing below, customer confirms that Energy Storage operating with a Power Control System (PCS) has received UL 1741 CRD for PCS certification that will comply with either No Grid Charge or No Storage Export as defined in Schedule NBT.

**R. Building Code-Required Solar Installations**

Customers who are required to add solar in accordance with building code (Title 24) requirements are not eligible to receive the additional export credit (ACC Plus). Customer acknowledges that information relating to building code-required solar installations collected in form 79-1151B-03 may impact eligibility for the additional export credits (ACC Plus).

[E] A complete application consists all of the following without deficiencies:
1. A completed Interconnection Application including all supporting documents and required payments
2. A completed signed Interconnection Agreement
3. Evidence of the Customer final inspection clearance from the governmental authority having jurisdiction over the generating system.

Pacific Gas and
Electric Company
PG&E

# AGREEMENT AND CUSTOMER AUTHORIZATION Net Billing Tariff (NBT) Interconnection for Solar and/or Wind Electric Generating Facilities of 30 Kilowatts or Less: with Energy Storage of 10 Kilowatts or Less, or Energy Storage with Power Control System Certification

## Part V – Signature

**IMPORTANT INFORMATION FOR CUSTOMERS – BE SURE TO READ THE FULLY POPULATED DOCUMENT BEFORE SIGNING – THIS IS A LEGALLY BINDING CONTRACT – READ IT CAREFULLY.THIS FORM MUST BE SIGNED BY THE EXISTING PG&E CUSTOMER LISTED IN PART I.**

Under Pacific Gas and Electric Company's (PG&E's) privacy policies, which can be found at [www.pge.com/about/company/privacy/customer], PG&E generally does not sell or disclose personal information about you, such as your name, address, phone number, or electric account and billing information, to third parties unless you expressly authorize us to do so. The purpose of this form is to allow you, the customer, to exercise your right to choose whether to disclose your personal electricity usage data and other personal information to a third party. Once you authorize a third party to access personal information about you, you are responsible for ensuring that the third party safeguards the personal information from further disclosure without your consent.

As a condition of interconnection, pursuant to California Public Utilities Commission (CPUC) Decisions 14-11-001, 20-08-001, and 21-06-026, PG&E is required to provide certain data, including but not limited to confidential customer information, to the CPUC and its contractors, the California Department of Consumer Affairs Contractors State License Board, and the California Department of Financial Protection & Innovation (the "State Entities").

By signing below, I declare under penalty of perjury under the laws of the State of California that:

1) The information provided in this Agreement is true and correct.

2) By completing the fields and checking the box in Part I Section C, I authorize the identified third party (Company) to receive my information and act on my behalf, which includes submitting or revising my Interconnection Application.

3) I authorize PG&E to release any and all information contained in this application, and addendum if applicable, for interconnection to the State Entities identified in this Part V without further notification or consent.

4) I have completed and reviewed Part II to determine if my system is sized to meet no more than my projected energy usage.

5) I understand that the NBT allows for oversizing, and I have completed and reviewed Part IV, section G, the NBT Oversized Generating Facility Attestation, if my Generating Facility is oversized.

6) I have read in its entirety and agree to all the terms and conditions in this Interconnection Agreement and agree to comply with PG&E's Electric Rule 21.

DocuSign Envelope ID: CB7EC236-EA42-4400-836E-F9074DF9F852

Pacific Gas and
Electric Company

# AGREEMENT AND CUSTOMER AUTHORIZATION Net Billing Tariff (NBT) Interconnection for Solar and/or Wind Electric Generating Facilities of 30 Kilowatts or Less: with Energy Storage of 10 Kilowatts or Less, or Energy Storage with Power Control System Certification

Estela Solis

(Print Customer Name as it appears on the PG&E Bill)

DocuSigned by:
Estela Solis
698BDB2D7700448...

(Signature)

(Print name and title of signee, applicable if customer is a Company)
(e.g. John Doe, Manager)

9/14/2023

(Date)

Note: PG&E can request additional documentation to verify the authenticity of the externally signed Agreement and Customer Authorization.

To confirm project approval, the Customer should retain a copy of this signed agreement and a copy of the Permission to Operate (PTO) letter from PG&E authorizing the Customer to operate the Generating Facility after PG&E deems satisfactory compliance with all NBT requirements.

DocuSign Envelope ID: CB7EC236-EA42-4400-836E-F9074DF9F852

Pacific Gas and
Electric Company
PG&E

# AGREEMENT AND CUSTOMER AUTHORIZATION
# Net Billing Tariff (NBT) Interconnection For Solar And/Or Wind Electric Generating Facilities Of 30 Kilowatts Or Less with Energy Storage of 10 Kilowatts Or Less or Energy Storage with Power Control System Certification For New Residential Construction

IMPORTANT NOTES:

- Customers may not operate their Generating Facility while interconnected to the PG&E system until they receive written permission from PG&E.
- City and County of San Francisco ("CCSF") owned generating facilities seeking Schedule NEMCCSF or participants in the Demand Response Programs below are not eligible to participate in NBT.
    - Scheduled Load Reduction Program (SLRP)
- Customers who participate in Direct Access and Community Choice Aggregation must contact their Energy Service Provider directly regarding their NBT program.

## Part I – Generating Facility Information and Responsible Parties

**A. Customer and Generating Facility Information** (*as it appears on the PG&E bill):

Standard NBT Agreement Type: ☐ Single Account

______________________________
Project Number*

______________________________ ______________________ CA ______
Service Address* City* State Zip*

______________________ ______________________________
Customer Phone Number Email (if blank, Permission to Operate (PTO) letter will be mailed to mailing address on record)

Is there an electric vehicle charging on site at the above service address? ☐ Yes ☐ No
If yes, please indicate how many electric vehicles ________

**B. Authorized Contact Information** (required if Customer is authorizing a third party to act on Customer's behalf):

______________________________ ______________________________
Company Name Contact Person

______________________________ ______________________________
Contact Phone Number Email

☐ **By checking this box and signing this Agreement, I (Customer) authorize PG&E to release my PG&E Electric Account information to the Company above limited to kilowatt hour (kWh) usage, operational characteristics, and other information related to my Generating Facility application. Company is also authorized to submit an Interconnection Request and act on my behalf with regard to the interconnection and receive copies of this executed Interconnection Agreement and the Permission to Operate Letter when issued.**

__Please complete this agreement in its entirety__
† Information collected on this form is used in accordance with PG&E's Privacy Policy.
The Privacy Policy is available at pge.com/privacy.

Page 1 of 9
Form 79-1217-03
Advice 6849-E

Pacific Gas and
Electric Company
PG&E

# AGREEMENT AND CUSTOMER AUTHORIZATION Net Billing Tariff (NBT) Interconnection For Solar And/Or Wind Electric Generating Facilities Of 30 Kilowatts Or Less with Energy Storage of 10 Kilowatts Or Less or Energy Storage with Power Control System Certification For New Residential Construction

## Part II – NBT Generator System Size

### A. Interconnection Study and Requirements

This Agreement covers the installed Generating Facility nameplate listed in the associated Interconnection Request.

The interconnection study will use the nameplate to determine if Interconnection Facilities or Distribution or Network Upgrades are required and the responsible party for the associated costs. If upgrades are required, this will increase the time it will take for PG&E to approve your interconnection.

In order for PG&E to approve your system, you will need to provide (1) this signed Agreement, (2) **a valid Interconnection Request**, and (3) a copy of the final signed jurisdiction approval (building permit) for your project.

The Generating Facility should be sized such that its total annual output in kWh is primarily used to offset the customer's own annual electrical requirements. The NBT Customer is allowed to oversize their Generating Facility by executing the NBT Oversized Generating Facility Attestation in Part IV, section G.

Customers can obtain their usage data by following the instructions on www.pge.com on the page titled "Access, download, or share usage data."

# AGREEMENT AND CUSTOMER AUTHORIZATION Net Billing Tariff (NBT) Interconnection For Solar And/Or Wind Electric Generating Facilities Of 30 Kilowatts Or Less with Energy Storage of 10 Kilowatts Or Less or Energy Storage with Power Control System Certification For New Residential Construction

## B. Generator System Sizing

Please complete this section only if installing a new Solar or Wind system or modifying an existing Solar or Wind system. This section is not applicable if only adding energy storage to an existing previously interconnected Solar or Wind system.

The individual Solar CEC-AC KW and/or the Wind Turbine and/or Storage rating(s) calculated on the application cannot exceed 5% of the listed value(s) on this Agreement and Authorization.

Generator System Type: ☐ Solar ☐ Wind ☐ Both

**Estimated Annual Production:**

| | | | | |
|---|---|---|---|---|
| | (1) Solar CEC-AC rating[A] | ______ (kW) X 1,500[B] | = | ______ (kWh) |
| AND/OR | (2) Wind Nameplate rating | ______ (kW) X 2,190[C] | = | ______ (kWh) |
| | (3) Total Energy Production | ______ (1) + (2) | = | ______ (kWh) |

**Estimated Annual Energy Usage:**

| | | | | |
|---|---|---|---|---|
| | (4) Recent annual usage | ______ (kWh) X 1.0 | = | ______ (kWh) |
| OR (If 12 months usage not available) | (5) Building size | ______ (sq ft) X 3.00[D] | = | ______ (kWh) |
| AND | (6) I plan to increase my annual usage (kWh) by | | | ______ (kWh) |
| | (7) Total Energy Usage | (4 or 5) + (6) | = | ______ (kWh) |

**Net Generation:**

| | | | | |
|---|---|---|---|---|
| | (8) Production – Usage | (3) – (7) | = | ______ (kWh)* |

*Positive number indicates that the system is estimated to generate more than the estimated usage. Please refer to NBT Tariff to read the provisions around Net Surplus Compensation (NSC).

**A Non-NBT Eligible Energy Storage System or an Energy Storage System with a Certified Power Control System (see Section R):**

Energy Storage Rating ______________ kW

Does the energy storage system share an inverter with the NBT system? ☐ Yes ☐ No

If not, please provide:

Energy Storage Inverter Rating ______________ kW

[A] CEC-AC (kW) = California Energy Commission Alternating Current, refers to the inverter efficiency rating (Quantity of PV Modules x PTC Rating of PV Modules x CEC Inverter Efficiency Rating)/1000

[B] 8,760 hrs/yr x 0.17123 solar capacity factor = 1,500

[C] 8,760 hrs/yr x 0.25 wind capacity factor = 2,190

[D] 2 watts/ sq ft x 1/1,000 watts x 8,760 hrs/yr x 0.17123 solar capacity factor = 3.00

DocuSign Envelope ID: CB7EC236-EA42-4400-836E-F9074DF9F852

Pacific Gas and Electric Company
PG&E

# AGREEMENT AND CUSTOMER AUTHORIZATION Net Billing Tariff (NBT) Interconnection For Solar And/Or Wind Electric Generating Facilities Of 30 Kilowatts Or Less with Energy Storage of 10 Kilowatts Or Less or Energy Storage with Power Control System Certification For New Residential Construction

## Part III – Rate Selection

**A. Current Rate:** Please identify your existing rate by reviewing your PG&E energy statement or by calling the phone number listed below.

**Otherwise Applicable Rate Schedule (OAS) for NBT Account:** Select one rate from the category applicable to you. All NBT customers must take service on a Time of Use rate schedule. There may be limitations on the TOU rates available to residential customers enrolling on the NBT. Please refer to the NBT for more detailed information. Please make sure the rate you select is applicable to the NBT. If you are currently on a rate that is no longer open to new customers and are opting to move to a different rate, by signing this Agreement and Customer Authorization you are acknowledging that you are leaving the current rate and will not be able to return to this rate in the future. Visit www.pge.com/rateoptions or call (800)-PGE-5000 for rate information.

☐ Stay on existing rate ___________

☐ Requested new rate ___________

## Part IV – Interconnection Agreement Provisions

### A. Applicability

This Agreement applies to Electric Schedule NBT Customer-Generators (Customer) who interconnect a solar and/or wind turbine electric Generating Facility, or a hybrid system of both, with an aggregate capacity of 30 kilowatts or less that is located on Customer's premises and that operates in parallel with PG&E's Distribution System.

### B. Permission to Operate

Customer may not operate their generator while interconnected to the PG&E system until receiving written permission from PG&E. Unauthorized Parallel Operation could result in injury to persons and/or damage to equipment and/or property for which the Customer may be liable.

### C. Safety

Customer shall meet all applicable safety and performance standards established by the National Electrical Code, the Institute of Electrical and Electronics Engineers, accredited testing laboratories such as Underwriters Laboratories and, where applicable, PG&E's Electric Rule 21, and other rules approved by the CPUC regarding safety and reliability. A Customer with a solar or wind-turbine electric generating system, or a hybrid system of both, that meets

those standards and rules shall not be required to install additional controls, perform or pay for additional tests, or purchase additional liability insurance.

# AGREEMENT AND CUSTOMER AUTHORIZATION Net Billing Tariff (NBT) Interconnection For Solar And/Or Wind Electric Generating Facilities Of 30 Kilowatts Or Less with Energy Storage of 10 Kilowatts Or Less or Energy Storage with Power Control System Certification For New Residential Construction

**D. Safe Operation of your Generating Facility**

Notwithstanding any other provision of this Agreement, if at any time PG&E determines that the Customer's Facility, or its operation, may endanger (a) the public, (b) PG&E personnel, or (c) the safe and reliable operation of PG&E's electric system, PG&E shall have the right to disconnect the Facility from PG&E's system. Customer's Facility shall remain disconnected until such time as PG&E is satisfied that the unsafe condition(s) have been corrected.

**E. AC Disconnect Switch**

PG&E recommends that a customer installing an inverter-based generator consider also installing an AC Disconnect Switch to facilitate maintenance of the Customer's equipment (i.e. inverter, PV arrays, etc.). If an AC Disconnect Switch is not installed, the revenue meter may be temporarily removed by PG&E due to an emergency or maintenance on PG&E's system to isolate the Customer's generator from the electric distribution system. Removal of the revenue meter will result in loss of electrical service to the Customer's facility or residence. AC Disconnect Switch requirements are available in PG&E's Greenbook www.pge.com/greenbook.

**F. Rate**

Customer has confirmed their otherwise applicable rate schedule (OAS) to establish how the Customer's monthly usage or net generation will be charged/credited when submitting this Agreement. Further Customer-initiated rate changes are governed in accordance with PG&E's Electric Rule 12.

**G. NBT Oversized Generating Facility Attestation**

The total annual output of the Generating Facility should primarily be used to offset the customer's own annual electrical requirements (based on the customer's most recent 12 months of usage).

