# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTHELA ANGENTINA SOLIS YANEZ, et al., <br><br> Plaintiffs, <br><br> v. <br><br> SUNRUN, INC., et al., <br><br> Defendants. | Case No. 1:25-cv-01786-JLT-SAB <br><br> ORDER REQUIRING PLAINTIFFS TO FILE LONG FORM APPLICATIONS TO PROCEED WITHOUT PREPAYMENT OF FEES <br><br> (ECF No. 2) <br><br> **TWENTY-ONE DAY DEADLINE** |

Plaintiffs Esthela Agentina Solis Yanez, Frank Harley Silva Sr., Jake Alexander Yanez, and Frank Harley Silva Jr. filed a complaint on December 9, 2025. Plaintiffs did not pay the filing fee in this action and instead, Jake Alexander Yanez filed a singular application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (ECF No. 2.) However, the Court cannot determine from the information provided in the application if this Plaintiff is entitled to proceed in this action without prepayment of fees. Moreover, in order to assess whether all Plaintiffs are qualified to proceed *in forma pauperis*, all Plaintiffs must file an application.

Therefore, each Plaintiff shall complete and file an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) – AO 239. If Plaintiffs are unwilling to complete and submit the long form applications, Plaintiffs must pay the filing fee in full.

/ / /

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to forward **four (4)** *in forma pauperis* applications (Long Form) to Plaintiffs;

2. Within **twenty-one (21) days** of the date of this order, Plaintiffs shall either (1) pay the $405.00 filing fee for this action, or (2) file their applications to proceed *in forma pauperis* without prepayment of the fee; and

3. If Plaintiffs fail to comply with this order, this action shall be dismissed.

IT IS SO ORDERED.

Dated:    **December 12, 2025**

STANLEY A. BOONE
United States Magistrate Judge