# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTHELA AGENTINA SOLIS YANEZ, et al., | Case No. 1:25-cv-01786-JLT-SAB |
| Plaintiffs, | ORDER REQUIRING CERTAIN PLAINTIFFS TO FILE LONG FORM APPLICATIONS TO PROCEED WITHOUT PREPAYMENT OF FEES |
| v. | |
| SUNRUN, INC., et al., | (ECF No. 2, 4, 5) |
| Defendants. | **TWENTY-ONE DAY DEADLINE** |

Plaintiffs Esthela Agentina Solis Yanez, Frank Harley Silva Sr., Jake Alexander Yanez, and Frank Harley Silva Jr. filed a complaint on December 9, 2025. (ECF No. 1.) Plaintiffs did not pay the filing fee in this action, and instead, Jake Alexander Yanez filed a singular application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (ECF No. 2.) However, the Court was unable to determine from the information provided in the application if Plaintiff Jake Yanez was entitled to proceed in this action without prepayment of fees. In addition, the Court observed that in order to assess whether all Plaintiffs were qualified to proceed *in forma pauperis*, all Plaintiffs were required to file an application. The Court gave Plaintiffs 21 days in which to each file a long form application. (ECF No. 4.) On December 22, 2025, Plaintiff Jake Yanez complied and filed a long form application, but no other plaintiff filed an application.

The Court finds that Plaintiff Jake Yanez's application is sufficiently complete for the Court to determine whether he qualifies to proceed *in forma pauperis*. However, the Court states

again that **each** plaintiff must file an application to proceed *in forma pauperis* in order for the Court to determine whether **all** Plaintiffs may proceed without prepayment of the filing fee.

Therefore, Plaintiffs Esthela Yanez, Frank Silva Sr., and Frank Silva Jr. shall each complete and file an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) – AO 239.  If these Plaintiffs are unwilling to complete and submit the long form applications, Plaintiffs must pay the filing fee in full.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to forward **three (3)** *in forma pauperis* applications (Long Form) to Plaintiffs Esthela Yanez, Frank Silva Sr., and Frank Silva Jr.;

2. Within **twenty-one (21) days** of the date of this order, Plaintiffs shall either (1) pay the $405.00 filing fee for this action, or (2) file their applications to proceed *in forma pauperis* without prepayment of the fee; and

3. If these Plaintiffs fail to comply with this order, the Court will consider imposing appropriate sanctions, **including recommending dismissal of this action**.

IT IS SO ORDERED.

Dated:   **January 5, 2026**

STANLEY A. BOONE
United States Magistrate Judge