**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ESTHELA AGENTINA SOLIS YANEZ, et al., | Case No. 1:25-cv-01786 JLT SAB |
| Plaintiffs, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DENYING PLAINTIFFS' APPLICATION TO PROCEED IN FORMA PAUPERIS, AND REQUIRING PLAINTIFFS TO PAY FILING FEE |
| v. | |
| SUNRUN, INC., et al., | |
| Defendants. | ***Thirty Day Deadline*** |

Plaintiffs Esthela Agentina Solis Yanez, Frank Harley Silva Sr., Jake Alexander Yanez, and Frank Harley Silva Jr, who are proceeding *pro se*, commenced this action on December 9, 2025. (Doc. 1.) As relevant here, on December 12, 2025, the assigned magistrate judge found that not all Plaintiffs had filed an application to proceed *in forma pauperis* and that it was not clear from Jake Yanez's application whether he was qualified to proceed *in forma pauperis*. (Doc. 4.) The magistrate judge gave Plaintiffs 21 days to each file long form applications. (*Id.*) Only Jake Yanez complied, filing a long form application on December 22, 2025. (Doc. 5.)

In an abundance of caution, on January 5, 2026, the magistrate judge gave the remaining Plaintiffs another 21 days to each file a long form application. (Doc. 6.) The magistrate judge stated that "[i]f these Plaintiffs fail to comply with this order, the Court will consider imposing appropriate sanctions, **including recommending dismissal of this action**." (*Id.*)

On January 30, 2026, an unsigned application to proceed *in forma pauperis* was filed.

(Doc. 7.) No other filing from Plaintiffs has since been entered on the docket. Accordingly, on February 2, 2026, the magistrate judge issued findings and recommendations, recommending that the Court deny the application to proceed *in forma pauperis* and order Plaintiffs to pay the filing fee. (Doc. 8.) The Court served the findings and recommendations on the parties, informed them that they had 14 days to file any objections, and warned them that failure to file objections within the specified time may result in the waiver of rights on appeal. (*Id.*, citing *Wilkerson v. Wheeler*, 772 F.3d 834, 839 (9th Cir. 2014).) No objections were filed.

According to 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court concludes the findings and recommendations are supported by the record and by proper analysis. Thus, the Court orders:

1.      The findings and recommendations (Doc. 8) filed February 2, 2026, are **ADOPTED** in full.

2.      Plaintiffs' application to proceed *in forma pauperis* (Docs. 2, 5, 7, 8) is **DENIED**.

3.      Plaintiffs are **ORDERED** to pay the $405.00 filing fee within 30 days.

4.      Should Plaintiffs fail to pay the filing fee, the Court will consider imposing sanctions, including and up to dismissal of this action for failure to prosecute and/or failure to comply with a court order.

IT IS SO ORDERED.

Dated:   **February 25, 2026**

_____
UNITED STATES DISTRICT JUDGE

2