**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ESTHELA AGENTINA SOLIA YANEZ, et al., | No.  1:25-cv-01786 JLT SAB |
| Plaintiffs, | ORDER DISMISSING ACTION WITHOUT PREJUDICE FOR FAILURE TO PAY FILING FEE AND FAILURE TO OBEY COURT ORDER |
| v. | |
| SUNRUN, INC., et al., | (Doc. 9) |
| Defendants. | |

As relevant here, on February 2, 2026, the assigned Magistrate Judge issued findings and recommendations, recommending that Plaintiffs' application to proceed *in forma pauperis* be denied and that Plaintiffs be required to pay the filing fee in full to proceed with this action. (Doc. 8.)  On February 26, 2026, the undersigned adopted the findings and recommendations in full and ordered Plaintiffs to pay the $405.00 filing fee in full within thirty (30) days.  (Doc. 9.) In that order, Plaintiffs were also warned that if they failed to pay the filing fee within the specified time, this action would be dismissed.  (*Id.*)  Plaintiffs have not paid the filing fee, and the deadline for them to do so has expired.

Because Plaintiffs have failed to obey the court's order and pay the appropriate filing fee, this case cannot proceed.  Accordingly, this matter must be dismissed. *See Ferdik v. Bonzelet*, 963 F.2d 1258, 1260-61 (9th Cir. 1992).

/ / /

1

Based on the foregoing, the Court **ORDERS**:

1. This action is dismissed, without prejudice, for Plaintiffs' failure to comply with the Court's order and their failure to pay the filing fee; and

2. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:    **April 2, 2026**

UNITED STATES DISTRICT JUDGE

2