Customer is allowed to oversize their Generating Facility. To do so, Customer must check the box below indicating that they have read and attest to the four bullet points listed:

☐ I (Customer) attest as follows:

- My Generating Facility is oversized to meet expected increased future electrical usage (i.e., increased usage resulting from an electric vehicle or other electrical appliances to support electrification);
- The Generating Facility's estimated annual production in kWh is no larger than: (a) 150 percent of my most recent 12 months of total usage; or (b) 150 percent of my estimated annual usage (for new construction and/or customers that do not yet have 12 months of usage only). **OR**, My electrical usage has recently increased and the Generating Facility's estimated annual production is no larger than 150 percent of my current electrical usage projected over 12 months.
- I expect to increase my electrical usage to correspond with the size of my Generating Facility within the next year (12 months after receiving Permission to Operate (PTO)).
- I understand that PG&E reserves the right to further validate that my Generating Facility is sized in accordance with the NBT.

# AGREEMENT AND CUSTOMER AUTHORIZATION Net Billing Tariff (NBT) Interconnection For Solar And/Or Wind Electric Generating Facilities Of 30 Kilowatts Or Less with Energy Storage of 10 Kilowatts Or Less or Energy Storage with Power Control System Certification For New Residential Construction

Pacific Gas and
Electric Company
PG&E

**H. Limitation of Liability**

PG&E's and Customer's (Individually Party or together Parties) liability to the other Party for any loss, cost, claim, injury, liability, or expense, including reasonable attorney's fees, relating to or arising from any act or omission in its performance of this Agreement, shall be limited to the amount of direct damage actually incurred. In no event shall either Party be liable to the other Party for any indirect, special, consequential, or punitive damages of any kind whatsoever.

**I. Governing Law**

This Agreement shall be interpreted, governed, and construed under the laws of the State of California as if executed and to be performed wholly within the State of California.

**J. Governing Authority**

This Agreement shall at all times be subject to such changes or modification by the CPUC as said Commission may, from time to time, direct in the exercise of its jurisdiction.

**K. Term of Agreement**

This Agreement shall become effective as of the date of PG&E's issuance of the permission to operate letter after receipt of all applicable fees, required documents, and this completed Agreement. This Agreement shall continue in full force and effect until terminated by either Party providing 30-days prior written notice to the other Party, or when a new Customer takes service with PG&E operating this approved generating facility. This new Customer will be interconnected subject to the terms and conditions as set forth in Schedule NBT2.

**L. Meter Access**

The electric meter must be installed in a safe location easily accessible upon PG&E request.

**M. Stale Agreements**

If this agreement is still pending one year from the date it is received by PG&E and Customer has not met all of the requirements, PG&E will close this application and Customer will be required to submit a new Agreement and Application should Customer wish to take service on Schedule NBT.

**N. Rule 21 Certified/Non-Certified Interconnection Equipment**

In order to promote the safety and reliability of Customer's Generating Facility, the Customer certifies as a part of its request for NBT, that all major solar system components comply with Sections L.2-L.4 and Section L.7 of PG&E Electric Rule 21 (Rule 21).

Pacific Gas and
Electric Company
PG&E

# AGREEMENT AND CUSTOMER AUTHORIZATION Net Billing Tariff (NBT) Interconnection For Solar And/Or Wind Electric Generating Facilities Of 30 Kilowatts Or Less with Energy Storage of 10 Kilowatts Or Less or Energy Storage with Power Control System Certification For New Residential Construction

**O. Warranties or Service Agreements**

Applicant certifies as a part of its interconnection request for NBT that:

(i) a warranty of at least 10 years has been provided on all equipment and on its installation, or

(ii) a 10-year service warranty or executed "agreement" has been provided ensuring proper maintenance and continued system performance.

**P. Smart Inverters**

For Customer applications received on or after September 9, 2017, the Customer certifies that their inverter-based Generating Facilities fully comply with Section Hh of Rule 21, including configuration of protective settings and default settings, in accordance with the specifications therein.

Distribution Provider (PG&E) may require a field verification of the Customer's inverter. Customer further agrees to cooperate fully with any such request and make their inverter available to the Distribution Provider for such verification. Customer understands that in the event the inverter is not set in accordance with Section Hh of Rule 21, Customer will need to cease operation of generating facility until verification is confirmed by Distribution Provider.

Solar inverter models and firmware versions that comply with Rule 21 Section Hh can be found at https://www.energy.ca.gov/programs-and-topics/topics/renewable-energy/solar-equipment-lists.

Verification of compliance with such requirements shall be provided by the Customer upon request by PG&E in accordance with PG&E's Electric Rule 21.

An "existing inverter" is defined as an inverter that is a component of an existing Generating Facility that meets one or more of the following conditions:

(a) it is already approved by PG&E for interconnection prior to September 9, 2017

(b) the Customer has submitted the interconnection application prior to September 9, 2017,

(c) the Customer provides evidence of having applied for an electrical permit for the Generating Facility installation that is dated prior to September 9, 2017 and submitted a complete interconnection application[E] no later than March 31, 2018, or

(d) the Customer provides evidence of a final inspection clearance from the governmental authority having jurisdiction over the Generating Facility prior to September 9, 2017.

All "existing inverters" are not required to be Smart Inverters and are only subject to Section H of Rule 21. A Customer replacing an "existing inverter" certifies it is being replaced with either:

(i) inverter equipment that complies with Section Hh of Rule 21, (encouraged); or

(ii) a conventional inverter that is of the same size and equivalent ability to that of the inverter being replaced, as allowed in Rule 21 Section H.3.d.ii.

[E] A complete application consists all of the following without deficiencies:
1. A completed Interconnection Application including all supporting documents and required payments
2. A completed signed Interconnection Agreement
3. Evidence of the Customer final inspection clearance from the governmental authority having jurisdiction over the generating system.

DocuSign Envelope ID: CB7EC236-EA42-4400-836E-F9074DF9F852



# AGREEMENT AND CUSTOMER AUTHORIZATION Net Billing Tariff (NBT) Interconnection For Solar And/Or Wind Electric Generating Facilities Of 30 Kilowatts Or Less with Energy Storage of 10 Kilowatts Or Less or Energy Storage with Power Control System Certification For New Residential Construction




**Q. Power Control System Certification**

By signing below, customer confirms that Energy Storage over 10 kW has received UL 1741 CRD for Power Control Systems (PCS) certification that will comply with either No Grid Charge or No Storage Export as defined in Schedule NBT.

**R. Building Code-Required Solar Installations**

Customers who are required to add solar in accordance with building code (Title 24) requirements are not eligible to receive the additional export credit (ACC Plus). Customer acknowledges that information relating to building code-required solar installations collected in form 79-1151B-03 may impact eligibility for the additional export credits (ACC Plus).

## Part V – Signature

**IMPORTANT INFORMATION FOR CUSTOMERS – BE SURE TO READ THE FULLY POPULATED DOCUMENT BEFORE SIGNING – THIS IS A LEGALLY BINDING CONTRACT – READ IT CAREFULLY.THIS FORM MUST BE SIGNED BY THE EXISTING PG&E CUSTOMER LISTED IN PART I.**

**Under Pacific Gas and Electric Company's (PG&E's) privacy policies, which can be found at [www.pge.com/about/company/privacy/customer], PG&E generally does not sell or disclose personal information about you, such as your name, address, phone number, or electric account and billing information, to third parties unless you expressly authorize us to do so. The purpose of this form is to allow you, the customer, to exercise your right to choose whether to disclose your personal electricity usage data and other personal information to a third party. Once you authorize a third party to access personal information about you, you are responsible for ensuring that the third party safeguards the personal information from further disclosure without your consent.**

**By signing below, I declare under penalty of perjury under the laws of the State of California that:**

1) **The information provided in this Agreement is true and correct.**
2) **By completing the fields and checking the box in Part I Section C, I authorize the identified third party (Company) to receive my information and act on my behalf, which includes submitting or revising my Interconnection Application.**
3) **I authorize PG&E to release any and all information contained in this application, and addendum if applicable, for interconnection to the State Entities identified in this Part V without further notification or consent.**
4) **I have completed and reviewed Part II to determine if my system is sized to meet no more than my projected energy usage.**
5) **I understand that the NBT allows for oversizing, and I have completed and reviewed Part IV, section G, the NBT Oversized Generating Facility Attestation, if my Generating Facility is oversized.**
6) **I have read in its entirety and agree to all the terms and conditions in this Interconnection Agreement and agree to comply with PG&E's Electric Rule 21.**

# AGREEMENT AND CUSTOMER AUTHORIZATION Net Billing Tariff (NBT) Interconnection For Solar And/Or Wind Electric Generating Facilities Of 30 Kilowatts Or Less with Energy Storage of 10 Kilowatts Or Less or Energy Storage with Power Control System Certification For New Residential Construction

Estela Solis

(Print Customer Name as it appears on the PG&E Bill)

DocuSigned by:
Estela Solis
698BD83B77004449...

(Signature)

(Print name and title of signee, applicable if customer is a Company)
(e.g. John Doe, Manager)

9/14/2023

(Date)

Note: PG&E can request additional documentation to verify the authenticity of the externally signed Agreement and Customer Authorization.

To confirm project approval, the Customer should retain a copy of this signed agreement and a copy of the Permission to Operate (PTO) letter from PG&E authorizing the Customer to operate the Generating Facility after PG&E deems satisfactory compliance with all NBT requirements.

DocuSign Envelope ID: CB7EC236-EA42-4400-836E-F9074DF9F852

PG&E
Pacific Gas and Electric Company

# AGREEMENT AND CUSTOMER AUTHORIZATION
# Net Billing Tariff (NBT) Interconnection For Solar And/Or Wind Electric Generating Facilities Of 30 Kilowatts Or Less For New Residential Construction

IMPORTANT NOTES:

- Customers may not operate their Generating Facility while interconnected to the PG&E system until they receive written permission from PG&E.
- City and County of San Francisco ("CCSF") owned generating facilities seeking Schedule NEMCCSF or participants in the Demand Response Programs below are not eligible to participate in NBT.
  - Scheduled Load Reduction Program (SLRP)
- Customers who participate in Direct Access and Community Choice Aggregation must contact their Energy Service Provider directly regarding their NBT program.

## Part I – Generating Facility Information and Responsible Parties

**A. Customer and Generating Facility Information** (*as it appears on the PG&E bill):

Standard Net Billing Tariff (NBT) Agreement Type: ☐ Single Account

Project Number*

Service Address* | City* | CA State | Zip*

Customer Phone Number | Email (if blank, Permission to Operate (PTO) letter will be mailed to mailing address on record)

Is there an electric vehicle charging on site at the above service address? ☐ Yes ☐ No
If yes, please indicate how many electric vehicles ________

**B. Authorized Contact Information** (required if Customer is authorizing a third party to act on Customer's behalf):

Company Name | Contact Person

Contact Phone Number | Email

☐ **By checking this box and signing this Agreement, I (Customer) authorize PG&E to release my PG&E Electric Account† information to the Company above limited to kilowatt hour (kWh) usage, operational characteristics, and other information related to my Generating Facility application. Company is also authorized to submit Application Form 79-1151B-03 and act on my behalf with regard to the interconnection and receive copies of this executed Interconnection Agreement and the Permission to Operate Letter when issued.**

## Part II – NBT Generator System Size

**A. Interconnection Study and Requirements**

This Agreement covers the installed Generating Facility nameplate listed in the accompanying Application Form 79-1151B-03.

The interconnection study will use the nameplate to determine if Interconnection Facilities or Distribution or Network Upgrades are required and the responsible party for the associated costs. If upgrades are required, this will increase the time it will take for PG&E to approve your interconnection.

In order for PG&E to approve your system, you will need to provide (1) this signed Agreement, (2) Application Form 79-1151B-03, and (3) a copy of the final signed jurisdiction approval (building permit) for your project.

Please complete this agreement in its entirety

† Information collected on this form is used in accordance with PG&E's Privacy Policy.

Page 1 of 7
Form 79-1218-03

# AGREEMENT AND CUSTOMER AUTHORIZATION
# Net Billing Tariff (NBT) Interconnection For Solar And/Or Wind Electric Generating Facilities Of 30 Kilowatts Or Less For New Residential Construction

The Generating Facility should be sized such that its total annual output in kWh is primarily used to offset the customer's own annual electrical requirements The NBT Customer is allowed to oversize their Generating Facility by executing the NBT Oversized Generating Facility Attestation in Part IV, section G.

Customers can obtain their usage data by following the instructions on www.pge.com on the page titled "Access, download, or share usage data."

**B. Generator System Sizing**

The individual Solar CEC-AC KW and/or the Wind Turbine and/or Storage rating(s) calculated on the application cannot exceed 5% of the listed value(s) on this Agreement and Authorization.

Generator System Type: ☐ Solar ☐ Wind ☐ Both

**Estimated Annual Production:**

| | | | | | |
|---|---|---|---|---|---|
| | (1) Solar CEC-AC rating[A] | ______ (kW) X 1,500[B] | = | ______ (kWh) |
| AND/OR | (2) Wind Nameplate rating | ______ (kW) X 2,190[C] | = | ______ (kWh) |
| | (3) Total Energy Production | ______ (1) + (2) | = | ______ (kWh) |

**Estimated Annual Energy Usage:**

| | | | | |
|---|---|---|---|---|
| | (4) Recent annual usage | ______ (kWh) X 1.0 | = | ______ (kWh) |
| OR (If 12 months usage not available) | (5) Building size | ______ (sq ft) X 3.00[D] | = | ______ (kWh) |
| AND | (6) I plan to increase my annual usage (kWh) by | | | ______ (kWh) |
| | (7) Total Energy Usage | (4 or 5) + (6) | = | ______ (kWh) |

**Net Generation:**

| | | | |
|---|---|---|---|
| (8) Production – Usage | (3) - (7) | = | ______ (kWh)* |

*Positive number indicates that the system is estimated to generate more than the estimated usage. Please refer to Part IV, Section H to read the provisions around Net Surplus Compensation (NSC).

## Part III – Rate Selection

**A. Current Rate:** Please identify your existing rate by reviewing your PG&E energy statement or by calling the phone number listed below.

[A] CEC-AC (kW) = California Energy Commission Alternating Current, refers to the inverter efficiency rating (Quantity of PV Modules x PTC Rating of PV Modules x CEC Inverter Efficiency Rating)/1000
[B] 8,760 hrs/yr x 0.17123 solar capacity factor = 1,500
[C] 8,760 hrs/yr x 0.25 wind capacity factor = 2,190
[D] 2 watts/ sq ft x 1/1,000 watts x 8,760 hrs/yr x 0.17123 solar capacity factor = 3.00

# AGREEMENT AND CUSTOMER AUTHORIZATION

Pacific Gas and
Electric Company
PG&E

# Net Billing Tariff (NBT) Interconnection For Solar And/Or Wind Electric Generating Facilities Of 30 Kilowatts Or Less For New Residential Construction

**Otherwise Applicable Rate Schedule (OAS) for NBT Account:** Select one rate from the category applicable to you. All NBT customers must take service on a Time of Use rate schedule. There may be limitations on the TOU rates available to residential customers enrolling on the NBT. Please refer to the NBT for more detailed information. Please make sure the rate you select is applicable to the NBT.If you are currently on a rate that is no longer open to new customers and are opting to move to a different rate, by signing this Agreement and Customer Authorization you are acknowledging that you are leaving the current rate and will not be able to retum to this rate in the future. Visit www.pge.com/rateoptions or call (800)-PGE-5000 for rate information.

☐ Stay on existing rate _______________

☐ Requested new rate _______________

## Part IV – Interconnection Agreement Provisions

**A. Applicability**

This Agreement applies to Electric Schedule NBT Customer-Generators (Customer) who interconnect a solar and/or wind turbine electric Generating Facility, or a hybrid system of both, with an aggregate capacity of 30 kilowatts or less that is located on Customer's premises and that operates in parallel with PG&E's Distribution System.

**B. Permission to Operate**

Customer may not operate their generator while interconnected to the PG&E system until receiving written permission from PG&E. Unauthorized Parallel Operation could result in injury to persons and/or damage to equipment and/or property for which the Customer may be liable.

**C. Safety**

Customer shall meet all applicable safety and performance standards established by the National Electrical Code, the Institute of Electrical and Electronics Engineers, accredited testing laboratories such as Underwriters Laboratories and, where applicable, PG&E's Electric Rule 21, and other rules approved by the CPUC regarding safety and reliability. A Customer with a solar or wind-turbine electric generating system, or a hybrid system of both, that meets those standards and rules shall not be required to install additional controls, perform or pay for additional tests, or purchase additional liability insurance.

**D. Safe Operation of your Generating Facility**

Notwithstanding any other provision of this Agreement, if at any time PG&E determines that the Customer's Facility, or its operation, may endanger (a) the public, (b) PG&E personnel, or (c) the safe and reliable operation of PG&E's electric system, PG&E shall have the right to disconnect the Facility from PG&E's system. Customer's Facility shall remain disconnected until such time as PG&E is satisfied that the unsafe condition(s) have been corrected.

**E. AC Disconnect Switch**

PG&E recommends that a customer installing an inverter-based generator consider also installing an AC Disconnect Switch to facilitate maintenance of the Customer's equipment (i.e. inverter, PV arrays, etc.). If an AC Disconnect Switch is not installed, the revenue meter may be temporarily removed by PG&E due to an emergency or maintenance on PG&E's system to isolate the Customer's generator from the electric distribution system. Removal of the revenue meter will result in loss of electrical service to the Customer's facility or residence. AC Disconnect Switch requirements are available in PG&E's Greenbook www.pge.com/greenbook.

**F. Rate**

Customer has confirmed their otherwise applicable rate schedule (OAS) to establish how the Customer's monthly usage or net generation will be charged/credited when submitting this Agreement. Further Customer-initiated rate changes are governed in accordance with PG&E's Electric Rule 12.



# AGREEMENT AND CUSTOMER AUTHORIZATION Net Billing Tariff (NBT) Interconnection For Solar And/Or Wind Electric Generating Facilities Of 30 Kilowatts Or Less For New Residential Construction

**G. NBT Oversized Generating Facility Attestation**

The total annual output of the Generating Facility should primarily be used to offset the customer's own annual electrical requirements (based on the customer's most recent 12 months of usage).

Customer is allowed to oversize their Generating Facility. To do so, Customer must check the box below indicating that they have read and attest to the four bullet points listed:

☐ I (Customer) attest as follows:

- My Generating Facility is oversized to meet expected increased future electrical usage (i.e., increased usage resulting from an electric vehicle or other electrical appliances to support electrification);
- The Generating Facility's estimated annual production in kWh is no larger than: (a) 150 percent of my most recent 12 months of total usage; or (b) 150 percent of my estimated annual usage (for new construction and/or customers that do not yet have 12 months of usage only). **OR**, My electrical usage has recently increased and the Generating Facility's estimated annual production is no larger than 150 percent of my current electrical usage projected over 12 months.
- I expect to increase my electrical usage to correspond with the size of my Generating Facility within the next year (12 months after receiving Permission to Operate (PTO)).
- I understand that PG&E reserves the right to further validate that my Generating Facility is sized in accordance with the NBT.

**H. Limitation of Liability**

PG&E's and Customer's (Individually Party or together Parties) liability to the other Party for any loss, cost, claim, injury, liability, or expense, including reasonable attorney's fees, relating to or arising from any act or omission in its performance of this Agreement, shall be limited to the amount of direct damage actually incurred. In no event shall either Party be liable to the other Party for any indirect, special, consequential, or punitive damages of any kind whatsoever.

**I. Governing Law**

This Agreement shall be interpreted, governed, and construed under the laws of the State of California as if executed and to be performed wholly within the State of California.

**J. Governing Authority**

This Agreement shall at all times be subject to such changes or modification by the CPUC as said Commission may, from time to time, direct in the exercise of its jurisdiction.

**K. Term of Agreement**

This Agreement shall become effective as of the date of PG&E's issuance of the permission to operate letter after receipt of all applicable fees, required documents, and this completed Agreement. This Agreement shall continue in full force and effect until terminated by either Party providing 30-days prior written notice to the other Party, or when a new Customer takes service with PG&E operating this approved generating facility. This new Customer will be interconnected subject to the terms and conditions as set forth in Schedule NBT.

**L. Meter Access**

The electric meter must be installed in a safe location easily accessible upon PG&E request.

**M. Stale Agreements**

If this agreement is still pending one year from the date it is received by PG&E and Customer has not met all of the requirements, PG&E will close this application and Customer will be required to submit a new Agreement and Application should Customer wish to take service on Schedule NBT.

# AGREEMENT AND CUSTOMER AUTHORIZATION Net Billing Tariff (NBT) Interconnection For Solar And/Or Wind Electric Generating Facilities Of 30 Kilowatts Or Less For New Residential Construction

**N. Rule 21 Certified/Non-Certified Interconnection Equipment**

In order to promote the safety and reliability of Customer's Generating Facility, the Customer certifies as a part of its request for NBT, that all major solar system components comply with Sections L.2-L.4 and Section L.7 of PG&E Electric Rule 21 (Rule 21).

**O. Warranties or Service Agreements**

Customer certifies as a part of its interconnection request for NBT that:

(i) a warranty of at least 10 years has been provided on all equipment and on its installation, or

(ii) a 10-year service warranty or executed "agreement" has been provided ensuring proper maintenance and continued system performance.

**P. Smart Inverters**

For Customer applications received on or after September 9, 2017, the Customer certifies that their inverter-based Generating Facilities fully comply with Section Hh of Rule 21, including configuration of protective settings and default settings, in accordance with the specifications therein.

Distribution Provider may require a field verification of the Customer's inverter. Customer further agrees to cooperate fully with any such request and make their inverter available to the Distribution Provider for such verification. Customer understands that in the event the inverter is not set in accordance with Section Hh of Rule 21, Customer will need to cease operation of generating facility until verification is confirmed by Distribution Provider.

(Solar inverter models and firmware versions that comply with Rule 21 Section Hh can be found at https://www.energy.ca.gov/programs-and-topics/programs/solar-equipment-lists.)

Verification of compliance with such requirements shall be provided by the Customer upon request by PG&E in accordance with PG&E's Electric Rule 21.

An "existing inverter" is defined as an inverter that is a component of an existing Generating Facility that meets one or more of the following conditions:

(a) it is already approved by PG&E for interconnection prior to September 9, 2017

(b) the Customer has submitted the interconnection application prior to September 9, 2017,

(c) the Customer provides evidence of having applied for an electrical permit for the Generating Facility installation that is dated prior to September 9, 2017 and submitted a complete interconnection application [E] no later than March 31, 2018, or

(d) the Customer provides evidence of a final inspection clearance from the governmental authority having jurisdiction over the Generating Facility prior to September 9, 2017.

All "existing inverters" are not required to be Smart Inverters and are only subject to Section H of Rule 21. Customer replacing an "existing inverter" certifies it is being replaced with either:

(i) inverter equipment that complies with Section Hh of Rule 21, (encouraged); or

(ii) a conventional inverter that is of the same size and equivalent ability to that of the inverter being replaced, as allowed in Rule 21 Section H.3.d.ii.

[E] A complete application consists all of the following without deficiencies:
1. A completed Interconnection Application including all supporting documents and required payments,
2. A completed signed Interconnection Agreement, (continued on next page)
3. Evidence of the Customer final inspection clearance from the governmental authority having jurisdiction over the generating system.

**Please complete this agreement in its entirety**

DocuSign Envelope ID: CB7EC236-EA42-4400-836E-F9074DF9F852

Pacific Gas and
Electric Company
PG&E

# AGREEMENT AND CUSTOMER AUTHORIZATION
# Net Billing Tariff (NBT) Interconnection For Solar And/Or Wind Electric Generating Facilities Of 30 Kilowatts Or Less For New Residential Construction

**Q. Building Code-Required Solar Installations**

Customers who are required to add solar in accordance with building code (Title 24) requirements are not eligible to receive the additional export credit (ACC Plus). Customer acknowledges that information relating to building code-required solar installations collected in form 79-1151B-03 may impact eligibility for the additional export credits (ACC Plus).

## Part V – Signature

**IMPORTANT INFORMATION FOR CUSTOMERS – BE SURE TO READ THE FULLY POPULATED DOCUMENT BEFORE SIGNING – THIS IS A LEGALLY BINDING CONTRACT – READ IT CAREFULLY.**

**THIS FORM MUST BE SIGNED BY THE EXISTING PG&E CUSTOMER LISTED IN PART I.**

**Under Pacific Gas and Electric Company's (PG&E's) privacy policies, which can be found at [http://www.pge.com/about/company/privacy/customer], PG&E generally does not sell or disclose personal information about you, such as your name, address, phone number, or electric account and billing information, to third parties unless you expressly authorize us to do so. The purpose of this form is to allow you, the customer, to exercise your right to choose whether to disclose your personal electricity usage data and other personal information to a third party. Once you authorize a third party to access personal information about you, you are responsible for ensuring that the third party safeguards the personal information from further disclosure without your consent.**

**By signing below, I declare under penalty of perjury under the laws of the State of California that:**

1) **The information provided in this Agreement is true and correct.**
2) **By completing the fields and checking the box in Part I Section C, I authorize the identified third party (Company) to receive my information and act on my behalf, which includes submitting or revising my Interconnection Application.**
3) **I authorize PG&E to release any and all information contained in this application, and addendum if applicable, for interconnection to the State Entities identified in this Part V without further notification or consent.**
4) **I have completed and reviewed Part II to determine if my system is sized to meet no more than my projected energy usage.**
5) **I understand that the NBT allows for oversizing, and I have completed and reviewed Part IV, section G, the NBT Oversized Generating Facility Attestation, if my Generating Facility is oversized.**
6) **I have read in its entirety and agree to all the terms and conditions in this Interconnection Agreement and agree to comply with PG&E's Electric Rule 21.**

# AGREEMENT AND CUSTOMER AUTHORIZATION
# Net Billing Tariff (NBT) Interconnection For Solar And/Or Wind Electric Generating Facilities Of 30 Kilowatts Or Less For New Residential Construction

Estela Solis

(Print Customer Name as it appears on the PG&E Bill)

DocuSigned by:
Estela Solis
698BD58D7700449

(Signature)

(Print name and title of signee, applicable if customer is a Company)
(e.g. John Doe, Manager)

9/14/2023

(Date)

Note: PG&E can request additional documentation to verify the authenticity of the externally signed Agreement and Customer Authorization.

To confirm project approval, the Customer should retain a copy of this signed agreement and a copy of the Permission to Operate (PTO) letter from PG&E authorizing the Customer to operate the Generating Facility after PG&E deems satisfactory compliance with all NBT requirements.

DocuSign

## Certificate Of Completion

Envelope Id: CB7EC236EA424400836EF9074DF9F852
Status: Completed
Subject: Action Required: Review and sign NEM Agreement from Sunrun
Source Envelope:
Document Pages: 34
Signatures: 5
Certificate Pages: 5
Initials: 0
AutoNav: Enabled
EnvelopeId Stamping: Enabled
Time Zone: (UTC-08:00) Pacific Time (US & Canada)

Envelope Originator:
Sunrun eSignAdmin
595 Market St.,29th Floor
San Francisco, CA 94105
sunrun_esign_admin@sunrun.com
IP Address: 18.236.245.68

## Record Tracking

| Status | Holder | Location |
|---|---|---|
| Status: Original<br>9/14/2023 5:57:43 PM | Holder: Sunrun eSignAdmin<br>sunrun_esign_admin@sunrun.com | Location: DocuSign |

| Signer Events | Signature | Timestamp |
|---|---|---|
| Estela Solis<br>zaezaemama07@gmail.com<br>Security Level: Email, Account Authentication (None) | DocuSigned by: Estela Solis 698BDB2D7700449...<br>Signature Adoption: Pre-selected Style<br>Using IP Address: 45.29.201.105<br>Signed using mobile | Sent: 9/14/2023 5:57:45 PM<br>Viewed: 9/14/2023 5:58:54 PM<br>Signed: 9/14/2023 6:04:08 PM |

**Electronic Record and Signature Disclosure:**
Accepted: 9/14/2023 5:58:54 PM
ID: 529bb981-4099-445e-b202-330b5f3242bc

| In Person Signer Events | Signature | Timestamp |
|---|---|---|

| Editor Delivery Events | Status | Timestamp |
|---|---|---|

| Agent Delivery Events | Status | Timestamp |
|---|---|---|

| Intermediary Delivery Events | Status | Timestamp |
|---|---|---|

| Certified Delivery Events | Status | Timestamp |
|---|---|---|

| Carbon Copy Events | Status | Timestamp |
|---|---|---|

| Witness Events | Signature | Timestamp |
|---|---|---|

| Notary Events | Signature | Timestamp |
|---|---|---|

| Envelope Summary Events | Status | Timestamps |
|---|---|---|
| Envelope Sent | Hashed/Encrypted | 9/14/2023 5:57:45 PM |
| Certified Delivered | Security Checked | 9/14/2023 5:58:54 PM |
| Signing Complete | Security Checked | 9/14/2023 6:04:08 PM |
| Completed | Security Checked | 9/14/2023 6:04:08 PM |

| Payment Events | Status | Timestamps |
|---|---|---|

**Electronic Record and Signature Disclosure**

**CONSUMER DISCLOSURE**

From time to time, Sunrun Inc. (we, us or Company) may be required by law to provide to you certain written notices or disclosures. Described below are the terms and conditions for providing to you such notices and disclosures electronically through the DocuSign, Inc. (DocuSign) electronic signing system. PLEASE READ THE INFORMATION BELOW CAREFULLY AND THOROUGHLY, AND IF YOU CAN ACCESS THIS INFORMATION ELECTRONICALLY TO YOUR SATISFACTION AND AGREE TO THESE TERMS AND CONDITIONS, PLEASE CONFIRM YOUR AGREEMENT BY CLICKING THE 'I AGREE' BUTTON AT THE BOTTOM OF THIS DOCUMENT.

**Getting paper copies**

At any time, you may request from us a paper copy of any record provided or made available electronically to you by us. You will have the ability to download and print documents we send to you through the DocuSign system during and immediately after signing session and, if you elect to create a DocuSign signer account, you may access them for thirty (30) days after such documents are first sent to you. After such time, if you wish for us to send you paper copies of any such documents from our office to you, please request delivery of such paper copies from us by following the procedure described below.

**Withdrawing your consent**

If you decide to receive notices and disclosures from us electronically, you may at any time change your mind and tell us that thereafter you want to receive required notices and disclosures only in paper format. How you must inform us of your decision to receive future notices and disclosure in paper format and withdraw your consent to receive notices and disclosures electronically is described below.

**Consequences of changing your mind**

If you elect to receive required notices and disclosures only in paper format, it will slow the speed at which we can complete certain steps in transactions with you and delivering services to you because we will need first to send the required notices or disclosures to you in paper format, and then wait until we receive back from you your acknowledgment of your receipt of such paper notices or disclosures. To indicate to us that you are changing your mind, you must withdraw your consent using the DocuSign 'Withdraw Consent' form on the signing page of a DocuSign envelope instead of signing it. This will indicate to us that you have withdrawn your consent to receive required notices and disclosures electronically from us and you will no longer be able to use the DocuSign system to receive required notices and consents electronically from us or to sign electronically documents from us.

**All notices and disclosures will be sent to you electronically**

Unless you tell us otherwise in accordance with the procedures described herein, we will provide electronically to you through the DocuSign system all required notices, disclosures, authorizations, acknowledgements, and other documents that are required to be provided or made available to you during the course of our relationship with you. To reduce the chance of you inadvertently not receiving any notice or disclosure, we prefer to provide all of the required notices and disclosures to you by the same method and to the same address that you have given us. Thus, you can receive all the disclosures and notices electronically or in paper format through the paper mail delivery system. If you do not agree with this process, please let us know as described below. Please also see the paragraph immediately above that describes the consequences of your electing not to receive delivery of the notices and disclosures electronically from us.

**How to contact Sunrun Inc.:**

You may contact us to let us know of your changes as to how we may contact you electronically, to request paper copies of certain information from us, and to withdraw your prior consent to receive notices and disclosures electronically as follows:
To contact us by email send messages to: customercare@sunrun.com
You may also contact us in writing at 45 Fremont Street, 32nd Floor, San Francisco, CA 94105 or by phone at 1-855-478-6786.

**To advise Sunrun Inc. of your new e-mail address**

To let us know of a change in your e-mail address where we should send notices and disclosures electronically to you, you must send an email message to us at customercare@sunrun.com and in the body of such request you must state: your previous e-mail address, your new e-mail address. We do not require any other information from you to change your email address.

In addition, you must notify DocuSign, Inc. at 1-866-219-4318 to arrange for your new email address to be reflected in your DocuSign account by following the process for changing e-mail in the DocuSign system.

**To request paper copies from Sunrun Inc.**
To request delivery from us of paper copies of the notices and disclosures previously provided by us to you electronically, you must contact us by (a) sending us an e-mail to customercare@sunrun.com, (b) writing to us at Sunrun Inc, 45 Fremont Street, 32nd Floor, San Francisco, CA 94105, or (c) calling us at 1-855-478-6786, and in connection with your request you must state your e-mail address, full name, US Postal address, and telephone number.
**To withdraw your consent with Sunrun Inc.**

To inform us that you no longer want to receive future notices and disclosures in electronic format you may:

i. decline to sign a document from within your DocuSign session, and on the subsequent page, select the check-box indicating you wish to withdraw your consent, or you may;

ii. contact us by (a) sending us an email to customercare@sunrun.com, (b) writing to us at Sunrun Inc., 45 Fremont Street, 32nd Floor, San Francisco, CA 94105, or (c) calling us at 1-855-478-6786, and in connection with your request you must state your e-mail, full name, US Postal Address, and telephone number. We do not need any other information from you to withdraw consent.. The consequences of your withdrawing consent for online documents will be that transactions may take a longer time to process..

**Required hardware and software**

| | |
|---|---|
| Operating Systems: | Windows® 2000, Windows® XP, Windows Vista®; Mac OS® X |

| | |
|---|---|
| Browsers: | Final release versions of Internet Explorer® 6.0 or above (Windows only); Mozilla Firefox 2.0 or above (Windows and Mac); Safari™ 3.0 or above (Mac only) |
| PDF Reader: | Acrobat® or similar software may be required to view and print PDF files |
| Screen Resolution: | 800 x 600 minimum |
| Enabled Security Settings: | Allow per session cookies |

** These minimum requirements are subject to change. If these requirements change, you will be asked to re-accept the disclosure. Pre-release (e.g. beta) versions of operating systems and browsers are not supported.

**Notices**

Any notice or other communication to be made hereunder, even if otherwise required to be in writing under other provisions of this Consent or any other documents or agreements that have been provided to you in connection with this Consent, may alternatively be made in an electronic record transmitted electronically to the electronic addresses provided by you. Any notice or other communication made in electronic form will have the same legal effect and enforceability as if made in non-electronic form.

**Acknowledging your access and consent to receive materials electronically**

To confirm to us that you can access this information electronically, which will be similar to other electronic notices and disclosures that we will provide to you, please verify that you were able to read this electronic disclosure and that you also were able to print on paper or electronically save this page for your future reference and access or that you were able to e-mail this disclosure and consent to an address where you will be able to print on paper or save it for your future reference and access. Further, if you consent to receiving notices and disclosures exclusively in electronic format on the terms and conditions described above, please let us know by clicking the 'I agree' button below.

By checking the 'I agree' box, I confirm that:

- I can access and read and have accessed, read and understood the terms of this ELECTRONIC CONSENT TO ELECTRONIC RECEIPT OF ELECTRONIC CONSUMER DISCLOSURES document; and
- I can print on paper the disclosure or save or send the disclosure to a place where I can print it, for future reference and access; and
- Until or unless I notify Sunrun Inc. as described above, I consent to receive from exclusively through electronic means all notices, disclosures, authorizations, acknowledgements, and other documents that are required to be provided or made available to me by Sunrun Inc. during the course of my relationship with you.

**Entire Agreement Provision**

This agreement and the consumer disclosure statement executed by the customer in conjunction with and simultaneously with its review and acceptance of the terms set forth herein constitute

the entire agreement between the parties with respect to the subject matter hereof and supersede any prior understandings, agreements, or representations by or between the parties, written or oral, to the extent they relate in any way to the subject matter hereof.

DocuSign

Envelope Id: CB7EC236EA424400836EF9074DF9F852

Status: Completed

Document Pages: 34

Signatures: 6

Envelope Originator:

EnvelopeId Stamping: Enabled

San Francisco, CA 94105

Signature Adoption: Pre-selected Style

Electronic Record and Signature Disclosure:

| Envelope Sent | Hashed/Encrypted | 9/11/2023 3:37:45 PM |
|---|---|---|
| Completed | Security Checked | 9/14/2023 6:04:06 PM |

---------- Forwarded message ---------
From: **Maybach LayBack** <maybachlayback@gmail.com>
Date: Mon, Dec 8, 2025 at 2:23 PM
Subject: Re:
To: <TrueSolidOne450@icloud.com>, Lay Lay <zaezaemama07@gmail.com>

On Mon, Dec 8, 2025, 2:21 PM Maybach LayBack <maybachlayback@gmail.com> wrote:

PROPERTY INFORMATION

SOLIS ESTHELA ARGENTINA
4201 MARSHALL ST
LE GRAND, CA 95333-9631

VALUES AND EXEMPTIONS

TAX DISTRIBUTION



STATE OF CALIFORNIA - HEALTH AND HUMAN SERVICES AGENCY

V61 / F23

**DEPARTMENT OF SOCIAL SERVICES**
**V61 Sierra DDS**
**PO BOX 30732**
**SALT LAKE CITY, UT 84130-9856**

JENNIFER TROIA
DIRECTOR

FAX: (866) 868-2592
HEARING IMPAIRED ONLY: CALL 711 - California Relay Service

GAVIN NEWSOM
GOVERNOR

Date: May 17, 2025
Case ID: 13954620

FRANK HARLEY SILVA
4201 MARSHALL ST
LE GRANDE CA 95333

## APPOINTMENT REMINDER

This is a very important letter from Social Security. Please read it carefully. If you cannot read English, please take this letter to someone who can read it to you right away, or contact Social Security for free help.

We are the office that makes disability decisions for the Social Security Administration. This letter is to remind you to keep your appointment(s).

**Appointment Information**

Doc Cancelled Apt

| Provider Information | Date and Time | Type of Appointment* |
|---|---|---|
| MDSI PHYSICIAN GROUP<br>1820 P ST<br>MERCED, CA 95340<br>(800) 548-9092 | Tuesday<br>May 27th, 2025<br>04:30 PM Pacific Daylight Time<br>Doctor yelled me after 2 | Internist |

*The provider may decide not to do some of the tests we ordered or that other tests are needed.

*Called him he stated don't carry his cell

**Special Instructions:**

- This examination may take up to 2 hours or longer.
- This is a rescheduled appointment, if you miss this appointment it will not be rescheduled and a decision will be made based on the medical information in your file.
- Let us know if you cannot attend your appointment as scheduled. Please call our office immediately if you cannot attend your appointment for any reason. If you cannot attend your scheduled appointment, and you would like us to reschedule, you must give us a good reason i.e. death in the family, personal or family illness, and or transportation problems.
- Please be prepared to wear a mask at your exam. The provider may take your temperature and ask if you have any COVID-19 related symptoms. Do not attend your exam if you have a fever or are experiencing any COVID-19 related symptoms. Please come into the provider's office alone as additional parties are not allowed.

It is very important that you go to the appointment(s).

If you do not attend the appointment(s), we may make a decision based on the evidence we already have in file. This means that we could find that you are not disabled based on our rules or that your disability has ended if you are already getting benefits.

If you cannot attend, or need assistance, please call us immediately at the number(s) shown below Monday - Friday between 8:00 am and 5:00 pm. When you call or leave a message, please provide the Case ID: 13954620, your name, and a call back number.

# Mercy Medical Center Merced
## 315 Mercy Avenue
## Merced, CA 95340
## (209) 564-5000

SILVA, FRANK HARLEY

**DOB:** 11/15/1991
**MRN:** 2520465962(MMM)
**Visit Date:** 12/09/2024

**SAFE PAIN MEDICINE PRESCRIBING**

We care about you. Our goal is to treat your medical conditions, including pain, effectively, safely and in the right way.

Pain relief treatment can be complicated. Mistakes or abuse of pain medicine can cause serious health problems and death.

Our emergency department will only provide pain relief options that are safe and correct.

**For your SAFETY, we routinely follow these rules when helping you with your pain.**

1. We look for and treat emergencies. We use our best judgement when treating pain. These recommendations follow legal and ethical advice.
2. You should have only ONE provider and ONE pharmacy helping you with pain. We do not usually prescribe pain medication if you already receive pain medicine from another health care provider.
3. If pain prescriptions are needed for pain, we will only give you a limited amount.
4. We do not refill stolen or lost prescriptions for pain medication.
5. We do not prescribe long-acting pain medicines such as: OxyContin, MSContin, Fentanyl (Duragesic), Methadone, Opana ER, Exalgo, and others. All and only prescribed
6. We do not provide missed doses of Methadone.
7. We do not usually give shots for flare-ups of chronic pain. hydro codein No Antibiotics [illegible]
8. Health care laws, including HIPAA, allow us to ask for all of your medical records. These laws allow us to share information with other health providers who are treating you.
9. We may ask you to show a photo ID when you receive a prescription for pain medicines.
10. In California, we use the California Prescription Drug Monitoring Program called CURES. In Arizona and Nevada, we use the Prescription Monitoring Program that has oversight by the Arizona and Nevada state boards of pharmacy. These statewide computer systems track opioid pain medications and other controlled substance prescriptions.

If you need help with substance abuse or addiction, please call **1-800-662-HELP (4357)** for

confidential referral and treatment.

**Sponsored by:**

**American College of Emergency Physicians**
*ADVANCING EMERGENCY CARE*

**CMA**
California Medical Association

**AZHHA**
Arizona Hospital and Healthcare Association

**NHA**
Nevada Hospital Association

**ENA**
Emergency Nurses Association
Safe Practice, Safe Care
California State Council

**KAISER PERMANENTE**

# Emergency Department Patient Discharge Instructions

**If your symptoms continue or worsen, return to the emergency department or contact your physician.**
**If you have questions about your discharge instructions, call the phone number above.**

## Providers

**Attending Physician** - Geyer, Brooke PA

**Lifetime Physician(PCP)** - PCP, Unknown

| Provider | Role |
|---|---|
| Dhanoa, Jaskirat S MD | ED Provider |

## Reason for Visit

1) Trauma - minor
2) Hand injury - Major

## Discharge Diagnosis

Laceration of hand with complication

## Discharge Vitals

**T:** 36.8 °C (Temporal Artery) **HR:** 85 **RR:** 18 **BP:** 111/68 **SpO2:** 98%
**Oxygen Method:** Room air **HT:** 167.64 cm **WT:** 160 lbs **WT:** 72.562 kg **BMI:** 25.82
**BSA:** 1.84

## Time patient left the ED

**These instructions are intended to provide general information and guid follow at home to properly care for your particular medical problem. The diagnostic tests and/or procedures were performed during your stay.**

## Tests Performed

XR Hand 3+ Views Rt

XR Wrist 3+ Views Rt

---

# Most Recent Lab Results

# Follow-up Instructions:

**All referrals for follow up medical care may require approval by your insurance carrier. Any provider contact information (below) is provided to assist you in getting the follow up we recommend. However, it's important that you first check with your insurance provider to assure that the provider is in yourinsurance provider to assure that the provider is in your network and such a visit will be covered. Some plans may require a Primary Care doctor to provide a referral for specialist appointments.**

## Additional Patient Instructions

You were seen in the emergency department for hand laceration. We performed a full evaluation, including x-ray did not show any signs of a fracture, we repaired the laceration in the emergency department was 13 sutures. It is very important for you to closely monitor your hand given how deep this wound was, if you develop redness, persistent bleeding, puslike drainage, severe pain you may need to come back to the emergency room for further evaluation. Given this was a dirty wound no debridement was we have started you on antibiotics, please take the full course of antibiotics. We have also provided you follow-up instructions for a local hand surgeon, he can follow-up with them in the clinic setting for further care as well given the severity of your laceration. The sutures will need to be removed in about 7 to 10 days you can come back to the emergency room, go to the urgent care or your primary care doctor for suture removal. For pain we recommend taking Tylenol, Motrin and you can take the prescribed oxycodone for breakthrough pain.

Please follow up with your primary care provider. If you do not have a primary care doctor, you can explore options through Dignity Health in Merced at the following link: www.dignityhealth.org/ourdoctors/r/merced-ca/primary-care

Return to the emergency department if you develop worsening pain, a fever, severe chest pain, difficulty breathing, or any other symptoms concerning to you.

## You May Need to Schedule the Following Appointments

**Follow Up with** Pyfrom, Ricardo MD **Where:**
**When** Within 5 to 7 days

**Follow Up with** PCP, Unknown
**When** Within 1 to 3 days

**We encourage you to sign up for My Portal, where you can easily access your medical records and test results from all Dignity Health care centers.**

**Please sign up in one of the following ways:**

**1. Email invitation. You may have a message in your inbox. Please click the link provided to create an account. OR**

**2. Request an invitation at your next clinic or hospital visit. Please ask a staff member and they will be happy to assist you.**

# Medications

**DO NOT STOP TAKING ANY MEDICATIONS WITHOUT CONTACTING YOUR PHYSICIAN**

| | What | How Much | When | Instructions | Next Dose |
|---|---|---|---|---|---|
| New | acetaminophen (acetaminophen 500 mg oral tablet) | 2 tab(s) By mouth | Every 6 hours as needed for as needed for pain | Duration: 5 Days Pickup at CVS/pharmacy #8825 | |
| New | ibuprofen (ibuprofen 600 mg oral tablet) | 1 tab(s) By mouth | Every 8 hours | Duration: 10 Days Pickup at CVS/pharmacy #8825 | |
| New | oxyCODONE (oxyCODONE 5 mg oral capsule) tablets | 2 cap By mouth | Every 6 hours as needed for as needed for pain | Duration: 5 Days Pickup at CVS/pharmacy #8825 | |

**Pharmacy Information**
CVS/pharmacy #8825: 12071 Mount Vernon Ave Grand Terrace, CA 923135173 (909) 514 - 0287

# Discharge Orders

**Discharge Orders:**

**Discharge**  Now, Home or self care

*070474U8F002552*NOTAFP.X3.PBISBNOT.ISB.R241107.PAM 11101000 0026010635605610957595333963101

# Internet Application Summary

This form summarizes all the information the person who started an Internet application for Social Security benefits on your behalf provided to us.

We received your benefits application on November 7, 2024 at 02:32:54 PM.

Instructions

1. Review all the entries and confirm that the information is correct.

2. Write your initials next to any corrections that you make.

3. Sign and date the **Internet Application Summary** in the space shown as, "Signature."

**NOTE:** It is important that **you** sign the application, not the person who filled it in for you or anyone else.

4. Mail or bring all pages of the signed **Internet Application Summary** and any other documents you need to your local Social Security office. If you mail them, please follow the mailing instructions on the last page of this letter. Remember to add your return address and the correct postage to the envelope provided.

The following section of text is provided in the language it was submitted.

---

Application Summary

I apply for all insurance benefits for which I am eligible under Title II (Federal Old-Age, Survivors, and Disability Insurance) and Part A of Title XVIII (Health Insurance for the Aged and Disabled) of the Social Security Act, as presently amended.

Identification

Applicant Identification
Name: Frank Harley Silva
Social Security Number: ***-**-7137
Date of Birth: November 15, 1991
Gender: Male
Blind or low vision: No
Disabled: Yes
Start Date of Disability: September 12, 2019
Denied Benefits in Last 60 days: No
Diagnosed with condition that is expected to end in death: No

Preparer's Contact Information
Name: Attny Jeffrey Milam
Relationship to Applicant: Attorney Representative
Organization Name: Milam Law
Address: 2325 El Camino Ave, Sacramento, California, 95821
Phone: (916) 486-4245

Applicant's Contact Information

Contact Information
Mailing Address: 4201 Marshall St, Le Grande, California, 95333
Reside at this address: No
Residence Address: Homeless, Le Grande, California, 95333
Phone: (510) 305-3247 Mobile
Best time to call: Anytime between 9 a.m. and 5 p.m.

Ability to Communicate in English
Speak English: Yes
Read English: Yes
Write English: Yes

Language Preferences
Preferred language for speaking: English
Preferred language for reading: English

Birth and Citizenship Information
Place of Birth: Oakland, California
U.S. Citizen: Yes
Type of Citizenship: US citizen born inside US

Other Social Security Numbers and Names

Other Social Security Numbers
Any other Social Security Numbers used: No

Other Names
Any other names used: No

General

Marriage Information
Currently married: No

Prior Marriages
Any prior marriages: No

Children
Have any children: No

Military Details
Military service prior to 1968: No

Employer Details
Worked for an employer in 2023: No
Worked or will work for an employer in 2024: No
Will work for an employer in 2025: No

*07057AU9F00252*NOTAFP.X3.PBISBNOT.ISB.R241107.PAM 11101.0000 002601063560561095765953396310

Self-Employment Details
Self-employed in 2023: No
Self-employed in 2024: No
Self-employed in 2025: No

Supplemental Information
Worked outside the US: No
Agree with earnings history as shown on Social Security statement: Not sure or
Frank Silva does not have a statement

Total Earnings
Neither working for an employer nor self-employed in 2023 or later, last year worked: 2019

Other Pensions/Annuities
Ever work in a job where U.S. Social Security taxes were not deducted or withheld: No
Worked for the Federal Government in January 1983: No

Direct Deposit Details
Own or co-own a bank account to use for Direct Deposit: No

Other Benefits

Benefit Information
Intend to apply for Supplemental Security Income benefits: Yes
Any previous application(s) for Medicare, Social Security, or Supplemental Security Income benefits: Yes
Types of benefits for which application submitted: Supplemental Security Income
benefits
Application for benefits submitted on own Social Security Number: Yes

Ability To Work
Illnesses, injuries, conditions related to work: No
Now able to work: No

Disability Payments
Filed or intend to file for workers' compensation or other public disability benefits: No
Received money from employer on/after date unable to work: No
Expect to receive money from employer in the future: No

Dependents
Has one parent who receives one-half support: No

Remarks & Options

Remarks
The following are your remarks: SSI CLAIM. - Original ssa-8001 by mail.

My Responsibilities

I agree to notify Social Security promptly if I (or anyone for whom I receive benefits)

- become employed or self-employed while outside the U.S.,
- change citizenship, or
- go (for 30 days or more) to any country other than the residence address shown on this application.

I agree to return any payments that are not due.

I declare under penalty of perjury that I have examined all the information on this application and it is true and correct to the best of my knowledge.

Signature: ____________________ Date: ______________

Witnesses are required only if this application has been signed by mark (x) above. If signed by (x), two witnesses to the signing who know the applicant must sign below, giving their full addresses.

| | |
|---|---|
| Signature of Witness | Signature of Witness |
| Number and Street Address | Number and Street Address |
| City, State and ZIP Code | City, State and ZIP Code |

This form should be submitted to the address shown on your notice.

*070674U19F002552*NOTAFP.X3.PBISBNOT.ISB.R241107.PAM 11101000 00260106356056109657695633986101

**Privacy Act Statement**
Collection and Use of Personal Information

Sections 202(a), 205(a), 1631(e) and 1872 of the Social Security Act, as amended, allow us to collect this information. Furnishing us this information is voluntary. However, failing to provide all or part of the information may prevent an accurate and timely decision on any claim filed and could result in the loss of some benefits.

We will use the information to make a determination of eligibility for benefits for you and your dependents. We may also share your information for the following purposes, called routine uses:

1. To State audit agencies for auditing State supplementation payments and Medicaid eligibility considerations;

2. To third party contacts where necessary to establish or verify information provided by representative payees or payee applicants;

3. To a Social Security beneficiary or claimant when a claim is filed by another individual on the same record which is adverse to the beneficiary, but only information concerning the facts relevant to the interests of each party in a claim; and

4. To Federal, State or local agencies for administering cash or non-cash income maintenance or health maintenance programs.

In addition, we may share this information in accordance with the Privacy Act and other Federal laws. For example, where authorized, we may use and disclose this information in computer matching programs, in which our records are compared with other records to establish or verify a person's eligibility for Federal benefit programs and for repayment of incorrect or delinquent debts under these programs.

A list of additional routine uses is available in our Privacy Act System of Records Notices (SORNs) 60-0059, entitled Earnings Recording and Self-Employment Income System; 60-0089, entitled Claims Folders Systems; 60-0090, entitled Master Beneficiary Record; and 60-0103, entitled Supplemental Security Income Record and Special Veterans Benefits. Additional information and a full listing of all our SORNs are available on our website at www.socialsecurity.gov/foia/bluebook.

**Paperwork Reduction Act Statement**
Paperwork Reduction Act Statement - This information collection meets the requirements of 44 U.S.C. sec. 3507, as amended by section 2 of the Paperwork Reduction Act of 1995. You do not need to review, confirm or sign this application summary unless we display a valid Office of Management and Budget control number; the control number is 0960-0618. We estimate that it will take about 20 minutes to read the instructions, review the information contained in the summary, and sign the application. You may send comments on our time estimate above to: SSA, 6401 Security Blvd., Baltimore, MD 21235-6401. Send only comments relating to our time estimate to this address, not the completed form.

Case 1:25-cv-01786-JLT-SAB Document 1 Filed 12/09/25 Page 301 of 330

# Mailing Instructions

Please re-fold and insert this page so that the mailing address below can be seen clearly through the window of the return envelope. Fold all pages of the signed **Internet Application Summary,** and place them in the envelope behind this page. Also include any other requested documents.

SOCIAL SECURITY ADMINISTRATION
SOCIAL SECURITY
3185 M ST
MERCED CA 95348

**IMPORTANT**

**To ensure your claim reaches Social Security, please re-fold this page along the dashed line and insert this side facing the address window of the return envelope.**

*07074U9F002552*NOTAFP.X3.PBISBNOT.ISB.R241107.PAM 111010000 0026010635605610957595333963101

## Your Reporting Responsibilities

It is important that you let us know as soon as possible whenever one of the changes listed below occurs. You need to contact us if:

- you change your mailing address;
- your citizenship or immigration status changes; or
- your Medicare Part B premium is automatically paid from an account at a bank or other financial institution, and you change institutions or close the account.

You can call, write, or visit our office or our website at www.socialsecurity.gov/pgm/reach.htm to make a report. Please have your Social Security number handy when you contact us.

Other government agencies may provide us with information you give to them, but you must also report any changes to us.

## Supplemental Nutrition Assistance Program (SNAP)

If you meet certain conditions, SNAP benefits may be available to help you buy food. For more information about SNAP benefits, read Supplemental Nutrition Assistance Program Facts at www.ssa.gov/pubs/EN-05-10101.pdf on the Internet.

If you want to file for SNAP benefits now, you can:

- Apply at any local SNAP office.
- Apply online at www.fns.usda.gov/snap/apply on the Internet.
- Apply by mail. First, download and complete your state form at www.fns.usda.gov/snap/snap-application-and-local-office-locators on the Internet. Then, mail the form to your local SNAP office.

## Additional Information

If you want to get in touch with the person who completed your application, the address is: 2325 EL CAMINO AVE, SACRAMENTO, CA 95821. The telephone number is (916) 486-4245.

## If You Have Questions

If you have questions, call, write, or visit any Social Security office and have this letter with you. The telephone number and **mailing** address of the office processing your claim are shown at the top of this letter.

*07024U8F0025S2*NOTAFP.X3.PBISBNOT.ISB.R241107.PAM 111010000 00260106356056109575953339630101

We may use November 7, 2024 as the official date of your application for Social Security benefits. In order to use November 7, 2024, we must receive the **signed** application by May 15, 2025 **or you may lose** Social Security benefits.

If you intend to apply for SSI benefit payments, you will need to file a separate application for SSI benefits. We may use November 7, 2024 as the official date of your SSI application. In order to use November 7, 2024 we must receive a **signed** application by January 13, 2025 **or you may lose SSI benefit payments.** Please contact us to arrange an appointment to apply for SSI.

Supplemental Security Income or SSI is a federal program that provides monthly payments to people who have limited income and assets and who are age 65 or older, or blind, or have a disability. For more information about the SSI program, please read the pamphlet, "You May Be Able To Get Supplemental Security Income (SSI)."

If any of the dates shown above fall on a weekend or federal holiday, we must receive the signed application by the following business day.

## Check Your Application

You can check the status of your application on the Internet or using our automated telephone application.

To check the status of your application on the Internet:

1. Just go to the "Social Security Online" homepage at www.socialsecurity.gov.
2. Select **my Social Security** and either sign into your account or create a new account.

To check the status of your application using our automated telephone application:

1. Call us at 1-800-772-1213.
2. At the Main Menu, say "Claim Status" or "Application Status" when asked about the reason for your call.
3. Follow the prompts to check your application status. You will need to enter your Confirmation Number located at the top of this letter.

Please guard your Confirmation Number carefully. It is the key to your application information. Social Security employees will never ask for your Confirmation Number.

Disability claims take longer to process than other types of Social Security claims. It takes time to obtain sufficient medical evidence to show that you are disabled. It may take 200-230 days before your application status will show a final decision on your disability claim.

*1006CIPA1023369*NOTAFP.X3.CIPAFP.ODARS.R250807.PS1K 000000000000000HA12342508071403300107949

## Privacy Act Statement Collection and Use of Personal Information

Sections 205(b), 205(d), and 1631(c) of the Social Security Act, as amended, allow us to collect this information. Furnishing us this information is voluntary. However, failing to provide all or part of the information may prevent us from completing the hearing process.

We will use the information you provide to document your waiver of right to receive a written Notice of Hearing. We may also share the information for the following purposes, called routine uses:

- To contractors and other Federal agencies, as necessary, for the purpose of assisting the Social Security Administration (SSA) in the efficient administration of its programs. We will disclose information under this routine use only in situations in which SSA may enter a contractual or similar agreement with a third party to assist in accomplishing an agency function relating to this system of records; and

- To student volunteers and other workers, who technically do not have the status of Federal employees, when they are performing work for SSA as authorized by law, and they need access to personally identifiable information in SSA records in order to perform their assigned Agency functions.

In addition, we may share this information in accordance with the Privacy Act and other Federal laws. For example, where authorized, we may use and disclose this information in computer matching programs, in which our records are compared with other records to establish or verify a person's eligibility for Federal benefit programs and for repayment of incorrect or delinquent debts under these programs.

A list of additional routine uses is available in our Privacy Act System of Records Notices (SORNs) 60-0005, Administrative Law Judge Working File on Claimant Cases, as published in the Federal Register (FR) on April 29, 2009, at 74 FR 19617; 60-0089, Claims Folder Systems, as published in the FR on October 31, 2019, at 84 FR 58422; and 60-0320, Electronic Disability (eDIB) Claim File, as published in the FR on June 4, 2020, at 85 FR 34477. Additional information, and a full listing of all of our SORNs, is available on our website at www.ssa.gov/privacy.

**Paperwork Reduction Act Statement** - This information collection meets the requirements of 44 U.S.C. § 3507, as amended by section 2 of the Paperwork Reduction Act of 1995. You do not need to answer these questions unless we display a valid Office of Management and Budget (OMB) control number. We estimate that it will take about 2 minutes to read the instructions, gather the facts, and answer the questions. ***Send only comments regarding this burden estimate or any other aspect of this collection, including suggestions for reducing this burden to:*** *SSA, 6401 Security Blvd, Baltimore, MD 21235-6401.*



Form **HA-4632** (06-2025) UF
Use Prior Edition Until Stock is Exhausted
Social Security Administration
Office of Disability Adjudication

OMB No. 0960-0289

•1005CIPA1023369•NOTAFP.X3.CIPAFP.ODARS.R250807.PS1K 000000000000000000HA12342508071403300107949

# CLAIMANT'S MEDICATIONS

**A. To be completed by Hearing Office**

| (Claimant and Social Security Number) | (Wage Earner and Social Security Number) (Leave blank if same as claimant) | The last time we brought your case up-to-date was: |
|---|---|---|
| Frank Harley Silva | | June 28, 2023 |

**B. To be completed by the Claimant**

## PLEASE PRINT

PLEASE LIST BELOW THE PRESCRIPTION MEDICATION WHICH YOU ARE PRESENTLY TAKING. IF THE NAME OF THE MEDICATION IS NOT SHOWN ON THE PRESCRIPTION CONTAINER, YOU MAY VERIFY THE NAME WITH YOUR PHARMACIST.

| NAME OF MEDICATION & DOSAGE | DATE FIRST PRESCRIBED | DAILY AMOUNT TAKEN | REASONS FOR MEDICATION | NAME OF PHYSICIAN |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

PLEASE LIST BELOW THE NONPRESCRIPTION MEDICATION YOU ARE TAKING AND THE REASONS YOU TAKE THEM.

If more space is needed, use additional sheets.

RQID:DCPS08072517502836607137 SITE:X18 DR:S
SSN:********* DOCTYPE:3045 RF:D CS:ecca

Form **HA-4633** (06-2024) UF
Discontinue Prior Editions
Social Security Administration

Page 1 of 2
OMB No. 0960-0300

*1007CIPA1023369*NOTAFP.X3.CIPAFP.ODARS.R250807.PS1K 0000000000000000HA12342508071403001079494

# CLAIMANT'S WORK BACKGROUND

**A. To be completed by Hearing Office**

| (Claimant and Social Security Number) | (Wage Earner and Social Security Number) (Leave blank if same as claimant) | The last time we brought your case up-to-date was: |
|---|---|---|
| Frank Harley Silva | | June 28, 2023 |

**B. To be completed by Claimant**

**PLEASE PRINT**

Start with your most recent job, and list that and any work performed within the past 5 years.

| DATE OF EMPLOYMENT (APPROXIMATELY) | NAME OF EMPLOYER AND LOCATION OF EMPLOYMENT | DUTIES PERFORMED |
|---|---|---|
| FROM | | |
| TO | | |
| | | |
| | | |
| | | |
| FROM | | |
| TO | | |
| | | |
| | | |
| | | |
| FROM | | |
| TO | | |
| | | |
| | | |
| | | |
| FROM | | |
| TO | | |
| | | |
| | | |
| | | |

If more space is needed, use additional sheets.

RQID:DCPS08072517502841807137 SITE:X18 DR:S
SSN:********* DOCTYPE:3050 RF:D CS:6692

Case 1:25-cv-01786-JLT-SAB Document 1 Filed 12/09/25 Page 307 of 330

**Whose Records to be Disclosed**

| NAME *(First, Middle, Last, Suffix)* | |
|---|---|
| Frank Harley Silva | |
| SSN 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 | Birthday *(MM/DD/YYYY)* 11/15/1991 |

# AUTHORIZATION TO DISCLOSE INFORMATION TO THE SOCIAL SECURITY ADMINISTRATION (SSA)

**** PLEASE READ THE ENTIRE FORM, BOTH PAGES, BEFORE SIGNING BELOW ****

**I voluntarily authorize and request disclosure** (including paper, oral, and electronic interchange):

**OF WHAT** **All my medical records: also education records and other information related to my ability to perform tasks. This includes Specific permission to release:**

1. **All records and other information regarding my treatment, hospitalization, and outpatient care for my impairment(s) including, and not limited to:**
   - Psychological, psychiatric or other mental impairment(s) (excludes "psychotherapy notes" as defined in 45 CFR 164.501)
   - Drug abuse, alcoholism, or other substance abuse
   - Sickle cell anemia
   - Records which may indicate the presence of a communicable or noncommunicable disease; and tests for or records of HIV/AIDS
   - Gene-related impairments (including genetic test results)
2. **Information about how my impairment(s) affects my ability to complete tasks and activities of daily living, and affects my ability to work.**
3. **Copies of educational tests or evaluations, including Individualized Educational Programs, triennial assessments, psychological and speech evaluations, and any other records that can help evaluate function; also teachers' observations and evaluations.**
4. **Information created within 12 months after the date this authorization is signed, as well as past information.**

**FROM WHOM**
- **All medical sources** (hospitals, clinics, labs, physicians, psychologists, etc.) including mental health, correctional, addiction treatment, and VA health care facilities
- All educational sources (schools, teachers, records administrators, counselors, etc.)
- Social workers/rehabilitation counselors
- Consulting examiners used by SSA
- Employers, insurance companies, workers' compensation programs
- Others who may know about my condition (family, neighbors, friends, public officials)

**THIS BOX TO BE COMPLETED BY SSA/DDS (as needed).** Additional information to identify the subject (e.g., other names used), the specific source, or the material to be disclosed:

**TO WHOM** **The Social Security Administration and to the State agency authorized to process my case** (usually called "disability determination services"), **including contract copy services, and doctors or other professionals consulted during the process.** [Also, for international claims, to the U.S. Department of State Foreign Service Post.]

**PURPOSE** Determining my **eligibility for benefits**, including looking at the combined effect of any impairments that by themselves would not meet SSA's definition of disability; and whether I can manage such benefits.

☐ Determining whether I am **capable of managing benefits ONLY** (check only if this applies)

**EXPIRES WHEN** This authorization is good for 12 months from the date signed (below my signature).

- I authorize the use of a copy (including electronic copy) of this form for the disclosure of the information described above.
- I understand that there are some circumstances in which this information may be redisclosed to other parties (see page 2 for details).
- I may write to SSA and my sources to revoke this authorization at any time (see page 2 for details).
- SSA will give me a copy of this form if I ask; I may ask the source to allow me to inspect or get a copy of material to be disclosed.
- **I have read both pages of this form and agree to the disclosures above from the types of sources listed.**

**PLEASE SIGN USING BLUE OR BLACK INK ONLY INDIVIDUAL authorizing disclosure - Signature**

**IF not signed by subject of disclosure, specify basis for authority to sign**
☐ Parent of minor ☐ Other personal representative (explain) ____
☐ Guardian

(Parent/guardian/personal representative sign here if two signatures required by State law)

| Date Signed | Street Address 4201 Marshall St. | | |
|---|---|---|---|
| Phone Number (with area code) (510) 449-9885 | City Le Grand | State CA | ZIP 95333 |

**WITNESS** I know the person signing this form or am satisfied of this person's identity:

| Signature | IF needed, second witness sign here (e.g., if signed with "X" above) |
|---|---|
| Phone Number (or Address) | Phone Number (or Address) |

This general and special authorization to disclose was developed to comply with the provisions regarding disclosure of medical, educational, and other information under P.L. 104-191 ("HIPAA"); 45 CFR parts 160 and 164; 42 U.S. Code section 290dd-2; 42 CFR part 2; 38 U.S. Code section 7332; 38 CFR 1.475; 20 U.S. Code section 1232g ("FERPA"); 34 CFR parts 99 and 300; and State law.

*1009CIPA1023369*NOTAFP.X3.CIPAFP.ODARS.R250807.PS1K 0000000000000000HA1234250807140330107949

## Privacy Act Statement
## Collection and Use of Personal Information

Sections 205(a), 702, 1631(e)(1), and 1869(b)(1)(C) of the Social Security Act, as amended, allow us to collect this information. Furnishing us this information is voluntary. However, failing to provide all or part of the information may prevent an accurate and timely decision on any claim filed.

We will use the information you provide to determine benefits eligibility. We may also share the information for the following purposes, called routine uses:

- To contractors and other Federal agencies, as necessary, for the purpose of assisting SSA in the efficient administration of our programs; and
- To specified business and other community members and Federal, State, and local agencies for verification of eligibility for benefits under section 1631(e) of the Social Security Act.

In addition, we may share this information in accordance with the Privacy Act and other Federal laws. For example, where authorized, we may use and disclose this information in computer matching programs, in which our records are compared with other records to establish or verify a person's eligibility for Federal benefit programs and for repayment of incorrect or delinquent debts under these programs.

A list of additional routine uses is available in our Privacy Act System of Records Notices (SORN) 60-0089, entitled Claims Folders System, as published in the Federal Register (FR) on October 31, 2019, at 84 FR 58422, and 60-0320, Electronic Disability Claim File, as published in the FR on June 4, 2020, at 85 FR 34477. Additional information, and a full listing of all of our SORNs, is available on our website at www.ssa.gov/privacy.

**Paperwork Reduction Act Statement** - This information collection meets the requirements of 44 U.S.C. § 3507, as amended by section 2 of the Paperwork Reduction Act of 1995. You do not need to answer these questions unless we display a valid Office of Management and Budget control number. We estimate that it will take about 20 minutes to read the instructions, gather the facts, and answer the questions. **SEND OR BRING THE COMPLETED FORM TO YOUR LOCAL SOCIAL SECURITY OFFICE. You can find your local Social Security office through SSA's website at** www.socialsecurity.gov. **Offices are also listed under U. S. Government agencies in your telephone directory or you may call Social Security at 1-800-772-1213 (TTY 1-800-325-0778).** *You may send comments regarding this burden estimate or any other aspect of this collection, including suggestions for reducing this burden to: SSA, 6401 Security Blvd, Baltimore, MD 21235-6401.* ***Send only comments relating to our time estimate to this address, not the completed form.***

*1008CIPA1023369*NOTAFP.X3.CIPAFP.ODARS.R250807.PS1K 00000000000000000HA1234250807140330010794



SSA
P. O. BOX 9093
London, KY 40742

**WARNING: DO NOT THROW AWAY**
Use this sheet to return documents to the SSA Office.

**AVISO: NO LA DESCARTE**
Use esta hoja para devolver los documentos a la Oficina del Seguro Social.

*1001CIPA1023369*NOTAFP.X3.CIPAFP.ODARS.R250807.PS1K 0000.0000000000000HA12342508071403300107949

3194 21 MB 0.667 P2 T21 181930 1 16 1 CIPA R250807 1000

Frank Harley Silva
4201 Marshall St.
Le Grand, CA 95333

Please make sure this page remains folded. Ensure the SSA office address on the ***reverse*** side of this sheet shows clearly when mailing documents to SSA.

Por favor asegúrese que esta página se mantenga doblada. Asegúrese que la dirección de la oficina de Seguro Social ***al dorso*** esta la hoja se muestre claramente cuando envíe los documentos al Seguro Social.

SSA
P. O. BOX 9093
London, KY 40742

Por favor use este lado y asegúrese de que la dirección de la oficina se vea claramente en el sobre de respuesta provisto.

Please use this side and ensure the SSA office address shows clearly in the provided reply envelope.



SOCIAL SECURITY ADMINISTRATION

**Re:**
Frank Harley Silva

Office of Hearings Operations
SSA OHO HEARING OFC
SUITE 100
3116 W MARCH LN
STOCKTON, CA 95219-2374
Tel: 866-494-3136
Fax: 833-320-0691

May 03, 2022

Frank Harley Silva
36864 Elm St
Newark, CA 94560

0202CIPA101371P*NOTAFP.X3.CIPAFP.ODARS.R220503.PS1K 000000000000000CP0310220503269800104594

**NOTICE OF HEARING – IMPORTANT REMINDER**

We recently mailed you a Notice stating the time of the hearing you requested. We enclosed with your Notice an Acknowledgement Form, which we asked you to complete and return. If you have **not** yet returned the Acknowledgement Form, please call the number listed above and tell us if you plan to come to your hearing. If you do not plan to come to your hearing, please tell us why you cannot come.

We expect you to be present at the hearing scheduled for:

**Day:** Tuesday **Date:** May 31, 2022 **Time:** 09:15 AM Pacific (PT)

An administrative law judge (ALJ) will conduct your hearing by telephone. On the date and at the time listed above, the ALJ will call you at the telephone number in our file. The number is 510-449-9885. If this is not the correct telephone number, please call this office immediately.

On the day of the hearing, we will call you at the telephone number you provided:

- If you provided a cell phone number for the hearing, the incoming call will display as "Catonsville, MD."
- If you provided a landline phone number, your caller ID will display as "SSA U.S Govt."

If you do not attend the hearing, the administrative law judge (ALJ) may **dismiss** your request for hearing, without further notice, unless he or she finds that you have a good reason for not attending.

If you do not understand this notice, or if some unexpected problem arises, please call this hearing office at the phone number listed above.

Sincerely,

*Social Security Administration*

Form HA-L503 (02-2022)
Claimant

See Next Page

Frank Harley Silva
Page 2 of 2

cc: Jeffrey L. Milam
2325 El Camino Avenue
Sacramento, CA 95821

Form HA-L503 (02-2022)
Claimant



# Privacy Act Statement
## Collection and Use of Personal Information

Sections 205(b), 205(d), and 1631(c) of the Social Security Act, as amended, allow us to collect this information. Furnishing us this information is voluntary. However, failing to provide all or part of the information may prevent us from completing the hearing process.
We will use the information you provide to document your waiver of right to receive a written Notice of Hearing. We may also share the information for the following purposes, called routine uses:

- To contractors and other Federal agencies, as necessary, for the purpose of assisting the Social Security Administration (SSA) in the efficient administration of its programs. We will disclose information under this routine use only in situations in which SSA may enter a contractual or similar agreement with a third party to assist in accomplishing an agency function relating to this system of records; and

- To student volunteers and other workers, who technically do not have the status of Federal employees, when they are performing work for SSA as authorized by law, and they need access to personally identifiable information in SSA records in order to perform their assigned Agency functions.

In addition, we may share this information in accordance with the Privacy Act and other Federal laws. For example, where authorized, we may use and disclose this information in computer matching programs, in which our records are compared with other records to establish or verify a person's eligibility for Federal benefit programs and for repayment of incorrect or delinquent debts under these programs.

A list of additional routine uses is available in our Privacy Act System of Records Notices (SORNs) 60-0005, Administrative Law Judge Working File on Claimant Cases, as published in the Federal Register (FR) on April 29, 2009, at 74 FR 19617; 60-0089, Claims Folder Systems, as published in the FR on October 31, 2019, at 84 FR 58422; and 60-0320, Electronic Disability (eDIB) Claim File, as published in the FR on June 4, 2020, at 85 FR 34477. Additional information, and a full listing of all of our SORNs, is available on our website at www.ssa.gov/privacy.

**Paperwork Reduction Act Statement**
This information collection meets the requirements of 44 U.S.C. § 3507, as amended by section 2 of the Paperwork Reduction Act of 1995. You do not need to answer these questions unless we display a valid Office of Management and Budget (OMB) control number. We estimate that it will take about 2 minutes to read the instructions, gather the facts, and answer the questions. ***Send only comments regarding this burden estimate or any other aspect of this collection, including suggestions for reducing this burden to:*** *SSA, 6401 Security Blvd, Baltimore, MD 21235-6401.*

*1004CIPA1023369*NOTAFP.X3.CIPAFP.ODARS.R250807.PS1K 0000000000000000HA12342508071403300107949



**If You Want Help With Your Appeal**

You may choose to have a representative help you with your case. We will work with this person just as we would work with you. If you decide to have a representative, you should find one quickly so that person can start preparing your case.

Many representatives charge a fee only if you win your case. Others may represent you for free. Generally, your representative cannot charge a fee unless we approve it. Your local Social Security office can give you a list of groups that can help you find a representative.

If you get a representative, you or that person must notify us in writing. You can go to https://secure.ssa.gov/ssa1696/front-end to complete the form with your representative online, download the form SSA-1696 "Claimant's Appointment of Representative" at www.ssa.gov/forms, or contact us to request a form.

You can also log into your *my* Social Security account for information and online service options regarding your representation.

**New Application**

You have the right to file a new application at any time, but filing a new application is not the same as appealing this decision. If you disagree with the decision and you file a new application instead of an appeal:

- You might lose some benefits or not qualify for any benefits and
- We could deny the new application using this decision, if the facts and issues are the same.

So, if you disagree with this decision, you should file an appeal.

**Suspect Social Security Fraud?**

Please visit https://oig.ssa.gov/report or call the Inspector General's Fraud Hotline at (800) 269-0271. If you are deaf or hard of hearing, call TTY (866) 501-2101.

**Need More Help?**

1. Visit www.ssa.gov for fast, simple, and secure online service.
2. Call us at 1-800-772-1213, weekdays from 8:00 am to 7:00 pm. If you are deaf or hard of hearing, call TTY 1-800-325-0778. Please mention this letter when you call.
3. You may also call your local office at (888) 632-7069.

MERCED CA
SOCIAL SECURITY
3185 M ST
MERCED CA 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

**How are we doing?** Go to www.ssa.gov/feedback to tell us.

*Social Security Administration*

CC: Jeffrey Milam

Enclosure(s):
Supplemental Security Income (SSI) Disability and Blindness Rules Explanation

Social Security Administration
**Supplemental Security Income**
Notice of Disapproved Claim

Date: 06/12/2025
Claim Number: 13954620

FRANK HARLEY SILVA
4201 MARSHALL ST
LE GRANDE CA 95333

This is a very important letter from Social Security. Please read it carefully. If you cannot read English, please take this letter to someone who can read it to you right away, or contact Social Security for free help.

We are writing about your claim for Supplemental Security Income (SSI) payments. Based on a review of your medical conditions, you do not qualify for SSI payments on this claim. This is because you are not disabled or blind under our rules. Doctors and other trained staff looked at your case and made this decision. They work for the State but used our rules.

The rest of this letter explains our decision, information about other benefits, and your appeal rights.

**The Decision**

See the enclosed Explanation.

**About The Decision**

There are many types of disability programs, both government and private, which use different rules. A person may be receiving benefits under another program and still not be entitled under our rules. This may be true in your case. Please see the enclosure called "Supplemental Security Income (SSI) Disability and Blindness Rules" for information about our rules.

**Information About Medicaid and Other Benefits**

An agency of your State will advise you about the medical assistance (Medicaid) program. If you have any questions about your eligibility for Medicaid or need immediate medical assistance, please contact the county welfare department.

The application you filed for SSI was also a claim for Social Security benefits. We looked into this, and decided you cannot get any Social Security benefits besides those you may already be getting.

You may want to contact your local public assistance office to find out if you qualify for payments from them.

**If You Disagree With The Decision**

If you do not agree with this decision, you have the right to appeal. A person who did not make the first decision will decide the case. We will review the case and look at any new facts you have. We will review the parts of the decision that you think are wrong and correct any mistakes. We may also review the parts of our decision that you think are right. We will make a decision that may or may not be in your favor.

- You have 60 days to ask for an appeal.

- The 60 days start the day after you receive this letter. We assume you got this letter 5 days after the date on it unless you show us that you did not get it within the 5-day period.

- You must have a good reason if you wait more than 60 days to ask for an appeal.

- You must ask for an appeal in writing. Please use our "Request for Reconsideration" form, SSA-561. You can go to our website at https://www.ssa.gov/forms to locate this form. Or, you can submit your appeal request online at www.ssa.gov/disability/appeal. You can also contact us to request the form or if you need help filling out the form.

- In addition, you should complete form SSA-3441 "Disability Report - Appeal" to tell us about your medical condition since filing the claim. You can go to our website at https://www.ssa.gov/forms to locate this form. You can also contact us to request this form or if you need help filling out the form. If you complete your appeal request online, you will be able to complete and submit this form with your appeal request.

# Nondiscrimination Notice

- By phone: Contact the Alliance's Senior Grievance Specialist between 8 AM and 5:30 PM, Monday through Friday, by calling **800-700-3874**. Or, if you cannot hear or speak well, please call **800-735-2929** (**TTY**: Dial 711).

- In writing: Fill out a complaint form or write a letter and send it to:

  Central California Alliance for Health
  Attn: Senior Grievance Specialist
  1600 Green Hills Rd, Suite 101
  Scotts Valley, CA 95066

- In person: Visit your doctor's office or the Alliance and say you want to file a grievance.

- Electronically: Visit the Alliance's website at www.thealliance.health.

---

**OFFICE OF CIVIL RIGHTS – CALIFORNIA DEPARTMENT OF HEALTH CARE SERVICES**

You can also file a civil rights complaint with the California Department of Health Care Services, Office of Civil Rights by phone, in writing, or electronically:

- By phone: Call **916-440-7370**. If you cannot speak or hear well, please call **711 (Telecommunications Relay Service)**.

- In writing: Fill out a complaint form or send a letter to:

  **Deputy Director, Office of Civil Rights**
  **Department of Health Care Services**
  **Office of Civil Rights**
  **P.O. Box 997413, MS 0009**
  **Sacramento, CA 95899-7413**

  Complaint forms are available at http://www.dhcs.ca.gov/Pages/Language_Access.aspx.

- Electronically: Send an email to CivilRights@dhcs.ca.gov.

---

# Nondiscrimination Notice

**OFFICE OF CIVIL RIGHTS – U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES**

If you believe you have been discriminated against on the basis of race, color, national origin, age, disability or sex, you can also file a civil rights complaint with the U.S. Department of Health and Human Services, Office for Civil Rights by phone, in writing, or electronically:

- By phone: Call **1-800-368-1019**. If you cannot speak or hear well, please call **TTY/TDD 1-800-537-7697**.

- In writing: Fill out a complaint form or send a letter to:

  **U.S. Department of Health and Human Services**
  **200 Independence Avenue, SW**
  **Room 509F, HHH Building**
  **Washington, D.C. 20201**

  Complaint forms are available at http://www.hhs.gov/ocr/office/file/index.html.

- Electronically: Visit the Office for Civil Rights Complaint Portal at https://ocrportal.hhs.gov/ocr/portal/lobby.jsf.

SSA OHO Hearing Ofc
Suite 100
3116 W March Ln
Stockton, CA 95219

4854 1 MA 0.485 P1 T11 149196 1 10 1 CIPA R220503 0000

Frank H Silva
36864 Elm St
Newark, CA 94560

*020.CIPA101371*NOTAFP.X3.CIPAFP.ODARS.R220503.PS1K 0000000000000000CP03102205033269800104594

Case 1:25-cv-01786-JLT-SAB Document 1 Filed 12/09/25 Page 318 of 330

**Explanation of Form SSA-827,**
**Authorization to Disclose Information to the Social Security Administration (SSA)**

We need your written authorization to help get the information required to process your claim, and to determine your capability of managing benefits. Laws and regulations require that sources of personal information have a signed authorization before releasing it to us. Also, laws require specific authorization for the release of information about certain conditions and from educational sources.

You can provide this authorization by signing a form SSA-827. Federal law permits sources with information about you to release that information if you sign a single authorization to release all your information from all your possible sources. We will make copies of it for each source. A covered entity (that is, a source of medical information about you) may not condition treatment, payment, enrollment, or eligibility for benefits on whether you sign this authorization form. A few States, and some individual sources of information, require that the authorization specifically name the source that you authorize to release personal information. In those cases, we may ask you to sign one authorization for each source and we may contact you again if we need you to sign more authorizations.

You have the right to revoke this authorization at any time, except to the extent a source of information has already relied on it to take an action. To revoke, send a written statement to any Social Security Office. If you do, also send a copy directly to any of your sources that you no longer wish to disclose information about you; SSA can tell you if we identified any sources you didn't tell us about. SSA may use information disclosed prior to revocation to decide your claim.

It is SSA's policy to provide service to people with limited English proficiency in their native language or preferred mode of communication consistent with Executive Order 13166 (August 11, 2000) and the Individuals with Disabilities Education Act. SSA makes every reasonable effort to ensure that the information in the SSA-827 is provided to you in your native or preferred language.

**Privacy Act Statement**
**Collection and Use of Personal Information**

Sections 205(a), 223(d), 1614(a), and 1631(d) of the Social Security Act, as amended, allow us to collect this information. Furnishing us this information is voluntary. However, failing to provide all or part of the information may prevent us from making an accurate and timely decision on your claim, and could result in a denial or loss of benefits.

We will use the information you provide to determine your eligibility or continuing eligibility of benefits, and your ability to manage any benefits that you currently receive. We may also share the information for the following purposes, called routine uses:

- To State audit agencies for the purpose of: (a) auditing State supplementation payments and Medicaid eligibility considerations; and (b) expenditures of Federal funds by the State in support of the Disability Determination Services; and
- To third party contacts, where necessary, to establish or verify information provided by representative payees or representative payee applicants.

In addition, we may share this information in accordance with the Privacy Act and other Federal laws. For example, where authorized, we may use and disclose this information in computer matching programs, in which our records are compared with other records to establish or verify a person's eligibility for Federal benefit programs and for repayment of incorrect or delinquent debts under these programs.

A list of additional routine uses is available in our Privacy Act System of Records Notices (SORNs) 60-0089, entitled Claims Folders System, as published in the Federal Register (FR) on October 31, 2019, at 84 FR 58422; 60-0090, entitled Master Beneficiary Record, as published in the FR on January 11, 2006, at 71 FR 1826; 60-0103, entitled Supplemental Security Income and Special Veterans Benefits, as published in the FR on January 11, 2006, at 71 FR 1830; and 60-0320, entitled Electronic Disability (eDIB) Claim File, as published in the FR on June 4, 2020, at 85 FR 34477. Additional information, and a full listing of all of our SORNs, is available on our website at www.ssa.gov/privacy.

**Paperwork Reduction Act Statement**

This information collection meets the requirements of 44 U.S.C. § 3507, as amended by section 2 of the Paperwork Reduction Act of 1995. You do not need to answer these questions unless we display a valid Office of Management and Budget control number. We estimate that it will take about 10 minutes to read the instructions, gather the facts, and answer the questions. **SEND OR BRING THE COMPLETED FORM TO YOUR LOCAL SOCIAL SECURITY OFFICE. You can find your local Social Security office through SSA's website at** www.socialsecurity.gov. **Offices are also listed under U. S. Government agencies in your telephone directory or you may call Social Security at 1-800-772-1213 (TTY 1-800-325-0778).** *You may send comments regarding this burden estimate or any other aspect of this collection, including suggestions for reducing this burden to: SSA, 6401 Security Blvd, Baltimore, MD 21235-6401.* ***Send only comments relating to our time estimate or other aspects of this collection to this address, not the completed form.***

*1010CIPA1023369*NOTAFP.X3.CIPAFP.ODARS.R250807.PS1K 000000000000000000HA1234250807140330010794

Form **HA-4631** (06-2025) UF
Discontinue Prior Editions
Social Security Administration
Office of Disability Adjudication

OMB No. 0960-0300

*1003CIPA1023369*NOTAFP.X3.CIPAFP.ODARS.R250807.PS1K 0000000000000000HA1234250807140330107949

# CLAIMANT'S RECENT MEDICAL TREATMENT

**A. To be completed by Hearing Office**

| (Claimant and Social Security Number) | (Wage Earner and Social Security Number) (Leave blank if same as claimant) | The last time we brought your case up-to-date was: |
|---|---|---|
| Frank Harley Silva | | June 28, 2023 |

**B. To be completed by Claimant**

## PLEASE PRINT

**Please Answer the Following Questions:**

1. Have you been treated or examined by a doctor (other than a doctor at a hospital) since the above date? ☐ Yes ☐ No

| DOCTORS NAME(S) | ADDRESS(ES) & TELEPHONE NO.(S) | DATE(S) |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

2. What have these doctors told you about your condition?

3. Have you been hospitalized since the above date? (If yes, please list the name of and address of the hospital. Also explain why you were hospitalized and what treatment you received.) ☐ Yes ☐ No

Name of Hospital: Address of Hospital (Include ZIP Code)

Reason for hospitalization:

Treatment received:

If more space is needed, use additional sheets.

RQID:DCPS08072517502830107137 SITE:X18 DR:S
SSN:********* DOCTYPE:3040 RF:D CS:e888

Sign here [signature] Date 2/4/2025

TECHNICIAN ACKNOWLEDGEMENT

Sign here [signature] Date 2/4/2025

**MILAM LAW, INC.**

***50 + Years Experience***

***Social Security Disability ~ SSI Exclusively***

2325 El Camino Ave
Sacramento, CA 95821
(916) 486-4245
Facsimile: (916) 480-1205

509 15th Street
Modesto, CA 95354
(209) 576-0817
Facsimile: (209) 672-6245

330 N Fulton Street
Fresno, CA 93701
(559) 264-2800
Facsimile: (209) 672-6245

**Jeffrey Milam, Esq.**
Member Virginia State Bar

**Sengthiene Bosavanh, Esq.**
Member California State Bar

July 25, 2022

Mr. Frank Harley Silva
36864 Elm Street
Newark, CA 94560

Dear Mr. Silva:

Please call my office <u>immediately.</u> Our office hours are Monday through Friday 8:30 a.m. to 5:00 p.m. It is imperative that we speak with you regarding your Social Security Claim. You may lose money and/or time if you do not act promptly.

Thank you for your immediate attention to this matter. Please let us know if your address or phone number has changed.

Sincerely yours,

*Jeffrey Milam*

Jeffrey Milam
JM:jlr

**MILAM LAW, INC.**
***50 + Years Experience***
***Social Security Disability ~ SSI Exclusively***

2325 El Camino Ave
Sacramento, CA 95821
(916) 486-4245
Facsimile: (916) 480-1205

509 15th Street
Modesto, CA 95354
(209) 576-0817
Facsimile: (209) 672-6245

330 N Fulton Street
Fresno, CA 93701
(559) 264-2800
Facsimile: (209) 672-6245

**Jeffrey Milam, Esq.**
Member Virginia State Bar

**Sengthiene Bosavanh, Esq.**
Member California State Bar

January 3, 2025

Mr. Frank Harley Silva
4201 Marshall St
Le Grand, CA 95333

Dear Mr. Silva:

I have enclosed a copy of the district court judge's decision overturning the Administrative Law Judge's denial of your Social Security Disability claim, but remanding for additional proceedings. Unfortunately, the district court judge did <u>not</u> order Social Security to pay your benefits. Instead, the court ordered Social Security to do your case over. You may or may not ultimately win the case when it gets sent back.

Typically, after a case is remanded from the federal court, it takes a least six months before the hearing is scheduled on remand.

Please call my office if you have any questions.

Sincerely yours,

***Jeffrey Milam***
Jeffrey Milam
Attorney at Law
JM: ry
Enclosure: Opinion & Order; Judgment

STATE OF CALIFORNIA
FRANCHISE TAX BOARD
PO BOX 1328
RANCHO CORDOVA CA 95741-1328

(916) 845-4064

Notice Date: 05/13/2021

222700410002

# DEMAND FOR PAYMENT - COURT-ORDERED DEBT COLLECTIONS

☐ Check this box and indicate new address on reverse.

Account Number: JK-314-5887

Billing Number: CD-9196-98992

Amount Due: $1,057.00

FRANK H SILVA
36864 ELM ST
NEWARK CA 94560-2868

Return the above part with your payment. ↑
Keep this part for your records. ↓

The office listed on this notice referred your court-ordered debt to us for collection. Your account is past due and legal action is pending.

You must pay the amount due within ten days of this notice's date. If we do not receive your payment, we may take the following collection actions:

- Garnish your wages or other sources of income.
- Attach your bank account.
- Seize and sell your real or personal property.
- File a lien to attach to all real property you own or may acquire in California.
- Attach your California state income tax refund or lottery winnings.

The amount due listed may not include all the amounts you owe. If you have questions regarding specific case information or if you disagree with the amount due, call the referring office.

Partial payment will not stop collection action or the addition of interest. If an immediate payment in full creates an undue hardship, call us at (916) 845-4064 (not toll-free).

**TO PAY YOUR AMOUNT DUE**

1. Make your check or money order payable to **Court-Ordered Debt Collections.** Write your full name, account number, and billing number on your payment. Mail your payment with the top portion of this notice to:

   **COURT-ORDERED DEBT COLLECTIONS**
   FRANCHISE TAX BOARD
   PO BOX 1328
   RANCHO CORDOVA CA 95741-1328

2. To pay online and for other payment options, go to **ftb.ca.gov** and search for **My COD Account.**

| | |
|---|---|
| Account Number: | JK-314-5887 |
| Billing Number: | CD-9196-98992 |
| Amount Due: | $1,057.00 |

Persons with hearing or speech impairments, call TTY/TDD (800) 822-6268.

For more information, go to **ftb.ca.gov** and search for **court-ordered debt.** For your account activity and other online services, search for **My COD Account.**

| Referring Office | Case Number | Amount Due | Phone Number |
|---|---|---|---|
| ALAMEDA SUPERIOR | FHJ0001709016 | $463.00 | (844) 544-5358 |
| ALAMEDA SUPERIOR | FHJ0001710300 | $594.00 | (844) 544-5358 |

## FRANCHISE TAX BOARD
## COURT-ORDERED DEBT COLLECTIONS

### GENERAL INFORMATION

The Legislature established Franchise Tax Board's Court-Ordered Debt Collections to help collect delinquent court-ordered debts. These debts include fines, penalties, forfeitures, and restitution orders imposed by the courts for criminal offenses, as well as overdue fines for most vehicle code violations. We collect these debts by withholding wages, levying bank accounts, and seizing real or personal property. (Revenue and Taxation Code Section (R&TC) 19280 and Code of Civil Procedure Section 706.074)

For more information, go to **ftb.ca.gov** and search for **court-ordered debt**. For your account activity and other online services, search for **My COD Account**.

**Your Delinquent Court-Ordered Debt**
Your account was referred to us for collection, and you are legally required to pay all current and past due debts. We continue collecting until your debt is paid, or until the referring office instructs us to do otherwise. If an immediate payment in full creates an undue hardship or if you already paid the amount due, call us at (916) 845-4064 (not toll-free).

Persons with hearing or speech impairments, call TTY/TDD (800) 822-6268.

**If you Disagree with the Amount Due**
For specific case information or if you disagree with the amount due, you must call the referring office. Before calling, please have your case number and social security number ready.

### ASISTENCIA EN ESPAÑOL

Sí usted necesita asistencia adicional en Español, por favor llame al teléfono (916) 845-4064 (cargos aplican).

## FRANCHISE TAX BOARD PRIVACY NOTICE

The privacy of your personal information is important to us.

**Your Rights**
You have a right to view our records containing your personal information. We must tell you why we ask for your personal information, and if we've shared your information with others. You also have the right to question the accuracy of the information contained in your file.

**Reason for Information Request**
We request your personal information to resolve your delinquent court-ordered debt. It is mandatory that you furnish all requested information. If you fail to comply, we may take legal action to obtain this information. (R&TC Section 19280)

**Information Disclosure**
We may share your personal information to resolve your delinquent debt. We may share your information with employers, financial institutions, process agents, or others who hold assets belonging to you.

**Responsibility for the Records**
The Director of the Revenue Recovery Services Bureau is responsible for maintaining the records for Court-Ordered Debt Collections. To obtain information about your records:

- Write to:

**COURT-ORDERED DEBT COLLECTIONS**
FRANCHISE TAX BOARD
PO BOX 1328
RANCHO CORDOVA CA 95741-1328

- Call (916) 845-4064 (not toll-free).

STATE OF CALIFORNIA - HEALTH AND HUMAN SERVICES AGENCY V61 / F23

**DEPARTMENT OF SOCIAL SERVICES**
**V61 Sierra DDS**
**PO BOX 30732**
**SALT LAKE CITY, UT 84130-9856**

JENNIFER TROIA
DIRECTOR

FAX: (866) 868-2592
HEARING IMPAIRED ONLY: CALL 711 - California Relay Service

GAVIN NEWSOM
GOVERNOR

Date: December 29, 2024
Case ID: 13954620
Claimant: Frank Harley Silva

MICHAELA S BRANSON
4201 MARSHALL ST
LE GRANDE CA 95333

**REMINDER**

We are the office that makes disability decisions for the Social Security Administration. Frank Harley Silva gave us your name as a person who would be able to provide us with information. We previously requested information from you. We have not yet received a response.

Please complete and return the form(s) by January 8, 2025. We are attempting to assist Frank Harley Silva with their case. If we are not able to speak with you in a timely manner, we may not have enough information to make a determination on Frank Harley Silva's case and may have to make a finding of not disabled because of insufficient evidence.

If you did not receive our original request, or have any questions about the form(s), please call us at the number(s) shown below Monday-Friday between 8:00 am and 5:00 pm. When you call or leave a message, please provide the Case ID: 13954620, your name, Frank Harley Silva's name, and a call back number.

Thank you for your help.

Ms. Duarte
(559) 297-2415
(866) 868-2592 (FAX)

Social Security Administration
# Retirement, Survivors and Disability Insurance
Important Information

SOCIAL SECURITY
3185 M ST
MERCED CA 95348

Date: November 14, 2024
Claim Number: 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

*07074U9F00252*NOTAFP.X3.PBISBNOT.ISB.R241107.PAM 11101000 0026010606056109576953939183101

FRANK H SILVA
4201 MARSHALL ST
LE GRANDE CA 95333-9631

Telephone: (888) 632-7069
Confirmation Number: 58355312

An internet application for Social Security benefits was completed for you by ATTNY JEFFREY MILAM of MILAM LAW on November 7, 2024. We stored the information in our records. We are sending the application to you for your review and signature.

If you are **blind** or **visually impaired,** you may choose to receive your notices or other communications in a special format. Please visit our website at www.socialsecurity.gov/notices to designate a special notice option.

If you do not want these benefits, you do not need to contact us. We will not take any action unless we receive your **signed** application.

**What You Need To Do To Apply For Benefits**

- Review all the entries on the enclosed **Internet Application Summary** and confirm that the information is correct.
- Correct any information that is wrong and write your initials next to it.
- Sign and date the **Internet Application Summary** in the space shown as, "Signature."

  **NOTE:** It is important that **you** sign the application, not the person who filled it in for you or anyone else.

- Read, complete, and sign the enclosed SSA-8240 (Authorization for The Social Security Administration to Obtain Wage and Employment Information from Payroll Data Providers).

See Next Page

- Gather the documents shown on the enclosed **List of Acceptable Evidence Documents. We will return all documents and photocopies to you unless you tell us you don't want them.**

- If you decide to continue applying for disability, complete the form SSA-827 (Authorization to Disclose Information to the Social Security Administration) as shown below:

  1. Read the entire form SSA-827, front and back.

  2. Write your name and Social Security Number in the upper right corner of the form.

  3. Sign the form in the space shown as "INDIVIDUAL authorizing disclosure".

  4. Enter your address and daytime phone number in the spaces shown for them.

  5. Date the form in the space shown as "Date Signed".

  6. Do not fill in the large empty box in the middle of the form. Do not put a check in the empty block under "PURPOSE". Do not complete any other sections of the form.

  7. Have a witness sign and provide their address or phone number in the space shown on the form. If you sign with an "X", have a second witness sign and provide their address.

- Mail or bring the following items to your local Social Security office:

  1. **All** pages of the signed "Internet Application Summary",
  2. Any documents requested on the "List of Acceptable Evidence Documents",
  3. The signed Medical Release form (SSA-827), and
  4. The completed and signed Authorization for The Social Security Administration to Obtain Wage and Employment Information from Payroll Data Providers Form (SSA-8240).

- If you mail them, please follow the mailing instructions on the last page of this letter. Remember to add your return address and correct postage to the envelope provided.

- If you do not want to apply for disability, you do not need to return the SSA-827 with your retirement application.

**What Happens Next**

Once we receive your **signed** application, we will decide if you can get benefits. The sooner we receive it, the sooner we can decide.

SOCIAL SECURITY ADMINISTRATION

**Refer to:** Frank Harley Silva

Social Security Administration
Office of Appellate Operations
6401 Security Blvd
Baltimore, MD 21235-6401
Telephone: (877) 670-2722
Date: April 29, 2025

*0302CIPA101S147*NOTAFP.XS.CIP.AFP.ODARS.R250429 P51K 000000000000000CP065025042976540010501S

**NOTICE OF ORDER OF APPEALS COUNCIL**
**REMANDING CASE TO ADMINISTRATIVE LAW JUDGE**

Jeffrey L. Milam
2325 El Camino Avenue
Sacramento, CA 95821

Re: Frank Harley Silva v. Commissioner of Social Security
U.S.D.C. for the Northern District of California
Civil Action Number 3:24-cv-06084

**What This Order Means**

Based on the court's order in the above action, we have sent this case back to an Administrative Law Judge. In the enclosed order, we explain why we did this and what the Administrative Law Judge will do about this claim.

We are forwarding the claim file to:

Hearing Office Chief Administrative Law Judge
Office of Hearings Operations
SSA-OHO Hearing Ofc
Ste 300
2440 Tulare Street
Fresno, CA 93721-2292

**What Happens Next**

An Administrative Law Judge will contact you to tell you what you need to do.

**Suspect Social Security Fraud?**
**Please visit http://oig.ssa.gov/r or call the Inspector General's Fraud Hotline at 1-800-269-0271 (TTY 1-866-501-2101).**

**See Next Page**

**Need More Help?**

1. Visit www.ssa.gov for fast, simple, and secure online service.
2. Call us at 1-800-772-1213, weekdays from 8:00 am to 7:00 pm. If you are deaf or hard of hearing, call TTY 1-800-325-0778. Please mention this notice when you call.
3. You may also call your local office at (888)632-7069.

Social Security
3185 M St
Merced, CA 95348-2404

**How are we doing?** Go to www.ssa.gov/feedback to tell us.

J. Short
Administrative Appeals Judge

cc:
Mr. Frank Harley Silva
4201 Marshall St
Le Grand, CA 95333



Total: $1,065.84

$532.92 | 2ND INSTALLMENT [illegible] | $532.92 | TOTAL TAXES | [illegible]

# IMPORTANT MESSAGE

Your mortgage, lender or bank has requested your annual tax information in order to make payment. This is a copy for your records.

If you do not have an impound account or if your mortgage, lender or bank will **NOT** be paying your taxes this year you may use this statement to make payment.

Please write your ASMT NUMBER on your check.

MAKE CHECK PAYABLE TO:
MERCED COUNTY TAX COLLECTOR
2222 M STREET
MERCED CA 95340